# Gary Nader

Miami, September 12th, 2018

FILED by _____ D.C.
SEP 17 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse
400 North Miami Avenue
Miami, Florida 33128

Re: United States v. Gustavo Adolfo Hernandez Frieri Case No. 18-CR-20685-Williams/Torres

I have known Mr. Gustavo Adolfo Hernandez Frieri in a variety of capacities for over 15 years. Throughout our relationship, I have found Mr. Hernandez Frieri to be an individual of exceptional character. I can attest that his character, strength, actions, and good reputation reveal an outstanding human being and his exemplary have produced exceptional outcomes as a good friend, a good son, a good parent and a good citizen.

Please do not hesitate to contact me if you have any further questions.

Sincerely,

Gary Nader.
786-553-3535
gn@garynader.com

MIAMI
FL 331
13 SEP '18
PM 1 L

REC'D by _____ D.C.

SEP 17 2018

STEVEN M LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

United States Magistrate Judge
Wilkie D. Ferguson, Jr.
United State Courthouse
400 North Miami Avenue
Miami Florida 33128

331283180I C075

62 N.E. 27 ST, Miami, FL 33137