United States District Court
Southern District of Florida
Criminal Case No. 18-20685-CR-WILLIAMS

United States of America,
    Plaintiff.

v.

Francisco Convit Guruceaga,
Jose Vincente Amparan Croquer,
    a.k.a., "Chente"
Carmelo Antonio Urdaneta Aqui,
Gustavo Adolfo Hernandez Frieri,
Hugo Andre Ramalho Gois,
Marcelo Federico Gutierrez Acosta Y Lara, and
Mario Enrique Bonilla Vallera,
    Defendants.
_____/

## ORDER TRANSFERING CASE TO FUGITIVE STATUS

This matter is before the Court *sua sponte*. On August 16, 2018, an indictment was filed and this cause was randomly assigned to the undersigned. A warrant for arrest was issued for each of the defendants. Since the defendants have not made an initial appearance, the defendants are transferred to fugitive status.

**Done and Ordered** at Miami, Florida on September 26, 2018.

Kathleen M. Williams
United States District Judge

Copy:
Counsel of Record