FILED by PG D.C.
OCT 23 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

To Whom It May Concern
United States Magistrate Judge
Wilkie D. Ferguson, Jr. United State Courthouse 400 North Miami Avenue Miami, Florida 33128
Re: Case No. 18-CR-20685-Williams/Torres

Dear Judge:

That I have to write a letter expressing my thoughts on the character of a person who defines good character, is simply sad. I hope that you, the judge, will take a few minutes in private and speak to Gustavo on any subject you choose. It will take you five minutes to understand that you are dealing with someone who is as educated and thoughtful a human as you will ever meet.

I have read the entire complaint and it simply astonishes me that a US citizen can be treated in this manner, separated from his family and incarcerated in a foreign country just because of allegations made by a criminal and with no actual proof of wrongdoing. The agent and US attorneys that did this should be ashamed of their abuse of power.

I have known Gustavo for over 12 years. We are business partners in several ventures and I consider him my brother and uncle to my 17 year old daughter more than just a friend. His wife and kids I consider my family. Gustavo is an old-world gentleman. I always joke to people when I introduce him that he was born 100 years too late. There is no more generous person in thought and deed that I know. No one is more dedicated to his wife and children. His day to day life should be an example of how a proper gentleman behaves. As I am certain this court will find with the many letters it will receive, he has deep friendships.

Gustavo and I have jointly backed a not-for-profit group in Latin America called Techo that builds houses for the poor in Latin America. He first exposed my daughter and I to the group at his oldest son's baptism, where he asked that no gifts be given but only donations to this group and that he would match all donations. He also invited the more adventurous to come and help build some houses during the baptism weekend. My daughter went as an 11 year old and it has changed her life. She became an ardent supporter through her middle school and high school years and began raising money and organizing building trips with her friends and school. She even did a Tedx Talk on her experience when she was only 14 and starting 9th grade. She has now organized three building trips that has changed the life of many families in the poorest of neighborhoods in the Dominican Republic. None of this would have been possible without Gustavo's generosity and vision. The ripples of his generosity are wide spread.

Our business ventures in the wine and spirits space have not been as successful as we would hope, but despite the financial and mental stresses this has caused, our day to day dealings have never been anything but respectful. As I tell my daughter, be very careful about doing business with friends, it can ruin a friendship if it goes badly. But I also tell her that if it goes well, it will deepen that relationship. When I say "well" I am not talking about

financial gain, I am talking about getting to know that person better and finding that their character is as good as you would hope. There is no one whose character I respect more.

Lastly, I will go back to Techo. Together we have organized fundraisers for the last 6 years and raised over $2 million. Our efforts led to the improvement of the lives of close to a thousand of the poorest families in Latin America. Sadly we had to cancel the fundraiser we had scheduled for later this year because of these unsubstantiated charges. So this is not only hurting Gustavo and his family, it is hurting the most vulnerable.

Judge, I hope you not only get Gustavo home to his family immediately, I hope you will right this wrong and clear his name and reprimand those in the US Government that abused their power by bringing charges before they had finalized their work, and help him get back his reputation earned over decades of actions and ruined by innuendo by an overzealous prosecutor. I am at your disposal and reachable on +1-917-415-7080.

Sincerely,

Jorge Mora

USMS INSPECTED

RECEIVED 18 OCT 2018

US Magistrate Judge Wilkie D. Ferguson
400 North Miami Avenue
Miami, FL 33128

33128-180199

Jorge Mora
420 West Broadway
New York, NY 10012