# EXHIBIT A

## CASE NO. 18-20685-CR-W1LL1AMS

# AFFIDAVIT

## Of Daniel M. Holtz

**STATE OF FLORIDA**

**COUNTY OF MIAMI-DADE**

**BEFORE ME**, the undersigned authority, personally appeared Daniel M. Holtz who after being duly sworn deposes and says:

1. My name is Daniel M. Holtz and I am personally familiar with the contents of this affidavit.

2. I am the Chairman/President of Domaine Select Wine and Spirits LLC. ("DSWS") and authorized to act on behalf of DSWS in all respects.

3. DSWS is in the business of importing and selling wine and alcoholic beverages from around the world and has been in this business since 1999 and employs approximately 60 persons.

4. In 2016 and 2017, DSWS issued Series A convertible notes including approximately $2 million in Series A convertible notes to Global Securities Trade Finance and Gustavo Hernandez respectively. These notes became a part of this Court's Amended Protective Order issued in Case No. 18-cr-20685-KMW. (Docket Entry #60)

5. DSWS needs additional capital to continue doing business and therefore needs to issue additional convertible notes (Series B notes). The issuance of these notes will not sell, transfer, assign, pledge, distribute, give away, dispose of, or encumber the Series A notes that are the subject of this Court's order.

6. Neither defendant Gustavo Adolfo Hernandez Frieri, nor any of his entities are involved in the issuance of these Series B notes, are not investors. The issuance of these Series B notes will not result in any distribution of assets to any defendant.

7. The issuance of the Series B notes by DSWS is necessary to continue doing business and to maintain the value of the restrained Series A notes.

FURTHER AFFIANT SAYETH NOT

_____
DANIEL M. HOLTZ

1

SWORN AND SUBSCRIBED before me this ___10^th___ day of January 2019, who is ___ personally known to me or has produced  FL DL # H432-173-59-242-0  as identification

BRIAN A VAZQUEZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01VA6331691
Qualified in New York County
My Commission Expires October 13, 2019

Signature of Notary Public, ~~State of Florida~~ New York

Brian Vazquez
Name of Notary Public (Print or Type)

My Commission expires: 10/13/2019

2