UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-20685

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

GURUCEAGA ET AL,
    Defendant,
_____/

**NOTICE OF PERMANENT APPEARANCE FOR VICTIM**

**NOTICE IS HEREBY GIVEN** that JOSEPH NASCIMENTO, of the Law Firm of Ross Amsel Raben Nascimento, PLLC, enters his appearance as counsel for victim, The Bolivarian Republic of Venezuela, in this cause. This notice does not cover any proceedings in the Eleventh Circuit Court of Appeals or in any other collateral proceedings. The Clerk of this Court is requested to send copies of all court notices pertaining to this cause to the undersigned.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2nd day of April 2019 I electronically filed the foregoing document with the Clerk of the Court and all counsel of record using CM/ECF.

Respectfully submitted,

**ROSS AMSEL RABEN NASCIMENTO PLLC**
2250 S.W. Third Avenue – 4th Floor
Miami, Florida 33129-2095
t. (305) 858-9550
joenascimento@crimlawfirm.com

BY:   /s/ *Joseph E. Nascimento*
      JOSEPH E. NASCIMENTO
      FBN# 70096