UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 18-CR-20685-WILLIAMS |
| Plaintiff, ) | |
| v. ) | **NOTICE OF PERMANENT APPEARANCE** |
| GURUCEAGA, ET AL., ) | **FOR VICTIM** |
| Defendant. ) | |

NOTICE IS HEREBY GIVEN that WILLIAM R. TUNKEY, of the law firm of WILLIAM TUNKEY, P.A., enters his appearance as counsel for victim, the Bolivarian Republic of Venezuela, in this cause. This notice of appearance does not cover any appellate or collateral proceedings. The Clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court and all counsel of record using CM/ECF.

Respectfully submitted,
**WILLIAM TUNKEY, P.A.**
2250 Southwest Third Avenue, 4th Floor
Miami, Florida 33129
Telephone: (305) 858-9550

By: /s/ William R. Tunkey
    WILLIAM R. TUNKEY
    Florida Bar No. 125153
    Email: bill@tunkeylaw.com