# MINUTE ORDER

Page 3

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor  Date: 5/3/2019  Time: 1:30 p.m.

Defendant: GUSTAVO A. HERNANDEZ  J#: 18125-104  Case #: 18-20685-CR-WILLIAMS
AUSA: Michael Nadler /Paul Haden  Attorney: Michael Pasano/Michael Padula
Violation: CONSP/COMMIT MONEY LAUNDERING  Surr/Arrest Date: 5/3/2019  YOB: 1973

Proceeding: Initial Appearance  CJA Appt:
Bond/PTD Held: ○ Yes ○ No  Recommended Bond:
Bond Set at:  Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: English

Disposition:
Pending Motion for Release on Bond

Defendant advised of rights and charges

Govt rec PTD based on risk/flight;
Defense requests 5/10/19 for hearing

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:
Report RE Counsel:
PTD Hearing:  5/10/19  10:00 a.m.  Duty/Miami
Arraignment:  5/10/19  10:00 a.m.  Duty/Miami
Status Conference RE:
D.A.R. 14:10:47  Time in Court: 5 mins

s/Lauren F. Louis  Magistrate Judge