# COURT MINUTES

Page 7

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 5/17/19    Time: 10:00 a.m.

Defendant: Gustavo Hernandez Frieri    J#: 18125-104    Case #: 18-20685-CR-WILLIAMS/TORRES
AUSA: Mike Nadler     Attorney: MICHAEL PASANO/MICHAEL PADULA
Violation: CONSP/MONEY LAUNDERING
Proceeding: ARRAIGNMENT/PTD    CJA Appt:
Bond/(PTD Held): ◯ Yes ☒ No    Recommended Bond: PTD
Bond Set at: $1.5 mil 10%/Nebbia & $25 mil PSB → Co-signed by: Cesar Hernandez and Juan Carlos Gomez

☒ Surrender and/or do not obtain passports/travel docs
   *Including Children's passports*
☒ Report to PTS as _directed_/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☒ Not to encumber property *or assets or investments C/S cannot encumber any property/assets*
☒ May not visit transportation establishments
☒ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by Deft
☒ Allowances: Medical needs, court appearances, attorney visits, religious, employment *ONLY*
☐ Travel extended to:
☐ Other:

Language: English ✓ Juan Carlos Gomez

Disposition:
- Deft arraigned
Reading of indictment Waived ✓
~~Not Guilty plea entered~~ ✓
Jury trial demanded ✓
~~Standing Discovery Order requested~~ ✓

- Court sets bond of $1.5 million 10% w/ Nebbia and a $25 million PSB to be c/s by Brother and Brother-In Law. The co-signers may not encumber any property or assets

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
*Status Conference RE: Bond 6/5 10am before Magistrate Judge Becerra
D.A.R. 10:19:54 (Sidebar 10:31:56 — 10:41:01)    Time in Court: 25 mins