UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-cr-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUSTAVO ADOLFO HERNANDEZ
FRIERI, et al.,

    Defendants.
_____/

### ORDER ON CONDITIONS OF RELEASE AND ELECTRONIC MONITORING

Upon consideration of Defendant Gustavo Adolfo Hernandez Frieri's Unopposed Motion to Clarify Conditions of Electronic Monitoring, and after a Court hearing regarding same, and good cause being shown, it is hereby ORDERED AND ADJUDGED that Defendant's Motion be GRANTED to the extent provided below. Specifically, the conditions of electronic monitoring shall include the following:

1. Defendant may leave his residence to attend meetings or hearings at the Miami federal courthouse buildings.
2. Defendant may leave his residence for the purpose of meeting with his attorneys at the offices of Carlton Fields in Miami;
3. Defendant may leave his residence for regularly scheduled medical and dental appointments; and
4. Defendant may leave his residence on Sundays to attend religious services.

Pretrial services shall be notified before and after any of the above meetings, appointments or events, so that they can properly monitor Defendant's absence from the residence.

ORDERED in Chambers in Miami, this 7th day of June, 2019.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE