

**Occidental Bank (BARBADOS) LTD.**

```
GLOBAL FINANCE MANAGEMENT CORP                                              1
TRIDENT CHAMBER WICKHAMS CAY P.O BO          000013249
X 146                                        FROM  7/01/16 TO  7/31/16
BOGOTA, 011  Colombia



***************************** ACCOUNT ACTIVITY SUMMARY *****************************
                        ACCOUNT NO. 000013249
      PREVIOUS BALANCE AS OF  7/01/16                        3,081.25
      TOTAL OF      2  DEPOSITS AND OTHER CREDITS        2,000,041.10
      TOTAL OF      2  DEBITS AND WITHDRAWALS                3,030.00
      ENDING BALANCE AS OF  7/31/16                      2,000,092.35

      ---------------- ACCOUNT DISCLOSURE -----------------

      AVERAGE DAILY COLLECTED BALANCE                          .00
      NUMBER OF DAYS THIS STATEMENT                             30

      INTEREST EARNED THIS STATEMENT                         41.10
      ANNUAL PERCENTAGE YIELD EARNED                           .25
      INTEREST EARNED YTD                                   200.76

                    - ACCOUNT TRANSACTIONS DETAIL -
------------------------------------------------------------------------------
  DATE                                    WITHDRAWALS     CREDITS
  POSTED   DESCRIPTION OF TRANSACTIONS       (-)            (+)         BALANCE
------------------------------------------------------------------------------

  7/15/16  WIRE TRANSFER DEBIT              3,000.00                      81.25
  7/15/16  COMISSION W/T 53257                 30.00                      51.25
  7/29/16  CB DEPOSIT 20160729                          2,000,000.00  2,000,051.25
  7/29/16  INTEREST PAID                                       41.10  2,000,092.35



          "PLEASE EXAMINE THIS STATEMENT INMEDIATELY AND INFORM US
           ANY DISCREPANCIES WITHIN THIRTY DAYS FROM RECEIPT.
           OTHERWISE YOUR ACCOUNT WILL BE COSIDERED CORRECT."
```

WWW.OCCIDENTALBANKBARBADOS.COM

Chelsea House, Chelsea Road                                Calle 71 No, 6-16 Primer Paso
St. Michael, BB14022                                        Oficina de Representación
Tel: (236)4364938                                           Teléfono: (571) 7454999
Barbados                                                    Bogotá D.C.- Colombia