# Wells Fargo Business Choice Checking



Account number:  **8984707276**  ■  April 1, 2017 - April 30, 2017  ■  Page 1 of 7

GLOBAL SECURITIES MANAGEMENT, LLC
701 BRICKELL AVE STE 1420
MIAMI FL 33131-2800

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $5,995.06 |
| Deposits/Credits | 800,253.16 |
| Withdrawals/Debits | - 731,896.86 |
| **Ending balance on 4/30** | **$74,351.36** |
| Average ledger balance this period | $55,906.18 |

Account number:  **8984707276**

**GLOBAL SECURITIES MANAGEMENT, LLC**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/3 | | WT Fed#03107 City National Bank /Org=Global Securities Trade Finance Srf# 0212016390045397 Trn#170403153272 Rfb# | 30,000.00 | | |
| 4/3 | | Wire Trans Svc Charge - Sequence: 170403153272 Srf# 0212016390045397 Trn#170403153272 Rfb# | | 15.00 | |
| 4/3 | | Online Transfer to Global Shared Solutions Corp Checking xxxxxx8733 Ref #Ib03B4Z89M on 04/03/17 | | 30,000.00 | |
| 4/3 | 9004 | Check | | 210.31 | |
| 4/3 | | The Guardian Apr Gp Ins Apr 01 77898800AAA0000 Global Securties Man | | 1,131.70 | 4,638.05 |
| 4/4 | | Online Transfer From Global Shared Solutions Corp Ref #Ib03B6Csf7 Business Checking to Pay Polo Sur | 6,000.00 | | |
| 4/4 | | Wire Trans Svc Charge - Sequence: 170404057534 Srf# Trn#170404057534 Rfb# | | 45.00 | |
| 4/4 | | WT 170404-057534 Banco Itau /Bnf=Polo Sur Investment Group Srl Srf# Trn#170404057534 Rfb# | | 6,000.00 | 4,593.05 |
| 4/5 | | WT Fed#04101 Jpmorgan Chase Ban /Org=Camp Advisors LLC Srf# 4100500095Es Trn#170405070237 Rfb# Bpl of 17/04/05 | 1,816.05 | | |
| 4/5 | | Wire Trans Svc Charge - Sequence: 170405070237 Srf# 4100500095Es Trn#170405070237 Rfb# Bpl of 17/04/05 | | 15.00 | 6,394.10 |
| 4/7 | | WT F60407331040000 Banco DE Occiden /Org=Gsm Colombia S.A.S Srf# F60407331040000 Trn#170407157740 Rfb# | 300,000.00 | | |
| 4/7 | | Online Transfer From Global Shared Solutions Corp Business Checking xxxxxx8733 Ref #Ib03Bh9Ybb on 04/07/17 | 12,000.00 | | |
| 4/7 | | Wire Trans Svc Charge - Sequence: 170407157740 Srf# F60407331040000 Trn#170407157740 Rfb# | | 16.00 | |
| 4/7 | | Online Transfer to Global Securities Holding LLC Ref #Ib03Bhfzdr Business Checking to Cover Bofa | | 300.00 | 318,078.10 |
| 4/10 | | Online Dep Detail & Images - Bob | | 3.00 | |
| 4/10 | | Direct Pay Nonwf Bus Pymt Trans | | 6.00 | |
| 4/10 | | Direct Pay Monthly Base | | 10.00 | |
| 4/10 | | Wire Trans Svc Charge - Sequence: 170407170041 Srf# Trn#170407170041 Rfb# | | 30.00 | |
| 4/10 | | WT Fed#03960 Bmo Harris Bank NA /Ftr/Bnf=Cor Clearing Srf# Trn#170407170041 Rfb# | | 312,000.00 | 6,029.10 |
| 4/11 | | American Express ACH Pmt 170411 W2110 Global Securities Mana | | 386.16 | 5,642.94 |
| 4/12 | | Online Transfer From Global Shared Solutions Corp Business Checking xxxxxx8733 Ref #Ib03Bs3Jrl on 04/12/17 | 10,000.00 | | |
| 4/12 | | Wire Trans Svc Charge - Sequence: 170412115965 Srf# Trn#170412115965 Rfb# | | 30.00 | |
| 4/12 | | Wire Trans Svc Charge - Sequence: 170412116709 Srf# Trn#170412116709 Rfb# | | 30.00 | |
| 4/12 | | WT Fed#02234 Bmo Harris Bank NA /Ftr/Bnf=Cor Clearing LLC Srf# Trn#170412115965 Rfb# | | 3,000.00 | |
| 4/12 | | WT Fed#02548 Bmo Harris Bank NA /Ftr/Bnf=Cor Clearing LLC Srf# Trn#170412116709 Rfb# | | 7,000.00 | |
| 4/12 | | Appriver LLC Billandpay 1069070 Global Securities Mana | | 310.80 | 5,272.14 |
| 4/13 | | Online Transfer From Global Shared Solutions Corp Ref #Ib03Btk659 Business Checking to Pay Felix Riera | 9,166.65 | | |
| 4/13 | | Wire Trans Svc Charge - Sequence: 170413051475 Srf# Trn#170413051475 Rfb# | | 45.00 | |
| 4/13 | | Wire Trans Svc Charge - Sequence: 170413077362 Srf# Trn#170413077362 Rfb# | | 30.00 | |
| 4/13 | | WT Fed#05261 Bank of Nova Scoti /Ftr/Bnf=Felix Riera Srf# Trn#170413051475 Rfb# | | 9,166.65 | |
| 4/13 | | Online Transfer to Butler Express Carriers, LLC Business Checking xxxxxx6984 Ref #Ib03Btm6Fc on 04/13/17 | | 136.38 | |
| 4/13 | | WT Seq#77362 Rosillo & Associates PA /Bnf= Srf# Trn#170413077362 Rfb# | | 5,000.00 | 60.76 |

