# Wells Fargo Business Choice Checking

Account number:  **8984707276**  ■  May 1, 2017 - May 31, 2017  ■  Page 1 of 7



GLOBAL SECURITIES MANAGEMENT, LLC
701 BRICKELL AVE STE 1420
MIAMI FL 33131-2800

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Cash flow is a key indicator of the financial health of your business. Find tips and strategies for effective cash flow management at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $74,351.36 |
| Deposits/Credits | 266,938.49 |
| Withdrawals/Debits | - 331,854.28 |
| **Ending balance on 5/31** | **$9,435.57** |
| Average ledger balance this period | $39,738.54 |

Account number:  **8984707276**

**GLOBAL SECURITIES MANAGEMENT, LLC**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | 9005 | Check | | 210.31 | |
| 5/1 | | The Guardian May Gp Ins May 01 77898800AAA0000 Global Securities Man | | 818.42 | 73,322.63 |
| 5/3 | | WT F60503174500000 Banco DE Occiden /Org=Gsm Colombia S.A.S Srf# F60503174500000 Trn#170503158801 Rfb# | 20,000.00 | | |
| 5/3 | | Wire Trans Svc Charge - Sequence: 170503158801 Srf# F60503174500000 Trn#170503158801 Rfb# | | 16.00 | 93,306.63 |
| 5/4 | | Mobile Deposit : Ref Number :609040015393 | 600.00 | | |
| 5/4 | | Online Transfer From Global Securities Advisors Gp, LLC Business Checking xxxxxx1939 Ref #Ib03Dlsz3B on 05/04/17 | 24,507.20 | | |
| 5/4 | | Wire Trans Svc Charge - Sequence: 170504144252 Srf# Trn#170504144252 Rfb# | | 30.00 | |
| 5/4 | | Wire Trans Svc Charge - Sequence: 170504145599 Srf# Trn#170504145599 Rfb# | | 30.00 | |
| 5/4 | | Wire Trans Svc Charge - Sequence: 170504146375 Srf# Trn#170504146375 Rfb# | | 30.00 | |
| 5/4 | | WT Fed#05312 Jpmorgan Chase Ban /Ftr/Bnf=Anderson Ochs LLP Srf# Trn#170504144252 Rfb# | | 82,325.00 | |
| 5/4 | | WT Fed#05490 Citibank N.A. New /Ftr/Bnf=IA Capital Structures (Island) Plc Srf# Trn#170504145599 Rfb# | | 6,688.83 | |
| 5/4 | | WT Fed#05580 Bank of America, N /Ftr/Bnf=Flexfunds Etp LLC Srf# Trn#170504146375 Rfb# | | 7,448.00 | 21,862.00 |
| 5/5 | | Online Transfer to Butler Express Carriers, LLC Ref #Ib03Dpzz79 Business Checking From Deposit Bec 609040015393 05/04/17 | | 600.00 | 21,262.00 |
| 5/8 | | WT Fed#02729 Jpmorgan Chase Ban /Org=Camp Advisors LLC Srf# 4285500128Es Trn#170508057115 Rfb# Bpl of 17/05/08 | 1,816.05 | | |
| 5/8 | | Online Transfer From Global Securities Advisors Gp, LLC Ref #Ib03Dx572D Business Checking Ins 70Pct Mar Plus Abr and May | 5,087.66 | | |
| 5/8 | | Direct Pay Individual Pymt Trans | | 0.50 | |
| 5/8 | | Direct Pay Monthly Base | | 10.00 | |
| 5/8 | | Wire Trans Svc Charge - Sequence: 170508057115 Srf# 4285500128Es Trn#170508057115 Rfb# Bpl of 17/05/08 | | 15.00 | |
| 5/8 | | Wire Trans Svc Charge - Sequence: 170508059360 Srf# Trn#170508059360 Rfb# | | 45.00 | |
| 5/8 | | WT 170508-059360 Banco Itau /Bnf=Polo Sur Investment Group Srl Srf# Trn#170508059360 Rfb# | | 6,000.00 | |
| 5/8 | | Online Transfer to Global Securities Advisors Gp, LLC Ref #Ib03Dx8Ctj Business Checking Pay Later | | 5,087.66 | 17,007.55 |
| 5/10 | | WT Fed#05485 City National Bank /Org=Cs Funding Services LLC Srf# 0212016390047456 Trn#170510078805 Rfb# | 71,600.00 | | |
| 5/10 | | Wire Trans Svc Charge - Sequence: 170510078805 Srf# 0212016390047456 Trn#170510078805 Rfb# | | 15.00 | |
| 5/10 | | Wire Trans Svc Charge - Sequence: 170510100162 Srf# Ow00000157106334 Trn#170510100162 Rfb# Ow00000157106334 | | 30.00 | |
| 5/10 | | WT Fed#00793 Jpmorgan Chase Ban /Ftr/Bnf=Ethan Allen Retail Inc Srf# Ow00000157106334 Trn#170510100162 Rfb# Ow00000157106334 | | 3,433.60 | |
| 5/10 | | Online Transfer to Global Securities Holding LLC Business Checking xxxxxx3839 Ref #Ib03F3Vjml on 05/10/17 | | 3,000.00 | |
| 5/10 | | American Express ACH Pmt 170510 W2800 Global Securities Mana | | 9,115.40 | 73,013.55 |
| 5/11 | | Wire Trans Svc Charge - Sequence: 170511149608 Srf# Trn#170511149608 Rfb# | | 30.00 | |
| 5/11 | | WT Fed#06687 City National Bank /Ftr/Bnf=Global Securities Trade Srf# Trn#170511149608 Rfb# | | 50,460.00 | 22,523.55 |
| 5/12 | | Online Transfer From Global Securities Advisors Gp, LLC Ref #Ib03F8T8FL Business Checking Gh Insurance | 5,087.66 | | |

