UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-20685-WILLIAMS(s)

UNITED STATES OF AMERICA

vs.

GUSTAVO HERNANDEZ FRIERI,

Defendant.
_____/

## ORDER ON JOINT MOTION FOR CONTINUANCE OF TRIAL DATE AND TO EXTEND DEADLINES

The Parties having jointly applied to this Court for an Order to Continue the Trial Date and to Extend Deadlines, the Court finding good cause:

IT IS HEREBY ORDERED that Motion to Continue the Trial Date and Extend Deadlines is GRANTED. Trial will be scheduled to be specially set to begin on February 3, 2020.

Joint proposed juror questionnaires to be submitted by September 16, 2019.

All pre-trial motions to be filed by November 5, 2019.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of September, 2019.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Michael B. Nadler, AUSA
Michael S. Pasano, Esq.