NS/md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA,

vs.

ABRAHAM EDGARDO ORTEGA,

    **Defendant.**

    _____/

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 8, 2019 and ending on September 6, 2019.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:    s/ Nalina Sombuntham
    Nalina Sombuntham
    Assistant United States Attorney
    Fla. Bar No. 96139
    99 N.E. 4th Street, 7th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9224
    Facsimile: (305) 536-7599
    nalina.sombuntham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 16, 2019, I electronically filed the foregoing document was with the Clerk of the Court using CM/ECF.

s/ Nalina Sombuntham<br>
Nalina Sombuntham<br>
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## COURT CASE NUMBER: 18-CR-20685-KMW; NOTICE OF FORFEITURE

Notice is hereby given that on June 24, 2019, in the case of U.S. v. Abraham Edgardo Ortega, Court Case Number 18-CR-20685-KMW, the United States District Court for the Southern District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

real property located at 2101 South Surf Road, Unit 2E Hollywood, FL (18-ICE-001431)

Described as: Condominium Unit No. 2E, of SAGE BEACH, A CONDOMINIUM, according to the Declaration of Condominium thereof recorded under Instrument No. 113779593, of the Public Records of Broward County, Florida, and all amendments thereto, together with its undivided share in the common elements.

All assets on deposit in account/portfolio number 10.609020 at Zarattini & Co. Bank in Lugano, SWITZERLAND, held in the name of Big Green Valley SA, including, but not limited to, all shares of Global Securities Trade Finance Class C; (19-ICE-001192)

All assets on deposit in account numbers 1466054, 1465724, and 55102421 at City National Bank in New Jersey held by Global Securities Trade and Finance; (19-ICE-001193)

All assets on deposit in account/portfolio number 1303311-00 at Deltec Bank & Trust Limited in Nassau, THE BAHAMAS, including, but not limited, all shares of Global Securities Trade and Finance Class Series D-1; (19-ICE-001194)

Approximately $2 million in Series A convertible notes of DomaineSelect Wine & Spirits, LLC, a Delaware Limited Liability Company (19-ICE-001196)

All assets on deposit in account number 200020600 at Ansbacher Limited in THE BAHAMAS, held in the name of Greatwalls FS. (19-ICE-001197)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (August 08, 2019) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 400 North Miami Avenue, Room 8N09, Miami, FL 33128, and a copy served upon Assistant United States Attorney Nalina Sombuntham, 99 N.E. 4th Street, Miami, FL 33132. The ancillary petition shall be signed by the petitioner under

penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Nalina Sombuntham, 99 N.E. 4th Street, Miami, FL 33132. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 8, 2019 and September 06, 2019. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Abraham Edgardo Ortega

**Court Case No:** 18-CR-20685-KMW
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/08/2019 | 24.0 | Verified |
| 2 | 08/09/2019 | 24.0 | Verified |
| 3 | 08/10/2019 | 24.0 | Verified |
| 4 | 08/11/2019 | 24.0 | Verified |
| 5 | 08/12/2019 | 24.0 | Verified |
| 6 | 08/13/2019 | 24.0 | Verified |
| 7 | 08/14/2019 | 24.0 | Verified |
| 8 | 08/15/2019 | 24.0 | Verified |
| 9 | 08/16/2019 | 24.0 | Verified |
| 10 | 08/17/2019 | 24.0 | Verified |
| 11 | 08/18/2019 | 24.0 | Verified |
| 12 | 08/19/2019 | 24.0 | Verified |
| 13 | 08/20/2019 | 24.0 | Verified |
| 14 | 08/21/2019 | 24.0 | Verified |
| 15 | 08/22/2019 | 24.0 | Verified |
| 16 | 08/23/2019 | 24.0 | Verified |
| 17 | 08/24/2019 | 24.0 | Verified |
| 18 | 08/25/2019 | 24.0 | Verified |
| 19 | 08/26/2019 | 24.0 | Verified |
| 20 | 08/27/2019 | 24.0 | Verified |
| 21 | 08/28/2019 | 24.0 | Verified |
| 22 | 08/29/2019 | 24.0 | Verified |
| 23 | 08/30/2019 | 24.0 | Verified |
| 24 | 08/31/2019 | 24.0 | Verified |
| 25 | 09/01/2019 | 24.0 | Verified |
| 26 | 09/02/2019 | 24.0 | Verified |
| 27 | 09/03/2019 | 24.0 | Verified |
| 28 | 09/04/2019 | 24.0 | Verified |
| 29 | 09/05/2019 | 24.0 | Verified |
| 30 | 09/06/2019 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.