**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 18-CR-20685-WILLIAMS(s)

**UNITED STATES OF AMERICA**

vs.

**GUSTAVO HERNANDEZ FRIERI,**

    **Defendant.**
_____/

## JOINT REQUEST TO WITHDRAW REQUEST FOR JUROR QUESTIONNAIRE

    Counsel for Defendant and the United States of America, by and through the undersigned Assistant United States Attorney, (collectively, "the Parties") hereby file this Joint Request to Withdraw Juror Questionnaire. The Parties are actively negotiating the final points of a proposed plea agreement and factual proffer. Therefore, the Parties no longer believe a juror questionnaire is necessary at this time. However, if anything changes, the Parties will immediately notify the Court.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

BY:    /s/ Michael B. Nadler_____
        Michael B. Nadler
        Assistant United States Attorney
        Florida Bar No. 51264
        JLK Federal Justice Building
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Telephone:    305-961-9244
        Facsimile:    305-530-7976
        Email:    michael.nadler@usdoj.gov

/s/ Michael S. Pasano
Michael S. Pasano (475947)
Email: mpasano@carltonfields.com
Michael D. Padula (314810)
Email: mpadula@carltonfields.com
CARLTON FIELDS
100 SE Second Street, Suite 4200
Miami, Florida 33131
Tel:    (305) 530-0050
Counsel for Defendant, Gustavo Adolfo Hernandez Frieri

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments are being delivered by United States mail this 16th day of September, 2019 on all counsel of record or pro se parties.

/s/**Michael B. Nadler**
MICHAEL B. NADLER
Assistant United States Attorney