UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

FRANCISCO CONVIT GURUCEAGA, et al.,

Defendants.

___ SEALED
✓ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
____ years; ____ (specific date);
____ permanently; ____ (other).

**ORDER**

THIS MATTER comes before the Court on the United States' motion to unseal docket entry 126 in the above-captioned matter. Having reviewed the Motion and the matter, it is hereby

ORDERED that the Clerk of the Court shall unseal docket entry 126 filed in this case.

Done this 30th day of October, 2019, in Chambers, Miami, Florida.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy to:

Clerk of the Court
AUSA Nicole Grosnoff