# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No. 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABRAHAM EDGARDO ORTEGA,

    Defendant.
_____/

## **UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW the DEFENDANT, Abraham Edgardo Ortega, by and through his undersigned counsel and moves this Honorable Court to continue the sentencing hearing currently scheduled for March 12, 2020. In support of the motion, the Defendant states:

1. On October 31, 2018, the Defendant pled guilty to a one count Superseding Information which charges him with conspiracy to commit money laundering, in violation of Title 18, United States Code, Sections 1956(h) and 1957(a).

2. The sentencing hearing is scheduled for March 12, 2020.

3. The Defendant's co-defendant Gustavo Hernandez Frieri is pending sentencing before this Court on March 20, 2020.

4. Undersigned counsel is scheduled to attend the annual American Bar Association White Collar Conference in San Diego, California from March 9, through March 13, 2020. Undersigned counsel is requesting only a week continuance of Mr. Ortega's sentencing hearing.

LS L·S LAW FIRM

5. Undersigned counsel and Assistant United States Attorney Michael Nadler have conferred, and the government does not oppose this continuance. In fact, government counsel suggested a date on or after the sentencing of co-defendant Hernandez Frieri on March 20, 2020.

**WHEREFORE**, the Defendant, Mr. Ortega, respectfully requests that the sentencing hearing in this case be continued to a date after the sentencing of the co-defendant Hernandez Frieri.

Respectfully submitted,

/s/Lilly Ann Sanchez
THE LS LAW FIRM
lsanchez@thelsfirm.com
Four Seasons Tower – Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: 305-503-5503
Counsel for Abraham Edgardo Ortega

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

s/ Lilly Ann Sanchez

LS L·S LAW FIRM