UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GUSTAVO HERNANDEZ FRIERI,

    Defendant.

_____/

**DEFENDANT GUSTAVO HERNANDEZ'S UNOPPOSED
MOTION TO CONTINUE MARCH 20, 2020 SENTENCING**

COMES NOW the DEFENDANT, Gustavo Hernandez Frieri, by and through his undersigned counsel and moves this Honorable Court to continue Mr. Hernandez's sentencing currently scheduled for March 20, 2020. AUSA Michael Nadler advises that the Government joins in this request. As grounds, Defendant states as follows:

**BACKGROUND**

1. The Defendant pled guilty to Count I of the Indictment which charges the Defendant with conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h).

2. The sentencing hearing is presently scheduled for March 20, 2020.

3. This is the Defendant's first request to continue the sentencing hearing. The Defendant seeks an additional three weeks to afford the parties more time to work together in the hope of shortening the time needed for arguments at the sentencing hearing. This motion is not for purposes of delay but made in good faith.

4. Undersigned counsel and Assistant United States Attorney Michael Nadler have conferred, and the Government does not oppose this continuance.

5. The parties both suggest either April 9, 2020 or April 10, 2020 for the new sentencing hearing, whichever date is most convenient for the Court.

WHEREFORE, the Defendant, Mr. Hernandez, respectfully requests that the sentencing hearing in this case be continued to a date on or around April 9 or April 10, 2020, or any date thereafter practicable to the Court and Government counsel.

Respectfully submitted,

Michael S. Pasano
Florida Bar No. 0475947
E-mail: mpasano@carltonfields.com
David W.A. Chee, Esq.
Florida Bar No. 109659
E-mail: dchee@carltonfields.com
CARLTON FIELDS
100 S.E. 2nd Street, Suite 4200
Miami, Florida 33131-2114
Telephone: (305) 530-0050
*Counsel for Defendant Gustavo Hernandez Frieri*