UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GUSTAVO HERNANDEZ FRIERI

    Defendant.

_____/

**DEFENDANT GUSTAVO HERNANDEZ'S UNOPPOSED**
**MOTION TO CONTINUE JUNE 1, 2020 SENTENCING**

COMES NOW the DEFENDANT, Gustavo Hernandez Frieri, by and through his undersigned counsel and moves this Honorable Court to continue Mr. Hernandez's sentencing hearing currently scheduled for June 1, 2020, to a date on or after August 14, 2020. AUSA Michael Nadler advises that the Government joins in this request. As grounds, Defendant states as follows:

**BACKGROUND**

1. The Defendant pled guilty to Count I of the Indictment which charges the Defendant with conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h).

2. The sentencing hearing is presently scheduled for June 1, 2020.

3. The Defendant seeks additional time to afford the parties more time to work together in the hope of shortening the time needed for arguments at the sentencing hearing. Given issues related to the COVID-19 pandemic, this process is taking longer than anticipated. This request is made in good faith and not for the purpose of delay.

121973189.1

4. Undersigned counsel and Assistant United States Attorney Michael Nadler have conferred, and the Government agrees that this continuance is appropriate.

5. The parties suggest a date on or after August 14, 2020 for the new sentencing hearing, whichever date is most convenient for the Court.

WHEREFORE, the Defendant, Mr. Hernandez, respectfully requests that the sentencing hearing in this case be continued to a date on or after August 14, 2020, or any date thereafter practicable to the Court and Government counsel.

Respectfully submitted,

/s/ Michael S. Pasano
Florida Bar No. 0475947
E-mail: mpasano@carltonfields.com
David W.A. Chee, Esq.
Florida Bar No. 109659
E-mail: dchee@carltonfields.com
CARLTON FIELDS
100 S.E. 2nd Street, Suite 4200
Miami, Florida 33131-2114
Telephone: (305) 530-0050
*Counsel for Defendant Gustavo Hernandez Frieri*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2020 a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system and served on all counsel of record.

/s/ David W.A. Chee
David W.A. Chee