**EXHIBIT 1**

**Net Outgoing Transfers from GSTF Accounts for Class C and Class D**

| Country / Counterparty Name* | CNB 1466054 (GSTF Class C) | CNB 55102421 (GSTF Class D) | Net Outgoing Total |
|---|---|---|---|
| **Barbados** | | ($599,805.00) | ($599,805.00) |
| IUB Corporation | | ($599,805.00) | ($599,805.00) |
| **Cayman Islands** | ($6,951.22) | | ($6,951.22) |
| Harneys Services (Cayman) Limited | ($6,951.22) | | ($6,951.22) |
| **Colombia** | ($3,813,057.33) | ($1,798,970.00) | ($5,612,027.33) |
| Anka S.A.S Technology and Services | ($43,057.32) | | ($43,057.32) |
| GSM Colombia SAS | ($2,000,000.00) | | ($2,000,000.00) |
| Himmel SAS | | ($898,970.00) | ($898,970.00) |
| Serfindata SA | ($1,770,000.01) | ($900,000.00) | ($2,670,000.01) |
| **Cyprus** | ($9,480.84) | | ($9,480.84) |
| Royal Pine & Associates | ($9,480.84) | | ($9,480.84) |
| **Ireland** | ($34,902.70) | | ($34,902.70) |
| Eversheds Sutherland Client Account | ($34,902.70) | | ($34,902.70) |
| **Panama** | ($719,310.00) | ($2,118,500.00) | ($2,837,810.00) |
| D▇▇ P▇▇ A▇▇ | | ($148,500.00) | ($148,500.00) |
| Market Real Solutions SA | ($717,000.00) | ($1,970,000.00) | ($2,687,000.00) |
| PLS Overseas Inc | ($2,310.00) | | ($2,310.00) |
| **Peru** | | ($43,660.00) | ($43,660.00) |
| Rebaza Alcazar Abogados Civil De | | ($43,660.00) | ($43,660.00) |
| **Singapore** | | ($50,362.63) | ($50,362.63) |
| Asiaciti Trust Singapore Pte Ltd | | ($50,362.63) | ($50,362.63) |
| **UK** | ($17,856.00) | ($4,130.83) | ($21,986.83) |
| Harney Westwood Riegels Operations | | ($4,130.83) | ($4,130.83) |
| Intertrust Management Ltd EUR | ($2,856.00) | | ($2,856.00) |
| Maples and Calder | ($15,000.00) | | ($15,000.00) |
| **US** | ($2,898,431.55) | ($2,305,016.57) | ($5,203,448.12) |
| APEX Fund Services (Charlotte) LLC | | ($11,000.00) | ($11,000.00) |
| APEX Fund Services (US) Inc | ($8,000.00) | ($10,500.00) | ($18,500.00) |
| Boubalos Holdings LLC | | ($200,000.00) | ($200,000.00) |
| Domaine Select Wine & Spirits | ($1,300,000.00) | ($700,000.00) | ($2,000,000.00) |
| Global Securities Advisors GP | ($232,586.49) | ($65,000.00) | ($297,586.49) |
| Global Securities Management LLC | ($848,540.00) | ($1,144,000.00) | ($1,992,540.00) |
| Global Shared Solutions Corp | ($45,000.00) | ($92,476.57) | ($137,476.57) |
| Harney Westwood Riegels Operations | | ($2,040.00) | ($2,040.00) |
| ▇▇▇ LLC | ($396,000.00) | | ($396,000.00) |
| K▇▇ R▇▇ | ($53,305.06) | | ($53,305.06) |
| Morgan Stanley Wealth Management (FFC to Trento Group SA) | | ($80,000.00) | ($80,000.00) |
| Paez and Associates PA | ($15,000.00) | | ($15,000.00) |
| **Grand Total** | **($7,499,989.64)** | **($6,920,445.03)** | **($14,420,434.67)** |

**EXHIBIT 1**

Page 1 of 1