**EXHIBIT 4**

# FINANCIAL DISCLOSURE STATEMENT
## TO BE COMPLETED BY INDIVIDUAL DEFENDANT

## A. GENERAL INSTRUCTIONS - READ CAREFULLY

The information requested in the following form is to be submitted concerning a current case in connection with an asset investigation.   Prior to completing and submitting this form, you should discuss this matter and this form thoroughly with your own attorney.

The purpose of this form is to determine what assets you may have  or are in control of .  If you are married or have a live-in companion, you must list assets held by your spouse or companion, as well as yourself, and show whether each asset is owned individually or jointly.  By completing and signing this financial disclosure statement, you acknowledge that the information provided may affect action by the United States Department of Justice and further understand that any false answers can lead to the termination or nullification of any plea agreement ultimately reached and/or prosecution for false statements as provided under Title 18, United States Code, Section 1001 (maximum prison sentence of five (5) years and/or a fine of not more than $250,000).

Each separate question must be answered completely.  If the answer is "none" you must state "none."  Do not leave any question unanswered.  If there is insufficient space on the form, please attach additional sheets as necessary, and date and initial each additional page.

You must sign this page, date and initial each page, and sign page 15 and the accompanying Releases.  Note the signature/initial line wherever the arrow ➡ appears.

## B. ACKNOWLEDGMENT, IF REPRESENTED BY COUNSEL - Signature Required

I __X__ am _____ am not (check one) represented by counsel in the collection of this debt.  If I am represented by retained or appointed counsel, I acknowledge having reviewed the foregoing instructions with my counsel.  My counsel's name is ___Michael S. Pasano_____.

**Date:** January 10, 2020       **Name:**  Hernandez Frieri        Gustavo
                                      **Last**            **First**            **Middle**

➡        **Signature**

---

Authority for the solicitation of the requested information includes one or more of the following:  5 U.S.C. § 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. § 501 -530A; 28 U.S.C. § 1651, 3201 -3206; 31 U.S.C. § 3701 -3731; 44 U.S.C. § 3101; 4 C.F.R. § 101 -101.8; 28 C.F.R. § 0.160, 0.171 and Appendix to Subpart Y; 18 U.S.C.  § 3664(d)(3).

The principal purpose for gathering this information is to evaluate your ability to pay the government's claim or judgment against you. Routine uses of  the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register, Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at pages 12774.  Disclosure of the information is voluntary.  If the requested information is not furnished, the United States may seek disclosure through other means.

**EXHIBIT 4**                                                                 **1**

**EXHIBIT 4**

# FINANCIAL DISCLOSURE STATEMENT

## A.  PERSONAL IDENTIFYING DATA

**1. FULL NAME:** Hernandez Frieri                    Gustavo

| (Last) | (First) | (Middle) |

Circle appropriate title:  [Mr.]   Ms.   Mrs.   Dr.   Jr.   III

**2. STATE ALL OTHER NAMES BY WHICH YOU HAVE EVER BEEN KNOWN.**

a.

b.                                           c.

| 3. YOUR DATE OF BIRTH MONTH/DAY/YEAR | 4. YOUR DRIVER'S LICENSE NO. AND STATE OF ISSUANCE. | 5. YOUR SOCIAL SECURITY NO. | 6. YOUR HOME TELEPHONE NUMBER | 7. YOUR CELLULAR TELEPHONE NUMBER |
|---|---|---|---|---|
| ███ ─ ███ ─ ███ | No. H███████ State ▁Florida | ███ / █ / ███ | (▁▁▁)▁─ | ████████ |

| 8. PRESENT HOME ADDRESS | 9. DATES OF RESIDENCE | 10. YOUR EMAIL ADDRESS |
|---|---|---|
| 597 Hibiscus Lane, Miami | June /19 2014 to Present | ghernandez @ gsadvisors.net |
| Florida — Address 33137 | | |
| State — Zip Code | | |

| EDUCATION | | Check all that apply | Location of School |
|---|---|---|---|
| **11. PROVIDE YOUR EDUCATIONAL BACKGROUND.** | Less Than 12 years | | |
| | High School Diploma or equivalent | X | Cartagena, Colombia |
| | Vocational School | | |
| | College (provide degree or no. of years attended | 5 years; J.D. | Bogota, Colombia |
| | Post Graduate (provide degree of no. of years attended | 4 years; M.Sc.; PED | Paris, France |
| | Vocational School | | |
| **12. PROFESSIONAL LICENSES:** | Type: | Expiration Date: | |
| | General Securities Representative in the US, Panama and Colombia | Revoked (ca. 2018) | |

## B. EMPLOYMENT INFORMATION

**13. FULL NAME OF PRESENT EMPLOYER:**  None

**14. OCCUPATION:**

**15. DATES OF EMPLOYMENT: From:** ▁▁▁/▁▁/19▁▁ **to Present**

**16. BUSINESS ADDRESS:**▁▁▁▁▁▁▁**State**▁▁▁**Zip**▁▁▁**Tel.No.(**▁▁▁**)**▁▁▁▁▁

**PREVIOUS EMPLOYER (List all previous employers for past five (5) years.) Please include addresses and dates of employment.**

**17. COMPANY NAME:** Global Securities Holdings    **Dates Employed: From:** January /19 2002 **to** July /19 2018
**OCCUPATION:** Financial Services
**ADDRESS:** 701 Brickell Ave., 14th Floor    **STATE** Fl   **ZIP** 33131   **Telephone No.(** 305 **)** 373-3326

**EXHIBIT 4**

| | |
|---|---|
| **18. COMPANY NAME:** VB&P - LatinAdvisors | Dates Employed: From: January 2001 /___/19___ to December 2001 /___/19___ |
| **OCCUPATION:** Research & Strategy | |
| **ADDRESS:** 712 5th Avenue, 44th Floor | STATE NY ZIP 10019 Telephone No.( 212 ) 707-1200 |

| | |
|---|---|
| **19. COMPANY NAME:** Universidad de los Andes | Dates Employed: From: January 1999 /___/19___ to December 2000 /___/19___ |
| **OCCUPATION:** Professor - Research Associate | |
| **ADDRESS:** Cra. 1 # 18a-12 | STATE ___ ZIP_____ Telephone No.( 57-1 ) 339-4949 |
| Bogota Colombia | |

| | |
|---|---|
| **20. COMPANY NAME:** _____ | Dates Employed: From: ___/___/19___ to___/___/19___ |
| **OCCUPATION:** _____ | |
| **ADDRESS:** _____ | STATE ___ ZIP_____ Telephone No.(_____)_____ |

