**EXHIBIT 6**



ATTORNEYS AT LAW

**Miami Tower**
100 S.E. Second Street | Suite 4200
Miami, Florida 33131-2113
P.O. Box 019101 | Miami, Florida 33101-9101
305.530.0050 | fax 305.530.0055
www.carltonfields.com

Atlanta
Florham Park
Hartford
Los Angeles
**Miami**
New York
Orlando
Tallahassee
Tampa
Washington, D.C.
West Palm Beach

Michael S. Pasano, Esq.
305.530-4064 Direct Dial
mpasano@carltonfields.com

August 4, 2020

Nalina Sombuntham         **By Email**:  Nalina.Sombuntham2@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132

Dear AUSA Nalina Sombuntham:

**Re:  Insurance Proceeds Received from Bank of America
       Gustavo Adolfo Hernandez Frieri**

Per your request, we tender the enclosed check issued by Bank of America representing proceeds owed to Gustavo Hernandez. The check is payable directly to Mr. Hernandez in the amount of $5,264.69.  Bank of America was not able to issue the check payable to the U.S. Department of Homeland Security.  Therefore, we are sending you the check for safekeeping.

Mr. Hernandez does not agree that this money is subject to substitute asset forfeiture at this time, and understands that the Government will hold this money until sentencing.

If you have any questions you may contact me at 305-530-4064 or via e-mail at mpasano@carltonfields.com, or contact David Chee at dchee@carltonfields.com.

Sincerely,

*/s/ Michael Pasano*

Michael S. Pasano
David W.A. Chee

MSP/DWAC/dw

Carlton Fields, P.A.
Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.

EXHIBIT 6                                                                  1

**EXHIBIT 6**



Bank of America

| Date | Description | Amount |
|---|---|---|
| 07/03/2020 | ACCOUNT ENDING IN 2562 CLOSING BALANCE PHONE NUMBER 1-855-241-4049 | $5,264.69 |

Reference Number: 00008Q2S

*To Remove Document Fold and Tear Along This Perforation*

1447414

BANK OF AMERICA NA
9000 Southside Blvd Bldg 600
Jacksonville, FL 32256

July 3, 2020

Pay to the Order of GUSTAVO A. HERNANDEZ-FRIER ITF/POD OLYMPIA DE CASTRO ************ ****$5,264.69

Five Thousand Two Hundred Sixty Four and 69/100 *************************************** DOLLARS

Bank of America

Not Valid After 90 Days

⑈000᠘44᠘74᠘4⑈ ⑆᠘14000019⑆: 00᠘64᠘005685⑈

**EXHIBIT 6**

2