**EXHIBIT 9**

# Samuel Spencer Blum
ATTORNEY AT LAW

2666 TIGERTAIL AVENUE, SUITE 106
COCONUT GROVE, FLORIDA 33133

TELEPHONE: (305) 854-1885
TELEFAX: (305) 854-3314
e-mail: sam@samblum.com

Sent Via Email: ghernandez@gsadvisors.net

September 13, 2018

Mr. Gustavo Hernandez

    Re:    Our File No. 104866.001
            Olympia De Castro and Gustavo Hernandez Frieri as co trustees of the 597 Hibiscus Lane Rev Trust U/A/D December 10, 2013 p/fm Karine Richard
            Property: 597 Hibiscus Lane, Miami, FL 33137

Dear Gustavo:

    By way of this letter, let this confirm we received a wire on your behalf for the cash to close in the amount of $2,469,970.00 regarding the above referenced matter.

    Please feel free to call with any questions.

My Best,

SAMUEL SPENCER BLUM

SSB/kls
Enclosures
W:\Real Estate\104866.001\Cash to Close Confirmation.doc