# NOTICE OF RESIGNATION AS CO-TRUSTEE FOR THE 597 HIBISCUS LANE REVOCABLE TRUST

I, Gustavo Hernandez Frieri, hereby give notice of my resignation as Co-Trustee of 597 Hibiscus Lane Revocable Trust. Olympia De Castro is to remain as sole Trustee.

DATED this __1__ day of __October__, 2019.

Sign: _____

Print: __Gustavo Hernandez Frieri__