UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    18-cr-20685-KMW/EGT

UNITED STATES OF AMERICA

v.

CARMELO ANTONIO URDANETA AQUI,

    Defendant.

_____/

**JOINT NOTICE IN ADVANCE OF *GARCIA* HEARING**

The United States (or "the Government") and Defendant Carmelo Antonio Urdaneta Aqui ("Defendant") (together, "the Parties"), by and through undersigned counsel, submit this Joint Notice (the "Joint Notice") in order to apprise the Court of the following:

1.    On October 16, 2020, Defendant's ex-wife, Zenaida Claret Urbano Taylor Romero ("Urbano-Taylor"), and the company of which she is manager and majority owner, Paladium Real Estate Group LLC ("Paladium"), filed an unopposed Motion for Leave to Withdraw Claims and Consent to Forfeiture in the parallel civil forfeiture action. *See* Case No. 19-CV-24249 (KMW/EGT), Motion To Withdraw, ECF No. 86. In the Motion, Urbano-Taylor and Paladium moved to withdraw and release with prejudice their respective claims, consented to the forfeiture of all claimed property, and agreed that they would not contest the forfeiture of such property. *See id.*

2.    The Parties respectfully submit to the Court that it is their mutual understanding that the issuance of an Order granting the Motion for Leave to Withdraw Claims and Consent to Forfeiture in the parallel civil forfeiture action would resolve the joint representation predicating a hearing pursuant to *United States v. Garcia*, 517 F.2d 272 (5th Cir. 1975) and Fed. R. Crim. P.

44(c) that was requested in the Government's Unopposed Motion for a *Garcia* Hearing [ECF No. 240].

| | |
|---|---|
| Dated:  October 22, 2020 | Respectfully submitted, |
| UNITED STATES OF AMERICA | KOBRE & KIM LLP |
| ARIANA FAJARDO ORSHAN<br>UNITED STATES ATTORNEY | /s/ Victoria R. Morris<br>Victoria R. Morris, Esq.<br>Florida Bar No. 125272 |
| /s/ *Kurt K. Lunkenheimer*<br>Kurt K. Lunkenheimer<br>Assistant United States Attorney<br>Court ID No. A5501535<br>U.S. Attorney's Office SDFL<br>99 N.E. 4th Street,<br>Suite 400 Miami, FL<br>33131-2111<br>Tel: +1 305 961 9008<br>Fax: +1 305 536 4699<br>Email: Kurt.Lunkenheimer@usdoj.gov | Victoria.Morris@kobrekim.com<br>201 South Biscayne Blvd.<br>Suite 1900<br>Miami, FL  33131<br>Tel: +1 305 967 6100<br>Fax: +1 305 967 6120<br><br>Robin Rathmell, Esq. (*pro hac vice*)<br>Robin.Rathmell@kobrekim.com<br>1919 M Street, NW<br>Washington, DC 20036<br>Tel. +1 202 664 1900<br>Fax. +1 202 664 1920 |
| DANIEL KAHN<br>ACTING CHIEF, FRAUD SECTION<br>/s/ *Paul A. Hayden*<br>Paul A. Hayden<br>Trial Attorney<br>Department of Justice<br>1400 New York Ave., N.W.<br>Washington, DC<br>20530<br>Tel. +1 202 353 9370<br>Email: Paul.Hayden2@usdoj.gov | Martin De Luca, Esq. (*pro hac vice*)<br>Martin.DeLuca@kobrekim.com<br>Av. Presidente Juscelino Kubitschek 1600<br>Conjunto 112, Itaim Bibi<br>São Paulo-SP, 04552-080<br>Brazil<br>Tel. +55 11 4200 3280 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2020 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which would provide a copy to counsel of record.

/s/*Kurt K. Lunkenheimer*
Kurt K. Lunkenheimer
Assistant United States Attorney