UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FRANCISCO CONVIT GURUCEAGA, et al.,

        Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

COMES NOW the United States of America, by and through its counsel, Nicole Grosnoff, and moves this Court to allow her to withdraw as counsel for the United States in the above-styled case. Assistant United States Attorney Grosnoff is no longer assigned as counsel in this case. Assistant United Attorney Nalina Sombuntham shall remain as counsel for the United States for the purpose of addressing asset forfeiture matters in this case.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   */s/ Nicole Grosnoff*
      Nicole Grosnoff
      Court ID No. A5502029
      Assistant United States Attorney
      Nicole.s.grosnoff@usdoj.gov
      U.S. Attorney's Office
      99 Northeast Fourth Street, 7th Floor
      Miami, Florida 33132
      Telephone: (305) 961-9294