# Exhibit 3

Record and return to:
Samuel Spencer Blum, Esquire
Suite 106, 2666 Tigertail Avenue
Coconut Grove, Florida 33133-4651

This instrument prepared by:

Steven W. Zelkowitz, Esq.
GrayRobinson, P.A.
1221 Brickell Avenue
Suite 1600
Miami, FL 33131

Parcel Identification No. 01-3219-008-1390

```
CFN  2013R1004380
OR Bk 28964 Pgs 2381 - 2382; (2pgs)
RECORDED 12/24/2013 09:39:13
DEED DOC TAX 16,350.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

## WARRANTY DEED

**THIS WARRANTY DEED** is made and executed this 18th day of December, 2013, by **KARINE RICHARD a/k/a KAREEN RICHARD, a single woman** (the "Grantor"), whose mailing address is 597 Hibiscus Lane, Miami, Florida 33137 and **Olympia De Castro and Gustavo Hernandez Frieri as co trustees of the 597 Hibiscus Lane Revocable Trust U/A/D December 10, 2013** (the "Grantee"), whose mailing address is **597 Hibiscus Lane, Miami, Florida 33137.**

### WITNESSETH:

**GRANTOR**, for and in consideration of the sum of Ten and No/100 Dollars ($10.00) and other good and valuable consideration, the receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, alien, remise, release, convey and confirm unto Grantee the real property (the "Property") located in Miami-Dade County, Florida, and more particularly described as:

Lot 5, Block 9, of Bay Point, according to the plat thereof as recorded in Plat Book 40, Page(s) 63, Public Records of Miami-Dade County, Florida.

SUBJECT TO:

1. All easements, conditions, covenants, restrictions, reservations, limitations and agreements of record, provided that this instrument shall not reimpose same.

2. Real estate taxes for the year 2014 and all subsequent years.

3. Existing applicable governmental building and zoning ordinances and other governmental regulations.

**TOGETHER WITH** all the tenements, hereditaments and appurtenances belonging or in any way appertaining to the Property.

**TO HAVE AND TO HOLD** the same in fee simple forever.

**AND GRANTOR** hereby covenants with Grantee that Grantor is lawfully seized of the

OR BK 28964 PG 2382

Property in fee simple; that Grantor has good right and lawful authority to sell and convey the Property; and that Grantor does hereby fully warrant the title to the Property and will defend the same against the lawful claims of all persons whomsoever.

*The Grantees, as co trustees, have the full power and authority to protect, conserve, sell, convey, lease, encumber, and to otherwise manage and dispose of said real property pursuant to F.S. 689.073*

**IN WITNESS WHEREOF**, Grantor has caused this Warranty Deed to be executed as of the day and year first written above.

Witnessed by:

Print Name: _Helen Tilis_

Print Name: _Steven W. Zelkowitz_

_____
KARINE RICHARD a/k/a
KAREEN RICHARD

STATE OF FLORIDA        )
                        ):SS
COUNTY OF MIAMI-DADE    )

The foregoing instrument was acknowledged before me this _18th_ day of December, 2013, by KARINE RICHARD a/k/a KAREEN RICHARD who (check one) [ ] is personally known to me or [✓] has produced a valid _FL Driver's License_ driver's license as identification.



STEVEN W. ZELKOWITZ
Notary Public - State of Florida
My Comm. Expires Jul 4, 2017
Commission # FF 33570
Bonded Through National Notary Assn.

Print or Stamp Name: _Steven W. Zelkowitz_
Notary Public, State of Florida at Large
Commission No.: _FF 33570_
My Commission Expires: _7/4/2017_

W:\Real Estate\104866.001\Warranty Deed - Revised-12-17-13.doc