UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI, et al.

Defendants.

_____/

## UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the United States of America hereby gives notice that, in addition to property generally and specifically identified in the forfeiture allegations of the Indictment, ECF No. 19, the United States seeks the forfeiture of the following property, pursuant to 21 U.S.C. § 853(p):

Real property located at 801 East Dania Beach Boulevard, Dania Beach, Florida 33004.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:     s/ Nalina Sombuntham
        Nalina Sombuntham
        Assistant United States Attorney
        Fla. Bar No. 96139
        99 N.E. 4th Street, 7th Floor
        Miami, Florida   33132-2111
        Telephone:  (305) 961-9224
        Facsimile:    (305) 536-7599
        nalina.sombuntham@usdoj.gov