UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA

        vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI, et al.

        Defendants.
_____/

**NOTICE OF LIS PENDENS**

GRANTEE:   MILE MARKER 55, LLC

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on December 29, 2020, the United States of America filed a Bill of Particulars in the above-captioned action accompanying an Indictment in the United States District Court for the Southern District of Florida. Pursuant to 21 U.S.C. § 853(p), the United States of America may seek to forfeit the real property located at **801 East Dania Beach Boulevard, Dania Beach, Florida 33004**, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> The West one-half of the Southwest one-fourth of the Northeast one-fourth of the Southwest one-fourth of Section 35, Township 50 South, Range 42 East, less the West 25 feet thereof, and less State Road A1A, and less any existing road rights-of-way, all lying and being in Broward County Florida; Parcel I.D. No. 5042-35-00-0201

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture. Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

        Respectfully submitted,
        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   s/ Nalina Sombuntham
        Nalina Sombuntham
        Assistant United States Attorney
        Fla. Bar No. 96139
        99 N.E. 4th Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9224
        Facsimile: (305) 536-7599
        nalina.sombuntham@usdoj.gov