UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI, et al.

Defendants.
_____/

**UNITED STATES' SECOND BILL OF PARTICULARS FOR
FORFEITURE OF PROPERTY**

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the United States of America hereby gives notice that, in addition to property generally and specifically identified in the forfeiture allegations of the Indictment, ECF No. 19, the United States seeks the forfeiture of the following property, pursuant to 21 U.S.C. § 853(p):

Real property located at 314 Hicks Street, Brooklyn, New York 11201.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   s/ Nalina Sombuntham
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida   33132-2111
Telephone:   (305) 961-9224
Facsimile:   (305) 536-7599
nalina.sombuntham@usdoj.gov