**FinCEN** | **Financial Crimes Enforcement Network**
United States Department of the Treasury

# EXHIBIT G
8300 Transcript
BSA: 31000170536728 and DCN:

BSA: 31000170536728

| Filing Information | |
|---|---|
| Type of Report | Initial Report |
| Filing Date | 07/08/2020 |
| Received Date | 07/08/2020 |
| Entry Date | 07/09/2020 |
| Submission Method | Electronic discrete filing |

| Person(s) Involved in Transaction(s) | | |
|---|---|---|
| **Person Involved in Transaction 1 of 2 : 314 HICKS LLC** | | |
| Person Involved Type | Person on whose behalf this transaction was conducted | |
| Individual/Organization | Organization | |
| Last(or Entity) Name | 314 HICKS LLC | |
| SSN/ITIN | 851292595 | |
| Form(s) of Identification | Identification Type | Other |
| | Identification Number | DOS ID#5761358 |
| | Issuing State Code | NY |
| | Issuing State | New York |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | 314 HICKS STREET |
| | | 314 HICKS ST - Enhanced |
| | City | BROOKLYN |
| | | BROOKLYN - Enhanced |
| | State | NY |
| | | NY - Enhanced |
| | ZIP Code | 11201 |
| | | 11201-4507 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| **Person Involved in Transaction 2 of 2 : DOMENEGHETTI** | | |
| Person Involved Type | Individual from whom the cash was received | |
| Individual/Organization | Individual | |
| Last(or Entity) Name | DOMENEGHETTI | |
| First Name | ALLISON | |
| Date of Birth | ■■■■■ | |
| SSN/ITIN | ■■■■■ | |
| Form(s) of Identification | Identification Type | Driver's license/State ID |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**EXHIBIT G**

**FinCEN | Financial Crimes Enforcement Network**
United States Department of the Treasury

# EXHIBIT G
8300 Transcript
BSA: 31000170536728 and DCN:

BSA: 31000170536728

## Person(s) Involved in Transaction(s)

| | | |
|---|---|---|
| | Identification Number | [redacted] |
| | Issuing State Code | NY |
| | Issuing State | New York |
| | Issuing Country Code | US |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | [redacted] |
| | | [redacted] |
| | City | SCARSDALE |
| | | SCARSDALE - Enhanced |
| | State | NY |
| | | NY - Enhanced |
| | ZIP Code | 10583 |
| | | 10583-2619 - Enhanced |
| | Country | US |
| | | US - Enhanced |

## Amount and Type of Transaction(s)

| | | |
|---|---|---|
| Transaction Date | 07/02/2020 | |
| Amount of Cash Received | U.S. currency | $5,472,721 |
| | Issuer's Name(s) and Serial Number(s) | Domestic Wire: 2019 Irrovocable Trust |
| Total Cash In | $5,472,721 | |
| Transaction Types | Real property purchased | |
| Description of Property or Service | Purchase of house @ 314 Hicks Street, Brooklyn, NY | |
| Total Price if Different from Total Cash Received | $5,900,000 | |

## Activity Location

| | | |
|---|---|---|
| Role | Transaction location business | |
| Legal Name of Financial Institution | Edwin Jaeger as trustee of 314 Hicks Residence Trust | |
| SSN/ITIN | 616617386 | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 314 Hicks Street |
| | | 314 HICKS ST - Enhanced |
| | City | Brooklyn |
| | | BROOKLYN - Enhanced |
| | State | NY |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**EXHIBIT G**

![FinCEN - Financial Crimes Enforcement Network, United States Department of the Treasury]

**EXHIBIT G**
8300 Transcript
BSA: 31000170536728 and DCN:

| Activity Location | | |
|---|---|---|
| | | NY - Enhanced |
| | ZIP Code | 11201 |
| | | 11201-4507 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Nature of Business | Seller of dwelling | |

| Filer Location | | |
|---|---|---|
| Legal Name of Financial Institution | Edwin Jaeger as trustee of 314 Hicks Residence Trust | |
| SSN/ITIN | ███ | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 314 Hicks Street |
| | | 314 HICKS ST - Enhanced |
| | City | Brooklyn |
| | | BROOKLYN - Enhanced |
| | State | NY |
| | | NY - Enhanced |
| | ZIP Code | 11201 |
| | | 11201-4507 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Nature of Business | Seller of dwelling | |
| Contact Person/Office | P. Joseph Lopez | |
| Phone Number | ███ | |
| Title of Person Signing | Vice-President | |
| Signature | Yes | |
| Signature Date | 07/08/2020 | |
| Reviewer Signature | Yes | |

| Narrative |
|---|
| This was a purchase of a residential unit. The funds were wired by a domestic bank for me to disburse accordingly. |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**EXHIBIT G**