UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant.
_____/

GOVERNMENT'S EXHIBIT LIST FOR PRE-SENTENCING HEARING

The United States of America, by and through its undersigned attorneys, hereby files this exhibit list for the pre-sentencing hearing on financial matters [ECF No. 287] scheduled on February 8, 2021 at 10 a.m. [ECF No. 292] before U.S. Magistrate Judge Edwin G. Torres via Zoom:

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | 10/4/2018 – 11/27/2018 E-mail Correspondence Between Defendant Gustavo Hernandez Frieri and Daniel Holtz |
| 2 | 7/29/2019 – 10/29/2019 E-mail Correspondence Between Olympia De Castro and Daniel Holtz (Redacted) |
| 3 | *De Castro v. Holtz et al* State Civil Case, Second Amended Complaint |
| 4 | *De Castro v. Holtz et al* State Civil Case, Settlement Agreement and Mutual Release |
| 5 | *De Castro v. Holtz et al* State Civil Case, Answer to Second Amended Complaint |
| 6 | *De Castro v. Hernandez Frieri* Divorce Case, Marital Settlement (Redacted) |
| 7 | 597 Hibiscus Lane Revocable Trust Instrument (Redacted) |
| 8 | Trustee Resignation, Executed by Defendant Gustavo Hernandez Frieri |
| 9 | Agreement Regarding 3 Gramercy Park West, Executed by Defendant Gustavo Hernandez Frieri |
| 10 | HH Master Settlement Declaration of Trust |
| 11 | Gramercy Irrevocable Operating Trust Declaration of Trust |
| 12 | 3 Gramercy Park West, LLC Entity Information |
| 13 | Authorization and Designation of Authorized Signatory of HH Protector for HH Master Settlement Trust, Executed by Defendant Gustavo Hernandez Frieri |

| 14 | 12/28/2018 – 3 Gramercy Park West, LLC NYC Real Property Transfer Tax Return (Redacted) |
|----|------|
| 15 | 11/21/2019 – 3 Gramercy Park West, LLC NYC Real Property Transfer Tax Return (Redacted) |
| 16 | 3 Gramercy Park West, LLC Resolution of Sole Member, Executed by Allison Domeneghetti |
| 17 | 3 Gramercy Park West, Unit 2 NYC Office of the City Register's Detailed Document Information and Deed |
| 18 | 314 Hicks Street NYC Office of the City Register's Detailed Document Information and Deed |
| 19 | 314 Hicks Street, Form 8300 (Redacted) |
| 20 | 314 Hicks Street LLC Entity Information |
| 21 | 5/17/2019 Bond Hearing for Defendant Gustavo Hernandez Frieri Transcript, ECF No. 101 |

Respectfully Submitted,

| DANIEL S. KAHN | ARIANA FAJARDO ORSHAN |
|---|---|
| ACTING CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |

By: */s/ Paul A. Hayden*  
PAUL A. HAYDEN  
Trial Attorney  
Fraud Section, Criminal Division  
U.S. Department of Justice  
1400 New York Avenue, N.W.  
Washington, D.C. 20005  
Telephone: 202-353-9370  
Email: paul.hayden2@usdoj.gov  

By: */s/ Kurt K. Lunkenheimer*  
KURT K. LUNKENHEIMER  
Assistant United States Attorney  
Court ID No. A5501535  
U.S. Attorney's Office - SDFL  
99 N.E. 4th Street, Suite 600  
Miami, FL 33132-2111  
Telephone: (305) 961-9008  
Facsimile: (305) 536-4699  
Email: Kurt.Lunkenheimer@usdoj.gov  

By: */s/ Nalina Sombuntham*  
Nalina Sombuntham, Fla. Bar No. 96139  
Assistant United States Attorney  
Deputy Chief, Asset Forfeiture Division  
U.S. Attorney's Office for the Southern District of Florida  
99 N.E. 4th Street, 7th Floor  
Miami, Florida 33132-2111  
Telephone: (305) 961-9224  
Facsimile: (305) 536-4089  
nalina.sombutham@usdoj.gov