**GOVERNMENT EXHIBIT**
**1**
**18-CR-20685**

**From:** Gustavo Hernandez <ghernandez@gsadvisors.net>
**Sent:** Tuesday, November 27, 2018 1:11 PM
**To:** Daniel Holtz <Dholtz@waldencapital.net>
**Subject:** RE: Resending - RE: important

Thanks DH.

I may have a solution on the WP shares. Will brief you once I have more clarity.

**From:** Daniel Holtz [mailto:Dholtz@waldencapital.net]
**Sent:** Tuesday, November 27, 2018 1:11 PM
**To:** Gustavo Hernandez <ghernandez@gsadvisors.net>
**Subject:** Re: Resending - RE: important

Still negotiating on Dania. My best guess is end of Q1. And in Cabo interested buyer is returning for Xmas for second look. Both will close as I have made prices competitive but both have logistics issues as they are development sites. Art is best bet but you know how Nagel is. Will put pieces at auction if he doesn't commit next week.

*Daniel M. Holtz*
Managing Principal

**Walden Capital Management, L.L.C.**
3250 N.E. First Avenue, Suite 305
Miami, Florida 33137
Tel:   305-576-5060

This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this communication in error, please notify the sender immediately by e-mail or by telephone at 305.576.5060.

Sent from my iPhone

On Nov 27, 2018, at 12:59 PM, Gustavo Hernandez <ghernandez@gsadvisors.net> wrote:

> I understand DH and I believe I have been patient and understanding but now I really need the monies repaid.
>
> I cannot wait for you to receive anything from DSWS.
>
> In your email you had told me you were awaiting the sale of Dania, Cabo etc. in order to pay me the $900k IWM monies.
>
> Can you please provide clarity as to when this will happen?
>
> Also can you please make an advance partial payment until you wait for this?
>
> ---
>
> **From:** Daniel Holtz [mailto:Dholtz@waldencapital.net]
> **Sent:** Tuesday, November 27, 2018 12:48 PM
> **To:** Gustavo Hernandez <ghernandez@gsadvisors.net>
> **Subject:** Re: Resending - RE: important
>
> I don't have liquidity as I am waiting for money from DSWS. Wish I could. Offer Nagel 2 Althoffs but have not heard back
>
> ***Daniel M. Holtz***
> Managing Principal
> **Walden Capital Management, L.L.C.**
> 3250 N.E. First Avenue, Suite 305
> Miami, Florida 33137
> Tel:   305-576-5060

This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this communication in error, please notify the sender immediately by e-mail or by telephone at 305.576.5060.

Sent from my iPhone

On Nov 27, 2018, at 12:45 PM, Gustavo Hernandez <ghernandez@gsadvisors.net> wrote:

> I understand DH but I'm talking about the monies you owe me from the IWM payment.
>
> I'm not talking of any help. Just to get repaid the 900k you received on my behalf.
>
> On Nov 27, 2018, at 6:44 PM, Daniel Holtz <Dholtz@waldencapital.net> wrote:
>
>> Post raise I can help as I get some payment due me but Domaine has no liquidity.
>>
>> **Daniel M. Holtz**
>> Managing Principal
>> **Walden Capital Management, L.L.C.**
>> 3250 N.E. First Avenue, Suite 305
>> Miami, Florida 33137
>> Tel:   305-576-5060
>>
>> This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this communication in error, please notify the sender immediately by e-

mail or by telephone at 305.576.5060.

Sent from my iPhone

On Nov 27, 2018, at 10:11 AM, Gustavo Hernandez <ghernandez@gsadvisors.net> wrote:

> DH – hope all is well for you.
>
> Thank God ODC and the kids arrive tomorrow. I have not seen Francesca and Alexandre for 4 months, and only saw Gabriel and ODC for 3 days in September. They will stay until after the holidays.
>
> I'm sorry to press you DH but I never got a response from you in terms of your timing for the payment of the 900k for my share of the IWM monies wired to Walden.
>
> As I have shared with you, I've had to borrow monies from every possible source available, even borrowing against my family insurance and my children's trust. I already used the liquidity my family could make available, and I cannot ask for more from the friends that have lent me monies like Francesco, Orlando and others since they don't have the liquidity.
>
> I was counting on selling certain assets but nothing has materialized, in spite that I've priced them at giveaway levels. Once I regain access to my liquidity I'll be fully back on my feet, but everything is constrained until I resolve my legal situation.
>
> I'm 100% confident that I will be fully exonerated, but I need to have the means to put up this fight.
>
> DH – my defense and my liberty are now compromised because I have not been able to pay my attorneys and consultants.
>
> I have the AML forensic expert and the jury consultant on hold until I can pay them a 100k retainer.
>
> If for now you could you could at least repay me 200k of the total and wire into the Carlton Fields escrow account, it would take me a LONG way.
>
> It troubles me to press you DH but I REALLY need you

to repay me these monies because my life is on the line. I cannot exaggerate the importance of this.

Thanks DH.

PS: If you have not read Victor Frankl's 'In Search for Meaning', it is a definite must… Watch
https://www.ted.com/talks/viktor_frankl_youth_in_search_of_meaning/discussion

---

**From:** Gustavo Hernandez
**Sent:** Friday, October 5, 2018 6:08 PM
**To:** Daniel Holtz <Dholtz@waldencapital.net>
**Subject:** Re: important

Thanks DH for your response.

