GOVERNMENT
EXHIBIT
13
18-CR-20685

AUTHORIZATION AND DESIGNATION OF AUTHORIZED SIGNATORY
OF

HH Protector for the HH Master Settlement Trust

The undersigned being the Director of H Protector for the HH Master Settlement Trust, as beneficial owner for 3 Gramercy Park West, LLC ("LLC"), hereby designates and appoints Olympia de Castro to act as Authorized Signatory. The Authorized Signatory is specifically empowered an authorized to sign all documents necessary to effectuate the conversion of 3 Gramercy Park, New York, NY to cooperative ownership.

This Affidavit is executed as of 29 day of January, 2019

HH Protector for the HH Master Settlement Trust

By: _____
Name: Gustavo Hernandez Frieri
Title: Director