

**NEW YORK CITY DEPARTMENT OF FINANCE**
**NYC - RPT**
**Department of Finance**

## REAL PROPERTY TRANSFER TAX RETURN
(Pursuant to Title 11, Chapter 21, NYC Administrative Code)

GOVERNMENT
EXHIBIT
**14**
18-CR-20685

▲ DO NOT WRITE IN THIS SPACE ▲
FOR OFFICE USE ONLY

### GRANTOR

● Name  W. BOWMAN CUTTER

● Grantor is a(n): (check one)  ☑ individual  ☐ partnership  ☐ corporation
☐ single member LLC  ☐ multiple member LLC (see instructions)  ☐ other _____

Telephone Number

● Permanent mailing address after transfer (number and street) ▮

● City and State   NEW YORK, NY

Zip Code  10003

● Single member's name if grantor is a single member LLC

SOCIAL SECURITY NUMBER
**OR**
EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

### GRANTEE

● Name  3 GRAMERCY OWNERS CORP.

● Grantee is a(n): (check one)  ☐ individual  ☐ partnership  ☑ corporation
☐ single member LLC  ☐ multiple member LLC (see instructions)  ☐ other _____

Telephone Number

● Permanent mailing address after transfer (number and street)  3 GRAMERCY PARK

● City and State   NEW YORK, NY

Zip Code  10003

● Single member's name if grantee is a single member LLC

SOCIAL SECURITY NUMBER
**OR**
EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

### PROPERTY LOCATION

LIST EACH LOT SEPARATELY. ATTACH A RIDER IF ADDITIONAL SPACE IS REQUIRED

| ● Address (number and street) | Apt. No. | Borough | Block | Lot | # of Floors | Square Feet | ● Assessed Value of Property |
|---|---|---|---|---|---|---|---|
| 3 GRAMERCY PARK | | MANHATTAN | 876 | 12 | 4 | 7,415 | 713,463.00 |

● DATE OF TRANSFER TO GRANTEE:  12/28/2018

● PERCENTAGE OF INTEREST TRANSFERRED:  100 %

### CONDITION OF TRANSFER. See Instructions

● Check (✓) all of the conditions that apply and fill out the appropriate schedules of this return. Additionally, Schedules 1 and 2 must be completed for all transfers.

a. ☐ .....Arms length transfer
b. ☐ .....Transfer in exercise of option to purchase
c. ☑ .....Transfer from cooperative sponsor to cooperative corporation
d. ☐ .....Transfer by referee or receiver (complete Schedule A)
e. ☐ .....Transfer pursuant to marital settlement agreement or divorce decree (complete Schedule I)
f. ☐ .....Deed in lieu of foreclosure (complete Schedule C)
g. ☐ .....Transfer pursuant to liquidation of an entity (complete Schedule D)
h. ☐ .....Transfer from principal to agent, dummy, strawman or conduit or vice-versa (complete Schedule E)
i. ☐ .....Transfer pursuant to trust agreement or will (attach a copy of trust agreement or will)
j. ☐ .....Gift transfer not subject to indebtedness
k. ☐ .....Gift transfer subject to indebtedness
l. ☐ .....Transfer to a business entity in exchange for an interest in the business entity (complete Schedule F)
m. ☐ .....Transfer to a governmental body
n. ☐ .....Correction deed

o. ☐ .....Transfer by or to a tax exempt organization (complete Schedule G)
p. ☐ .....Transfer of property partly within and partly without NYC
q. ☐ .....Transfer of successful bid pursuant to foreclosure
r. ☐ .....Transfer by borrower solely as security for a debt or a transfer by lender solely to return such security
s. ☐ .....Transfer wholly or partly exempt as a mere change of identity or form of ownership. Complete Schedule M
t. ☐ .....Transfer to a REIT or to a corporation or partnership controlled by a REIT. (Complete Schedule R)
u. ☐ .....Other transfer in connection with financing (describe): _____
v. ☐ .....A grant or assignment of a leasehold interest in a tax-free NY area
w. ☐ .....Transfer to an HDFC or an entity controlled by an HDFC. (Complete Schedule L)
x. .........Reserved
y. .........Reserved
z. ☐ .....Other (describe)

