**NEW YORK CITY DEPARTMENT OF FINANCE**
**NYC-RPT**

**REAL PROPERTY TRANSFER TAX RETURN**
(Pursuant to Title 11, Chapter 21, NYC Administrative Code)

**GOVERNMENT EXHIBIT**
**15**
**18-CR-20685**

▲ DO NOT WRITE IN THIS SPACE ▲
FOR OFFICE USE ONLY

### GRANTOR

- **Name:** 3 GRAMERCY PARK WEST, LLC
- **Grantor is a(n):** ☐ individual ☐ partnership ☐ corporation ☑ single member LLC ☐ multiple member LLC ☐ other
- **Telephone Number:**
- **Permanent mailing address after transfer (number and street):** 3 GRAMERCY PARK WEST
- **City and State:** NEW YORK, NY
- **Zip Code:** 10003
- **Single member's name if grantor is a single member LLC:** DC 2019 IRREVOCABLE TRUST

**SOCIAL SECURITY NUMBER:** [blank]
**OR**
**EMPLOYER IDENTIFICATION NUMBER:** 36-4952485
**SINGLE MEMBER EIN OR SSN:** 61-6617386

### GRANTEE

- **Name:** KATHRYN BRAJOVIC
- **Grantee is a(n):** ☑ individual ☐ partnership ☐ corporation ☐ single member LLC ☐ multiple member LLC ☐ other
- **Telephone Number:**
- **Permanent mailing address after transfer (number and street):** 3 GRAMERCY PARK WEST
- **City and State:** NEW YORK, NY
- **Zip Code:** 10003
- **Single member's name if grantee is a single member LLC:**

**SOCIAL SECURITY NUMBER:** [redacted]
**OR**
**EMPLOYER IDENTIFICATION NUMBER:** [blank]
**SINGLE MEMBER EIN OR SSN:** [blank]

### PROPERTY LOCATION

LIST EACH LOT SEPARATELY. ATTACH A RIDER IF ADDITIONAL SPACE IS REQUIRED

| Address (number and street) | Apt. No. | Borough | Block | Lot | # of Floors | Square Feet | Assessed Value of Property |
|---|---|---|---|---|---|---|---|
| 3 GRAMERCY PARK WEST | 2 | MANHATTAN | 876 | 12 | 4 | 7,415 | 759,578.00 |

**DATE OF TRANSFER TO GRANTEE:** 11/21/2019
**PERCENTAGE OF INTEREST TRANSFERRED:** 100 %

### CONDITION OF TRANSFER. See Instructions

Check (✓) all of the conditions that apply and fill out the appropriate schedules of this return. Additionally, Schedules 1 and 2 must be completed for all transfers.

- a. ☑ Arms length transfer
- b. ☐ Transfer in exercise of option to purchase
- c. ☐ Transfer from cooperative sponsor to cooperative corporation
- d. ☐ Transfer by referee or receiver (complete Schedule A)
- e. ☐ Transfer pursuant to marital settlement agreement or divorce decree (complete Schedule I)
- f. ☐ Deed in lieu of foreclosure (complete Schedule C)
- g. ☐ Transfer pursuant to liquidation of an entity (complete Schedule D)
- h. ☐ Transfer from principal to agent, dummy, strawman or conduit or vice-versa (complete Schedule E)
- i. ☐ Transfer pursuant to trust agreement or will (attach a copy of trust agreement or will)
- j. ☐ Gift transfer not subject to indebtedness
- k. ☐ Gift transfer subject to indebtedness
- l. ☐ Transfer to a business entity in exchange for an interest in the business entity (complete Schedule F)
- m. ☐ Transfer to a governmental body
- n. ☐ Correction deed
- o. ☐ Transfer by or to a tax exempt organization (complete Schedule G)
- p. ☐ Transfer of property partly within and partly without NYC
- q. ☐ Transfer of successful bid pursuant to foreclosure
- r. ☐ Transfer by borrower solely as security for a debt or a transfer by lender solely to return such security
- s. ☐ Transfer wholly or partly exempt as a mere change of identity or form of ownership. Complete Schedule M
- t. ☐ Transfer to a REIT or to a corporation or partnership controlled by a REIT. (Complete Schedule R)
- u. ☐ Other transfer in connection with financing (describe):
- v. ☐ A grant or assignment of a leasehold interest in a tax-free NY area
- w. ☐ Transfer to an HDFC or an entity controlled by an HDFC. (Complete Schedule L)
- x. Reserved
- y. Reserved
- z. ☐ Other (describe)

NYC-RPT - Rev. 03.24.2017

2019110800198100102

GP 00116