GOVERNMENT EXHIBIT
16
18-CR-20685

# RESOLUTION
## OF
## THE SOLE MEMBER
## OF
## 3 GRAMERCY PARK WEST, LLC

**THE UNDERSIGNED**, as Trustee of DC 2019 Irrevocable Trust, being and constituting the sole member of all the right, title and interest in 3 Gramercy Park West, LLC (hereinafter "the Company"), a New York limited liability company, hereby adopts the following resolutions without a formal meeting:

**WHEREAS**, the Company has executed a Residential Contract of Sale dated September 13, 2019 ("the Contract") for the sale of Cooperative Unit parlor a/k/a/ Unit 2 located at 3 Gramercy Park West, New York, New York ("the Property"); and

**WHEREAS**, the Company seeks to proceed with the closing and sale of the Property.

**NOW THEREFORE IT IS HEREBY**

**RESOLVED** that the Company hereby ratifies the terms and conditions of the Contract and accepts and agrees to all the rights and obligations as seller set forth therein; and it is further

**RESOLVED** that the Company proceeds with the closing and sale to Kathryn Brajovic and Milos Brajovic; and it is further

**RESOLVED** that the Company appoint Jill Levy Reiter, Esq., to represent the Company in the sale of the Property and to act as an authorized agent and signatory on behalf of the Company solely for the limited purpose to take such action, execute such documents and pay such expenses on behalf of and in the name of the Company as may be necessary to appropriately carry out the foregoing resolution, including but not limited to the execution of any and all documents necessary to effectuate the sale of the Property by the Company.

**RESOLVED** that the Company shall indemnify and hold Jill Levy Reiter, Esq., harmless from any claims, actions, suits, costs or expenses incurred by said attorney in the performance of her duties.

Dated as of November 18, 2019

3 GRAMERCY PARK WEST, LLC

By: Allison Domeneghetti
Title: Trustee of DC 2019 Irrevocable Trust

GP 00161