## JOINDER AGREEMENT
## TO THE OPERATING AGREEMENT

THIS JOINDER AGREEMENT (this "Agreement"), effective February 24, 2015, to the Amended and Restate Limited Liability Agreement of IWM Holdings LLC, dated December 1, 2008, amended February 24, 2015, and as may be further amended from time to time (the "Operating Agreement"), among the Company and each of the parties listed in Exhibit A hereto. All capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Operating Agreement.

WHEREAS, pursuant to the written consent in lieu of a meeting of the Members of the Company dated February 24, 2015, upon the fulfillment of the Closing Conditions, the Company and Super Majority Members intend to amend Article 11.2 of the Operating Agreement to also permit any Member to assign or to transfer its Membership Interests in the Company to a spouse or other immediate family member, or an entity controlled by such Member, spouse or other immediate family member.

WHEREAS, pursuant to Amendment No. 1 to the Operating Agreement and as a result of the consent mentioned above, upon the fulfillment of the Closing Conditions, the Company and Super Majority Members agreed to amend Article 11.2 of the Operating Agreement to also permit any Member to assign or to transfer its Membership Interests in the Company to a spouse or other immediate family member, or an entity controlled by such Member, spouse or other immediate family member.

WHEREAS, the transferors, each identified in Exhibit A (each, a "Transferor"), desire to transfer its Membership Interests to the ultimate transferees, each identified in Exhibit A (each, a "Transferee"), and such Transferees desire to acquire the interests indicated thereunder (the "Transfer"), each pursuant to Sections 11.2(iii) of the Operating Agreement;

WHEREAS, the Transfer shall be subject to the closing conditions of the transaction whereby Domaine Select Wine Estates, LLC will contribute all of its assets and liabilities to Domaine Select Wine & Spirits, LLC (the "Domaine Transaction"), including the issuance of the necessary liquor license by the State of New York Liquor Authority, Division of Alcoholic Beverage Control and related transactions thereto (the "Closing Conditions"); and

WHEREAS, in connection with the acquisition of the Member's Interest, each Transferee shall, among other things, become a party to the Operating Agreement.

NOW, THEREFORE, in consideration of the premises, the mutual covenants contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

In accordance with Section 12.6 of the Operating Agreement, each Transferee hereby acknowledges and agrees that, for itself, the Members, and with the Company, with effect from the date hereof, each shall be bound by and subject to all terms and

conditions of the Operating Agreement applicable to each Member of the Company.

This Agreement may be executed in several counterparts, each of which shall be deemed an original but all of which will constitute one and the same Agreement. This Agreement shall be governed by and construed in accordance with the local, internal laws of the State of Delaware (without regards to conflict of law principals).

[Remainder intentionally blank]

IN WITNESS WHEREOF, the parties have executed this Agreement on the day and year first set forth above.

**IWM HOLDINGS LLC**

By: _____
Name:
Title:

| **TRANSFERORS** | **TRANSFEREES** |
|---|---|
| **GUSTAVO HERNANDEZ** | **SALONDERA, LLC** |
| _____ | _____ |
| **DANIEL M. HOLTZ** *(signed)* | **ESPOSITO TRUST (F/B/O SALVATORE ESPOSITO)** |
| _____ | _____ |
| **JORGE MORA** | |
| _____ | |
| **SERGIO ESPOSITO** | |
| _____ | |

# EXHIBIT A
# TRANSFERORS AND TRANSFEREES

| Transferor | Ultimate Transferee | Interests Transferred |
|---|---|---|
| Gustavo Hernandez | Salondera, LLC | 100% of its respective Membership Interest |
| Daniel Holtz | Salondera, LLC | 100% of its respective Membership Interest |
| Jorge Mora | Salondera, LLC | 100% of its respective Membership Interest |
| Sergio Esposito | Esposito Trust (F/B/O Salvatore Esposito) | 100% of its respective Membership Interest |