## ACKNOWLEDGEMENT OF TERMINATION OF MEMBERSHIP

THIS ACKNOWLEDGEMENT OF TERMINATION OF MEMERHIP (this "Acknowledgement"), effective February 24, 2015, among the IWM Holdings LLC (the "Company") and each of the Transferors listed in Exhibit A hereto. All capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Amended and Restate Limited Liability Agreement of IWM Holdings LLC, dated December 1, 2008, amended February 24, 2015, and as may be further amended from time to time (the "Operating Agreement").

WHEREAS, pursuant to the written consent in lieu of a meeting of the Members of the Company dated February 24, 2015, upon the fulfillment of the Closing Conditions, the Company and Super Majority Members intend to amend Article 11.2 of the Operating Agreement to also permit any Member to assign or to transfer its Membership Interests in the Company to a spouse or other immediate family member, or an entity controlled by such Member, spouse or other immediate family member.

WHEREAS, pursuant to Amendment No. 1 to the Operating Agreement and as a result of the consent mentioned above, upon the fulfillment of the Closing Conditions, the Company and Super Majority Members agreed to amend Article 11.2 of the Operating Agreement to also permit any Member to assign or to transfer its Membership Interests in the Company to a spouse or other immediate family member, or an entity controlled by such Member, spouse or other immediate family member.

WHEREAS, pursuant to the Joinder Agreement dated February 24, 2015 (the "Joinder Agreement"), each Transferee (as defined in the Joinder Agreement) acknowledged and agreed that each shall be bound by and subject to all the terms and conditions of the Operating Agreement.

WHEREAS, in light of the above, the Company and each transferor, respectively identified in Exhibit A (each, a "Transferor"), hereby acknowledge and agree that subject the terms herein, each Transferor shall cease to be a Member of the Company effective upon the Effective Date.

WHEREAS, the Members shall no longer be Members upon the satisfaction of and subject to the closing conditions of the transaction whereby Domaine Select Wine Estates, LLC will contribute all of its assets and liabilities to Domaine Select Wine & Spirits, LLC (the "Domaine Transaction"), including the necessary liquor license by the State of New York Liquor Authority, Division of Alcoholic Beverage Control and other related transactions thereto (the "Closing Conditions");

NOW, THEREFORE, in consideration of the premises, the mutual covenants contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

The Company and each Transferor hereby acknowledge and agree that, upon satisfaction of and subject to the Closing Conditions, each respective Transferor shall no longer be a Member of the Company.

This Agreement may be executed in several counterparts, each of which shall be deemed an original but all of which will constitute one and the same Acknowledgment. This Acknowledgment shall be governed by and construed in accordance with the local, internal laws of the State of Delaware (without regards to conflict of law principals).

[Remainder intentionally blank]

IN WITNESS WHEREOF, the parties have executed this Acknowledgment on the day and year first set forth above.

**IWM HOLDINGS LLC**

By: _____
Name:
Title:

**TRANSFERORS**

**GUSTAVO HERNANDEZ**

_____

**DANIEL M. HOLTZ**

*/s/ Daniel M. Holtz*
_____

**JORGE MORA**

_____

**SERGIO ESPOSITO**

_____

# EXHIBIT A
## TRANSFERORS AND TRANSFEREES

| Transferor | Ultimate Transferee | Interests Transferred |
|---|---|---|
| Gustavo Hernandez | Salondera, LLC | 100% of its respective Membership Interest |
| Daniel Holtz | Salondera, LLC | 100% of its respective Membership Interest |
| Jorge Mora | Salondera, LLC | 100% of its respective Membership Interest |
| Sergio Esposito | Esposito Trust (F/B/O Salvatore Esposito) | 100% of its respective Membership Interest |