## NYS Liquor Authority/Division of Alcoholic Beverage Control
## NYS Request for Card Scan Services - Information Form - (Out of State Residents)
**This Form Is Also Used For Any Paper Card Submissions**

Instructions for applicant: Complete form and submit with two (2) FBI (blue) fingerprint cards, a copy of your Application Receipt and your fee of $101.45 made out to "MorphoTrust USA" to the address below. <u>Fingerprints must be taken by authorized law enforcement officers</u>.

### DO NOT BEND CARD WHEN MAILING!!

**MAIL TO:**
New York State Liquor Authority
80 South Swan Street, Suite 900
Albany, NY 12210

## Please Print Clearly

### Contributor Agency Section:

ORI: __NY922217Z__          Contributor Agency: __NYS Liquor Authority__

Job or License Type (check one):   ☐ Employee Applicant
                                    ☒ Liquor License

Agency ID Number: __1213635__
(Serial Number)

### Applicant Section:        ☒ New Submission        ☐ Resubmission

Name of Applicant: Last __De Castro__            First __Olympia__          M.I. ____

Alias / Maiden Name: _____

Street Address: __597 Hibiscus Lane__

City, State, & Zip: __Miami, FL 33137__

Date of Birth: __3/21/1981__    Age: __33__    Sex: ☐ Male ☒ Female    Race: _____

Ethnicity: ☒ Hispanic ☐ Non Hispanic    Height: __5__ ft. __7__ in.    Weight: __130__ lbs.

Skin Tone: __Fair__        Eye Color: __Brown__        Hair Color: __Brown__

State / Country of Birth: __Connecticut__    Country of Citizenship: __USA__

### Payment Section:
Payment options include: personal or business check, certified check, bank check, money order or credit card.
If paying with a 3rd party check, please clearly print the applicant's name at the top of the check.

**Fee: $101.45**

**Paid by:**

☐ Check or Money Order (payable to "MorphoTrust USA")   Check Number: _____

☐ Visa   ☐ Master Card   ☐ American Express   ☐ Discover
*NOTE: credit card <u>must</u> have U.S. billing address*

Card Number _____ Expires: _____

SLA (Rev-12/30/13)

**NEW YORK** STATE OF OPPORTUNITY.

# State Liquor Authority

**ANDREW M. CUOMO**
Governor

**JEANIQUE GREENE**
Commissioner

**KEVIN KIM**
Commissioner

CONDITIONAL LETTER OF APPROVAL
DATE 04/07/2015

SERIAL NUMBER 1213635
ESPOSITO, SERGIO
108 EAST 16TH ST
NEW YORK, NY 10003

Premise Address
IWM HOLDINGS LLC
ITALIAN WINE MERCHANTS
108 E 16TH STREET
NEW YORK, NY 10003

Your application for a corporate change has been reviewed and can be approved once you have complied with all of the conditions on the attached page.

Once you have submitted all of the required information, the documentation you provide will be reviewed and, if all of the items have been addressed to the satisfaction of the State Liquor Authority, your corporate change can be approved and an approval letter will be issued. Once you have complied with all conditions the approved officers will be listed as they appear on the attached page

The application will be deemed disapproved if you fail to submit all required documentation within three months from the date of this letter. If you cannot comply within the 3 month period, you must seek an extension of time by submitting a request in writing to the Authority.

If you wish to withdraw your application, you must request your withdrawal in writing. The State Liquor Authority will then disapprove your application without prejudice to your refiling at a future date and will process your refund (less the filing fee).

**All communications should be sent to the address as indicated in the letterhead above or via email to Condapproval@sla.ny.gov.**

Sincerely Yours,

Kerri J. O'Brien

Kerri J. O'Brien, Deputy Commissioner

**NOTE: FAILURE TO COMPLY WITH THE ATTACHED CONDITIONS WITHIN 3 MONTHS FROM 04/07/2015 WILL NECESSITATE THE DISAPPROVAL OF THIS APPLICATION.**

cc: KEVEN DANOW
275 MADISON AVE STE 1711
NEW YORK, NY 10016

| NAME | OFFICE | SHARES |
|---|---|---|
| Salvatore Esposito as Trustee | LLC Manager | 27% |
| Betty L. Dubin as Trustee | LLC Manager | 25% |
| Salondera LLC | LLC Member | 47% |
| Toni Holtz | LLC Member | |
| Olympia De Castro | LLC Member | |
| Javier G. Mora | LLC Member | |

## CONDITIONS OF APPROVAL

The conditional approval is granted upon adherence to any conditions listed below as well as any conditions stipulated to with the municipality or community board.

1. Executed Termination of Membership Agreement.

2. Executed meeting of the members agreement.

3. Executed joinder agreement and first amendment to operating agreement of IWM Holdings LLC.

4. Notice of Appearane from the individual assisting with the application.

**NEW YORK STATE OF OPPORTUNITY.** | **State Liquor Authority**

**ANDREW M. CUOMO**
Governor

**JEANIQUE GREENE**
Commissioner

**KEVIN KIM**
Commissioner

IWM HOLDINGS LLC
ITALIAN WINE MERCHANTS
108 E 16TH STREET
NEW YORK, NY  10003
Serial #:  1213635

**AMENDED**

Date: 06/10/2015
Corp. Change #: 01

## NOTICE OF APPROVAL OF CORPORATE CHANGE

The following changes requested in your application for Corporate Change have been **APPROVED**.

| NAME | OFFICE | SHARES |
|---|---|---|
| Salvatore Esposito | LLC Manager | 43% |
| Salondera LLC | LLC Member | 57% |
| Toni Holtz | LLC Member | |
| Olympia De Castro | LLC Member | |
| Javier Mora | LLC Member | |

"No further transfer or re-transfer of the stock may be made to any person, including the seller,... nor can any change of officers or directors be effectuated without first complying with Section 99-d, Subdivision 2, of the Alcoholic Beverage Control Law and first obtaining the approval of the State Liquor Authority to such further transfer or re-transfer."

If the said corporate change, as approved herein, is not consummated, the Authority must be notified within 30 days from the date of this notice addressed to the State Liquor Authority, Licensing Section, at the zone office indicated above.

STATE LIQUOR AUTHORITY

Kerri J. O'Brien, Chief Executive Officer

Alfred E. Smith Office Building, 80 S. Swan St., Suite 900, Albany, NY 12210