**UNANIMOUS WRITTEN CONSENT
IN LIEU OF
MEETING OF THE MEMBERS OF
OF THE
MEMBERS OF
SALONDERA, LLC**

THE UNDERSIGNED, all of the members of Salondera, LLC, a Delaware limited liability company (the "Company") hereby waive notice and the right to call a meeting, and adopt the following resolutions by written consent without a meeting, with full force and effect as if adopted by the unanimous affirmative vote of the Members at a duly constituted meeting.

WHEREAS, immediately prior to the consummation of the transactions contemplated herein, the Company owns 57.50% of the total membership interests in the Company; and

WHEREAS, the Company and IWM Holdings, LLC ("IWM") have entered into a certain Redemption Agreement dated October 6, 2016, pursuant to which the Company's membership interest in IWM shall be repurchased and redeemed, on the terms and subject to the conditions set forth therein (the "Redemption Agreement", and collectively, the "Redemption").

RESOLVED, that the Redemption Agreement and the Redemption be, and each hereby is, approved, authorized, ratified and authorized in all respects;

RESOLVED, that the Manager be, and he hereby is, authorized and directed to enter into, execute, deliver and perform the Redemption Agreement (together with any other agreements, instruments, certificates or documents contemplated thereby) on behalf of the Company, and

FINALLY RESOLVED, that each and every action taken by officers, members, managers, employees and representatives of the Company with respect to the Redemption Agreement or the Redemption prior to the date and adoption of the foregoing resolutions which would have been authorized by the foregoing resolutions but for the fact that such actions were taken prior to such date, be, and each hereby is ratified, approved, confirmed and adopted in all respects.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent of Members as of December ___, 2016.

The Members

By: _____
Olympia de Castro

By: _____
Toni Holtz

By: _____
Javier Mora

Acknowledged and Agreed

Manager:

_____
Javier Mora

[Signature page to the UWC of Salondera, LLC]