November 10, 2016

Sergio Esposito
Managing Member
IWM Holdings, LLC
108 East 16th St.
New York, NY 10003

Dear Sergio:

Effective on the Closing Date, as such date is defined in that certain Redemption Agreement dated October 6, 2016 by and between Salondera, LLC and IWM Holdings, LLC ("IWM")(the "Redemption Agreement"), I hereby tender my resignation as a member of the Board of Advisors of IWM.

Please know that my resignation is tendered pursuant to Section 6(e)(v) of the Redemption Agreement and not as a result of any disagreement between myself and IWM, its management or the board of advisor on which I presently serve.

Thank you for giving me the opportunity to have been a part of IWM. I wish you and the company the best of luck.

Sincerely,

Olympia de Castro