

P.O. Box 15284
Wilmington, DE 19850

OLYMPIA A DECASTRO
ITF LARA DECASTRO
597 HIBISCUS LN
MIAMI, FL  33137-3322

## Preferred Rewards

**Customer service information**

📞 1.888.888.RWDS (1.888.888.7937)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv Tiered Interest Chkg Preferred Rewards Platinum Honors

for March 20, 2019 to April 18, 2019

Account number: ■■■■■■ 0276

**OLYMPIA A DECASTRO     ITF LARA DECASTRO**

## Account summary

| | |
|---|---|
| Beginning balance on March 20, 2019 | ■■■■ |
| Deposits and other additions | ■■■■ |
| ATM and debit card subtractions | ■■■■ |
| Other subtractions | ■■■■ |
| Checks | ■■■ |
| Service fees | ■■ |
| **Ending balance on April 18, 2019** | ■■ |

OLYMPIA A DECASTRO   |   Account # ███████ 0276   |   March 20, 2019 to April 18, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

**Bank of America** 🇺🇸

OLYMPIA A DECASTRO   |   Account # ▇▇▇▇ 0276   |   March 20, 2019 to April 18, 2019

## Account summary - continued

*Annual Percentage Yield Earned this statement period:* ▇▇▇▇

*Interest Paid Year To Date:* ▇▇▇

*Your account has overdraft protection provided by deposit account number* ▇▇▇▇ 1633.

## Deposits and other additions



| Date | Description | Amount |
|---|---|---|
| ▇▇▇ | ▇▇▇ ▇▇▇▇▇▇ ▇▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇▇ ▇▇▇▇▇▇ ▇▇▇ | ▇▇▇ |
| 04/05/19 | WIRE TYPE:WIRE IN DATE: 190405 TIME:1314 ET TRN:2019040500309553 SEQ:190405092844MM70/000344 ORIG:DANIEL MARTIN HOLTZ ID:1955158648 SND BK:CITY NATL BK FLORIDA ID:066004367 PMT DET:REF: PAYMENT | 12,500.00 |
| ▇▇▇ | ▇▇▇▇▇▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇▇▇▇ ▇ | ▇▇▇ |
| ▇▇▇ | ▇▇▇▇▇ ▇ | ▇▇▇ |
| ▇▇▇ | ▇▇▇▇ ▇ | ▇▇▇ |
| ▇▇▇ | ▇▇▇▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇▇▇ ▇▇▇ | ▇▇▇ |
| ▇▇▇ | ▇▇▇▇ ▇▇ ▇ | ▇▇▇ |
| ▇▇▇ | ▇▇▇▇▇ ▇▇▇ | ▇▇▇ |

*continued on the next page*

## What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.                    SSM-01-19-2128.A1  |  ARG377KX

OLYMPIA A DECASTRO   |   Account # ███████ 0276   |   March 20, 2019 to April 18, 2019

## Deposits and other additions - continued

| Date | Description | Amount |
|---|---|---|
| 04/17/19 | WIRE TYPE:WIRE IN DATE: 190417 TIME:1037 ET TRN:2019041700273799 SEQ:190417083353MM70/000132 ORIG:DANIEL MARTIN HOLTZ ID:1955158648 SND BK:CITY NATL BK FLORIDA ID:066004367 PMT DET:LOAN ADVANCE | 3,750.00 |
| ███████ | █████████████████████████████████████ | █████ |
| ███████ | ███████████ | ███ |

