IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2019-012818-FC-04
SECTION: FC07
JUDGE: Maria Espinosa Dennis

**Holtz, Toni**

Petitioner(s)

vs.

**Holtz, Daniel**

Respondent(s)

_____/

### SECOND AGREED ORDER MODIFYING TEMPORARY INJUNCTION

THIS CAUSE came before the Court by agreement of the parties, and the Court being duly advised in the premises, it is ORDERED as follows:

### FINDINGS OF FACT

A. On June 7, 2019, this Court entered an Order Granting in Part Wife's Verified Ex-Parte Motion for Temporary Status Quo Injunction to Prevent Husband from Further Liquidation and Dissipation of Marital Assets (the "**Temporary Injunction**").
B. On June 18, 2019, the parties entered into an Agreed Order Modifying Temporary Injunction.
C. The parties wish to resolve this pending issue without Court intervention and have agreed to further modify the Temporary Injunction as stated below.

---

Note: The actual title of the Temporary Injunction is "Order Granting In Part Wife's Verified Ex-Parte Urgent Motion for Temporary Status Quo Injunction to Prevent Husband From Further Liquidation and Dissipation of Marital Assets" entered by this Court on June 7, 2019. The parties subsequently entered into an Agreed Order Modifying Temporary Injunction on June 18, 2019.

WHEREUPON, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Court's Amended Order Granting in Part Wife's Verified Ex-Parte Motion for Temporary Status Quo Injunction to Prevent Husband from Further Liquidation and Dissipation of Marital Assets is hereby further amended as follows:

a. Upon the sale of property owned by Mile Marker 55, LLC, Olympia de Castro shall be paid all sums agreed to between Defendants, Daniel Holtz, Toni Holtz, and Walden Capital Corporation, and Plaintiff, Olympia De Castro in connection with a Settlement Agreement and Mutual Release of a lawsuit filed by Plaintiff, Olympia De Castro against the Defendants, Daniel Holtz, an individual, Toni Holtz, an individual and Walden Capital Corporation, a Florida Corporation, in the Circuit Court of the Eleventh Judicial Circuit, Case No.: 2020-000080-CA-01.

2. This Order is without prejudice to either party's positions in this dissolution of marriage action.

3. This Order is without prejudice to and is not a waiver of any and all claims raised by the parties' pending pleadings and motions or that could have been raised by the parties in any of their pleadings and motions.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>24th day of September, 2020</u>.

<u>2019-012818-FC-04 09-24-2020 6:05 PM</u>
Hon. Maria Espinosa Dennis

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Alan J. Kluger, akluger@klugerkaplan.com
Alan J. Kluger, miglesias@klugerkaplan.com
Alan J. Kluger, service@klugerkaplan.com
Alecia L. Brown, albrown@klugerkaplan.com
Jeffrey A. Rynor, jrynor@mitrani.com
Jeffrey A. Rynor, hgross@mitrani.com
Jeffrey A. Rynor, nsaija@mitrani.com

Lindsay B. Haber, LHaber@KlugerKaplan.com
Lindsay B. Haber, Service@klugerkaplan.com
Lindsay B. Haber, SZamora@KlugerKaplan.com
The Honorable Maria E. Dennis, 11thFC07@jud11.flcourts.org

**Physically Served:**