UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ABRAHAM EDGARDO ORTEGA,

        Defendant.

_____/

## DEFENDANT ABRAHAM EDGARDO ORTEGA'S UNOPPOSED MOTION TO CHANGE RESIDENTIAL ADDRESS

The Defendant, ABRAHAM EDGARDO ORTEGA, through counsel, files this Motion to change his residential address. In furtherance thereof, the Defendant states the following:

The Defendant presently lives at xxxx SW 22nd Street, Miami, Florida 33145 with his brother. On March 5, 2021, his brother is relocating to a property next door at xxxx SW 22 Street, Apt. xxxx, Miami, Florida 33145. The Defendant will continue to reside with his brother and all other conditions of bond will remain the same. In addition, the Palm Beach property will also continue to secure the Defendant's bond.

The Defendant has provided Pre-Trial Services with the full address and location of the property. The Probation Officer, Juan Nunez, has no objection to this change in residence. Mr. Nunez stated the Defendant has been in compliance with the terms and conditions of his bond and the GPS monitoring. In addition, the government has no objection to this change in residence.

WHEREFORE, the Defendant respectfully moves this Court for an order permitting the Defendant Abraham Edgardo Ortega to reside at the address provided to Pre-Trial Services at xxxx SW 22 Street, Apt. xxxx, Miami, Florida 33145.

Respectfully Submitted,

s/ Lilly Ann Sanchez
Lilly Ann Sanchez, Esq.
Fla. Bar No. 195677
Email: lsanchez@thelsfirm.com

**The L•S Law Firm**
Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 11, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

s/ Lilly Ann Sanchez
Lilly Ann Sanchez, Esq.
Fla. Bar No. 195677
Email: lsanchez@thelsfirm.com