UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant.
_____/

**GOVERNMENT'S REVISED EXHIBIT LIST FOR PRE-SENTENCING HEARING**

The United States of America, by and through its undersigned attorneys, hereby files this revised exhibit list for the continuation of the pre-sentencing hearing on financial matters [ECF No. 287] scheduled on February 18, 2021 at 9:30 a.m. before U.S. Magistrate Judge Edwin G. Torres via Zoom:

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | 10/4/2018 – 11/27/2018 E-mail Correspondence Between Defendant Gustavo Hernandez Frieri and Daniel Holtz |
| 2 | 7/29/2019 – 10/29/2019 E-mail Correspondence Between Olympia De Castro and Daniel Holtz (Redacted) |
| 3 | *De Castro v. Holtz et al* State Civil Case, Second Amended Complaint |
| 4 | *De Castro v. Holtz et al* State Civil Case, Settlement Agreement and Mutual Release |
| 5 | *De Castro v. Holtz et al* State Civil Case, Answer to Second Amended Complaint |
| 6 | *De Castro v. Hernandez Frieri* Divorce Case, Marital Settlement (Redacted) |
| 7 | 597 Hibiscus Lane Revocable Trust Instrument (Redacted) |
| 8 | Trustee Resignation, Executed by Defendant Gustavo Hernandez Frieri |
| 9 | Agreement Regarding 3 Gramercy Park West, Executed by Defendant Gustavo Hernandez Frieri |
| 10 | HH Master Settlement Declaration of Trust |
| 11 | Gramercy Irrevocable Operating Trust Declaration of Trust |
| 12 | 3 Gramercy Park West, LLC Entity Information |
| 13 | Authorization and Designation of Authorized Signatory of HH Protector for HH Master Settlement Trust, Executed by Defendant Gustavo Hernandez Frieri |

| 14 | 12/28/2018 – 3 Gramercy Park West, LLC NYC Real Property Transfer Tax Return (Redacted) |
|---|---|
| 15 | 11/21/2019 – 3 Gramercy Park West, LLC NYC Real Property Transfer Tax Return (Redacted) |
| 16 | 3 Gramercy Park West, LLC Resolution of Sole Member, Executed by Allison Domeneghetti |
| 17 | 3 Gramercy Park West, Unit 2 NYC Office of the City Register's Detailed Document Information and Deed |
| 18 | 314 Hicks Street NYC Office of the City Register's Detailed Document Information and Deed |
| 19 | 314 Hicks Street, Form 8300 (Redacted) |
| 20 | 314 Hicks Street LLC Entity Information |
| 21 | 5/17/2019 Bond Hearing for Defendant Gustavo Hernandez Frieri Transcript, ECF No. 101 |
| 22 | 3GPW LLC to HH MST |
| 22-1 | 3GPW LLC 2-1-2019 Resolution |
| 22-2 | 3GPW LLC Unanimous Consent |
| 22-3 | 2-22-2019 Transfer of 3GPW Property to Trust |
| 23 | DC Trust Deed_executed |
| 24 | DC Trust Delegation Form_AD_executed |
| 25 | DC Trust - Schedule A_Cash_2019-09-18 |
| 26 | DC Trust-Large real estate grant-2020-05-13 |
| 27 | DC Trust-Waiver of Accounting-2020-05-13 |
| 28 | 314 Hicks LLC-Operating-Agreement-FINAL |
| 29 | 314 Hicks_fullyexecutedcontract |
| 30 | 314 Hicks ALTA info form executed |
| 31 | JP Morgan Statement Acct Statements 0860 |
| 32 | JP Morgan Statement 09302020 Acct 8007 |
| 33 | JP Morgan Statement 10312020 Acct 4870 |
| 34 | TD BANK Statement 2021-01-31 |
| 35 | Vanguard 529 Statements Jan 2021 |

Respectfully Submitted,

| DANIEL S. KAHN | ARIANA FAJARDO ORSHAN |
| ACTING CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |

By: */s/ Paul A. Hayden*　　　　　　　　By: */s/ Kurt K. Lunkenheimer*
　　　PAUL A. HAYDEN　　　　　　　　　　　KURT K. LUNKENHEIMER
　　　Trial Attorney　　　　　　　　　　　　Assistant United States Attorney
　　　Fraud Section, Criminal Division　　　Court ID No. A5501535
　　　U.S. Department of Justice　　　　　　U.S. Attorney's Office - SDFL
　　　1400 New York Avenue, N.W.　　　　　99 N.E. 4th Street, Suite 600
　　　Washington, D.C. 20005　　　　　　　Miami, FL 33132-2111

|  |  |
|---|---|
| Telephone: 202-353-9370<br>Email: paul.hayden2@usdoj.gov | Telephone: (305) 961-9008<br>Facsimile: (305) 536-4699<br>Email: Kurt.Lunkenheimer@usdoj.gov |
| | By: */s/ Nalina Sombuntham*<br>Nalina Sombuntham, Fla. Bar No. 96139<br>Assistant United States Attorney<br>Deputy Chief, Asset Forfeiture Division<br>U.S. Attorney's Office for the Southern District of Florida<br>99 N.E. 4th Street, 7th Floor<br>Miami, Florida 33132-2111<br>Telephone: (305) 961-9224<br>Facsimile: (305) 536-4089<br>nalina.sombutham@usdoj.gov |