UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-cr-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUSTAVO ADOLFO HERNANDEZ
FRIERI, et al.,

    Defendants.
_____/

**DEFENDANT GUSTAVO ADOLFO HERNANDEZ FRIERI'S
MOTION FOR LEAVE TO FILE OBJECTIONS AND CLARIFICATIONS
TO THE REPORT AND RECOMMENDATION BY MAGISTRATE JUDGE TORRES
DATED MARCH 7, 2021 [ECF 316]**

Defendant, Gustavo Adolfo Hernandez Frieri, ("Mr. Hernandez") through undersigned counsel, hereby asks leave of the Court to file objections and clarifications to the Report and Recommendations by the Honorable Magistrate Judge Edwin Torres on the Government's Motion to Dismiss the joint petition by Olympia De Castro and the 597 Hibiscus Lane Revocable Trust (the "Trust") asserting ownership interest in the property at 597 Hibiscus Lane, Miami Beach, Florida. The Magistrate's findings potentially adversely affect Mr. Hernandez regarding his sentencing in this case. Specifically, Mr. Hernandez objections as follows:

1. Issues relating to property ownership arise in the context of substitute asset forfeiture. Mr. Hernandez, consistent with his plea agreement, consented to forfeiture of assets subject to direct forfeiture and has been attempting since his plea agreement, and even before, to assist the Government in locating and retrieving other assets that are subject to direct forfeiture.

2. The case law on which the Magistrate relies appears applicable to direct asset forfeiture and <u>not</u> substitute asset forfeiture.

3. Mr. Hernandez's interest in the house at 597 Hibiscus Lane is as previously stated, a future contingent interest. To the extent that the Magistrate's report suggests otherwise, Mr. Hernandez objects.

4. The fact that on October 1, 2019, Mr. Hernandez resigned as co-trustee in no way affected Mr. Hernandez's interest in the Miami property. He had a future contingent interest before his resignation and that interest remained after the resignation. Accordingly, no transfer of interest occurred, and Mr. Hernandez's action in resigning in no way encumbered or alienated the property contrary to his bond restrictions. To the extent that the Magistrate's report suggests otherwise, Mr. Hernandez objects.

Respectfully submitted,

| | |
|---|---|
| *s/ Howard Srebnick* | *s/ Michael S. Pasano* |
| Howard Srebnick (FBN 919063) | Michael S. Pasano (FBN 0475947) |
| Email: hsrebnick@royblack.com | Email: mpasano@carltonfields.com |
| Black, Srebnick, Kornspan & Stumpf | CARLTON FIELDS |
| 201 South Biscayne Blvd., Suite 1300 | 2 MiamiCentral |
| Miami, Florida 33131 | 700 N.W. 1st Avenue, Suite 1200 |
| Tel: 305-371-6421 | Miami, Florida 33136 |
| *Co-Counsel for Defendant, Gustavo Adolfo Hernandez Frieri.* | Tel:    (305) 530-0050 |
| | Fax:    (305) 530-0055 |
| | *Counsel for Defendant, Gustavo Adolfo Hernandez Frieri.* |

Dated: March 11, 2021