UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant,

And

DEVINE GOODMAN & RASCO, LLP,

    Third-Party Petitioner.

_____/

**DEVINE GOODMAN & RASCO'S NOTICE OF WITHDRAWAL OF ITS VERIFIED PETITION REGARDING THE FORTHCOMING SALE OF REAL PROPERTY LOCATED AT 801 E. DANIA BEACH BLVD., DANIA BEACH, FL**

    Third-Party Petitioner Devine Goodman & Rasco, LLP ("DGR"), hereby gives notice that it is withdrawing and voluntarily dismissing its verified petition that it filed on February 10, 2021 [D.E. 297] with respect to the forthcoming sale of real property located at 801 E. Dania Beach Blvd., Dania Beach, FL. The Court therefore does not need to schedule any hearing on the withdrawn verified petition of DGR.

    Dated this 15th day of March, 2021.

                              Respectfully submitted,

                              DEVINE GOODMAN & RASCO, LLP
                              2800 Ponce de Leon Blvd., Suite 1400
                              Coral Gables, FL 33134
                              Tel: 305-374-8200
                              Email: grasco@devinegoodman.com

                              */s/ Guy A. Rasco*
                              Guy A. Rasco., Esq. (Fla. Bar No.: 727520)
                              *Attorneys for Third-Party Petitioner*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF Filing System this 15th day of March, 2021, on all counsel of record.

*/s/ Guy A. Rasco*
Guy A. Rasco

Devine Goodman & Rasco, LLP  2800 Ponce De Leon Boulevard, Suite 1400, Coral Gables, Florida 33134 P 305.374.8200 F 305.374.8208