**EXHIBIT C**

## OCCUPANCY AGREEMENT

3 Gramercy Park West, LLC (the "Owner") a limited liability company wholly owned by Gustavo Adolfo Hernandez Frieri ("Frieri"), is the owner of a 24% interest in the building known as 3 Gramercy Park West, New York, New York with the exclusive right to occupy the parlor (second) floor apartment contained therein (the "Unit"). Notwithstanding the provisions of any other document, the Owner will not permit the occupancy of the Unit by any parties other than Frieri or members of his family. Any violation of this Occupancy Agreement shall be considered a default by the Owner under that certain Co-Ownership Agreement dated December 12, 1969 between and among Richard W. McCabe, Iris Whitney, Richard J. Wolfenden, William D. McCabe and William Ditfort, as modified by Amendments dated October 1, 1974, May 23, 1975, January 8, 1982, April 26, 1993, February 22, 1997, October 1, 2001, and of even date (collectively, the "Agreement"). The occupant(s) of the Unit shall be subject at all times to the Agreement.

Owner recognizes that Three Gramercy Park, Inc. (the "Co-Ownership Entity") is relying on this Occupancy Agreement in issuing its consent to the assignment of Frieri's right to acquire the Unit to the Owner and that the Co-Ownership Entity would not otherwise consent to such assignment.

This Occupancy Agreement may be modified only by a written instrument signed by Frieri, Owner, and the Co-Ownership Entity in accordance with the terms of the Agreement.

This Occupancy Agreement shall be binding on the estates, heirs, executors, administrators, personal representatives, successors and assigns of the undersigned.

This Occupancy Agreement shall be governed by the internal laws of the State of New York without giving effect to principles of conflicts of law.

IN WITNESS WHEREOF, the undersigned has executed this Occupancy Agreement as of the ___16___ day of August, 2005.

_____
Gustavo Adolfo Hernandez Frieri

3 Gramercy Park West, LLC

By: _Gustavo Hernandez_
Name:
Title: _Manager_

2959456.1

**EXHIBIT C**