**EXHIBIT E**

**314 Hicks Brooklyn Townhouse Exhibits Timeline**

**2004**

December 1, 2004 – Creation of HH Master Settlement Trust.  *See* Gov't Ex. 10, at 1, ECF No. 294-10.

December 16, 2004 – Application submitted by Defendant to purchase 3 Gramercy Park West, Unit 2 (the "Gramercy Apartment"), indicating net worth in excess of $28 million and an art collection with artwork by Kai Althoff.  *See* Exhibit B, attached to United States' Motion for Fourth Preliminary Order of Forfeiture ("Motion").

**2005**

July 1, 2005 – Creation of Gramercy Irrevocable Operating Trust.  *See* Gov't Ex. 11, at 1, ECF No. 294-11.  Gramercy Irrevocable Operating Trust has 100 percent membership interest in 3 Gramercy Park West, LLC.  *Id.* at 16.

July 22, 2005 – Agreement executed allowing the Defendant to assign his right to acquire the Gramercy Apartment "to a domestic limited liability company."  *See* Gov't Ex. 9, at 1-4, ECF No. 294-9.

July 29, 2005 – Creation of 3 Gramercy Park West, LLC, a New York limited liability company.  *See* Gov't Ex. 12, ECF No. 294-12.

August 15, 2005 – Approval of sale of the Gramercy Apartment to the Defendant.  *See* Gov't Ex. 9, at 7.

August 16, 2005 – Title to Gramercy Apartment transferred to 3 Gramercy Park West, LLC.  *See* Exhibit A, attached to Motion.

August 16, 2005 – Defendant executed Occupancy Agreement stating that 3 Gramercy Park West, LLC is "a limited liability company wholly owned by [Defendant] Gustavo Adolfo Hernandez Frieri."  *See* Exhibit C, attached to Motion.

**2006**

November 13, 2006 – Amendment to HH Master Settlement Trust, indicating 100 percent beneficial interest in Gramercy Irrevocable Operating Trust.  *See* Gov't Ex. 10, at 16, ECF No. 294-10.  H&H Protectors Ltd. is identified as the Protector of HH Master Settlement Trust.  *Id.* at 11.

Sometime in 2006 – Defendant's father passed away.  *See* Hernandez Revised Presentence Investigation Report ("PSI") ¶ 112, ECF No. 331.

**2007**

April 17, 2007 – Defendant and De Castro are married in a religious ceremony in Brazil.  *See* PSI ¶ 115.

# EXHIBIT E

October 17, 2017 – Defendant and De Castro are married in a civil ceremony in New York. *See id.*

**2018**

*July 23, 2018* – Criminal Complaint filed against the Defendant. *See* ECF No. 2.

*July 25, 2018* – The Defendant arrested in Italy. *See* Hernandez PSI ¶ 11.

*August 16, 2018* – Indictment returned, charging the Defendant. *See* ECF No. 19.

December 28, 2018 – Gramercy Apartment transferred to cooperative ownership. *See* Gov't Ex. 14, at 1, ECF No. 294-14. "Gramercy Irrevocable Trust" is single member of 3 Gramercy Park West, LLC. *Id.* at 5.

**2019**

January 29, 2019 – Defendant, as "Director" of HH Protector for HH Master Settlement Trust, designated and appointed De Castro to act as Authorized Signatory "specifically empowered an[d] authorized to sign all documents necessary to effectuate the conversion of [the Gramercy Apartment] to cooperative ownership." *See* Gov't Ex. 13, ECF No. 294-13.

February 1, 2019 – Maria Lucia Hernandez, the Defendant's sister, as beneficiary of HH Master Settlement Trust assigned and conveyed 100 percent membership interest in 3 Gramercy Park West, LLC to De Castro, as administrative agent of DC 2019 irrevocable Trust. *See* Gov't Ex. 22, ECF No. 304-1.

February 1, 2019 – Effective date of limited liability company agreement between 3 Gramercy Park West, LLC and "DC Trust, a Florida Irrevocable Trust, the member," but also indicating that sole member is "DC Irrevocable Trust." *See* Gov't Ex. 22-1, at 2, 18, 19, ECF No. 304-2.

February 1, 2019 – Creation of DC 2019 Irrevocable Trust, with De Castro as grantor and Allison Domeneghetti ("Domeneghetti") as trustee. *See* Gov't Ex. 23, at 1, ECF No. 304-5.

February 1, 2019 – Appointment of De Castro as administrative agent for DC 2019 Irrevocable Trust. *See* Gov't Ex. 24, ECF No. 304-6.

