**EXHIBIT F**

**AFFIDAVIT OF OLYMPIA DE CASTRO**

My name is Olympia De Castro, and I declare pursuant to 28 U.S.C. Section 1746 under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My understanding is that Maria Lucia Hernandez was a contingent beneficiary of the Hernandez family trust and that, upon the death of her father in 2006, she became the sole member of 3 Gramercy Park West, LLC.

2. I do not possess any communications with Maria Lucia Hernandez regarding the transfer of membership of 3 Gramercy Park West, LLC.

3. I do not possess any documents identifying Maria Lucia Hernandez as the sole member of 3 Gramercy Park West, LLC prior to or on February 1, 2019, other than the documents which I have previously provided to the Government.

4. I do not know if Gramercy Irrevocable Operating Trust assigned 3 Gramercy Park West, LLC to DC 2019 Irrevocable Trust. Equally, I do not possess any documents documenting the assignment of 3 Gramercy Park West, LLC from Gramercy Irrevocable Operating Trust to DC 2019 Irrevocable Trust.

5. I do not know if the Protector of HH Master Settlement Trust or Gramercy Irrevocable Operating Trust approved or consented to the assignment of 3 Gramercy Park West, LLC to DC 2019 Irrevocable Trust. I have no documents regarding approval by the Protector.

6. I spoke with attorney Eric Tate Taylor with Trenam Law regarding the transfer of 3 Gramercy Park West, LLC to DC 2019 Irrevocable Trust.

7. A▇ and S▇ M▇ and their children are currently renting 314 Hicks Street in Brooklyn, New York. The tenants were found through broker R▇ K▇. The terms of

**EXHIBIT F**

the lease, including the monthly rental, are found in the lease agreement provided to the Government, ODC00256 – ODC00282.

8. The monthly rental amount is wired to the bank account for 314 Hicks LLC. The rental income is used for anything related to the property, e.g. plumbing, real estate taxes, locks changed, etc. Any rental money not used for the 314 Hicks Street property has remained in the bank accounts. Initially, 314 Hicks LLC maintained two accounts at J.P. Morgan Chase Bank as reflected in ODC00283 - ODC00352. In January 2021, 314 Hicks LLC opened an account at TD Bank.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February ___, 2021.

_____
Olympia De Castro

**EXHIBIT F**