UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20685-cr-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI, et al.,

    Defendants.

_____/

## DEFENDANT GUSTAVO ADOLFO HERNANDEZ FRIERI'S SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM PART A

Defendant Gustavo Adolfo Hernandez Frieri, ("Mr. Hernandez"), submits the following additional exhibits in support of his sentencing memorandum part A (DE 345).

    A.    Documentation regarding the Ortega and CS investments in the GSTF Fund.

    B.    Documentation relating to the custodial nature of Mr. Hernandez's detention in Italy, along with a timeline chart.

    C.    Documentation regarding Mr. Hernandez's driving record.

Respectfully submitted,

| | |
|---|---|
| *s/ Howard Srebnick* | *s/ Michael S. Pasano* |
| Howard Srebnick (FBN 919063) | Michael S. Pasano (FBN 0475947) |
| Email: hsrebnick@royblack.com | Email: mpasano@carltonfields.com |
| Black, Srebnick, Kornspan & Stumpf | CARLTON FIELDS |
| 201 South Biscayne Blvd., Suite 1300 | 2 MiamiCentral |
| Miami, Florida 33131 | 700 N.W. 1st Avenue, Suite 1200 |
| Tel: 305-371-6421 | Miami, Florida 33136 |
| *Co-Counsel for Defendant, Gustavo Adolfo Hernandez Frieri.* | Tel: (305) 530-0050 |
| | Fax: (305) 530-0055 |
| | *Counsel for Defendant, Gustavo Adolfo Hernandez Frieri.* |

Dated: March 24, 2021

125380995.1