UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:    18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ABRAHAM EDGARDO ORTEGA,

        Defendant.

_____/

## NOTICE OF FILING LETTERS IN SUPPORT OF ABRAHAM EDGARDO ORTEGA FOR SENTENCING

In anticipation of sentencing, we hereby file the following letters in support of

ABRAHAM EDGARDO ORTEGA:

| NAME | RELATIONSHIP |
|---|---|
| MARIA EUGENIA NUNEZ ALARCON | EX-WIFE |
| DANIEL EDUARDO ORTEGA NUNEZ | SON |
| OLGA MORALES DE ORTEGA | MOTHER |
| AREVALO ABRAHAM ORTEGA | FATHER |
| AREVALO ABRAHAM ORTEGA MORALES | BROTHER |
| OLGA EVELYN ORTEGA MORALES | SISTER |
| ORIZABA ORENSE ORTEGA MORALES | SISTER |
| MARLENE ISABEL ORTEGA MORALES | SISTER |
| CAROLINA ORTEGA MORALES | SISTER |
| MARY ELIZABETH HERRERA JAIME | PARTNER |
| MARISELA HAACK | EX-SISTER-IN-LAW |
| DR. JAIRO FERNANDEZ CABRERA | ENDOCRINOLOGIST |
| ORLANDO BECERRA GARCIA | FRIEND |
| JOSE RAMON ARZOLAY VARGAS | FRIEND |
| JAIDE QUINTANA | FRIEND |

Please note that the original letters written in Spanish are immediately followed by an

English translation of same.

Respectfully Submitted,

s/ Lilly Ann Sanchez
Lilly Ann Sanchez, Esq.
Fla. Bar No. 195677
Email: lsanchez@thelsfirm.com

**The L•S Law Firm**
Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2021, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF.

s/ Lilly Ann Sanchez
Lilly Ann Sanchez, Esq.
Fla. Bar No. 195677
Email: lsanchez@thelsfirm.com

Lisboa, 1 de Septiembre de 2019

Sra. Kathleen M. Wiiliams

Judge of the United States District Court

Southern District of Florida

Estimada Sra. Williams

Nosotros, los abajo firmantes, nos dirigimos a usted respetuosamente a los fines de manifestar algunos conceptos de lo que para nosotros representa, nuestro pariente el señor Abraham Edgardo Ortega Morales.

Como su ex esposa, quiero manifestar, que lo conocí en 1990, cuando ambos teníamos 24 años de edad. Trabajamos juntos en una prestigiosa firma de auditoría en Venezuela, y siempre escuche excelentes comentarios de él, primero por su destacado desempeño laboral, conocimientos técnicos e inteligencia y segundo por su gran calidad como ser humano. Puedo decirle con propiedad, que el Sr Abraham Ortega fue siempre un gran esposo y excelente profesional.

Durante nuestro noviazgo y matrimonio me trasmitió su calidad humana, aprendí mucho de ello. Fue un excelente cuñado y nuero. Mis padres y hermanos a pesar de nuestro divorcio lo aprecian mucho. Especialmente, mi hermano Carlos, quien falleció hace 3 años en un accidente de tránsito. Abraham, fue un gran orientador para él, en el área profesional y personal lo que se tradujo en una influencia muy positiva para su vida.

Hoy escribo para dar fe de que durante nuestra relación siempre actuó con responsabilidad y profesionalismo, y que por sobre todas las cosas él tiene el don de ayudar a los más necesitados, porque sus palabras siempre estaban allí, para ayudar, para animar, para reflexionar y concientizar. También como madre quiero destacar el apoyo, amor y compromiso hacia su hijo.

Como su hijo, estoy profundamente impactado y preocupado por la situación de mi padre. Quiero decirle muy respetuosamente, que el día que recibí la noticia sentí un profundo dolor en mi interior, ya que me pregunto, cómo es que una persona tan pura, llena de bien y compasión puede estar pasando por la difícil situación en la cual se encuentra. Siempre ha sido una persona justa, que sigue el camino de la verdad en todo momento y si hay algo que puedo garantizarle es que mi padre me enseñó lo que realmente es ser un gran ser humano, capaz de

1

colocar a aquellos más necesitados por delante de sus propios intereses, siempre con la verdad y justicia por delante. Siempre protegiendo a aquellos que para el son más importantes que cualquier otra cosa en este mundo, su familia y especialmente yo, su hijo, el cual puede sentir en cada llamada su dolor y angustia de pensar en la posibilidad de no poder compartir tiempo juntos, en estos años tan importantes de nuestras vidas. Como hijo, quiero enfatizar que no hay nada más doloroso, que el saber que su padre se encuentra en una situación tan compleja. Estoy seguro que al final la justicia aparecerá y le mostrará al mundo el espíritu del gran hombre que mi padre es y siempre será.

