UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ABRAHAM EDGARDO ORTEGA,

    Defendant.
_____/

## DEFENDANT ABRAHAM EDGARDO ORTEGA'S NOTICE OF FILING OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, Abraham Edgardo Ortega, by and through his undersigned counsel and hereby files Mr. Ortega's Objections to Pre-Sentence Investigation Report that was provided to the Probation Officer Vanessa Pulido on June 25, 2019 via the attached letter hereto. Note that sensitive information in the factual corrections has been redacted. Mr. Ortega's sentencing is currently scheduled for May 5, 2021.

Respectfully Submitted,

s/ Lilly Ann Sanchez
Lilly Ann Sanchez, Esq.
Fla. Bar No. 195677
Email: lsanchez@thelsfirm.com

**The L•S Law Firm**
Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

>s/ Lilly Ann Sanchez
>Lilly Ann Sanchez, Esq.
>Fla. Bar No. 195677
>Email: lsanchez@thelsfirm.com

Lilly Ann Sanchez
Shareholder

305.503.5503
lsanchez@thelsfirm.com

Four Seasons Tower
1441 Brickell Avenue, Suite 1200
Miami, Florida 33131

www.thelslawfirm.com

June 25, 2019

Vanessa Pulido
Sr. U.S. Probation Office
Southern District of Florida
400 North Miami Avenue, Ninth Floor South
Miami, FL 33128
305-523-5454 - Vanessa_Pulido@flsp.uscourts.gov

Re: Abraham Edgardo Ortega: Case No. 18-CR-20685

Dear Ms. Pulido:

I am in receipt of the Presentence Investigation Report ("PSR") regarding my client, Abraham Edgardo Ortega. Pursuant to Rule 32 of the Federal Rules of Criminal Procedures and Local Rule 88.8 of the Southern District of Florida, I write to express certain objections and request that the PSR be changes to reflect the following:

### Joint Objections to the PSR

As we discussed on a joint conference call with you and Assistant United States Attorney Michael Nadler, we concur that the following guidelines sections do not apply to Mr. Ortega. In paragraph 91 and 92 of the PSR, the guidelines calculation add the following:

91. **Specifics Offense Characteristics:** Because the defendant was convicted under 18 U.S.C. 1956, the offense level is increased by two-levels, pursuant to § 2S1.1(b)(2)(B). Moreover the U.S. Sentencing guidelines manual address each and states:

**Non-Applicability of Enhancement.** – Subsection (b)(2)(B) shall not apply if the defendant was convicted of a conspiracy under 18 U.S.C. § 1956(h) and the sole object of that conspiracy was to commit an offense set forth in 18 U.S.C. § 1957.

LS L·S LAW FIRM

92.     As subsection (b)(2)(B) applies, and (B) the offense involved sophisticated laundering, the offense level is increased two-levels, pursuant to § 2S1.1(b)(3). Moreover the U.S. Sentencing guidelines manual address each and states:

**Non-Applicability of Enhancement.** – If subsection (b)(3) applies, and the conduct that forms the basis for an enhancement under the guidelines applicable to the underlying offense is the only conduct that forms the basis for application of subsection (b)(3) of this guideline, do not apply subsection (b)(3) of this guideline.

Accordingly, the agreed upon guide line range is a level 25 with a range of imprisonment of 57 to 71 months.

### Factual Corrections

1. On page 4, there is an error in the Venezuela ID number. The correct number is V-[redacted]

2. On page 26, paragraph 108, the correct ages of Mr. Ortega's parents are: father 83 mother 76.

3. On page 27, paragraph 111, the date of Mr. Ortega's separation is 2012 not 2002. The official name of the school Daniel studies is: [redacted].

4. On page 27, paragraph 113 says "At that time, Ortega relocated to Lisbon, Portugal, where he remained with his former spouse and on until February of 2018. Mr. Ortega resided in a hotel.

5. On page 30, paragraph 124 says "During this time, he stated he worked on financial projects with the country of China to negotiate and obtain different contracts to update or eradicate public structures in Venezuela. In addition, the contracts were to build or update infrastructure in Latin American countries as well.

6. The page 30 paragraph 125 says: An Internet search revealed that $ 1 U.S. dollar is equivalent to 0.00000402 Venezuela Bolivar as of December 12, 2018. It is the converse - it should read; An Internet search revealed 1 Venezuelan bolivar is equivalent to 0.00000402 U.S. dollar as of December 12, 2018.

   Thank you for your consideration in this matter and please do not hesitate to contact me.

LS   L·S LAW FIRM

Sincerely,

Lilly Ann Sanchez, Esq.
Counsel for Mr. Ortega

cc: Michael B. Nadler, Assistant U.S. Attorney