## GS Annual Income vs. GSTF Fund Income re. Ortega Investment

< **0.4%** of GS Annual Income

- 0.4% — TF Fund Income re. Ortega Investment
- 99.6% — GS Annual Income



**Portmann MoneyFlight Income vs. GSTF Fund Income re. Ortega Investment**

< 0.2% of Portmann Fees: Portmann charged 4% of the amount of every transfer in/out

- Portmann MoneyFlight Income*
- GSTF Fund Income (2017)

$99,750 — 0.2%

$45,878,000 — 99.8%

\* Amount re. Portmann per DOJ Complaint



MoneyFlight Monies vs. Investment in GSTF Fund

< 1% of MoneyFlight Monies: ¢10 cents out of every $100 Dollars

1%

99%

Money Flight Total
TF Fund Investment

* Amounts per DOJ Complaint



Krull MoneyFlight Involvement vs. GSTF Fund Ortega Investment

2% of Krull MoneyFlight Involvement

TF Subscription 2%

Krull "Money Flight" Total 98%

Krull MoneyFlight Total *
GSTF Fund Investment

* Amount re. Portmann per DOJ Complaint