# Money Laundering & FCPA Cases

*Key Stats & Comparable Cases*

## Venezuela ML/FCPA Stats

| | |
|---:|---:|
| Total Cases | 59 |
| Fugitives | 18 |
| Sentenced | 18 |
| Pending Sentencing | 23 |
| Plead Guilty | 39 |
| Plead NOT Guilty | 2 |
| **Average Sentence** | **29 Months** |
| Highest Sentence | 120 Months |
| Lowest Sentence | 0 |
| **Average Percentage of Guideline** | **16%** |
| Average Downward Departure | 84% |
| Highest Downward Departure | 100% |
| Lowest Downward Departure | 49% |
| **Average Forfeiture Amount** | **$43,216,543.41** |
| SD Texas | 26 |
| SDFL | 18 (11 Fugitives) |
| EDNY | 6 |
| SDNY | 9 |

**Non-Venezuela Latin America ML/FCPA Stats (incl. PetroEcuador) – Sentenced Only (2010-2020)**

| | |
|---|---|
| Total Cases (Sentenced) | 22 |
| **Average Sentence** | **24 Months** |
| Highest Sentence | 180 Months |
| Lowest Sentence | 0 |
| **Average Percentage of Guideline** | **30%** |
| Average Downward Departure | 70% |
| Highest Downward Departure | 100% |
| Lowest Downward Departure | 25% |
| **Average Forfeiture Amount** | **$14,894,446.35** |
| SDFL | 19 |

## PetroEcuador ML/FCPA Stats – Sentenced only

| | |
|---|---|
| Total Cases | 11 |
| Plead Guilty | 11 |
| Plead NOT Guilty | 0 |
| **Average Sentence** | **30 Months** |
| Highest Sentence | 53 Months |
| Lowest Sentence | 5 Months |
| **Average Percentage of Guideline** | **37%** |
| Average Downward Departure | 63% |
| Highest Downward Departure | 75% |
| Lowest Downward Departure | 8% |
| **Average Revenue/Forfeiture Amount** | **$16,131,200.00** |

1. **US v. Luis Javier Diaz   (Venezuela: 2010 to 2015)**

Initiation Date: December 19, 2016
Docket: 17 Cr. 0077 SDNY

Key Stats:
$ Payments made by Defendant:             $100,000,000.00
$ Revenue Generated by Defendant:         **$1,000,000.00**
$ Sanctions / Forfeiture Paid by Defendant:   $1,000,000.00

Resolution:                               Convicted at trial:
                                          - money laundering; and
                                          - operation of unlicensed money transmitting business

Guidelines:                               **Level 34 (151 to 188 months)**

Imprisonment:                             **4 months**

Sentencing vs. Guidelines:                **2.5% of Guidelines**

Sentencing Judge:   "… *So, the guidelines are a starting point in any sentencing proceeding, just that. I find, if I haven't already said it, that the guidelines' calculation here, the guidelines' range is wildly inappropriate in this case. I have in my informed discretion the ability to do what I think ultimately is right in this case*."

## 2. US v. Luis Diaz Jr. (Venezuela: 2010 to 2015)

Initiation Date: December 19, 2016
Docket: 17 Cr. 0077 SDNY

Key Stats:
| | |
|---|---|
| $ Payments made by Defendant: | $100,000,000.00 |
| $ Revenue Generated by Defendant: | **$1,000,000.00** |
| $ Sanctions / Forfeiture Paid by Defendant: | $1,000,000.00 |

| | |
|---|---|
| Resolution: | Convicted at trial:<br>- money laundering; and<br>- operation of unlicensed money transmitting business |
| Guidelines: | **Level 34 (151 to 188 months)** |
| Imprisonment: | **8 months** |
| Sentencing vs. Guidelines: | **5% of Guidelines** |

Sentencing Judge:   "… *So, the guidelines are a starting point in any sentencing proceeding, just that. I find, if I haven't already said it, that the guidelines' calculation here, the guidelines' range is wildly inappropriate in this case. I have in my informed discretion the ability to do what I think ultimately is right in this case*."

