

# Chronology of Events: 2001 to 2015

Global Securities (GS) and G. Hernandez History

- GSTF (CIMA Registered Global Securities Trade Finance Fund)
- GSC (SFC Registered Investment Bank Global Securities CDB)
- GSA (U.S. SEC Registered Investment Advisor)
- GSI (U.S. SEC Registered Broker Dealer, FINRA member)
- PCG (SMV Registered Broker Dealer)
- GSG (Global Securities Group) Founded

+15 YEARS – LEGITIMATE, REGULATED & LICENSED INVESTMENT BUSINESSES WITH NO INVOLVEMENT IN FRAUDULENT SCHEMES

1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014

**PDVSA Frauds involving ORTEGA and the CONFIDENTIAL SOURCE**

**2010-2012**
ORTEGA BRIBERY SCHEME # 1
$4.2 BILLION
$10,000,000 bribe*

ORTEGA BRIBERY SCHEME #2
$5,000,000 bribe *

ORTEGA BRIBERY SCHEME #3
$5,000,000 bribe *

**2012-2014**
MONEY FLIGHT

ORTEGA, the CONFIDENTIAL SOURCE et al
BRIBERY SCHEME # 4: $1.2 BILLION

C.S. receives $100,000,000 of PDVSA to distribute between him, Ortega and others

* As per the DOJ's Complaint and ORTEGA's Factual Proffer

## Mr. Ortega and his Banker the Confidential Source Invested in GSTF Fund Just Like Any of Its Other +50 Investors since 2006

- The investments into the GSTF Fund **cleared AML/KYC controls** performed *independently* by third party U.S. Regulated Financial Entities*

- **Prior** to investing in the GSTF Fund, both clients **already** had their monies invested in their respective bank accounts, **under their names.** Mr. Hernandez had **no involvement** with their investment accounts.

- The monies subscribed in the Fund were **invested legitimately** by the Fund and **remained invested in the Fund** at the time of Mr. Hernandez's arrest, 2 years after

  ✓ NO shares/monies transferred to third parties

  ✓ Loans to investors for <20% of their investment, **much less** than what all other GSTF investors borrowed against their investments

  ✓ Exact **same terms/fees** for all other +50 investors since 2006

\* KYC/AML: Know Your Client; Anti Money Laundering Controls



# Mr. Ortega and his Banker the Confidential Source Invested in GSTF Fund Just Like Any of Its Other +50 investors since 2006

## 2. INVESTMENT INTO GSTF FUND




- Mr. Ortega and his banker the C.S. requested their banks to invest in GSTF
- The investments cleared the same controls KYC/AML* performed by independent U.S. entities for all other investors:
  1. U.S. Fund Administrator: Apex Fund Services
  2. U.S. Fund Custodian Bank: City National Bank

## 1. BANK ACCOUNT



- Mr. Ortega and his banker the C.S. had bank accounts that pre-dated them meeting GH in 2016.

## 4. SHARES IN GSTF FUND



- Mr. Ortega and his banker the C.S. received their GSTF Fund shares equivalent to their investments

## 3. GSTF FUND INVESTS CAPITAL




- GSTF Fund made legitimate investments with the capital, just like all investments made for its other investors

* KYC/AML = Know Your Client; Anti Money Laundering Controls

**Investment in GSTF Fund by ORTEGA and the CONFIDENTIAL SOURCE**

✓ Prior to investing in the GSTF Fund, both clients already had their monies invested in their respective bank accounts, *under the names* of each client

✓ The investments made by both clients in the GSTF Fund cleared every AML/KYC control* performed *independently* by regulated U.S. entities

✓ The monies invested in the GSTF Fund by both clients were invested legitimately, and remain invested in the GSTF Fund

*\* KYC/AML: Know Your Client; Anti Money Laundering Controls*