## Hernandez Did Not Make Any Profit

- Hernandez F. **did not make any profit** from the conduct to which he pled guilty.

- Global Securities Advisors GP, LLC ("GSA"), Investment Manager for the GS Trade Finance Fund ("GSTF"), received a Management Fee of 1.5% on the assets under management, that for the investment from Ortega and the Confidential Source amounted to a total income for GSA of less than **$275,000**.

- Mr. Hernandez, one of the partners of Global Securities ("GS") to which GSA was affiliated, received a distribution of profits generated by the GS entities. As of 2017 year-end, **less than 1% of the GS income** was attributable to the income generated from the investment made by Ortega and the C.S.

23