# EXHIBIT J
# GUSTAVO HERNANDEZ COOPERATION LOG
(to be submitted under seal)