Account number: **8984707276**   ■   April 1, 2017 - April 30, 2017   ■   Page 3 of 7



WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/17 | | WT Fed#00334 Bank of America, N /Org=Panamerica Capital Group, Inc. Srf# 2017041700275553 Trn#170417139782 Rfb# 174Hg2039H790851 | 37,870.46 | | |
| 4/17 | | Wire Trans Svc Charge - Sequence: 170417139782 Srf# 2017041700275553 Trn#170417139782 Rfb# 174Hg2039H790851 | | 15.00 | |
| 4/17 | | Wire Trans Svc Charge - Sequence: 170417155173 Srf# Trn#170417155173 Rfb# | | 30.00 | |
| 4/17 | | WT Fed#07999 Citibank N.A. New /Ftr/Bnf=IA Capital Structures (Ireland) Plc Srf# 170417155173 Rfb# | | 320.14 | 37,566.08 |
| 4/18 | | Wire Trans Svc Charge - Sequence: 170418052487 Srf# Trn#170418052487 Rfb# | | 30.00 | |
| 4/18 | | WT Fed#04857 Bankunited, N.A. /Ftr/Bnf=Arnstein & Lehr LLP Trust Account Srf# Trn#170418052487 Rfb# | | 30,000.00 | 7,536.08 |
| 4/19 | | WT Fed#01884 City National Bank /Org=Global Securities Trade Finance Srf# 0212016390046248 Trn#170419048892 Rfb# | 90,000.00 | | |
| 4/19 | | Wire Trans Svc Charge - Sequence: 170419048892 Srf# 0212016390046248 Trn#170419048892 Rfb# | | 15.00 | |
| 4/19 | | Wire Trans Svc Charge - Sequence: 170419051208 Srf# Trn#170419051208 Rfb# | | 30.00 | |
| 4/19 | | WT Fed#05978 Bankunited, N.A. /Ftr/Bnf=Arnstein & Lehr LLP Trust Account Srf# Trn#170419051208 Rfb# | | 86,119.83 | |
| 4/19 | | WF Direct Pay-Payment- th-Tran ID Dp10891517 | | 500.00 | |
| 4/19 | | Northwestern Mu Isa Paymnt 170418 2497287-01 Cesar Hernandez | | 294.39 | 10,576.86 |
| 4/20 | | WT Fed#09658 City National Bank /Org=Global Securities Trade Finance Srf# 0212016390046372 Trn#170420117659 Rfb# | 100,000.00 | | |
| 4/20 | | Wire Trans Svc Charge - Sequence: 170420117659 Srf# 0212016390046372 Trn#170420117659 Rfb# | | 15.00 | |
| 4/20 | | Wire Trans Svc Charge - Sequence: 170420160499 Srf# Trn#170420160499 Rfb# | | 30.00 | |
| 4/20 | | Online Transfer to Global Securities Holding LLC Ref #Ib03Cg8Trp Business Checking Ch | | 720.00 | |
| 4/20 | | Online Transfer to Global Securities Holding LLC Ref #Ib03Cgcgp9 Business Checking Balance Loan Ch | | 3,350.00 | |
| 4/20 | | WT Fed#07951 Bank of America, N /Ftr/Bnf=Gustavo Hernandez Srf# Trn#170420160499 Rfb# | | 2,000.00 | 104,461.86 |
| 4/21 | | Wire Trans Svc Charge - Sequence: 170421053279 Srf# Trn#170421053279 Rfb# | | 30.00 | |
| 4/21 | | Wire Trans Svc Charge - Sequence: 170421054051 Srf# Trn#170421054051 Rfb# | | 45.00 | |
| 4/21 | | Wire Trans Svc Charge - Sequence: 170421055499 Srf# Trn#170421055499 Rfb# | | 35.00 | |
| 4/21 | | Wire Trans Svc Charge - Sequence: 170421056163 Srf# Trn#170421056163 Rfb# | | 35.00 | |
| 4/21 | | WT Fed#05130 Bank of New York M /Ftr/Bnf=Bank of New York Mellon Srf# Trn#170421053279 Rfb# | | 7,500.00 | |
| 4/21 | | WT Fed#05519 Barclays Bank Plc /Ftr/Bnf=Linklaters LLP Srf# Trn#170421054051 Rfb# | | 20,232.25 | |