Account number:   **8984707276**   ■   May 1, 2017 - May 31, 2017   ■   Page 3 of 7



## Transaction history  *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/12 | | Wire Trans Svc Charge - Sequence: 170512156673 Srf# Ow00000157456593 Trn#170512156673 Rfb# Ow00000157456593 | | 30.00 | |
| 5/12 | | WT Fed#07075 Bank of America, N /Ftr/Bnf=Minisitries Christ for The Americas Srf# Ow00000157456593 Trn#170512156673 Rfb# Ow00000157456593 | | 700.00 | |
| 5/12 | | Appriver LLC Billandpay 1118634 Global Securities Mana | | 310.80 | 26,570.41 |
| 5/15 | | WT Fed#08340 Bank of America, N /Org=Panamerica Capital Group, Inc. Srf# 2017051500315009 Trn#170515086118 Rfb# 175Fc1442Hjx1022 | 21,354.91 | | |
| 5/15 | | WT Fed#07204 City National Bank /Org=Global Securities Trade Finance Srf# 0212016390047707 Trn#170515089585 Rfb# | 7,500.00 | | |
| 5/15 | | Wire Trans Svc Charge - Sequence: 170515086118 Srf# 2017051500315009 Trn#170515086118 Rfb# 175Fc1442Hjx1022 | | 15.00 | |
| 5/15 | | Wire Trans Svc Charge - Sequence: 170515089585 Srf# 0212016390047707 Trn#170515089585 Rfb# | | 15.00 | |
| 5/15 | | Online Transfer to Global Securities Holding LLC Ref #Ib03F9Wpns Business Checking Ch Bofa | | 200.00 | |
| 5/15 | | Online Transfer to Global Securities Advisors Gp, LLC Business Checking xxxxx1939 Ref #Ib03Fhstct on 05/15/17 | | 7,500.00 | 47,695.32 |
| 5/16 | | WT Fed#07355 City National Bank /Org=Global Securities Trade Finance Srf# 0212016390047806 Trn#170516088615 Rfb# | 4,000.00 | | |
| 5/16 | | Wire Trans Svc Charge - Sequence: 170516088615 Srf# 0212016390047806 Trn#170516088615 Rfb# | | 15.00 | |
| 5/16 | | Online Transfer to Global Securities Holding LLC Ref #Ib03FL88K5 Business Checking to Ch From His Balance | | 1,500.00 | 50,180.32 |
| 5/17 | | Intuit Pymt Soln Deposit 170517 524771994669957 Gsm Global Securities | 5,385.01 | | |
| 5/17 | | Wire Trans Svc Charge - Sequence: 170517065492 Srf# Trn#170517065492 Rfb# | | 45.00 | |
| 5/17 | | Wire Trans Svc Charge - Sequence: 170517076275 Srf# Trn#170517076275 Rfb# | | 30.00 | |
| 5/17 | | Wire Trans Svc Charge - Sequence: 170517077285 Srf# Trn#170517077285 Rfb# | | 45.00 | |
| 5/17 | | WT Fed#06808 Bank of Nova Scoti /Ftr/Bnf=Felix Riera Srf# Trn#170517065492 Rfb# | | 7,621.00 | |
| 5/17 | | WT Fed#08407 Helm Bank USA /Ftr/Bnf=Lucia Rosa Gaviria Srf# Trn#170517076275 Rfb# | | 7,083.23 | |
| 5/17 | | WT Fed#08580 Multi Credit Bank /Ftr/Bnf=Bienes Raises Ventura SA Srf# Trn#170517077285 Rfb# | | 6,250.00 | |
| 5/17 | | Online Transfer to Global Shared Solutions Corp Ref #Ib03Fnf3Qc Business Checking Gra | | 1,600.00 | |
| 5/17 | | WF Direct Pay-Payment- AP to Gsi-Tran ID Dp12444101 | | 3,235.85 | |
| 5/17 | | Intuit Pymt Soln Tran Fee 170517 524771994669957 Gsm Global Securities | | 0.50 | 29,654.75 |