**C. EARNINGS (SALARY, WAGES, COMMISSIONS, ETC.) AND BACKGROUND INFORMATION**

| 21. YOUR GROSS SALARY FROM YOUR PRESENT EMPLOYER. MARK ONE: a. Weekly ❑ b. Bi-Weekly ❑ c. Monthly ❑ | $ None | d. YOUR TAKE HOME PAY. | $ None |
|---|---|---|---|

| 22. ARE YOU CURRENTLY AN ACTIVE MEMBER OF THE ARMED FORCES, INCLUDING NATIONAL GUARD AND RESERVES? | Yes | |
|---|---|---|
| | No | X |

a. IF YES, PLEASE GIVE THE NAME, ADDRESS AND TELEPHONE NUMBER OF YOUR UNIT AND HOW MANY YEARS REMINING IN YOUR ENLISTMENT.

| b. Unit | c. Term |
|---|---|
| NA | |
| | |

| 23. DO YOU HAVE ANY OTHER EARNED INCOME FROM ANY OTHER SOURCE OR BUSINESS? | Yes | |
|---|---|---|
| | No | X |

a. IF YES, PLEASE IDENTIFY EACH SOURCE AND STATE YOUR MONTHLY GROSS EARNINGS (SALARY, WAGES, COMMISSIONS, ETC.) FROM EACH SOURCE.

| b. Source | c. Income |
|---|---|
| NA | |
| | |
| | |
| | |
| | |
| | |
| | |

➡ Initials GH

**EXHIBIT 4**

**EXHIBIT 4**

| 24.  GARNISHMENT:  Are you or your spouse/companion's wages under garnishment at this time? | Yes | |
|---|---|---|
| | No | X |

**a.  IF YES, PROVIDE SPECIFIC DETAILS.**

NA

---

**25.  LIST EACH PREVIOUS HOME ADDRESS   (Include all permanent or temporary residences and dates of occupancy for the last five (5) years.)**

| a. Dates of residence: | Address | City | State | Zip Code |
|---|---|---|---|---|
| 2014-2020 | 597 Hibiscus Lane | Miami | FL. | 33137 |

| b. Dates of residence: | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| c. Dates of residence: | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| d. Dates of residence: | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

---

**26.  RENTAL AGREEMENT.   Do you or your spouse/companion rent the premises on which you live?   If YES, please complete the following:**

| | Yes | |
|---|---|---|
| | No | X |

| a. Name of Landlord | b.  Address/telephone number of Landlord | c. Payment Schedule (weekly, monthly,annually) | d. Rent Payment | e.  Utilities included in rent | f.  Deposit or other funds held by landlord |
|---|---|---|---|---|---|
| NA | | | $ | | $ |

---

**27. MARITAL STATUS** (Mark one box to show  your current marital status and provide information about your spouse(s) below.)

a.  Never Married: ❑   b.  Married  ❑    c.  Separated:❑     d.  Legally Separated  ❑    e.   Divorced ☒    f.  Widowed  ❑

**28.   NAME OF SPOUSE/COMPANION** _____

| | | |
|---|---|---|
| (Last) | (First) | (Middle) |

| a.  SPOUSE/COMPANION'S DATE OF BIRTH Month/Day/Year | b. SPOUSE/COMPANION'S  HOME TELEPHONE NUMBER | c. SPOUSE/COMPANION'S CELLULAR TELEPHONE NUMBER |
|---|---|---|
| _____/____/19_____ | (          ) | (          ) |

| c.   SPOUSE/COMPANION'S OCCUPATION | d.  BUSINESS TELEPHONE NUMBER |
|---|---|
| NA | (          ) |

**29.  SPOUSE/COMPANION'S EMPLOYER**

a.  NAME  NA

b. ADDRESS _____STATE_____ ZIP_____Telephone No._____

| 30. LIST NAME OF EACH FORMER SPOUSE AND DATES OF  MARRIAGE(S) | DATES OF MARRIAGE |
|---|---|
| | |

➜   Initials  GH

**EXHIBIT 4**

4

**EXHIBIT 4**

| a. Name Olympia Alencar De Castro | From: April /2007 /19__ to October /19 2019 |
|---|---|
| b. Name | From:___ /____ /19__ to ____/____/19___ |
| c. Name | From:___ /____ /19__ to ____/____/19___ |
| d. Name | From:___ /____ /19__ to ____/____/19___ |

**31. DEPENDENT CHILDREN/RELATIVES** (List type of relationship and date of birth of each person listed.)

| a. Complete Name(s) | b. Relationship | c. Date of Birth | d. Cellular telephone number | e. Do these relatives reside with you. (Circle one) | |
|---|---|---|---|---|---|
| ███████████ | Son | ██████ | | YES | NO |
| ███████████ | Daughter | ██████ | | YES | NO |
| ███████████ | Son | ██████ | | YES | NO |
| | | | | YES | NO |
| | | | | YES | NO |
| | | | | YES | NO |

**32. CHILD SUPPORT PAYMENTS RECEIVED** - Do you or your spouse/companion receive child support payments? If yes, complete the following:

| | Yes | |
|---|---|---|
| | No | ✕ |

| Name of dependent | Dependent's Date of Birth | Name of non-custodial parent | Name of Custodial Parent | List arrearage (if any) |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CHILD SUPPORT PAYMENTS MADE** - Do you or your spouse/companion make child support payments? If yes, answer the following:

| | Yes | |
|---|---|---|
| | No | ✕ |

| Name of dependent | Dependent's Date of Birth | Name of non-custodial parent | Name of Custodial Parent | List arrearage (if any) |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**33.** Do you receive or expect to receive aid to families with dependent children, unemployment compensation or any other type of assistance from the United States, your own state, any other governmental agency or any other person? If yes, list the source and amount.