Sorry to press but in my condition I have no choice since these 900k with you were the last reserve I was counting on. As I told you l, I have already sold/financed whatever assets I could and borrowed money from family and friends.

By when do you anticipate you could have sold Dania or Cabo and have liquidity available? Is there anything else you can do?

And please do come to see me if you can. Now I'm better but in the early days it was dark.

On Oct 5, 2018, at 11:58 PM, Daniel Holtz <Dholtz@waldencapital.net> wrote:

> I have had no choice but to pass on family to a certain extent due to requirements at DSWS. I am still confident that if we can overcome resolve the Charmer issue for the disclosure change that it represents we have a good shot at raising the minimum amount needed give DSWS a fresh start. This requires me to spend an inordinate amount of time in NYC or otherwise on the road. I also anticipate that I will be living on the road until we finish the raise or the "lights get shut off". So far JM got a "no" from Greg and will ask John Kane but I have not met one on one with either.

As you know no liquidity comes Domaine and as I explained I can't commit to do anything else. As a result I can help you. There is nothing more that I would want than to write you a big check. But I can't. Dania has not sold. The lot that I have in Cabo (worth about $3M) hasn't sold. We also have not had a liquidity events at venture capital fund that Schiff and I started. I hope Uber goes public next year!

Will try to come see you to get a hug.

*Daniel M. Holtz*
Managing Principal
**Walden Capital Management, L.L.C.**
3250 N.E. First Avenue, Suite 305
Miami, Florida 33137
Tel:  305-576-5060

This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this communication in error, please notify the sender immediately by e-mail or by

telephone at 305.576.5060.

Sent from my iPhone

On Oct 5, 2018, at 4:40 PM, Gustavo Hernandez <ghernandez@gsadvisors.net> wrote:

> I will start by telling you DH that you should not allow for any business to preclude your focus on your life and your family. Having had plenty of time here to reflect, I can tell you when God willing I return to my life, I resolved to never work as I did before and be away from Olympia and the kids so many days and nights…
>
> Thanks DH for your willingness to accommodate with the IWM repayment. Please let me know if I count on you for the $500k I need to make Carlton Fields this mo-end and the following.
>
> As I shared with you DH, my life and my liberty are at stake here, and this is the last pocket of available monies I have left. I don't have other solutions.
>
> And please do keep me in your prayers.
>
> PS: re. Verifier did we ever heard back from them if they are willing to buy back these shares? What indicative value would you give this investment?
>
> ---
>
> **From:** Daniel Holtz

[mailto:Dholtz@waldencapital.net]
**Sent:** Thursday, October 4, 2018 6:28 PM
**To:** Gustavo Hernandez <ghernandez@gsadvisors.net>
**Subject:** Re: important

I have been going non stop moving Domaine. Have not even had opportunity to focus on my life outside of Domaine. Ive even been remiss following up on opportunity to sell cigar company to ITALIAN conglomerate on which I would have earned a fee. Will try to accommodate. Should Domaine Raise be successful I will include fees there even if Dania has not sold but will keep you posted. I assume FN has kept you abreast of all moving parts. Praying for you.


*Daniel M. Holtz*
Managing Principal
**Walden Capital Management, L.L.C.**
3250 N.E. First Avenue, Suite 305
Miami, Florida 33137
Tel:  305-576-5060

This communication originates from Walden Capital MGMT and is protected under the Electronic Communication Privacy Act, 18 U.S.C. S2510-2521. The information contained in this e-mail message is intended for the use of the individual or

entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you received this communication in error, please notify the sender immediately by e-mail or by telephone at 305.576.5060.

Sent from my iPhone

On Oct 4, 2018, at 5:09 PM, Gustavo Hernandez <[ghernandez@gsadvisors.net](mailto:ghernandez@gsadvisors.net)> wrote:

> DH – I hope you are well and miss sharing with you…
>
> This is a very difficult email for me to write since as you know DH I love you like a brother, never like to trouble you of all people and have always tried to be of

help, but now I'm traversing an extremely challenging situation, by far the most difficult of my life.

While I'm perfectly confident that God willing justice will prevail and I will be fully exonerated, this process has been extremely expensive not only because of the army of attorneys I had to engage but the consultants they employed to review information, prepare expert opinions and eventually testify.

By now I have made use of the limited pockets of cash I had available (including tapping my children's trust funds), had to borrow money from my family and for the last payments I also had to

borrow money from certain friends.

You told me last year you needed time to pay me the $900k for my share of the IWM monies you received, and I had no problem since I had no need for the monies and I was glad to be of help for you. From our exchanges earlier this year you told me you were still in the process of selling Dania and some assets.

Now I come to you DH because I really need these monies back at the earliest possible convenience. I cannot exaggerate the importance. My life and my liberty are at stake if I cannot continue funding my defense.

Just to share with you my burden, I need to wire $500k into the Carlton Fields escrow account by this month end and another $500k by next month.

Please help. Thanks

PS: Nagel left today. He's a real friend. We shared good memories with Jack and you. I told him God willing I will be back in time for Basel Mia.