NYC-RPT - Rev. 03.24.2017

1

201812040032610106

Form NYC-RPT

Page 2

| ● TYPE OF PROPERTY (✓) | ● TYPE OF INTEREST (✓) |
|---|---|

**TYPE OF PROPERTY (✓)**

- a. ☐ ......... 1-3 family house
- b. ☐ ......... Individual residential condominium unit
- c. ☐ ......... Individual cooperative apartment
- d. ☐ ......... Commercial condominium unit
- e. ☐ ......... Commercial cooperative
- f. ☑ ......... Apartment building
- g. ☐ ......... Office building
- h. ☐ ......... Industrial building
- i. ☐ ......... Utility
- j. ☐ ......... OTHER. (describe):

**TYPE OF INTEREST (✓)**

Check box at LEFT if you intend to record a document related to this transfer. Check box at RIGHT if you do not intend to record a document related to this transfer.

| | REC. | | NON REC. |
|---|---|---|---|
| a. | ☑ | Fee................................ | ☐ |
| b. | ☐ | Leasehold Grant ................. | ☐ |
| c. | ☐ | Leasehold Assignment or Surrender | ☐ |
| d. | ☐ | Easement ........................ | ☐ |
| e. | ☐ | Subterranean Rights ............ | ☐ |
| f. | ☐ | Development Rights ............. | ☐ |
| g. | ☐ | Stock ........................... | ☐ |
| h. | ☐ | Partnership Interest ........... | ☐ |
| i. | ☐ | OTHER. (describe): ............. | ☐ |

## SCHEDULE 1 - DETAILS OF CONSIDERATION

COMPLETE THIS SCHEDULE FOR ALL TRANSFERS AFTER COMPLETING THE APPROPRIATE SCHEDULES ON PAGES 5 THROUGH 12.
ENTER "ZERO" ON LINE 11 IF THE TRANSFER REPORTED WAS WITHOUT CONSIDERATION.

| | | |
|---|---|---|
| 1. Cash............................................................................................... ● 1. | | 0\|00 |
| 2. Purchase money mortgage.................................................................. ● 2. | | 0\|00 |
| 3. Unpaid principal of pre-existing mortgage(s)........................................ ● 3. | | 0\|00 |
| 4. Accrued interest on pre-existing mortgage(s)....................................... ● 4. | | 0\|00 |
| 5. Accrued real estate taxes................................................................. ● 5. | | 0\|00 |
| 6. Amounts of other liens on property..................................................... ● 6. | | 0\|00 |
| 7. Value of shares of stock or of partnership interest received................... ● 7. | | 0\|00 |
| 8. Value of real or personal property received in exchange......................... ● 8. | | 0\|00 |
| 9. Amount of Real Property Transfer Tax and/or other taxes or expenses of the grantor which are paid by the grantee.............................................. ● 9. | | 0\|00 |
| 10. Other (describe):_____ ● 10. | | 0\|00 |
| 11. **TOTAL CONSIDERATION** (add lines 1 through 10 - must equal amount entered on line 1 of Schedule 2) (see instructions)............................................... ● 11. | $ | 0\|00 |

See instructions for special rules relating to transfers of cooperative units, liquidations, marital settlements and transfers of property to a business entity in return for an interest in the entity.