**Total deposits and other additions**  ████████

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| ██████ | ███████████████████████ | ████ |
| ██████ | ████████████████████████████████████ | ███ |
| ██████ | █████████████████████ | ███ |
| ██████ | █████████████████████ | ███ |
| ██████ | █████████████████████ | ███ |
| ██████ | ██████████████████████████████████ █ | ████ |
| ██████ | ██████████████████████████████████ | ███ |
| ██████ | ██████████████████████████████████ | ███ |
| ██████ | ██████████████████████████████████ | ███ |
| ██████ | ██████████████████████████████████████████ | ███ |
| ██████ | ██████████████████████████████████████████ | ███ |
| ██████ | ████████████████████████████████████████████ | ████ |
| ██████ | ██████████████████████████████████████████ | ███ |
| ██████ | ██████████████████████████████████████████ | ████ |
| ██████ | ██████████████████████████████████████████ | ███ |
| ██████ | ████████████████████████████████████████████ | ████ |
| ██████ | ████████████████████████████████████████████ | ████ |
| ██████ | ██████████████████████████████████████████ | ███ |
| ██████ | ████████████████████████████████████████████████ | ████ |
| ██████ | ████████████████████████████████████████████████ | ████ |
| ██████ | ████████████████████████████████████████████████ | ████ |

**Total ATM and debit card subtractions**  ████████

continued on the next page



**OLYMPIA A DECASTRO   |   Account #**  ███████ **0276   |   March 20, 2019 to April 18, 2019**

## Withdrawals and other subtractions - continued

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|



*continued on the next page*

OLYMPIA A DECASTRO   |   Account # ███████ 0276   |   March 20, 2019 to April 18, 2019

## Withdrawals and other subtractions - continued

### Other subtractions   continued



| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████ | ████ |
| ████ | ████████████████ | ████ |
| ████ | ████████████████████████ | ████ |
| ████ | ███████████████ | ████ |
| ████ | ████████████████████ █ | ████ |
| ████ | ███████████████████ | ████ |
| ████ | ████████████████████ | ████ |
| **Total other subtractions** | | ███████ |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| ████ | ████ | ████ | | ████ | ████ | ████ |
| | | | | **Total checks** | | ██████ |
| | | | | **Total # of checks** | | █ |

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| ████ | █████████████████ | ███ |
| ████ | █████████████████ | ███ |
| ████ | ██████████████████ | ███ |
| **Total service fees** | | ███ |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

**Bank of America** 

OLYMPIA A DECASTRO   |   Account # ███████ 0276   |   **March 20, 2019 to April 18, 2019**

## Check images

**Account number:** ███████ 0276
Check number: ████ | Amount: ████

Check number: ████ | Amount: ████





OLYMPIA A DECASTRO   |   Account #███████ 0276   |   March 20, 2019 to April 18, 2019

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

OLYMPIA A DECASTRO
ITF LARA DECASTRO
597 HIBISCUS LN
MIAMI, FL  33137-3322

Preferred Rewards

**Customer service information**

1.888.888.RWDS (1.888.888.7937)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Adv Tiered Interest Chkg
## Preferred Rewards Platinum Honors

for April 19, 2019 to May 20, 2019

Account number: ████ 0276

**OLYMPIA A DECASTRO     ITF LARA DECASTRO**

### Account summary

| | |
|---|---|
| Beginning balance on April 19, 2019 | ██ |
| Deposits and other additions | ██ |
| ATM and debit card subtractions | ██ |
| Other subtractions | ██ |
| Checks | ██ |
| Service fees | ██ |
| **Ending balance on May 20, 2019** | ███ |

OLYMPIA A DECASTRO   |   Account # ███████ 0276   |   April 19, 2019 to May 20, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**    **Equal Housing Lender**

**Bank of America**

OLYMPIA A DECASTRO   |   Account #████████ 0276   |   April 19, 2019 to May 20, 2019

## Account summary - continued

*Annual Percentage Yield Earned this statement period:* ████
*Interest Paid Year To Date:* ████
*Your account has overdraft protection provided by deposit account number* ████████ *1633.*

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|



| 04/30/19 | WIRE TYPE:WIRE IN DATE: 190430 TIME:1114 ET TRN:2019043000319998 SEQ:2019043000003597/000895 ORIG:WALDEN CAPITAL CORPORATIO ID:0150025467 SND BK:REGIONS BANK ID:062005690 PMT DET:REF LOAN ADVANCE | 7,500.00 |