February 22, 2019 – Unanimous written consent of member of 3 Gramercy Park West, LLC, which was identified as "DC Irrevocable Trust," electing De Castro as manager. *See* Gov't Ex. 22-2, ECF No. 304-3.

February 22, 2019 – De Castro, as grantor, transferred 100 percent membership interest in 3 Gramercy Park West, LLC to DC 2019 Irrevocable Trust. *See* Gov't Ex. 22-3, ECF No. 304-4.

*May 3, 2019* – Initial appearance of the Defendant. *See* Minute Order, ECF No. 95.

# EXHIBIT E

*May 17 and 20, 2019* – Bond proceedings for the Defendant. *See* Minute Order, ECF No. 98; Minute Entry, ECF No. 100. Counsel for the Defendant indicted that the Defendant "has no current assets . . . . He has investments tied up, there's a protective order in place covering those, and he's pledging all of that, whatever he has, against his promise to return." *See* 5/17/2019 Bond Hearing Tr. 6:10-6:20, ECF No. 101.

*May 21, 2019* – Bond approved by U.S. Magistrate Judge Jacqueline Becerra, and the Defendant ordered not to "attempt to encumber properties or investments." *See* Hernandez Bond, ECF No. 103.

May 22, 2019 – De Castro filed for divorce. Hernandez PSI ¶ 115.

September 18, 2019 – De Castro, as grantor, transferred $997,000.00 in cash to DC 2019 Irrevocable Trust. *See* Gov't Ex. 25, ECF No. 304-7. Wire transfer details indicate that the cash was from the sale of artwork by "Kai Altho[ff]." Gov't Ex. 31, ECF No. 304-13.

November 18, 2019 – Resolution appointing attorney to represent 3 Gramercy Park West, LLC in the sale of the Gramercy Apartment, executed by Domeneghetti as trustee of DC 2019 Irrevocable Trust. *See* Gov't Ex. 16, ECF No. 294-16.

November 21, 2019 – Transfer of title in the sale of Gramercy Apartment for $5,700,000. *See* Gov't Ex. 17, ECF No. 294-17.

*November 26, 2019* – Court accepted Defendant's guilty plea, pursuant to a written Plea Agreement in which the Defendant that "he will not sell, hide, waste, encumber, destroy, or otherwise devalue any asset without prior approval of this Office, until his forfeiture money judgment is paid in full." *See* Minute Entry, ECF No. 162; Hernandez Plea Agreement ¶ 15, ECF No. 163.

*December 11, 2019* – Defendant interviewed for presentence investigation, and indicated negative net worth. *See* Hernandez PSI ¶¶ 111, 142-43. Neither the Gramercy Apartment nor the $997,000.00 in cash was identified. *See id*.

*January 10, 2020* – Defendant produced Financial Disclosure Statement and accompanying schedules to the United States, and indicated a negative net worth. *See* Exhibit 4, U.S. Mot. for 2nd Preliminary Order of Forfeiture, ECF No. 239-4. Neither the Gramercy Apartment nor the $997,000.00 in cash was identified. *See id.*

**2020**
January 24, 2020 – Martial settlement entered between De Castro and the Defendant. *See* Gov't Ex. 6, ECF No. 294-6. Neither the Gramercy Apartment nor the $997,000.00 in cash was identified. *See id.*

May 14, 2020 – De Castro, as grantor and mother and legal guardian of three minor beneficiaries, consented for DC 2019 Irrevocable Trust to receive large real estate position. *See* Gov't Ex. 26, ECF No. 304-8.

**EXHIBIT E**

June 4, 2020 – Creation of 314 Hicks, LLC and effective date of its operating agreement. *See* Gov't Ex. 20, ECF No. 294-20; Gov't Ex. 28, at 1, ECF No. 304-10. DC 2019 Irrevocable Trust provided 100 percent of contribution, and agreement executed by Domeneghetti as trustee of DC 2019 Irrevocable Trust and De Castro as legal guardian of minor members of the company. *See id.* at 3, 6.

June 5, 2020 – Execution date for sale contract for 314 Hicks Street, Brooklyn, New York 11201 (the "314 Hicks Brooklyn Townhouse"), signed by Domeneghetti as both trustee of DC 2019 Irrevocable Trust and manager of 314 Hicks, LLC. *See* Gov't Ex. 29, ECF No. 304-11.

July 2, 2020 – Purchase of the 314 Hicks Brooklyn Townhouse for $5,900,000. *See* Gov't Ex. 18, ECF No. 294-18.