Finalmente queremos destacar que Abraham E. Ortega Morales, es un gran profesional, un trabajador incansable, pero sobretodo un gran ser humano.

Sin más a que hacer referencia

Atentamente


_____                                 _____
María Eugenia Núñez Alarcón  (ex esposa)                    Daniel Eduardo Ortega Núñez (hijo)
Pasaporte venezolano Nº: 141168362                          Pasaporte Venezolano Nº:145466284


2

Lisbon, September 1, 2019

Ms. Kathleen M. Williams
Judge of the U.S. District Court
Southern District of Florida

Dear Ms. Williams,

We, the undersigned, respectfully address you for the purpose of expressing some concepts of what it represents for us, our relative Mr. Abraham Edgardo Ortega Morales.

As his ex-wife, I want to state that I met him in 1990 when we were both 24 years old. We worked together in a prestigious audit firm in Venezuela, and I always heard excellent comments about him. First, for his outstanding work performance, technical knowledge, and intelligence, and second, for his great attributes as a human being. I can tell you with confidence that Mr. Abraham Ortega was always a great husband and an excellent professional.

During our courtship and marriage, he transmitted his human quality to me; I learned a lot from it. He was a terrific son-in-law and brother-in-law. Despite our divorce, my parents and siblings appreciate him very much. Especially, my brother Carlos, who passed away three years ago in a traffic accident. Abraham was a great counselor to him, in the professional and personal area, which translated into a very positive influence for his life.

Today, I write to attest that during our relationship he always acted with responsibility and professionalism, and above all everything, he has the gift of helping the needy, because his words were still there, to help, to encourage, to reflect and raise awareness. Also, as a mother, I want to highlight the support, love, and commitment towards his son.

As his son, I am deeply shocked and worried about my father's situation. I want to tell you, very respectfully, that the day I received the news I felt a deep pain inside me since I wonder, how is it that a person so pure, full of good and compassion may be going through the difficult situation in which he finds himself. He has always been a righteous person, who follows the path of the truth at all times and if there is anything I can guarantee is that my father taught me what it really is to be a great human being, able to place those in need before our interests, always with the truth and justice ahead. Always protecting those who for him is more important than anything else in this world, his family and especially me, his son, who can feel in each phone call his pain and anguish of thinking about the possibility of not being able to share time together, in these crucial years of our lives. As his son, I want to emphasize that there is nothing more painful than the fact that knowing that my father is going through such a complicated situation. I am sure that in the end justice will appear and show the world the spirit of the great man that my father is and always will be.

Finally, we want to highlight that Abraham E. Ortega Morales is a great professional, a tireless worker, but above all, a great human being.

Without further reference.

Sincerely,


Maria Eugenia Núñez Alarcón (ex-wife)
Venezuelan Passport #141168362


Daniel Eduardo Ortega Núñez (son)
Venezuelan Passport # 145466284

Caracas, 1 de Septiembre de 2019

Sra. Kathleen M. Williams

Judge of the United States District Court

Southern District of Florida

Estimada Sra. Williams

Nosotros, los abajo firmantes, nos dirigimos a usted respetuosamente a los fines de manifestar algunos conceptos de lo que para nosotros representa, nuestro pariente el señor Abraham Edgardo Ortega Morales.

Nosotros AREVALO ABRAHAM ORTEGA Y OLGA MORALES DE ORTEGA, expresamos que nuestro hijo ABRAHAM EDGARDO ha retribuido con grandes creces nuestro esfuerzo, pues en todo momento nos ofrece atención, cariño compresión, respeto y apoyo incondicional. Abraham Edgardo junto a sus hermanos representa para nosotros la garantía de contar con todo el soporte necesario para gozar de una vida feliz. Es un hijo excelente y con orgullo podemos decir que todos los valores que le enseñamos los práctica a cabalidad, pues es bondadoso, generoso, atento, responsable, solidario, y lo más importante, tenemos la seguridad que nuestro hijo nunca nos abandonará. Nuestro mayor deseo es tenerlo siempre a nuestro lado.