### 3. US v. Christian Javier Maldonado-Barillas (PDVSA: 2009 to 2012)

Initiation Date: 1/7/2016
Docket: 16-cr-009 S.D. Texas

Key Stats:
$ Revenue Generated by Defendant: **$165,000.00**
$ Sanctions / Forfeiture Paid by Defendant: $165,000.00

Resolution: Plead guilty to Money Laundering Conspiracy

Guidelines: **Level 17 (24 to 30 months)**

Imprisonment: **Probation**

Sentencing vs. Guidelines: **0% of Guidelines**

### 4. US v. Moises Abraham Millan Escobar (PDVSA: 2009 to 2014)

Initiation Date: 09/30/2016
Docket: 16-cr-009 S.D. Texas

Key Stats:
$ Revenue Generated by Defendant:            **$533,578.13**
$ Sanctions / Forfeiture Paid by Defendant:   $548,678.00

Resolution:                                   Plead guilty

Guidelines:                                   **Level 19: 30 to 37 months**

Imprisonment:                                 **18 months**

Sentencing vs. Guidelines:                    **20% of Guidelines**

### 5.  US v. Jose Luis Ramos Castillo (PDVSA: 2009 to 2012)

Initiation Date: 11/24/2015
Docket: 15-cr-00636 S.D. Texas

Key Stats:

| | |
|---|---|
| $ Revenue Generated by Defendant: | **$10,319,316.15** |
| $ Sanctions / Forfeiture Paid by Defendant: | $ 7,829,415.00 |
| Resolution: | Plead guilty to Money Laundering Conspiracy |
| Guidelines: | **Level 27: 70 to 87 months** |
| Imprisonment: | **18 months** |
| Sentencing vs. Guidelines: | **20% of Guidelines** |

### 6.  US v. Darwin Enrique Padron-Acosta (PDVSA: 2009 to 2014)

Initiation Date: 09/30/2016
Docket: 16-cr-00437 S.D. Texas

Key Stats:

| | |
|---|---|
| $ Revenue Generated by Defendant: | **$9,052,498.00** |
| $ Sanctions / Forfeiture Paid by Defendant: | $9,052,598.00 |
| Resolution: | Plead guilty to Money Laundering Conspiracy |
| Guidelines: | **Level 27: 70 to 87 months** |
| Imprisonment: | **18 months** |
| Sentencing vs. Guidelines: | **20% of Guidelines** |

### 7. US v. Maria de los Angeles Gonzalez de Hernandez (Venezuela: 2009 to 2014)

Initiation Date: 03/12/2013
Docket: 13-cr-00901 S.D. N.Y.

Key Stats:
$ Revenue Generated by Defendant:              **$8,348,349.00**
$ Sanctions / Forfeiture Paid by Defendant:    $8,348,349.00

Resolution:                                     Plead guilty to Money Laundering Conspiracy

Guidelines:                                     **Level 41: 324 months**

Imprisonment:                                   **Probation**

Sentencing vs. Guidelines:                      **0% of Guidelines**

Per the Sentencing Judge: "*I assume that I would be sentencing you to somewhere between 36 to 48 months, given my view of the seriousness of your conduct and what was appropriate, taking into account by comparison with your codefendants your cooperation, your role in the offense. Issues of deterrence were really not at the forefront of my mind, either personal or general... I think appropriate punishment was the principal driving factor and all the other issues under 3553(a). I am affected by the degree of remorse that you state and your individual circumstances.*"

## 8. US v. Ernesto Lujan (Venezuela: 2009 to 2014)

Initiation Date: 03/12/2013
Docket: 13-cr-00671 S.D. N.Y.

Key Stats:
$ Revenue Generated by Defendant:	**$18,515,160.00**
$ Sanctions / Forfeiture Paid by Defendant:	$18,515,160.00

Resolution:	Plead guilty to Money Laundering Conspiracy

Guidelines:	**Level 43: Life**

Imprisonment:	**24 Months**

Sentencing vs. Guidelines:	**6% of Guidelines**

## 9. US v. Juan Sebastian Espinoza Calderon (PetroEcuador)

Initiation Date: 09/27/2019
Docket: 19-cr-20626 S.D.F.L.

<u>Key Stats:</u>

| | |
|---|---|
| $ Sanctions / Forfeiture Paid by Defendant: | **$43,100.00** |
| <u>Resolution</u>: | Plead guilty to Money Laundering Conspiracy |
| <u>Guidelines</u>: | **Level 26: 63-78 months** |
| <u>Imprisonment</u>: | **8 Months** |
| <u>Sentencing vs. Guidelines</u>: | **10% of Guidelines** |

### 10.  US v. Jose Melquiades Cisneros Alarcon (PetroEcuador)

Initiation Date: 05/09/2019
Docket: 19-cr-20284 S.D.F.L.

Key Stats:

| | |
|---|---|
| $ Revenue Generated by Defendant: | **$4,400,000.00** |
| $ Sanctions / Forfeiture Paid by Defendant: | **$4,400,100.00** |
| Resolution: | Plead guilty to Money Laundering Conspiracy |
| Guidelines: | **Level 26: 63-78 months** |
| Imprisonment: | **20 Months** |
| Sentencing vs. Guidelines: | **19% of Guidelines** |