| 4/21 | | WT 170421-055499 Barclays Bank Plc /Bnf=Intertrust Management Ltd Eur Srf# Trn#170421055499 Rfb# | | 27,028.88 | |
| 4/21 | | WT 170421-056163 Barclays Bank Plc /Bnf=Intertrust Finance Management Srf# Trn#170421056163 Rfb# | | 12,097.68 | 37,458.05 |
| 4/24 | | Humana, Inc. Ins Pymt 170420 794495258001794 495291 | | 7,846.69 | |
| 4/24 | | American Express ACH Pmt 170424 W3536 Global Securities Mana | | 300.00 | |
| 4/24 | | American Express ACH Pmt 170424 W0896 Global Securities Mana | | 300.00 | 29,011.36 |
| 4/25 | | Online Transfer From Global Shared Solutions Corp Ref #Ib03Csm5M3 Business Checking Alpha | 3,400.00 | | 32,411.36 |
| 4/27 | | WT Fed#03063 City National Bank /Org=Global Securities Trade Finance Srf# 0212016390046690 Trn#170427065156 Rfb# | 100,000.00 | | |

Account number:   **8984707276**   ■   April 1, 2017 - April 30, 2017   ■   Page 4 of 7



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/27 | | WT Fed#03064 City National Bank /Org=Global Securities Trade Finance Srf# 0212016390046691 Trn#170427065167 Rfb# | 100,000.00 | | |
| 4/27 | | Wire Trans Svc Charge - Sequence: 170427065156 Srf# 0212016390046690 Trn#170427065156 Rfb# | | 15.00 | |
| 4/27 | | Wire Trans Svc Charge - Sequence: 170427065167 Srf# 0212016390046691 Trn#170427065167 Rfb# | | 15.00 | |
| 4/27 | | Wire Trans Svc Charge - Sequence: 170427134377 Srf# Trn#170427134377 Rfb# | | 30.00 | |
| 4/27 | | WT Fed#05020 First Republic Ban /Ftr/Bnf=Sylvina Capital Lp (Operations) Srf# Trn#170427134377 Rfb# | | 150,000.00 | 82,351.36 |
| 4/28 | | Online Transfer to Global Shared Solutions Corp Ref #Ib03D2K6Wc Business Checking Alpha Payment | | 8,000.00 | 74,351.36 |
| **Ending balance on 4/30** | | | | | 74,351.36 |
| **Totals** | | | **$800,253.16** | **$731,896.86** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 9004 | 4/3 | 210.31 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/01/2017 - 04/30/2017 | Standard monthly service fee $14.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | $7,500.00 | $55,906.00 | ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 | ☐ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 1 | ☑ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

wx/wx

Account number:  **8984707276**   ■   April 1, 2017 - April 30, 2017   ■   Page 5 of 7



WELLS FARGO

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 8 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

**Commercial real estate loans up to $750,000 - origination fee waived**

Apply by June 30, 2017, and we'll waive the origination fee - a discount of up to $5,000.
Business Real Estate Financing wants to help you meet your commercial real estate goals. Our purchase, refinance, and equity loans offer competitive rates with a variety of term options, and low closing costs.