| 5/18 | | Online Transfer to Global Securities Holding LLC Ref #Ib03Fq8Rh6 Business Checking Gh Balance | | 3,000.00 | 26,654.75 |
| 5/19 | | WT Fed#00038 Banco DE Occidente /Org=Gsm Colombia S.A.S Srf# 139309305 Trn#170519002460 Rfb# V038144001 | 100,000.00 | | |
| 5/19 | | Wire Trans Svc Charge - Sequence: 170519002460 Srf# 139309305 Trn#170519002460 Rfb# V038144001 | | 16.00 | |
| 5/19 | | Wire Trans Svc Charge - Sequence: 170519087996 Srf# Trn#170519087996 Rfb# | | 30.00 | |
| 5/19 | | WT Fed#09413 Safra National Ban /Ftr/Bnf=Luzeme Investment Srf# Trn#170519087996 Rfb# | | 12,702.32 | |
| 5/19 | | Northwestern Mu Isa Paymnt 170518 2497287-01 Cesar Hernandez | | 337.03 | 113,569.40 |
| 5/22 | | Wire Trans Svc Charge - Sequence: 170522054292 Srf# Trn#170522054292 Rfb# | | 45.00 | |
| 5/22 | | WT 170522-054292 Dbs Bank (Hong Kong /Bnf=Remy Klammers Srf# Trn#170522054292 Rfb# | | 85,000.00 | |

Account number:   **8984707276**   ■   May 1, 2017 - May 31, 2017   ■   Page 4 of 7



---

### Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-----|-------------|---------|---------|---------|
| 5/22 | | Online Transfer to Global Securities Holding LLC Ref #Ib03Fzls7V Business Checking Tmobile Balance Final Ch Loan | | 116.00 | 28,408.40 |
| 5/25 | | Online Transfer to Global Shared Solutions Corp Ref #Ib03G7Pblz Business Checking Alpha Fee May | | 8,000.00 | |
| 5/25 | | Online Transfer to Global Securities Holding LLC Ref #Ib03G7P8Pj Business Checking to Cover Insurance Overdraft | | 800.00 | 19,608.40 |
| 5/30 | | Colonial Life Ins. Prem. 170525 E4458303 Global Securities Mana | | 2,326.14 | |
| 5/30 | | Humana, Inc. Ins Pymt 170525 794495258001794 495292 | | 7,846.69 | 9,435.57 |
| **Ending balance on 5/31** | | | | | 9,435.57 |
| **Totals** | | | **$266,938.49** | **$331,854.28** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 9005 | 5/1 | 210.31 |

---

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/01/2017 - 05/31/2017 | Standard monthly service fee $14.00 | You paid $0.00 | |
|------|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | $7,500.00 | $39,739.00 | ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 | ☐ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 1 | ☑ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | | |

wx/wx

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 10 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Account number:   **8984707276**   ◼   May 1, 2017 - May 31, 2017   ◼   Page 5 of 7



---

**Other Wells Fargo Benefits**

**Commercial real estate loans up to $750,000 - origination fee waived**

Apply by June 30, 2017, and we'll waive the origination fee - a discount of up to $5,000.
Business Real Estate Financing wants to help you meet your commercial real estate goals. Our purchase, refinance, and equity loans offer competitive rates with a variety of term options, and low closing costs.