| a. Source of Payment (name of person, state, etc.) | b. Program | c. Payment Amount | d. Payment schedule |
|---|---|---|---|
| NA | | | |

**EXHIBIT 4**                                    **5**

**EXHIBIT 4**

**33.** Do you receive or expect to receive aid to families with dependent children, unemployment compensation or any other type of assistance from the United States, your own state, any other governmental agency or any other person?  If yes, list the source and amount.

| a. Source of Payment (name of person, state, etc.) | b. Program | c. Payment Amount | d. Payment schedule |
|---|---|---|---|
| NA | | | |
| | | | |

**34.** Name of each bank, credit union and any other financial institution or company with which you, your spouse/companion, or any other person or entity associated with you have or have ever had any account at any time during the past five (5)  years.

| a. Name of Financial Institution and Address | b. Names(s) on Account | c. Account No. and Type | d. Current Balance in Account |
|---|---|---|---|
| PanAmerica Capital - Panama | Global Finance Mgt. - GH | Investment Account | Please see schedule |
| Bank of America - Miami | Gustavo Hernandez Frieri | Investment Account | Please see schedule |
| Wells Fargo - Miami | Gustavo Hernandez Frieri | Investment Account | Please see schedule |

**35.  SAVINGS BONDS:**  Do you, your spouse/companion or your defendants own U.S. Savings Bonds?.

| a. Demonination of Bond | b. Names(s) on Bond | c. Purchase Date | d. Value |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

**36.  INDIVIDUAL RETIREMENT ACCOUNT.**  Do you or your spouse have any Individual Retirement Account ("IRA"), Keogh Account, other retirement account or savings, or any interest in any profit-sharing or pension plan? If YES, please identify each account by name of financial institution, address, account number and name on account.

| | Yes | |
|---|---|---|
| | No | X |

| a. Name of Financial Institution and address | b. Names(s) on Account | c. Account No. And Type | d. Current Balance In Account |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**37.  SAFETY DEPOSIT BOXES:**  Do you, or your spouse, or any other person maintain or rent a safety deposit box in your name(s) or in any other name?   If YES, give name and address of banks(s) and name(s) utilized to open or maintain the safety deposit box(es).

| | Yes | |
|---|---|---|
| | No | X |

| a. Name of Financial Institution and Address | b. Safety Deposit Box No. | c. Account No. | d. Type of Account |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |
| | | | |

**EXHIBIT 4**

➡ Initials  GH      **6**

**EXHIBIT 4**

| D.  ASSETS AND LIABILITIES |
|---|

| 38.  Do you or your spouse/companion  have any interest in any real estate anywhere in the world?  (This includes any real estate currently being sold under contract.)  If YES, identify each real estate interest as stated below. | Yes | |
| | No | X |

| a.  Complete Address (Include State and County) | b.  Name on Deed | c.  Purchase Price | d.  Fair Market Value | e.  Balance Due on Mortgage | f.  Monthly Payment | g.  Date Mtg. Paid Off |
|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | |
| | | $ | $ | $ | $ | |
| | | $ | $ | $ | $ | |

| h.  Provide the name of the company  with whom your home is insured. i.  Provide the address of your insurer. | NA _____<br>_____<br>_____ |
|---|---|

| j.  LEASEHOLD INTERESTS.  If any real estate holdings are income producing properties, identify tenants name and address and current lease terms.  Provide income statemens and/or tax returns for the last two years for each rental property. | Name on lease: ___NA_____<br>Address:_____<br>City: _____State _____<br>Zip: _____ TERM: _____<br><br>Name on lease: _____<br>Address:_____<br>City: _____State _____<br>Zip: _____ TERM: _____<br><br>Name on lease: _____<br>Address:_____<br>City: _____State _____<br>Zip: _____ TERM: _____ |
|---|---|

| 39.   Do you or your spouse/companion or dependents own or have possession of any automobiles, boats, aircrafts, other vehicles or mobile homes?  If YES, specify as stated below. |
|---|

| a.   Description:  Include Year, Make and Model | b.  Do you own the vehicle or property? | | c.  Purchase Price | d.  Loan Balance |
|---|---|---|---|---|
| | Yes | No | | |
| Automobile        Please see Schedule | | X | $ | $ |
| Automobile (2nd) | | X | $ | $ |
| Automobile (3rd) | | X | $ | $ |
| Boat | | X | $ | $ |
| Truck | | X | $ | $ |
| Recreational Vechicles (campers, Motor homes) | | X | $ | $ |
| Utility Trailer | | X | $ | $ |
| Any other vehicles (Including ATVs, Jet-Skis, snowmobiles) | | X | $ | $ |
| Aircraft | | X | $ | $ |
| Mobile Home | | X | $ | $ |
| Motorcycle | | X | $ | $ |

| e.  Provide the name of the company(ies) with whom your vehicles are insured.<br><br>Provide the address(es) of the company(ies) with whom your vehicles are insured. | NA _____<br><br>_____<br>_____ |
|---|---|

**EXHIBIT 4**                                                                    **7**

**EXHIBIT 4**

**40.  Do you or your spouse/companion or dependents own or have possession of any sporting goods?  If YES, specify as stated below.**

| a.  Description:  Include Year, Make and Model | b.  Do you own the property? | | c.  Purchase Price | d.  Loan Balance |
| --- | --- | --- | --- | --- |
| | Yes | No | | |
| Guns | | X | $ | $ |
| Hunting Gear | | X | $ | $ |
| Recreational Equipment (pool table, pinball machine) | | X | $ | $ |
| Swimming Pool | | X | $ | $ |
| Jacuzzi/Hot Tub | | X | $ | $ |
| Sauna | | X | $ | $ |
| Any other equipment | | X | $ | $ |

**41.  Do you or your spouse/companion or dependents own or have possession of any miscellaneous assets?  If YES, specify as stated below.**

| a.  Description: | b.  Do you own the asset? | | c.  Purchase Price | d.  Loan Balance |
| --- | --- | --- | --- | --- |
| | Yes | No | | |
| Animals | | X | $ | $ |
| Season Tickets | | X | $ | $ |
| Time Shares | | X | $ | $ |
| E-Trade Accounts | | X | $ | $ |
| Retainers/Deposits/Advance Payments | | X | $ | $ |
| Mineral Interests | | X | $ | $ |
| Other (describe) | | X | $ | $ |