## SCHEDULE 2 - COMPUTATION OF TAX

| A. Payment | Pay amount shown on line 15 - *See Instructions* | Payment Enclosed | |
|---|---|---|---|
| 1. Total Consideration (from line 11, above)........................................... ● 1. | | 0\|00 | |
| 2. Excludable liens (see instructions)................................................... ● 2. | | 0\|00 | |
| 3. Consideration (line 1 less line 2)...................................................... ● 3. | | 0\|00 | |
| 4. Tax Rate (see instructions).............................................................. ● 4. | | 0 | % |
| 5. HDFC Exemption (see Schedule L, line 15) ...................................... ● 5. | | 0\|00 | |
| 6. Consideration less HDFC Exemption (line 3 less line 5) ...................... ● 6. | | 0\|00 | |
| 7. Percentage change in beneficial ownership (see instructions) ............... ● 7. | | 100 | % |
| 8. Taxable consideration (multiply line 6 by line 7).................................. ● 8. | | 0\|00 | |
| 9. Tax (multiply line 8 by line 4)........................................................... ● 9. | | 0\|00 | |
| 10. Credit (see instructions)................................................................. ● 10. | | 0\|00 | |
| 11. Transfer tax previously paid (see Schedule L, line 18)......................... ● 11. | | 0\|00 | |
| 12. Tax due (line 9 less line 10 and 11) (if the result is negative, enter zero)... ● 12. | | 0\|00 | |
| 13. Interest (see instructions)............................................................... ● 13. | | 0\|00 | |
| 14. Penalty (see instructions)................................................................ ● 14. | | 0\|00 | |
| 15. **Total Tax Due** (add lines 12, 13 and 14)......................................... ● 15. | $ | 0\|00 | |

201812040032610106

Form NYC-RPT

## SCHEDULE 3 - TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES

**NOTE** If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

### GRANTOR(S)

**Name** ABIGAIL T CUTTER

Grantor is a(n): ☑ Individual  ☐ partnership  ☐ corporation  (check one)  ☐ single member LLC  ☐ multiple member LLC  ☐ other____

Telephone Number

SOCIAL SECURITY NUMBER ▇▇▇▇▇

OR

EMPLOYER IDENTIFICATION NUMBER

Permanent mailing address after transfer (number and street)

City and State
NEW YORK, NY

Zip Code
10003

SINGLE MEMBER EIN OR SSN

Single member's name if grantor is a single member LLC

---

**Name** GERT-JAN VAN DEN BERGH

Grantor is a(n): ☑ Individual  ☐ partnership  ☐ corporation  (check one)  ☐ single member LLC  ☐ multiple member LLC  ☐ other____

Telephone Number

SOCIAL SECURITY NUMBER ▇▇▇▇▇

OR

EMPLOYER IDENTIFICATION NUMBER

Permanent mailing address after transfer (number and street)

City and State /PROVINCE
AMSTERDAM

COUNTRY
NETHERLANDS

Zip Code /POSTAL CODE

SINGLE MEMBER EIN OR SSN

Single member's name if grantor is a single member LLC

### GRANTEE(S)

**Name**

Grantee is a(n): ☐ Individual  ☐ partnership  ☐ corporation  (check one)  ☐ single member LLC  ☐ multiple member LLC  ☐ other____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

Permanent mailing address after transfer (number and street)

City and State

Zip Code

SINGLE MEMBER EIN OR SSN

Single member's name if grantee is a single member LLC

---

**Name**

Grantee is a(n): ☐ Individual  ☐ partnership  ☐ corporation  (check one)  ☐ single member LLC  ☐ multiple member LLC  ☐ other____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

Permanent mailing address after transfer (number and street)

City and State

Zip Code

SINGLE MEMBER EIN OR SSN

Single member's name if grantee is a single member LLC

201812040032610106

Form NYC-RPT                                                                          ATTACHMENT

## SCHEDULE 3 – TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES

**NOTE** — If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

### GRANTOR(S)

● Name  CORNELIA CATHARINA MARIA  VAN DEN BERGH-RAAT

● Grantor is a(n): ☑individual  ☐partnership  ☐corporation
(check one) ☐single member LLC  ☐multiple member LLC  ☐other____