*continued on the next page*

## What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.                    SSM-01-19-2128.A1  |  ARG377KX

OLYMPIA A DECASTRO   |   Account # ███████ 0276   |   April 19, 2019 to May 20, 2019

## Deposits and other additions - continued

| Date | Description | Amount |
|---|---|---|



05/17/19   WIRE TYPE:WIRE IN DATE: 190517 TIME:1745 ET TRN:2019051700450415          8,500.00
SEQ:190517161421JP70/000780 ORIG:DANIEL MARTIN HOLTZ ID:1955158648 SND BK:CITY
NATL BK FLORIDA ID:066004367 PMT DET:REF PAYMENT LOAN ADVANCE

**Total deposits and other additions**

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|

*continued on the next page*



OLYMPIA A DECASTRO   |   Account # ████ 0276   |   April 19, 2019 to May 20, 2019

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions   continued



| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████ | ███ |
| ████ | ████████████████ | ███ |
| ████ | ████████████ | ███ |
| ████ | ████████████ | ███ |
| ████ | ████████████ | ███ |
| ████ | ████████████████ | ███ |

**Total ATM and debit card subtractions** ████████

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████ | ███ |
| ████ | ██████████ ████████████ █ | ███ |
| ████ | ██████████ | ███ |
| ████ | ██████████ ██████████ █ | ███ |
| ████ | ██████████████ | ██ |
| ████ | ████████████ | ███ |
| ████ | █ ████████ ████████ ████ | ███ |
| ████ | ████████ █████████████ █ | ███ |
| ████ | ██████████████████ █ | ███ |
| ████ | ██████████ | ███ |
| ████ | ██████████████ | ███ |
| ████ | ████ ██████████ █ | ███ |
| ████ | ██████████████████████ | ███ |
| ████ | ██████████████████ █ | ███ |
| ████ | ██████████████████ | ███ |

*continued on the next page*

OLYMPIA A DECASTRO   |   Account # ▮▮▮▮▮ 0276   |   April 19, 2019 to May 20, 2019

## Withdrawals and other subtractions - continued

### Other subtractions   continued

| Date | Description | Amount |
|------|-------------|--------|



**Total other subtractions**

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| ▮▮▮ | ▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮ |

| Date | Check # | Amount |
|------|---------|--------|
| ▮▮▮ | ▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮ |

**Total checks** ▮▮▮▮

**Total # of checks** ▮

*   There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|

**Total service fees** ▮▮▮

*Note your Ending Balance already reflects the subtraction of Service Fees.*



**OLYMPIA A DECASTRO** | Account # ████ 0276 | April 19, 2019 to May 20, 2019

## Check images

**Account number:** ████████ 0276

Check number: ████ | Amount: ████

Check number: ████ | Amount: ████████

Check number: ████ | Amount: ████████

Check number: ████ | Amount: ████████

Check number: ████ | Amount: ████████

Check number: █████ | Amount: ████████

OLYMPIA A DECASTRO   |   Account #　0276   |   April 19, 2019 to May 20, 2019

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

OLYMPIA A DECASTRO
ITF LARA DECASTRO
597 HIBISCUS LN
MIAMI, FL  33137-3322

---

**Preferred Rewards**

**Customer service information**

📱 1.888.888.RWDS (1.888.888.7937)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

# Your Adv Tiered Interest Chkg
# Preferred Rewards Platinum Honors

for May 21, 2019 to June 18, 2019

Account number: ▆▆▆ 0276

**OLYMPIA A DECASTRO     ITF LARA DECASTRO**

## Account summary

| | |
|---|---|
| Beginning balance on May 21, 2019 | ▆▆▆ |
| Deposits and other additions | ▆▆▆ |
| ATM and debit card subtractions | ▆▆▆ |
| Other subtractions | ▆▆▆ |
| Checks | ▆▆▆ |
| Service fees | ▆▆▆ |
| **Ending balance on June 18, 2019** | ▆▆▆ |