Nosotros ABRAHAM, EVELYN, ORIZABA, MARLENE Y CAROLINA ORTEGA MORALES, fuimos educados como una familia muy unida, nuestros padres nos transmitieron los valores como: bondad, solidaridad, nobleza, lealtad, amor y respeto, entre otros. En el caso particular de nuestro hermano ABRAHAM EDGARDO, podemos expresar de manera clara y honesta que ha sido un excelente hermano, nos ha brindado amor, apoyo, atención, cariño, compresión, y solidaridad de manera permanente; ha contribuido activa y responsablemente con todos los logros que como familia nos hemos planteado. El mantiene una comunicación afectiva, empática y permanente con todos, de allí que lo consideramos una persona esencial en nuestra vida. Siempre ha estado dispuesto a ayudarnos ante cualquier problema o conflicto, no evade sus responsabilidades ni como hijo ni como hermano. Para nosotros es un ser extraordinario y nos hace mucha falta

Yo, MARY ELIZABETH HERRERA JAIME, expreso en estas líneas que cómo pareja Abraham Edgardo ha sido tanto para mí como para mis hijos, un gran amigo y apoyo, porque es una persona con extraordinario sentido de la familia y de la convivencia en el hogar. En lo que concierne a nuestra relación puedo decir que es un hombre muy sensible, amoroso, cariñoso, leal, respetuoso, buen amigo, en fin un excelente ser humano. Hemos vivido momentos de gran felicidad y otros muy complejos como el que estamos atravesando ahora, pero lo más importante es que siempre nos hemos apoyado, y nos

damas fuerzas el uno al otro para no doblegarnos. Yo lo amo porque para mí es un ser con una nobleza incalculable y necesito de su presencia y apoyo todos los días de mi vida.

En resumen, Abraham Edgardo es un hombre con gran nobleza, solidario, bondadoso, responsable y leal con sus seres queridos. Es sumamente importante para la vida de todos nosotros, lo amamos profundamente y lo necesitamos cada día de nuestra existencia.

Sin más a que hacer referencia,

Atentamente

Olga Morales de Ortega (madre)
Pasaporte Nro. 012267088

Arevalo Abraham Ortega (Padre)
Pasaporte Nro. 060959610

Arevalo Abraham Ortega Morales (hermano)
ID Number 530505963

Olga Evelyn Ortega Morales (hermana)
Pasaporte Nro. 028840659

Orizaba Orense Ortega Morales (hermana)
Pasaporte Nro. 037377445

Marlene Isabel Ortega Morales (hermana)
Pasaporte Nro. 112033790

Carolina Ortega Morales (hermana)
Pasaporte Nro. 107351784

Mary Elizabeth Herrera Jaime (pareja)
Pasaporte Nro. 123662697

Caracas, September 1, 2019

Ms. Kathleen M. Williams
Judge of the U.S. District Court
Southern District of Florida

Dear Ms. Williams,

We, the undersigned, respectfully address you in order to express some concepts of what it represents for us, our relative Mr. Abraham Ortega Morales.

We, AREVALO ABRAHAM ORTEGA and OLGA MORALES DE ORTEGA, express that our son, ABRAHAM EDGARDO, has always significantly paid out our effort because he offers us attention, love, understanding, respect and unconditional support. Abraham Edgardo, together with his siblings represents for us the guarantee of having all the support needed to enjoy a happy life. He is an excellent son, and we can proudly say that he practices all the values that we taught him since he is generous, attentive, responsible, supportive, and most importantly, we are sure that our son will never abandon us. Our greatest desire is to have him by our side always.

We ABRAHAM, EVELYN, ORIZABA, MARLENE, and CAROLINA ORTEGA MORALES, were educated as a very close family, our parents transmitted us values like kindness, solidarity, nobility, loyalty, love, and respect, among others. In the particular case of our brother, ABRAHAM EDGARDO, we can express clearly and honestly that he has been an excellent brother, has given us love, support, attention, understanding, and solidarity permanently; he has actively and responsibly contributed to all the achievements that we have set as a family. He maintains an emotional, empathetic, and permanent communication with everyone; hence, we consider him an essential person in our life. He has always been willing to help us with any problem or conflict; he does not evade his responsibilities either as a son or as a brother. He is an extraordinary human being for us, and we miss him very much.