Learn more by visiting wellsfargo.com/biz/loans-and-lines/real-estate/
To apply, or for more information, call: 1-866-416-4320, Monday - Friday, 6:00 a.m. to 6:00 p.m. Pacific Time.

Note: Equity lines of credit are not eligible for this promotion. All financing is subject to credit approval. Some restrictions may apply.
Equal housing lender.

 # IMPORTANT ACCOUNT INFORMATION

---

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Business Account Agreement ("Agreement") dated April 29, 2016. Effective March 31, 2017, the question and response to "Are there any restrictions on our accepting deposits to your account?" in the section titled "Deposits to your account" are deleted and replaced with the following:

Are we required to accept all deposits to your account?

No. We are permitted to decline all or part of a deposit, including a cash deposit. Some examples are (a) an item made out to a payee not on your account, (b) an item with an endorsement we are unable to verify, (c) a check or draft issued on a credit account, and (d) a non-U.S. item. When we are unable to verify an endorsement on an item, we can also decline to pay, cash, or send the item for collection. We can require all endorsers be present and we may require you to deposit the item instead of permitting you to cash it. For non-U.S. items, please see the response to "How do we handle non-U.S. items?". We may require any person wanting to make a deposit to your account to provide an acceptable form of identification before we accept the deposit for processing.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control.

---

Effective August 14, 2017, your accounts will be delinked for Book Transfer (a wire transfer between your linked Wells Fargo accounts). Please note: As of that date, if you move money between your Wells Fargo accounts by initiating a wire (in a branch, over the phone, or



using Wells Fargo Online®/Wells Fargo Business Online®), our standard domestic outgoing wire fee of $30.00 and incoming wire fee of $15.00 will apply. You can also move money between your eligible Wells Fargo accounts by requesting an account-to-account transfer for no fee by using Wells Fargo Online/Wells Fargo Business Online or by visiting a branch. For more details, contact your banker or call the customer service number on your statement.

_____

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Business Account Agreement ("Agreement") effective April 24, 2017. In the section titled "Statements and other information relating to your deposit account", the response to the question "What happens to a dormant account?" is deleted and replaced with the following:

**What happens to a dormant account?**
We put safeguards in place to protect a dormant account which may include restricting the following:
- Transfers between your Wells Fargo accounts using your ATM/debit card
- Transfers by phone using our automated banking service
- Transfers or payments through online, mobile, and text banking (including Bill Pay)
- Wire transfers (incoming and outgoing)

Normal monthly service and other fees continue to apply (except where prohibited by law).

If you do not initiate an account-related activity on the account within the time period as specified by state unclaimed property laws, your account funds may be transferred to the appropriate state. This transfer is known as "escheat." If your account becomes escheatable, account statements will not be available. Your account will be closed. To recover your account funds, you must file a claim with the state.

All other aspects of the Agreement remain the same. If there is a conflict between the updated response above and the Agreement, the updated response will control.

Thank you for being a Wells Fargo customer. As a valued Wells Fargo customer we hope you find this information helpful. Again, if you have questions or concerns about these changes, please contact your local banker or call the number listed on your statement.



---

**General statement policies for Wells Fargo Bank**

■  **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
    shown on your statement . . . . . . . . . . . . . . . . . . . . $  _____

**ADD**

**B.** Any deposits listed in your          $  _____
    register or transfers into            $  _____
    your account which are not            $  _____
    shown on your statement.            + $  _____

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $  _____

**CALCULATE THE SUBTOTAL**
    (Add Parts A and B)

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $  _____

**SUBTRACT**

**C.** The total outstanding checks and
    withdrawals from the chart above . . . . . . . . . . . . . - $  _____

**CALCULATE THE ENDING BALANCE**
    (Part A + Part B - Part C)
    This amount should be the same
    as the current balance shown in
    your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801