Learn more by visiting wellsfargo.com/biz/loans-and-lines/real-estate/
To apply, or for more information, call: 1-866-416-4320, Monday - Friday, 6:00 a.m. to 6:00 p.m. Pacific Time.

Note: Equity lines of credit are not eligible for this promotion. All financing is subject to credit approval. Some restrictions may apply. Equal housing lender.

# ✅ IMPORTANT ACCOUNT INFORMATION



**Helpful information about avoiding the monthly service fee on this checking account.**

None of the options to avoid the monthly service fee for this account have changed. All of the options are listed under the "Monthly service fee summary" section of this statement.

Below are the details for the 10 or more posted debit card purchases/payments option to avoid the monthly service fee each fee period:
- Debit card purchases include: PIN, Signature, Online and Phone purchases that post during the fee period
- Debit card payments include: one-time and recurring payments of bills made with your debit card that post during the fee period
- Not Included: any transactions made at an ATM (Wells Fargo or Non-Wells Fargo), and ACH (Automated Clearing House) transactions
- Fee period: debit card transactions must post during the fee period to count. The dates of your fee period are located in the "Monthly service fee summary" section of this statement. Transactions received after the applicable cut-off time or on a non-business day (Saturday, Sunday and federal holidays) are posted on the next business day.

If you have any questions about how to avoid the monthly service fee on your account, please contact your local banker or call the number listed on this statement.

Effective August 14, 2017, your accounts will be delinked for Book Transfer (a wire transfer between your linked Wells Fargo accounts). Please note: As of that date, if you move money between your Wells Fargo accounts by initiating a wire (in a branch, over the phone, or using Wells Fargo Online®/Wells Fargo Business Online®), our standard domestic outgoing wire fee of $30.00 and incoming wire fee of $15.00 will apply. You can also move money between your eligible Wells Fargo accounts by requesting an account-to-account transfer for no fee by using Wells Fargo Online/Wells Fargo Business Online or by visiting a branch. For more details, contact your banker or call the customer service number on your statement.

**Please note the following in connection with your Wells Fargo Debit or ATM Card:**
At certain ATMs inside Wells Fargo branches, during branch hours, your daily ATM withdrawal limit may not apply, and you may be able to access and perform transactions on accounts that are not linked to your card. At most ATMs, however, your daily ATM withdrawal limit will apply, and you will only have access to accounts linked to your card.

The Consumer Account Agreement, Business Account Agreement, and Selected Terms and Conditions for Wells Fargo Consumer Debit and ATM Cards; Business Debit, ATM and Deposit Cards; Campus Debit Card and Campus ATM Card; Wells Fargo Advisors Accounts; and Private Bank Debit Cards are revised as follows:



In the sections entitled, "Electronic fund transfer services", "Issuance of a card and Personal Identification Number (PIN)", "What you can do at Wells Fargo ATMs", "Daily limits and funds available for use with cards" and "Linking accounts for card access and designating primary account", references to "linked account(s)" and "accounts linked to your card" have been changed to "account(s)".

In the section entitled, "Daily limits and funds available for use with cards", modifications have been made to reflect that at certain ATMs inside Wells Fargo branches, during branch hours, your daily ATM withdrawal limit may not apply, and you may be able to access and perform transactions on accounts that are not linked to your card. At most ATMs, however, your daily ATM withdrawal limit will apply, and you will only have access to accounts linked to your card.

Account number: **8984707276**  ■  May 1, 2017 - May 31, 2017  ■  Page 7 of 7



WELLS
FARGO

---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                  $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
| **Total amount** | | **$** |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801