**42.  SECURITIES:  Do you or your spouse own  any  Securities (bonds, stocks, mutual funds, etc.)?**  
**If YES, please furnish the following information for each such asset.**

Yes **X**  
No

| a.  Name of Issuing Company | b.  Number of Units or Shares | c.  Fair Market Value | d.  Amount of Indebtedness |
| --- | --- | --- | --- |
| Bottle Asset Fund II LP | 306 units | Please see schedule | |
| Domaine Select Wine & Spirits Series A | 437 units | Please see schedule | |
| | | | |
| | | | |
| | | | |
| | | | |

**e.  Are you a member of any investment or barter trading clubs? If yes, provide account statements for the last two years showing investments and current club value.**

Yes

No  **X**

**EXHIBIT 4**

**EXHIBIT 4**

| 43. GIFTS/TRANSFERS. Have you or your spouse transferred, sold, gifted, or in any other way disposed of any assets or property with a cost or fair market value of $300 or more at any time in the past three (3) years? If YES, please furnish the following information for each such asset. | Yes | X |
| --- | --- | --- |
| | No | |

| a. Description of Asset | b. Date of Transfer | c. Fair Market Value When Transferred | d. Amount Received | e. Name and Relationship of Transferee to Defendant |
| --- | --- | --- | --- | --- |
| Please see schedule | | $ | $ | |
| | | $ | $ | |
| | | $ | $ | |
| | | $ | $ | |

| 44. RECEIVABLES Do you or your spouse or your companion have any accounts receivable or notes owed to you? If YES, specify as stated below. | Yes | X |
| --- | --- | --- |
| | No | |

| a. Account Name | b. Book Value | c. Liquidation Value | d. Amount of Indebtedness | e. Date, if Pledged |
| --- | --- | --- | --- | --- |
| Please see schedule | $ | $ | $ | |
| | $ | $ | $ | |
| | $ | $ | $ | |

| 45. JUDGMENTS Do you or your spouse have any judgments owed to you? If YES, specify as stated below. | Yes | |
| --- | --- | --- |
| | No | X |

| a. Amount of Judgment | b. Full Name of Debtor |
| --- | --- |
| NA | |
| | |
| | |
| | |

| 46. List all other forms of compensation which you or your spouse receive and which you have not already disclosed (including insurance annuity, disability benefits, lottery winnings, pensions, etc.) |||
| --- | --- | --- |
| a. Identify Source of Compensation | b. Schedule for Receipt (e.g., Weekly, Monthly) | c. Amount |
| None | | $ |
| | | $ |
| | | $ |
| | | $ |

| 47. Does anyone or any entity owe any money to you or your spouse not previously disclosed? If yes, please state specific information listed below. | Yes | |
| --- | --- | --- |
| | No | X |

| a. Name of Person/Entity | b. Their Address | c. Date of Loan | d. Amount Owed |
| --- | --- | --- | --- |
| NA | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**EXHIBIT 4**

**48. Do you or your spouse have any life insurance policy now in force with right to change beneficiary reserved?**
If YES, state specific information listed below.

| | Yes | X |
|---|---|---|
| | No | |

| a. Company Name | b. Policy Number | c. Amount of Policy | d. Present Cash Surrender Value Plus Accumulated Dividends | e. Policy Loan | f. Date Made | g. Premium Date | h. Amount of Payments Made |
|---|---|---|---|---|---|---|---|
| John Hancock | ████8279 | 2.5mm | 10.9k | 49.2k | 08/2018 | Monthly | 161k |
| | | | | | | | |
| | | | | | | | |

**49. Do you or your spouse have any life insurance policy assigned or pledged on any indebtedness?**

| | Yes | X |
|---|---|---|
| | No | |

If any of the policies listed in item 49, above, are assigned or pledged on indebtedness, except with insurance companies, give the following information about each policy:

| a. Policy Number | b. Name and Address of Pledge or Assignee | c. Amount of Indebtedness | d. Date, if Pledged |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |

**50. Do you or your spouse/companion or dependents own or have any ownership interest in any jewelry, antiques, precious metals, art objects, stamp or coin collections or other assets of any kind with a total value in excess of $500? If YES, state specific information listed below.**

| | Yes | X |
|---|---|---|
| | No | |

| a. Asset | b. Date Acquired | c. Value at Acquisition | d. Present Value |
|---|---|---|---|
| Watch - P.P. 5064A-001 (2001) | 2003 | ca. 10k | ca. 10k |
| | | | |
| | | | |

**51. Do you or your spouse/companion or dependents own any furniture and fixtures, including machinery or equipment?**
If YES, state specific information listed below.

| | Yes | X |
|---|---|---|
| | No | |

| a. Description | b. Purchase Price | c. Current Value | d. Amount of Indebtedness | e. Date, if Pledged |
|---|---|---|---|---|
| 1. Furniture and Fixtures (business) | $ NA | $ | $ | |
| 2. Furniture (household/residence) | $ 50k | $ Uncertain | $ NA | NA |
| 3. Machinery (specify type) | $ NA | $ | $ | |
| 4. Equipment (specify type) | $ NA | $ | $ | |
| Total | $ 50k | $ | $ | |