● Permanent mailing address after transfer (number and street)

| ● City and State /PROVINCE  AMSTERDAM | COUNTRY  NETHERLANDS | Zip Code /POSTAL CODE |
|---|---|---|

● Single member's name if grantor is a single member LLC

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

---

● Name  RICHARD  MCCABE

● Grantor is a(n): ☑individual  ☐partnership  ☐corporation
(check one) ☐single member LLC  ☐multiple member LLC  ☐other____

● Permanent mailing address after transfer (number and street)

| ● City and State  NEW YORK, NY | Zip Code  10003 |
|---|---|

● Single member's name if grantor is a single member LLC

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

### GRANTEE(S)

● Name

● Grantee is a(n): ☐individual  ☐partnership  ☐corporation
(check one) ☐single member LLC  ☐multiple member LLC  ☐other____

● Permanent mailing address after transfer (number and street)

| ● City and State | Zip Code |
|---|---|

● Single member's name if grantee is a single member LLC

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

---

● Name

● Grantee is a(n): ☐individual  ☐partnership  ☐corporation
(check one) ☐single member LLC  ☐multiple member LLC  ☐other____

● Permanent mailing address after transfer (number and street)

| ● City and State | Zip Code |
|---|---|

● Single member's name if grantee is a single member LLC

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

3 - Attachment

Form NYC-RPT

ATTACHMENT

## SCHEDULE 3 - TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES

**NOTE**   If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

### GRANTOR(S)

● Name   3 GRAMERCY PARK WEST, LLC

● Grantor is a(n): ☐ individual ☐ partnership ☐ corporation
(check one) ☑ single member LLC ☐ multiple member LLC ☐ other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State   MIAMI, FL

Zip Code   33137

● Single member's name if grantor is a single member LLC
GRAMERCY IRREVOCABLE TRUST

---

● Name   GERARD A VANDER SCHAUW

● Grantor is a(n): ☑ individual ☐ partnership ☐ corporation
(check one) ☐ single member LLC ☐ multiple member LLC ☐ other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State   ELLENSBURG, WA

Zip Code   98926

● Single member's name if grantor is a single member LLC

SINGLE MEMBER EIN OR SSN

### GRANTEE(S)

● Name

● Grantee is a(n): ☐ individual ☐ partnership ☐ corporation
(check one) ☐ single member LLC ☐ multiple member LLC ☐ other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State

Zip Code

● Single member's name if grantee is a single member LLC

SINGLE MEMBER EIN OR SSN

---

● Name

● Grantee is a(n): ☐ individual ☐ partnership ☐ corporation
(check one) ☐ single member LLC ☐ multiple member LLC ☐ other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State

Zip Code

● Single member's name if grantee is a single member LLC

SINGLE MEMBER EIN OR SSN

3 - Attachment

Form NYC-RPT

ATTACHMENT

**SCHEDULE 3 - TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES**

**NOTE** If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

### GRANTOR(S)

● Name **JUDITH M VANDER SCHAUW**

● Grantor is a(n): ☑ individual ☐ partnership ☐ corporation
(check one) ☐ single member LLC ☐ multiple member LLC ☐ other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)
**3 GRAMERCY PARK UNIT 3**

● City and State
**NEW YORK, NY**

Zip Code
**10003**

SINGLE MEMBER EIN OR SSN

● Single member's name if grantor is a single member LLC

---

● Name

● Grantor is a(n): ☐ individual ☐ partnership ☐ corporation
(check one) ☐ single member LLC ☐ multiple member LLC ☐ other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State

Zip Code

SINGLE MEMBER EIN OR SSN

● Single member's name if grantor is a single member LLC

---

### GRANTEE(S)

● Name

● Grantee is a(n): ☐ individual ☐ partnership ☐ corporation
(check one) ☐ single member LLC ☐ multiple member LLC ☐ other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State