---

Our Mobile Banking app[1] and Online Banking are both certified by J.D. Power[2] for providing

## "An Outstanding Customer Experience."

Download the app today from your app store or visit **bankofamerica.com**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
[2] J.D. Power 2019 Mobile App Certification Program℠ and 2019 Website Certification Program℠ recognition is based on successful completion of an audit and exceeding a customer experience benchmark through a survey of recent servicing interactions. For more information, visit jdpower.com/awards.                SSM-11-18-0529.C | ARFVGMFT

OLYMPIA A DECASTRO   |   Account # ████ 0276   |   May 21, 2019 to June 18, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



Bank of America, N.A. Member FDIC and   Equal Housing Lender

**Bank of America**

OLYMPIA A DECASTRO | Account # ████████ 0276 | May 21, 2019 to June 18, 2019

## Account summary - continued

*Annual Percentage Yield Earned this statement period:* ████
*Interest Paid Year To Date:* ████
*Your account has overdraft protection provided by deposit account number* ████████ 1633.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| ████ | ████████████████████████ | ████ |
| ████ | ████████████████ ████████ | ████ |
| ████ | ████████████████ | ████ |
| ████ | ███████████████ ██ ████ | ████ |
| 06/10/19 | WIRE TYPE:WIRE IN DATE: 190610 TIME:1720 ET TRN:2019061000462824 SEQ:190610153017VT00/000649 ORIG:DANIEL MARTIN HOLTZ ID:1955158648 SND BK:CITY NATL BK FLORIDA ID:066004367 PMT DET:PAYMENT | 10,000.00 |
| ████ | ███ ████████ ████████ | |
| ████ | ████████ | ██ |

**Total deposits and other additions** ████



## Invest in their future

Learn about ways to fund your child's education at **merrilledge.com/Learn**.



MERRILL
A BANK OF AMERICA COMPANY

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, Member SIPC, and a wholly-owned subsidiary of BofA Corp.
Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.
Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

SSM-02-19-0619.B | ARVSWN3H

OLYMPIA A DECASTRO   |   Account # ██████ 0276   |   May 21, 2019 to June 18, 2019

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|--------|
| ███ | ██████████████████████ | ███ |
| ███ | ██████████████████████ | ███ |
| ███ | ███████████████ | ███ |
| ███ | ███████████████ | ███ |
| ███ | ███████████████ | ███ |
| ███ | ███████████████ | ███ |
| ███ | ███████████████ | ███ |
| ███ | ██████████████████████ | ███ |
| ███ | ██████████████████████ | ███ |
| ███ | ███████████████ | ███ |
| ███ | ███████████████ | ███ |
| ███ | ██████████████████████████ █ | ███ |
| ███ | ██████████████████████ | ███ |

**Total ATM and debit card subtractions** ████████

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|





OLYMPIA A DECASTRO   |   Account # ████████ 0276   |   May 21, 2019 to June 18, 2019

# Withdrawals and other subtractions - continued

## Other subtractions   continued



| Date | Description | Amount |
|------|-------------|--------|

Total other subtractions

OLYMPIA A DECASTRO   |   Account # ████████ 0276   |   May 21, 2019 to June 18, 2019

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| ████ | ███ | ████ |
| ████ | ███ | ████ |
| ████ | ███ | ████ |

| Date | Check # | Amount |
|------|---------|--------|
| ████ | ███ | ████ |
| ████ | ███ | ████ |
| ████ | ███ | ████ |
| **Total checks** | | ████ |
| **Total # of checks** | | █ |

\*  *There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| ████ | ████ | ██ |
| ████ | ████████ | ██ |
| ████ | ███████ ███ | ██ |
| ████ | ████ | ██ |
| ████ | ████████ | ██ |
| **Total service fees** | | ████ |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