I, MARY ELIZABETH HERRERA JAIME, express in these lines that as a living partner, Abraham Edgardo has been a great friend and support for me as well as for my children because he is a person with an extraordinary sense of family and family life. As far as our relationship is concerned, I can say that he is a loving, caring, loyal, empathetic, and respectful person, in short, a great human being. We have lived moments of great happiness and other very complex ones like the one we are going through now, but the most important thing is that we have always supported each other, and we give each other strength so as not to bend over. I love him because for me, he is a person with high nobility, and I need his presence and support every day of my life.

In short, Abraham Edgardo is a man with great nobility, supportive, kind, responsible, and loyal to his loved ones. He is extremely important for the lives of all of us, we love him deeply, and we need him every day of our existence.

Without further reference,

Sincerely

Olga Morales de Ortega (mother)
Passport # 012267088

Arevalo Abraham Ortega Morales (brother)
ID Number 530505963

Orizaba Orense Ortega Morales (sister)
Passport # 037377445

Carolina Ortega Morales (sister)
Passport # 107351784

Arevalo Abraham Ortega (father)
Passport # 060959610

Olga Evelyn Ortega Morales (sister)
Passport # 028840659

Marlene Isabel Ortega Morales (sister)
Passport # 112033790

Mary Elizabeth Herrera Jaime (partner)
Passport # 123662697

Palm Beach Gardens, November 2, 2020

Judge Kathleen M. Williams
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, FL 33128

Dear Judge Williams,

I have known Abraham Edgardo Ortega since 1983. He was my brother in law until his brother and I divorced in December 2019. When he came to the USA to face his legal problems he came to our home and lived together with us until my ex-husband and him moved to Miami last year.

The day after his arrival my ex-husband and I went to pick him up at the courthouse in Miami. It broke my heart to see him in that setting. He looked as if the weight of the world rested upon his shoulders. He was ashamed, full of remorse and feeling the burden of having caused so much pain to his family.

Family is the most important thing to Edgardo (as we call him). The Ortega's are a very close-knit family. The mother and father are humble people that never had a chance to go to high school but managed to raise six children - all multi-degree college graduates. They instituted in their children very strong principles and the belief that through hard work, education, honesty and determination they could achieve a good standard of living and help other people.

Edgardo, just like his siblings, was an excellent student. He managed to obtain three college degrees including an MBA in the UK which he completed with the highest of personal sacrifices bringing his young family (wife and baby boy) to the UK with him. As a father, Edgardo has followed the standards and teachings of his own father. He is a devoted father that has done everything in his power to provide for his son and raise him to be an honest and productive citizen. During the many conversations I had with him after his arrival in the US, it was obvious that explaining his situation to his son, mother, father, and siblings was the most difficult things he ever had to do. What he received from them was full support and that is what has allowed him to survive his ordeal.

His work ethics and education afforded him a successful career in private industry that led him to get an offer to work in the government-controlled Venezuelan oil industry. His talent was quickly recognized, and he started to move into positions of higher responsibility. He was happy because he was contributing to his beloved Venezuela. I remember during many of our conversations watching TV at night in my home when he related to me that he never imagined how his life would be tormented by an environment full of corruption. He received constant threats against him, and his family and he was forced to go along with behaviors that were counter to every principle he was raised under.

After the economic situation in Venezuela became so critical, Edgardo stepped up his contribution to the family to help his parents and sisters make ends meet. He is also a wonderful and caring brother very much loved by his siblings. He is constantly worried about his family in Venezuela and his inability to contribute to their well-being currently.

The Edgardo that I have always known and got to know even better after his arrival in the US is an intelligent, honest, caring, loving and unassuming human being. He is generous and always willing to assist anybody experiencing hardship. He does not deserve to be in the situation he finds himself in today. I sincerely pray and hope the court shows him the highest leniency and allows him the opportunity to resume a productive life. He has definitely paid for his errors having lived for years under great agony and tormented by his situation.