**EXHIBIT 4**

➔  Initials  GH   **10**

**EXHIBIT 4**

| 52. STATEMENT OF YOUR INCOME | Per Pay Period | This Year to Date | Last Year Total |
|---|---|---|---|
| a. Gross Income | $ NA | $ | $ |
| b. Salaries, Wages, Commissions | $NA | $ | $ |
| c. Dividends | $ NA | $ | $ |
| d. Interest | $NA | $ | $ |
| e. Income from business or profession | $NA | $ | $ |
| f. Partnership income | $NA | $ | $ |
| g. Capital Gains or Losses (from Schedule D, Form 1040) | $ NA | $ | $ |
| h. Annuities and pensions | $NA | $ | $ |
| I. Rents and royalties | $NA | $ | $ |
| j. Income from estates and trusts | $ NA | $ | $ |
| k. Total Gross Income | $NA | $ | $ |
| l. Federal Income Tax Itemized Deductions | $NA | $ | $ |
| m. Contributions | $NA | $ | $ |
| n. Interest Paid | $NA | $ | $ |
| o. Taxes Paid | $ NA | $ | $ |
| p. Casualty Losses (by fire, storm, etc.) | $NA | $ | $ |
| q. Bad Debts | $NA | $ | $ |
| r Depreciation | $NA | $ | $ |
| s. Total Deductions | $NA | $ | $ |
| t. Net Income (loss) | $NA | $ | $ |
| u. Nontaxable income | $NA | $ | $ |
| v. Total Net Income | $ NA | $ | $ |

| 53. Have you any inheritance, life interest or remainder interest, either vested or contingent, in any trust or estate, or are you a beneficiary of any trust or estate?   If YES, please furnish a copy of the instrument creating the trust or estate and also, give the following information. | | Yes | X |
| | | No | |

| a. Name of Trust or Estate | b. Present Value of Assets | c. Value of Your Interest | d. Annual Income Received from this Source |
|---|---|---|---|
| Please see schedule | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |

**EXHIBIT 4**

➜  Initials  GH    **11**

**EXHIBIT 4**

| 54. Are you the grantor or donor of any trust, or the trustee or fiduciary for any trust? If YES, please furnish a copy of the instrument creating the trust and give present value of corpus of trust, and any other pertinent information. | Yes | X |
|---|---|---|
| | No | |

| a. Trust | b. Value of Trust |
|---|---|
| I am co-settlor for the 597 Hibiscus Lane Trust (2013), a house for the benefit of my children. Copies of the deed and other pertinent information have been submitted for the consideration of the AUSA. | ca. 2mm |
| | |

| 55. Have you any other assets or any interest in assets, either actual or contingent, other than those previously identified here? If YES, please describe each such asset including present value. | Yes | X |
|---|---|---|
| | No | |

| a. Description | b. Present Value |
|---|---|
| Wine cellar. | ca.5k |
| | |
| | |
| | |

| 56. Are foreclosure proceedings pending on any real estate which you own or have an interest in? | Yes | |
|---|---|---|
| | No | X |

**If YES, please give location of real estate, court caption and case number of foreclosure proceedings.**

a. Court Caption: NA _____ Case No._____
   Location: _____

b. Court Caption: _____Case No._____
   Location: _____

c. Court Caption: _____Case No._____
   Location: _____

| Was the Government made a party to any such foreclosure suit? If YES, please describe. | Yes | |
|---|---|---|
| | No | |

NA

| 57. Do you have any bankruptcy or receivership proceedings pending? Have you filed any bankrutpcy proceeding in the last 7 years? If YES, list court caption and case number of all pending cases. | Yes | |
|---|---|---|
| | No | X |

a. Court Caption: NA_____ Case No._____
   Location: _____ Date Closed (if applicable)_____

b. Court Caption: _____ Case No._____
   Location: _____ Date Closed (if applicable)_____

c. Court Caption: _____ Case No._____
   Location: _____ Date Closed (if applicable)_____

**58. What is the prospect of an increase in value of your assets or your present income? (Please give a general statement.)**

Please see schedule.

**EXHIBIT 4**

**EXHIBIT 4**

| 59. Are you a party to any civil lawsuit now pending?  If YES, please describe each such lawsuit by court name and case number. | Yes | |
|---|---|---|
| | No | X |

**a.** Court Caption: __NA_____ Case No._____
   Location: _____

**b.** Court Caption: _____ Case No._____
   Location: _____

**c.** Court Caption: _____ Case No._____
   Location: _____

| 60. Is anyone holding any money or other property of any kind on your behalf or for you? | Yes | |
|---|---|---|
| | No | X |

**If YES, please identify each person by name and address and amount of money or other property being held for you.**

| a. Name | b. Address | c. Amount of Money/or Value of Property Being Held For You. |
|---|---|---|
| NA | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| 61. Do you receive, or under any circumstances expect to receive, any benefits from a claim for compensation or damages?  If YES, please identify in specific detail. | Yes | |
|---|---|---|
| | No | X |

NA

| 62. Did you file a federal income tax return last year? | Yes | | Joint | |
|---|---|---|---|---|
| | No | X | Individual | |

| Please attach complete copies of each federal income tax return you filed for the last three (3) years. Mark yes or no to indicate whether copies of your tax returns are attached as required. | Yes | |
|---|---|---|
| | No | X |

| 63. Has the IRS audited any of your tax returns? | Yes | |
|---|---|---|
| | No | X |

| 64. Are your federal taxes current? | Yes | |
|---|---|---|
| | No | X |

| 65. Do you anticipate receiving or have received within the last six (6) months a tax refund from any entity? | Yes | |
|---|---|---|
| | No | X |

| a. If YES, list from whom and the amount of each refund. | b. Amount of Refund |
|---|---|
| NA | $ |
| | $ |
| | $ |

**EXHIBIT 4**

➡ Initials __GH__    **13**

**EXHIBIT 4**

| 66. CREDIT CARDS: Do you have any credit card, charge account or line of credit? | Yes | X | |
| --- | --- | --- | --- |
| | No | | |

If yes, please identify each type of account or credit/charge card, the name and address of the issuer, the credit limit, amount owed and the minimum monthly payment.

| a. Type of Account or Card | b. Name and Address of Issuer | c. Credit Limit | d. Amount Owed | e. Minimum Monthly Payments |
| --- | --- | --- | --- | --- |
| Credit card | Amazon Prime Card | 5k | ca. 3.5k | Variable |
| Credit card | Apple Card | 5k | ca. 3k | Variable |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 67. OUTSTANDING LOANS: Do you have any outstanding loans payable to banks, finance companies, etc? | Yes | X | |
| --- | --- | --- | --- |
| | No | | |

If yes, please identify each type of account, the name and address of the issuer, the credit limit, amount owed and the minimum monthly payment.