Zip Code

SINGLE MEMBER EIN OR SSN

● Single member's name if grantee is a single member LLC

---

● Name

● Grantee is a(n): ☐ individual ☐ partnership ☐ corporation
(check one) ☐ single member LLC ☐ multiple member LLC ☐ other_____

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State

Zip Code

SINGLE MEMBER EIN OR SSN

● Single member's name if grantee is a single member LLC

---

3 - Attachment

201812040032610106

Form NYC-RPT                                                                                    Page 4

## GRANTOR'S ATTORNEY ▼

| Name of Attorney | BONNIE COVEY, ESQ. | | Telephone Number |
|---|---|---|---|
| Address (number and street) | 7 PENN PLAZA  SUITE 1602 | City and State | NEW YORK, NY |
| | | | 10001 |

EMPLOYER IDENTIFICATION NUMBER ☐–☐☐☐ **OR** SOCIAL SECURITY NUMBER ☐☐☐–☐☐–☐☐☐

## GRANTEE'S ATTORNEY ▼

| Name of Attorney | BONNIE COVEY, ESQ. | | Telephone Number |
|---|---|---|---|
| Address (number and street) | 7 PENN PLAZA  SUITE 1602 | City and State | NEW YORK, NY |
| | | | 10001 |

EMPLOYER IDENTIFICATION NUMBER ☐–☐☐☐ **OR** SOCIAL SECURITY NUMBER ☐☐☐–☐☐–☐☐☐

## CERTIFICATION ▼

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

**GRANTOR**

Sworn to and subscribed to

before me on this 11 day

of December, 2016

Signature of Notary

EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NUMBER

W. BOWMAN CUTTER
Name of Grantor

Signature of Grantor

BONNIE SIEGEL COVEY
Notary Public, State of New York
No. 02CO4687762
Qualified in Kings County
Commission Expires Jan. 31, 2022

**GRANTEE**

Sworn to and subscribed to

before me on this 11 day

of December, 2016

Signature of Notary

SOCIAL SECURITY NUMBER OR ...IGN NUMBER OR

3 GRAMERCY OWNERS CORP.
Name of Grantee

Signature of Grantee

BONNIE SIEGEL COVEY
Notary Public, State of New York
No. 02CO4687762
Qualified in Kings County
Commission Expires Jan. 31, 2022

4

2018120400326101

# CERTIFICATION

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

## GRANTORS

| | |
|---|---|
| ABIGAIL T CUTTER | |
| Name of Grantor | Signature of Grantor |
| GERT-JAN VAN DEN BERGH | |
| Name of Grantor | Signature of Grantor |
| CORNELIA CATHARINA MARIA VAN DEN BERGH-RAAT | |
| Name of Grantor | Signature of Grantor |
| RICHARD MCCABE | |
| Name of Grantor | Signature of Grantor |
| 3 GRAMERCY PARK WEST, LLC | |
| Name of Grantor | Signature of Grantor |
| GERARD A VANDER SCHAUW | |
| Name of Grantor | Signature of Grantor |
| JUDITH M VANDER SCHAUW | |
| Name of Grantor | Signature of Grantor |

| EIN/SSN | Name of Grantor | Signature of Grantor |
|---|---|---|
| EIN/SSN | Name of Grantor | Signature of Grantor |

## GRANTEES

| EIN/SSN | Name of Grantee | Signature of Grantee |
|---|---|---|
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |

2018120400326101

Form NYC- RPT

# CERTIFICATION

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

## GRANTORS

ABIGAIL T CUTTER

Name of Grantor
GERT-JAN VAN DEN BERGH

Signature of Grantor

Signature of Grantor

Name of Grantor
CORNELIA CATHARINA MARIA VAN DEN BERGH-RAAT

X

Signature of Grantor

Name of Grantor
RICHARD MCCABE

X

Signature of Grantor

Name of Grantor
3 GRAMERCY PARK WEST, LLC

Signature of Grantor

Name of Grantor
GERARD A VANDER SCHAUW

X

Signature of Grantor

Name of Grantor
JUDITH M VANDER SCHAUW

X

Signature of Grantor

EIN/SSN          Name of Grantor

Signature of Grantor

EIN/SSN          Name of Grantor

Signature of Grantor

EIN/SSN          Name of Grantor

Signature of Grantor

## GRANTEES

EIN/SSN          Name of Grantee

Signature of Grantee

EIN/SSN          Name of Grantee

Signature of Grantee

EIN/SSN          Name of Grantee

Signature of Grantee

EIN/SSN          Name of Grantee

Signature of Grantee

EIN/SSN          Name of Grantee

Signature of Grantee

EIN/SSN          Name of Grantee

Signature of Grantee

EIN/SSN          Name of Grantee

Signature of Grantee

EIN/SSN          Name of Grantee

Signature of Grantee

EIN/SSN          Name of Grantee

Signature of Grantee

4 - Attachment

2018120400326101

Form NYC- RPT

ATTACHMENT

# CERTIFICATION

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of myknowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

## GRANTORS

| | | |
|---|---|---|
| | BIGAIL T CUTTER | Signature of Grantor |
| | Name of Grantor | |
| | BERT-JAN VAN DEN BERGH | Signature of Grantor |
| | Name of Grantor | |
| | CORNELIA CATHARINA MARIA VAN DEN BERGH-RAAT | Signature of Grantor |
| | Name of Grantor | |
| | RICHARD MCCABE | Signature of Grantor |
| | Name of Grantor | |
| | 3 GRAMERCY PARK WEST, LLC | Signature of Grantor |
| | Name of Grantor | |
| | GERARD A VANDER SCHAUW | Signature of Grantor |
| | Name of Grantor | |
| | JUDITH M VANDER SCHAUW | Signature of Grantor |
| EIN/SSN | Name of Grantor | |
| EIN/SSN | Name of Grantor | Signature of Grantor |
| EIN/SSN | Name of Grantor | Signature of Grantor |

## GRANTEES

| | | |
|---|---|---|
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |

4 - Attachment

2018120400326101

Form NYC- RPT

# CERTIFICATION

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

## GRANTORS

| | |
|---|---|
| ABIGAIL T CUTTER | |
| Name of Grantor | Signature of Grantor |
| GERT-JAN VAN DEN BERGH | |
| Name of Grantor | Signature of Grantor |
| CORNELIA CATHARINA MARIA VAN DEN BERGH-RAAT | |
| Name of Grantor | Signature of Grantor |
| RICHARD MCCABE | |
| Name of Grantor | Signature of Grantor |
| 3 GRAMERCY PARK WEST, LLC | X |
| Name of Grantor | Signature of Grantor |
| GERARD A VANDER SCHAUW | |
| Name of Grantor | Signature of Grantor |
| JUDITH M VANDER SCHAUW | |
| Name of Grantor | Signature of Grantor |
| EIN/SSN     Name of Grantor | Signature of Grantor |
| EIN/SSN     Name of Grantor | Signature of Grantor |
| EIN/SSN     Name of Grantor | Signature of Grantor |

## GRANTEES

| | |
|---|---|
| EIN/SSN     Name of Grantee | Signature of Grantee |
| EIN/SSN     Name of Grantee | Signature of Grantee |
| EIN/SSN     Name of Grantee | Signature of Grantee |
| EIN/SSN     Name of Grantee | Signature of Grantee |
| EIN/SSN     Name of Grantee | Signature of Grantee |
| EIN/SSN     Name of Grantee | Signature of Grantee |
| EIN/SSN     Name of Grantee | Signature of Grantee |
| EIN/SSN     Name of Grantee | Signature of Grantee |
| EIN/SSN     Name of Grantee | Signature of Grantee |

4 - Attachment

2018120400326101

| FOR CITY USE ONLY | | | |
| --- | --- | --- | --- |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217NYC**