OLYMPIA A DECASTRO   |   Account # ███████ 0276   |   May 21, 2019 to June 18, 2019

## Check images

**Account number:** ███████ **0276**

Check number: ████ | Amount: ████

Check number: ████ | Amount: ████

Check number: ████ | Amount: ████

Check number: ████ | Amount: ████

Check number: ████ | Amount: ████

Check number: ████ | Amount: ████

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

OLYMPIA A DECASTRO
ITF LARA DECASTRO
597 HIBISCUS LN
MIAMI, FL  33137-3322

**Customer service information**

📞 1.888.888.RWDS (1.888.888.7937)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🌐 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv Tiered Interest Chkg
# Preferred Rewards Platinum Honors

for June 19, 2019 to July 19, 2019

Account number: ███ 0276

**OLYMPIA A DECASTRO     ITF LARA DECASTRO**

## Account summary

| | |
|---|---|
| Beginning balance on June 19, 2019 | ███ |
| Deposits and other additions | ███ |
| ATM and debit card subtractions | ██ |
| Other subtractions | ██ |
| Checks | ██ |
| Service fees | █ |
| **Ending balance on July 19, 2019** | ███ |



Celebrate independence!

Here's to your success, prosperity and
financial independence in 2019 and beyond.

**bankofamerica.com**

SSM-04-19-0149.B | ARNN8NHK

OLYMPIA A DECASTRO   |   Account # ████████ 0276   |   June 19, 2019 to July 19, 2019

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**    **Equal Housing Lender**

**Bank of America** 

OLYMPIA A DECASTRO   |   Account # ▮▮▮▮▮ 0276   |   June 19, 2019 to July 19, 2019

## Account summary - continued

*Annual Percentage Yield Earned this statement period:* ▮▮▮▮
*Interest Paid Year To Date:* ▮▮▮▮
*Your account has overdraft protection provided by deposit account number* ▮▮▮▮▮ *1633.*

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮ | ▮▮▮ |
| 07/11/19 | WIRE TYPE:WIRE IN DATE: 190711 TIME:1633 ET TRN:2019071100434594 SEQ:201907110008617/002771 ORIG:WALDEN CAPITAL CORPORATIO ID:0150025467 SND BK:REGIONS BANK ID:062005690 PMT DET:PAYMENT F ORM WCC | 25,000.00 |
| ▮▮▮ | ▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ |

**Total deposits and other additions** ▮▮▮▮



**Fraud prevention:**

## We're here to help

Help prevent fraud with these simple tips:

· **Update your contact information** so we can reach you if we suspect fraud.
· **Report suspicious activity** right away.
· **Read our Fraud Prevention Checklist** at **bankofamerica.com/FraudChecklist** for more ways to help prevent fraud and identify scams.

Learn more about fraud prevention on our Security Center at **bankofamerica.com/security**.

SSM-04-19-0076.C | ARYRQSYX

continued on the next page



OLYMPIA A DECASTRO   |   Account # ████ 0276   |   June 19, 2019 to July 19, 2019

## Withdrawals and other subtractions - continued

### Other subtractions   continued

| Date | Description | Amount |
|------|-------------|--------|



**Total other subtractions**

## Checks

| Date | Check # | Amount |
|------|---------|--------|

**Total checks**
**Total # of checks**

OLYMPIA A DECASTRO   |   Account # ████████ 0276   |   June 19, 2019 to July 19, 2019

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| ████ | ████████ | ███ |
| ████ | ████████████████ | ███ |
| ████ | ████████████ | ███ |
| **Total service fees** | | ████ |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



OLYMPIA A DECASTRO   |   Account #         0276   |   June 19, 2019 to July 19, 2019

## Check images

**Account number:**         0276
Check number:         Amount:

OLYMPIA A DECASTRO   |   Account # ████████ 0276   |   June 19, 2019 to July 19, 2019

This page intentionally left blank