Sincerely,

Marisela Haack
US Citizen and Florida Resident
DL: H200-540-55-624-0



Dr. Jairo Fernández Cabrera
RIF.: V03507294-9
ENDOCRINOLOGÍA

Caracas, November 1 2020

Mrs. Kathleen M. Wiiliams

Judge of the United States District Court

Southern District of Florida

I, Jairo Fernandez, CI: 3.057.294, Venezuelan and an Endocrinologist by profession, hereby state

that I have known by sight, treatment and communication for 15 years, Mr. Abraham Ortega,

who in addition to being my patient I have shared his friendship by virtue of the fact that I have

been the doctor of his family and his. Abraham has been my patient for severe headaches and

high blood pressure, as well as hypoglycemia. During this time he has proven to be an excellent

father, brother, son and professional.

Dr. Jairo Fernández Cabrera
Endocrinólogo
CJ.- 3.507.294
M.P.P.S. 12.479
Jairo Fernandez
Venezuelan Passport Number 143880277

CLINICA EL AVILA, Avda. San Juan Bosco con Sexta Transversal - Piso 10 - Consultorio 1014. ALTAMIRA - CARACAS.
Teléfono: (0212) 276.1084 - 276.10.89 - Fax: 267.92.68 - Central (0212) 276.11.11 - Directo: (0212) 261.48.89 - B.P.:910.35.20

Caracas, 3 de noviembre de 2020

Sra. Kathleen M. Wiiliams

Judge of the United States District Court

Southern District of Florida

Estimada Sra. Williams

Me dirijo a usted respetuosamente a los fines de manifestar algunos conceptos de lo que para mí representa, el señor Abraham Edgardo Ortega Morales. Conozco al Sr. Ortega desde hace más de 40 años, cuando ambos formábamos parte de la corporación Criollitos de Venezuela.

En primer lugar quiero manifestar una breve reseña de lo que es la Corporación Criollitos de Venezuela. Es una organización sin fines de lucro con más de 50 años formando niños y adolescentes en la práctica del béisbol. Son más de 100.000 niños pertenecientes a los equipos afiliados.

En el año 2012, en reconocimiento de nuestros 50 años de labor, la Asamblea Nacional de Venezuela, nos declaró Patrimonio de la Nación. Ese mismo año fuimos exaltados al salón de la fama del deporte Venezolano. En nuestra organización se han formado grandes estrellas del béisbol que han hecho carrera en Major League Baseball, tales como: Andres Galarraga, Bob Abreu, Jose Altuve, Omar Vizquel, Pablo Sandoval, Johan Santana, Elvis Andrus, entre otros.

Como Presidente de la Corporación Criollitos de Venezuela quiero manifestar que nuestro amigo y colaborador, el señor Abraham Edgardo Ortega Morales, fue jugador en equipos miembros de esta corporación, durante su infancia y adolescencia. Posteriormente se desempeñó como manager, coach, árbitro y anotador oficial, prestando sus servicios, como una contribución a la formación de niños y jóvenes en la práctica del béisbol, el deporte más popular de nuestro país.

Durante los años 2012 a 2015, el Sr. Ortega fue muy importante para nosotros, en el sentido de lograr importantes patrocinios para nuestra organización, de parte de empresas y de su propio patrimonio, contribuyendo de forma significativa con el desarrollo de nuestras actividades.

En resumen el Sr. Ortega ha sido el ejemplo de un ser humano que a través del deporte complemento su formación como persona y una vez alcanzada su edad adulta, se comprometió con su ayuda incondicional a contribuir con la formación de nuestros niños y adolescentes a través de las actividades descritas con anterioridad.

Sin más a que hacer referencia

Atentamente



Orlando Becerra García

Presidente-Corporación Criollitos de Venezuela

Cedula de identidad venezolana número V-649.153

Caracas, November 3, 2020

Mrs. Kathleen M. Williams

Judge of the United States District Court

Southern District of Florida

Dear Mrs. William

I respectfully address you in order to express some concepts about what Mr. Abraham Edgardo Ortega Morales represents for me. I have known Mr. Ortega for more than 40 years, when we were both part of the Criollitos of Venezuela Corporation.