| a. Type of Account | b. Name and Address of Institution | c. Credit Limit | d. Amount Owed | e. Minimum Monthly Payments |
| --- | --- | --- | --- | --- |
| Please see schedule | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 68. JUDGMENTS Do you or your spouse have any judgments against you? If YES, specify as stated below. | Yes | |
| --- | --- | --- |
| | No | X |

| a. Amount of Judgment | b. Full Name of Creditor |
| --- | --- |
| NA | |
| | |
| | |
| | |

| 69. OTHER ASSETS: Do you own or control any asset or thing of value, including cash or any certificate of deposit or other instrument or account, not previously disclosed with a value in excess of $300? | Yes | X |
| --- | --- | --- |
| | No | |

If yes, please identify each such asset or thing of value and state the worth of each and its present location.

| a. Asset | b. Current Value | c. Location |
| --- | --- | --- |
| Check Chubb | 1.2k | GH |
| Check BOFA Account | 5.2k | GH |
| | | |
| | | |

**EXHIBIT 4**

➔ Initials GH **14**

**EXHIBIT 4**

| 70.  PRESENT FINANCIAL NEEDS |
|---|

In order to help determine your financial needs as well as those of your dependents, provide the following information as to present monthly income and expenses.

| EARNINGS/OTHER INCOME | Yours | Spouse | Total | MONTHLY EXPENSES | |
|---|---|---|---|---|---|
| a.  Net salary | NA | | | a.  Home Rent or Mortgage | |
| b.  Overtime | NA | | | b.  Utilities: Electric | |
| c.  Part-time job | NA | | | Heating Oil/Gas/Wood | |
| d.  Commission | NA | | | Water/Sewer | |
| e.  Net profit from business | NA | | | Telephone | |
| f.  Net rental income | NA | | | Cell Phones | 100 |
| g.  Pension | NA | | | c.  Groceries | 600 |
| h.  Social Security | NA | | | d.  Insurance: | |
| I.  Interest | NA | | | Auto | |
| j.  Dividends | NA | | | Health | |
| k. Alimony/Child support | NA | | | Life | |
| l.  Income of other dependents | NA | | | Homeowners/renters | |
| m.  Social Services | NA | | | e.  Minimum installment payments | |
| n.  Food Stamps | NA | | | f.  Transportation | 200 |
| o.  Benefits from the U.S. | NA | | | g.  Medical | |
| p.  Disability Compensation | NA | | | h.  Clothing | |
| q.  Military Pay | NA | | | i.  Alimony | |
| s.  Income from relatives | NA | | | j.  Daycare/Babysitting | |
| t.  Other (lottery winnings, royalties, user fees, tax refunds, etc.) | NA | | | k.  Cable TV/Satellite System | |
| | | | | l.  Tuition (college/private) | |
| | | | | m.  Child Support | |
| | | | | n.  Entertainment | |
| | | | | o.  Personal Care/Hygiene | 100 |
| | | | | p.  Dry Cleaning/Laundromat | |
| | | | | q.  Gifts | |
| | | | | r.  Newspaper/Magazines | |
| | | | | s.  Tobacco | |
| | | | | t.  Internet Access | |
| | | | | u.  Organization/Health Club | |
| | | | | v.  Veterinary Fees | |
| | | | | w.  Charitable contributions | |
| | | | | x.  Other | 200 |
| | | | | y.  Other | |
| l. TOTAL | | | | z.  Other | |

**EXHIBIT 4**   ➡   Initials  GH   **15**

USAO (IAN-10/06)  Page-14

| *Explain fully here any unusual, recurring monthly expenses you have for yourself or any dependent. |
|---|
| NA |
|  |
|  |
|  |

**71. Criminal Activity**

**How long were you engaged in the criminal activity to which you pled guilty?**

From June 2016 to July 2018.

**Did you make any gains or profits from the criminal activity?  If no, why not?**

I did not make any gains or profits from the criminal activity. Please see schedule.

**Where did you deposit and/or spend the illegal gains and profits?  List specifically what property you purchased (i.e., cars, jewelry, guns).**

NA

**Name the bank(s), account name(s), and account number(s) where illegal gains and profits were deposited and from which they were spent.**

NA

**Specifically, identify the location of other gains and profits which were made.**

NA

**How much did you win gambling with your illegal profits?**

NA

| 72.  Pursuant to the instructions to this Financial Disclosure Statement, I have attached additional pages to complete this document. | Yes | X |
|---|---|---|
|  | No |  |

If YES, there are __10__ (insert number) of supplemental pages attached to this Financial Disclosure Statement.

## C. <u>DECLARATION UNDER PENALTY OF PERJURY - Signature Required</u>

      With knowledge of the maximum penalties for false statements provided by Title 18 U.S.C.  § 1001 {five (5) years imprisonment and/or a fine of not more than $250,000} and with  the knowledge that this financial disclosure statement is submitted by me to affect action by the United States Department of Justice, I certify that the above responses are all  true and correct and represent that this is a complete statement of all my income, assets  and liabilities, real and personal, either held in my name or by any others, as well as expenses as of this date.

Date: 01/10/2020  Signature: 

➡ Initials __GH__

**EXHIBIT 4**

---

### 74.  AUTHORITY TO RELEASE INFORMATION

I hereby authorize the United States Attorney's Office to speak to the following individuals regarding this debt.  If this release is not provided, the United States Attorney will not answer questions nor provide any information to any other party in this matter.

**a.  FULL NAME:** Hernandez Frieri _____ Gustavo _____

                  (Last)                (First)           (Middle)

➡️    01/10/2020 _____                                                

      Date                              Signature

---

### 75.  AUTHORITY TO OBTAIN CREDIT REPORT

I hereby authorize the United States Attorney's Office to obtain a credit report at any time.  I understand that my signature below allows the United States to use a credit report for identifying information as well as for collection of any debt.  This permission is given to the United States pursuant to 15 U.S.C. § 1681b.  That statute provides authority for a credit reporting agency to furnish my consumer report with my written permission.