C1. County Code |     |   C2. Date Deed Recorded _____ / _____ / _____ (Month / Day / Year)

C3. Book |           |   C4. Page |           |
OR
C5. CRFN |           |

---

**PROPERTY INFORMATION**

**1. Property Location**   STREET NUMBER: 3   STREET NAME: GRAMERCY PARK   BOROUGH: MANHATTAN   ZIP CODE: 10003

**2. Buyer Name**   LAST NAME / COMPANY: 3 GRAMERCY OWNERS CORP.   FIRST NAME:

LAST NAME / COMPANY:   FIRST NAME:

**3. Tax Billing Address**   Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)   LAST NAME / COMPANY:   FIRST NAME:

STREET NUMBER AND STREET NAME:   CITY OR TOWN:   STATE:   ZIP CODE:

**4. Indicate the number of Assessment Roll parcels transferred on the deed**   1   # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size**   FRONT FEET _____ X _____ DEPTH   OR _____ ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

**8. Seller Name**   LAST NAME / COMPANY: CUTTER   FIRST NAME: W. BOWMAN

LAST NAME / COMPANY: CUTTER   FIRST NAME: ABIGAIL T

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A ☐ One Family Residential | C ☐ Residential Vacant Land | E ☐ Commercial | G ☐ Entertainment / Amusement | I ☐ Industrial |
| --- | --- | --- | --- | --- |
| B ☐ 2 or 3 Family Residential | D ☐ Non-Residential Vacant Land | F ☑ Apartment | H ☐ Community Service | J ☐ Public Service |

---

**SALE INFORMATION**

**10. Sale Contract Date**   12 / 28 / 2018 (Month / Day / Year)

**11. Date of Sale / Transfer**   12 / 28 / 2018 (Month / Day / Year)

**12. Full Sale Price** $   0

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

| | |
| --- | --- |
| A ☐ | Sale Between Relatives or Former Relatives |
| B ☐ | Sale Between Related Companies or Partners in Business |
| C ☐ | One of the Buyers is also a Seller |
| D ☐ | Buyer or Seller is Government Agency or Lending Institution |
| E ☐ | Deed Type not Warranty or Bargain and Sale (Specify Below) |
| F ☐ | Sale of Fractional or Less than Fee Interest (Specify Below) |
| G ☐ | Significant Change in Property Between Taxable Status and Sale Dates |
| H ☐ | Sale of Business is Included in Sale Price |
| I ☑ | Other Unusual Factors Affecting Sale Price (Specify Below) |
| J ☐ | None |

---

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class**   C, 5

**16. Total Assessed Value (of all parcels in transfer)**   7,1,3,4,6,3

**17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )**

MANHATTAN 876 12

201812040032620106

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

**BUYER**

_(signature)_

| BUYER SIGNATURE | DATE |

3 GRAMERCY PARK

| STREET NUMBER | STREET NAME (AFTER SALE) |

NEW YORK

| CITY OR TOWN | NY STATE | 10003 ZIP CODE |

**BUYER'S ATTORNEY**

_(signature)_ Cavey / fennic

| LAST NAME | FIRST NAME |

2c2

| AREA CODE | ▮▮▮▮ |

**SELLER**

X _(signature)_

| SELLER SIGNATURE | DATE |

Form RP-5217 NYC

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME

Grantor (Seller)

VAN DEN BERGH | GERT-JAN

LAST NAME / COMPANY | FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME

Grantor (Seller)

VAN DEN BERGH-RAAT | CORNELIA CATHARINA MARIA

LAST NAME / COMPANY | FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME

Grantor (Seller)

MCCABE | RICHARD

LAST NAME / COMPANY | FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME

Grantor (Seller)

3 GRAMERCY PARK WEST, LLC

LAST NAME / COMPANY | FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME

Grantor (Seller)

VANDER SCHAUW | GERARD A

LAST NAME / COMPANY | FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME

Grantor (Seller)