First of all, I want to give a brief overview of what the Criollitos of Venezuela Corporation is. It is a non-profit organization with more than 50 years training children and teenagers in the practice of baseball. Today, there are more than 100,000 children belonging to the affiliated teams.

In 2012, in recognition of our 50 years of work, the National Assembly of Venezuela declared us part of the National Heritage. That same year we were inducted into the Venezuelan sports hall of fame. In our organization, great baseball stars who have made a career in Major League Baseball have been formed, such as: Andres Galarraga, Bob Abreu, Jose Altuve, Omar Vizquel, Pablo Sandoval, Johan Santana, Elvis Andrus, among others.

As President of the Criollitos de Venezuela Corporation, I want to state that our friend and collaborator, Mr. Abraham Edgardo Ortega Morales, was a player in member teams of this corporation, during his childhood and teenage years. Later on, he served as manager, coach, umpire and official scorer, rendering his services as a contribution to the training of children and young people in the practice of baseball, the most popular sport in our country.

During the years 2012 to 2015, Mr. Ortega was very important to us. He achieved important sponsorships for our organization, from companies and from his own assets. This contributed significantly to the development of our activities.

In summary, Mr. Ortega has been an example of a human being that reached adulthood maintaining a connection to sports, and continued his unconditional involvement in sports to contribute to the formation of our children and adolescents through of the activities described above.

No more to refer to

Sincerely

Orlando Becerra Garcia

President of Criollitos de Venezuela Corporation

Venezuelan Identity Card Number V-649.153

Caracas, 1 de Noviembre de 2020

Sra. Kathleen M. Wiiliams
Judge of the United States District Court
Southern District of Florida

Estimada Sra. Williams,

Por medio de la presente, quiero saludarla cordialmente y a su vez expresarle que conozco suficientemente al Sr. Abraham Edgardo Ortega Morales, desde aproximadamente 10 años, cuando él estaba trabajando en PDVSA. En ese tiempo, el Sr. Ortega, realizaba funciones como Director Ejecutivo de Finanzas/ Director Ejecutivo de Planificación Financiera y yo era su conductor asignado, teniendo como principal función trasladarlo a diferentes lugares para asuntos laborales como personales, siendo ésta una labor de dedicación exclusiva. Esta relación laboral duró aproximadamente 5 años y en ese tiempo, El Sr. Ortega me manifestó un gran respeto y amabilidad, ya que es una persona humilde, responsable, profesional, de buenos sentimientos con el prójimo, es un gran padre de familia, buen hijo, buen hermano, porque es una persona con una gran calidad humana.

Fue tan especial la relación laboral que tuve con el Sr. Ortega que floreció una hermosa amistad entre nosotros y su familia, y se mantiene actualmente.

En conclusión, señalo, que el Sr. Abraham Edgardo Ortega Morales, fue un gran jefe y es un verdadero amigo, y tiene mi respeto y admiración, porque es una persona con buenos sentimientos y valores morales y éticos bien arraigados.

Sin más que hacer referencia, se despide,

Atentamente,

José Ramón Arzolay Vargas
Cedula de identidad venezolana número V-5.973.074

Escaneado con CamScanner

Caracas, November 1st 2020

Mrs. Kathleen M. Williams
Judge of the United States District Court.
Southern District of Florida

Dear Mrs. Williams.

Receive a cordial greeting. Through this letter I would like to express that I have known Mr. Abraham Edgardo Ortega Morales, since approximately 10 years, when he worked for Petróleos de Venezuela, S.A.

During that time, Mr. Ortega, performed functions as a Finance Executive Director and Financial Planning executive Director. I was his assigned driver, with the responsibility to take him out to different places for working and personal matters. It was a full time job.

Our working relationship lasted approximately 5 years. During that time, Mr. Ortega showed to me great respect and kindness. He is a humble, responsible, and professional person, with good feelings towards fellows. He is a great father, a good son, good brother. He is a person with great human values.

The working relationship I had with Mr. Ortega was so special, as a consequence, a beautiful friendship flourished between us and his family, and still continue.

In conclusion, I point out that Mr. Abraham Edgardo Ortega Morales was a great boss and he is a truly friend. He has my respect and admiration, because he is a person with good feelings and well-rooted moral and ethics values.