**NAME:** Hernandez Frieri _____ Gustavo _____

        (Last)                (First)           (Middle)

➡️    01/10/2020 _____                                        

      Date                              Signature

---

### 76.  SPOUSE/COMPANION AUTHORITY TO RELEASE INFORMATION

I certify that I am the spouse/companion of the debtor in this case.  By signature below, I am granting the United States the permission to **obtain a copy of my credit report to verify financial information and assist in the collection of the debt of this case.**

**a.  FULL NAME:**_____

                **(Last)**               **(First)**           **(Middle)**

➡️    **b.  SIGNATURE. OF SPOUSE/COMPANION**_____

| **c.  DATE OF BIRTH** | _____/_____/_____ | |

**d.  ADDRESS:**_____**STATE**_____ **ZIP**_____

**e.  SOCIAL SECURITY  NO.** _____/_____/_____      **f. TELEPHONE NUMBER (    )** _____

---

**EXHIBIT 4**

➡️ Initials _____   GH **17**

**EXHIBIT 4**

| 77.  AUTHORITY TO RELEASE INFORMATION |
|---|

**TO WHOM IT MAY CONCERN:**

In connection with the financial investigation being conducted by the UNITED STATES ATTORNEY, I hereby authorize any authorized representative or agent of the UNITED STATES ATTORNEY bearing this release, or copy thereof, within five years of its date, to obtain any information in your files pertaining to my employment, military, credit or educational records, including, but not limited to, academic achievement, attendance, athletic, personal history, and disciplinary records, medical records, credit records, financial records, city, state, and federal tax records, returns and supporting documentation; bank records or records of any financial institution or entity; and records maintained by any city, county, state, or federal agency.  I hereby direct you to release such information upon request of the bearer.

This release is executed with full knowledge and understanding that the information will be used in connection with the consideration of my liability on a debt claimed by the UNITED STATES and my financial ability to pay said debt and/or to determine what income and assets I may have available to contribute toward restitution, fines and forfeitures of any nature, and that the information will be disseminated only to those individuals or agencies directly involved in this determination or to fulfill other obligations imposed by law, regulation or presidential directive or executive order.

I hereby release you, as the custodian of such records, and school, college, university or other educational institution, financial institution, hospital, or other repository of medical records, credit bureau, lending institution, consumer reporting agency, retail business establishment, or public agency, including its officers, employees, or related personnel, both individually and collectively, from any and all liability for damages of whatever kind, which may at any time result to me, my heirs, family or associates because of compliance with this authorization and request to release information, or any attempt to comply with it.  Should there be any question as to the validity of this release, you may contact me as indicated below.

a. **FULL NAME:** Hernandez Frieri _____ Gustavo _____ _____

**(Last)**                    **(First)**                    **(Middle)**

➡ 01/10/2020 _____

**Date**

**Signature**

**EXHIBIT 4**

➡ Initials ___GH___

**EXHIBIT 4**

**Schedules**

1. # 34 – Financial institution in which I have had accounts

2. # 39(a) – Automobile

3. # 42(a) – Securities held

4. # 43 – Assets dispositions

5. # 44 – Receivables

6. # 53 – Trust beneficiary

7. # 58 – Prospect of increase in value of assets (general statement)

8. # 67 – Loans due by GH

9. #71 – Profits from criminal activity

**EXHIBIT 4**                                    **19**

**EXHIBIT 4**

1. **#34 – Financial institutions in which accounts were held during the past (5) years.**

   a.  PanAmerica Capital – Panama: this account had a balance of $448,000 as of July 2018, and due to my arrest, the account was subject to a freeze per internal compliance. Since GH served as principal and director of the board of PanAmerica, due to GH's arrest, a substantive portion of clients requested the redemption of their accounts and the entity initiated a voluntary liquidation process under the supervision of its regulatory authority (Superintendencia del Mercado de Valores), which instructed PanAmerica to withhold any payment to GH until all clients had been distributed their funds. Per instructions of its regulatory authority, PanAmerica sent notice indicating that after the liquidation of the firm the value of GH's account would be worthless.[1]

   b.  Bank of America – Miami: this account was closed by the bank, and the bank mailed a check for the benefit of GH for an amount of $5,264 which has not been cashed. This check is listed in the Financial Disclosure Statement under Other Assets. [2]

   c.  Wells Fargo – Miami. this account was closed by the bank, and the bank mailed a check for the benefit of GH for an amount $65 which has not been cashed. This check is not listed in the Financial Disclosure Statement since the amount is <$300. [3]

---

[1] Copies of statement available upon request.
[2] Copies of check available upon request.
[3] Copies of check available upon request.

**EXHIBIT 4**                    20

**EXHIBIT 4**

2. **# 39(a) – Automobile**

GH and his ex-wife had acquired a 2016 model car, which has a current outstanding loan of ca. $40k and a market value of ca. $55k. In the divorce settlement, GH agreed for this car to be sold to fund legal expenses.

**EXHIBIT 4**                                    **21**

**EXHIBIT 4**

3.  **#42 – Securities held.**

   a.  Domaine Select Wine & Spirits (DSWS) Series A: GH subscribed in this issuance in February, 2017 a total of $325k, and subsequently in April 2017, an additional $112k.[4] Since GH served as director of the board of DSWS, after GH's arrest, DSWS entered a restructuring process with its creditors, which forced upon the entity a sale in which the previous partners were fully diluted, by the creditors and new equity holders. To date the value of the DSWS Series A convertible debt remains uncertain.

   b.  Bottled Asset Fund II, L.P. (BAF): GH subscribed in BAF in 2013/2014 a total of ca. $300k.[5] Since GH served as director of the fund, after GH's arrest the entity entered into a restructuring process, in parallel to the Domaine Select restructuring since BAF II was a creditor of DSWS, as well as an investor in the DSWS Series A. To date the value of the BAF II partnership interests remains uncertain.

---

[4] Copies of the subscription agreement available upon request.
[5] Copies of the subscription agreement available upon request.

**EXHIBIT 4**                    22

**EXHIBIT 4**

4.  **#43 – Asset dispositions** [6]

   a.  GMG Partners Holdings, LLC: sold outstanding participation for $144k on 01/2019, and payment made to Carlton Fields LLP.

   b.  Global Securities S.A. CDB: sold outstanding participation for COP $550mm (USD $170k equivalent) on 12/2018, and initial payment (COP $50mm, USD $20,000 equivalent) made to Carlton Fields LLP, with the balance (COP $500mm, USD $150k equivalent) in the form of a note, which is listed in the Financial Disclosure Statement under Receivables.

   c.  WhistlePig LLC: sold outstanding participation $660k on 02/2019, and payment made to Carlton Fields LLP.

   d.  Vino Management Corp.: sold outstanding participation $200k on 09/2018, and payment made to Carlton Fields LLP.