VANDER SCHAUW | JUDITH M

LAST NAME / COMPANY | FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY | FIRST NAME

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY | FIRST NAME

201812040032620106

ATTACHMENT

Form RP-5217 NYC

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME
Grantor (Seller)

VAN DEN BERGH | GERT-JAN

FIRST NAME

LAST NAME / COMPANY

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME
Grantor (Seller)  X

VAN DEN BERGH-RAAT | CORNELIA CATHARINA MARIA

FIRST NAME

LAST NAME / COMPANY

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME
Grantor (Seller)

MCCABE | RICHARD

FIRST NAME

LAST NAME / COMPANY

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME
Grantor (Seller)

3 GRAMERCY PARK WEST, LLC

FIRST NAME

LAST NAME / COMPANY

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME
Grantor (Seller)

VANDER SCHAUW | GERARD A

FIRST NAME

LAST NAME / COMPANY

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME
Grantor (Seller)

VANDER SCHAUW | JUDITH M

FIRST NAME

LAST NAME / COMPANY

Grantee (Buyer)

LAST NAME / COMPANY | FIRST NAME
Grantor (Seller)

LAST NAME / COMPANY | FIRST NAME

Graniee (Buyer)

LAST NAME / COMPANY | FIRST NAME
Grantor (Seller)

LAST NAME / COMPANY | FIRST NAME

201812040032620106

ATTACHMENT

Form RP-5217 NYC

Grantee (Buyer)

LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)
VAN DEN BERGH                                GERT-JAN

LAST NAME / COMPANY                          FIRST NAME
Grantee (Buyer)

LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)
VAN DEN BERGH-RAAT                           CORNELIA CATHARINA MARIA

LAST NAME / COMPANY                          FIRST NAME
Grantee (Buyer)

LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)
MCCABE                                       RICHARD

LAST NAME / COMPANY                          FIRST NAME
Grantee (Buyer)

LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)
3 GRAMERCY PARK WEST, LLC

LAST NAME / COMPANY                          FIRST NAME
Grantee (Buyer)

LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)
VANDER SCHAUW                                GERARD A

LAST NAME / COMPANY                          FIRST NAME
Grantee (Buyer)

LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)
VANDER SCHAUW                                JUDITH M

LAST NAME / COMPANY                          FIRST NAME
Grantee (Buyer)

LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY                          FIRST NAME
Grantee (Buyer)

LAST NAME / COMPANY                          FIRST NAME

Grantor (Seller)

LAST NAME / COMPANY                          FIRST NAME

Form RP-5217 NYC

ATTACHMENT

Grantee (Buyer)

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| VAN DEN BERGH | GERT-JAN |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| VAN DEN BERGH-RAAT | CORNELIA CATHARINA MARIA |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| MCCABE | RICHARD |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller)   X | |
| 3 GRAMERCY PARK WEST, LLC | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| VANDER SCHAUW | GERARD A |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |
| VANDER SCHAUW | JUDITH M |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantee (Buyer) | |

| LAST NAME / COMPANY | FIRST NAME |
|---|---|
| Grantor (Seller) | |

LAST NAME / COMPANY                     FIRST NAME

201812040032620106

Form RP-5217 NYC

ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

| Buyer Signature | Date |
| --- | --- |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |

## SELLERS

| Seller Signature | Date |
| --- | --- |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |

2018120400326201

Form RP-5217 NYC

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

| Buyer Signature | Date |
| --- | --- |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |

## SELLERS

| Seller Signature | Date |
| --- | --- |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |

2018120400326201

Form RP-5217 NYC

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

| Buyer Signature | Date |
|---|---|
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |

## SELLERS

| Seller Signature | Date |
|---|---|
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |

2018120400326201

Form RP-5217 NYC

ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

| Buyer Signature | Date |
| --- | --- |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |

## SELLERS

| Seller Signature | Date |
| --- | --- |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |

2018120400326201