No more to refer to

José Ramón Arzolay Vargas
Venezuelan ID N° 5973074

Caracas, 1 de Noviembre de 2020

Sra. Kathleen M. Wiiliams
Judge of the United States District Court
Southern District of Florida

Estimada Sra. Williams

Reciba un cordial saludo, a través de esta misiva quiero declarar que conozco de vista trato y comunicación al Sr. Abraham Edgardo Ortega Morales, desde hace más de 10 años, cuando laboró en Petróleos de Venezuela, S.A., como Director Ejecutivo de Finanzas, y luego como Director Ejecutivo de Planificación Financiera, y tuve la excelente oportunidad de trabajar junto a él como su asistente por más de 5 años, durante ese tiempo el Sr. Ortega, solo demostró respeto, liderazgo, amabilidad, empatía, solidaridad y compañerismo conmigo y con su equipo de trabajo bajo su cargo. Durante el tiempo que laboré con el Sr. Ortega, tuvimos un excelente ambiente laboral, conformamos un buen equipo trabajo, tanto de profesionales como de personas con buenos sentimientos y valores que hizo que naciera una bonita amistad entre nosotros y que haya perdurado hasta la fecha.

En el ámbito profesional el Sr. Ortega demostró ser altamente competitivo en su área, fue excelente Gerente y líder, desempeñando sus funciones con responsabilidad y ética. Igualmente, pude ser testigo del amor, respeto y dedicación que expresa a sus familiares, es extraordinariamente familiar, cumpliendo a cabalidad con sus responsabilidades con su hijo. Esposa, padres, hermanos y sobrinos.

Como asistente del Sr. Ortega pude apreciar lo responsable que es con sus deberes con la sociedad, pagaba oportunamente sus impuestos y otras obligaciones con el Estado Venezolano, y se cuidaba de no quebrantar la ley, así como, de honrar todos sus compromisos personales.

Por todo lo anterior expuesto, puedo manifestar que el Sr. Abraham Edgardo Ortega Morales se convirtió de mi jefe a un gran amigo, quien considero como un hermano de la vida, porque cuando necesité de una mano amiga siempre estuvo su mano tendida para apoyarme y guiarme, sin ningún interés a cambio, demostrándome tener valores morales claros, principios y ética firmes, él ganó mi admiración y cariño porque es un ejemplo a seguir por su dedicación, compromiso y amor para alcanzar sus sueños, para con su trabajo y su familia.

Agradezco de antemano la atención prestada a esta declaración, sin más a que hacer referencia

Atentamente,

Jaide Quintana
Cedula de identidad venezolana número V-10530174

Caracas, November 1st 2020

Mrs. Kathleen M. Williams
Judge of the United States District Court.
Southern District of Florida

Dear Mrs. Williams.

Receive a cordial greeting. Through this letter I want to declare that I have known Mr. Abraham Edgardo Ortega Morales, for more than 10 years, when he worked for Petróleos de Venezuela, S.A, as a Finance Executive Director and Financial Planning Executive Director. I had the excellent opportunity to work with him, as his assistant for more than 5 years.

During that time, Mr. Ortega showed to me and the team under his responsibility, respect, leadership, empathy, kindness, solidarity and fellowship. We had an excellent working environment, we built a good teamwork, full of professionalism and goodwill. As a result we developed a beautiful friendship that continue until today.

As a professional, Mr. Ortega proved to be highly competitive in his area. He was an excellent manager and leader, performing his duties with responsibility and ethics. Likewise, I was able to witness the love, respect, and dedication that he expresses to his relatives. He is very much a family man, fulfilling his responsibilities towards his son, wife, parents, siblings and nephews.

As Mr. Ortega's assistant, I witnessed how responsible he is with his duties to society. He paid his taxes and other obligations to the Venezuelan State on time.  He was careful to comply with the law, as well as to honor all his personal commitments.

For all the above, I can state that Mr. Abraham Edgardo Ortega Morales was my boss and he is a great friend to me. I consider him my brother, because when I needed help, his hand was always there supporting and guiding me, without expect anything in change. He showed to me moral values, principles and ethics. He earned my admiration and affection. He is an example to follow for his dedication, commitment and love to achieve his dreams, not only for career purposes but also for his family.

I thank you in advance for the attention paid to this statement

No more to refer to

Jaide Quintana
Venezuelan ID N° V-10530174