[6] Copies of all documents re. to the asset dispositions available upon request.

**EXHIBIT 4**                                                      23

**EXHIBIT 4**

5.   **# 44 Receivables.**

  a.   Note for sale of GSC Shares due by Juan Carlos Gomez, issued 12/2018, for value of COP $500mm (USD $150k equivalent) for the purchase of the shares in Global Securities Comisionista de Bolsa S.A. in Colombia.[7]

[7] Copy of note available upon request.

**EXHIBIT 4**                    **24**

5.  **#53 Trusts.**[8]

HH Trust Ltd. is the family trust incorporated by GH's late father, Gustavo Hernandez Romero. GH served as Protector alongside his brother Cesar, and was a contingent beneficiary also alongside his brother Cesar. This trust held the ownership interests in different Global Securities entities incorporated or acquired from the late 90's onwards. GH was the ultimate beneficial owner of the economic rights to ca. 25% of these entities, including:

a.  Global Strategic Investments, LLC: US SEC Registered Broker Dealer, incorporated 2001. Following GH's arrest in July 2018, this entity entered into liquidation, and per what GH has been indicated the expected residual value is close to zero. GH did not receive any further distributions from July 2018 onwards, neither directly nor indirectly.

b.  PanAmerica Capital Group, Corp.: Panama SMV Registered Broker Dealer, incorporated 1999. Following GH's arrest in July 2018, this entity entered into liquidation, and per what GH has been indicated the expected residual value is close to zero. GH did not receive any further distributions from July 2018 onwards, neither directly nor indirectly.

c.  Global Reach Advisors, LLC: US Registered Investment Advisor, incorporated 2014. Following GH's arrest in July 2018, this entity entered into liquidation, and the residual value was zero. GH did not receive any further distributions from July 2018 onwards, neither directly nor indirectly.

d.  GRA Asesores de Inversión, SA: Uruguay BCU registered investment advisor, incorporated 2014. Following GH's arrest in July 2018, this entity entered into liquidation, and the residual value was zero. GH never received any distributions from GRA Uruguay.

e.  GSI Insurance Services, LLC: US registered insurance broker. Following GH's arrest in July 2018, this entity entered into liquidation, and the residual value was zero. GH did not receive any further distributions from July 2018 onwards, neither directly nor indirectly.

f.  Alpha Financial Products, LLC: US financial product arranger and issuing agent. Following GH's arrest in July 2018, this entity entered into restructuring, and the residual value remains uncertain. GH has not received any further distributions from July 2018 onwards, neither directly nor indirectly.

[8] Copies of trust documentation available upon request.

**EXHIBIT 4**                    **25**

6.  **# 58 Prospect of an increase in the value of assets or income.**

As of the date of my arrest July 25, 2018 when I was imprisoned in Italy, all the entities for which I served in any capacity, either dismissed me or asked me to resign, hence I have not generated any income for the past 18 months.

My career for the past 20 years as a registered financial service professional has ended, since I am now barred for life from working in the industry in the US and other jurisdictions in which I worked. My liquid assets have been sold in order to pay legal fees and living expenses, and my savings were invested in companies which due to my arrest are either liquidated or in the process of being liquidated for close to zero value.

My capacity to work going forward remains uncertain, since I remain deprived of my liberty on home confinement without curfew, and face the prospect of continuing to serve more time in the years to come. My reputation and professional network are finished. My marriage of 14 years has come to an end, and we have 3 children ages, 4, 6 and 8, for which I am co-responsible.

In this context, I have no assets that could increase in value, and the prospect of reinventing myself and generating income once again is limited.

**EXHIBIT 4**                    26

**EXHIBIT 4**

7. **#67: Loans.**

Following are the outstanding loans due by GH and received by Carlton Fields LLP.

| Date Received | Received From | Amount Received |
|---|---|---|
| 08-16-2018 | John Hancock Insurance Company | $49,000.00 |
| 10-04-2018 | Juan Carlos Gomez | $6,000.00 |
| 10-10-2018 | M█████ N█████ | $10,000.00 |
| 10-12-2018 | Juan Carlos Gomez | $30,000.00 |
| 10-12-2018 | L█ M███ l F███ | $7,500.00 |
| 10-12-2018 | F█████ N███ | $5,000.00 |
| 10-17-2018 | Hope Psychiatric | $5,000.00 |
| 01-15-2019 | M█████ W███ | $50,000.00 |
| 01-24-2019 | A█████ C█████ W███ | $30,000.00 |
| 05-21-2019 | O█████ M███ | $5,000.00 |
| 05-21-2019 | Jorge G. Mora (bond) | $145,000.00 |
| **Total** | | **$342,500.00** |

**EXHIBIT 4**                    27

**EXHIBIT 4**

8.  **# 71: Did you make any profits from the criminal activity**.

I did not make any direct profit from the criminal activity to which I pled guilty.

Global Securities Advisors GP, LLC (GSA), investment advisor to the GS Trade Finance Fund (GSTF), charged clients a management fee of 1.5% on the value of the assets under management. For the capital invested by Ortega and Ortega's banker in GSTF share classes C and D, the total management fee generated by GSA amounted to gross revenues of ca. $227,587, throughout the entire period in which the capital was invested, from June 2016, through July 2018.[9]

As a partner of Global Securities (GS) to which GSA was affiliated, I received a share of the distribution of net profits generated by the GS entities.
For the period of June 2016 through July 2018, GS generated gross revenues of USD equivalent of ca. $25,000,000, of which less than 1% was attributable to the GSA gross revenues generated from the Ortega related investments in GSTF Share Classes C and D, which per above amounted to a total of ca. $227,587. It is difficult to quantify if I made any indirect profit from this less than 1% of the total GS gross revenue.

[9] Figures per the Apex Fund Services records, as well as the GSA GP bank records.

**EXHIBIT 4**                                                                 **28**