

# APEX
FUND SERVICES

June 26, 2018
**UBS Switzerland AG / YY8811503**

UBS Switzerland AG
Bahnhofstrasse 45
Zurich 8001
Switzerland

## Global Securities Trade Finance

We confirm the shareholding value in the above fund at January 31, 2018 to be as follows:

| Share Series | Shares | Prev NAV | NAV per share | Performance | Market Value |
|---|---|---|---|---|---|
| Global Securities Trade Finance Class C Series C-1 | 6,930.000 | 1,004.059 | 1,034.759 | 3.06% | 7,170,880.14 |
| | | | Total Value of USD Shares: | | **USD 7,170,880.14** |

Please contact Brian Smith on +1 704.752.8996 if you require any further information.



June 26, 2018
**Deltec Bank & Trust Limited**

Deltec House
Lyford Cay
P.O. BOX N 3229, Nassau
Bahamas

## Global Securities Trade Finance

We confirm the shareholding value in the above fund at January 31, 2018 to be as follows:

| Share Series | Shares | Prev NAV | NAV per share | Performance | Market Value |
|---|---|---|---|---|---|
| Global Securities Trade Finance Class D Series D-1 | 5,000.000 | 982.261 | 994.765 | 1.27% | 4,973,825.12 |
| | | | Total Value of USD Shares: | | **USD 4,973,825.12** |

Please contact Brian Smith on +1 704.752.8996 if you require any further information.

For further information on Apex Fund Services (Charlotte) LLC, please visit our website at www.apexfundservices.com

# GS Trade Finance Fund (GSTF) – Share Class C/D *

- Total capital subscribed in GSTF Shares Class C/D: $12mm - Forfeited
  1. Share Class C: $7mm subscribed June 2016 by UBS Bank
  2. Share Class D: $5mm subscribed February 2017 by Deltec Bank

- GSTF Share Class C/D portfolio invested in:
  1. Loans secured by collateral in the form of auto loans, consumer loans, bonds and receivables
  2. Convertible preferred loans
  3. Cash and cash equivalents

- GSTF Class C/D payments to the government Confidential Source and Mr. Ortega:
  1. Loan to Government Undercover Entity (JF Financial, LLC) per request of Confidential Source, Mr. Binaggia
  2. Loan to Octavio Orta (Market Real Solutions, Corp) per request of Mr. Ortega
  3. Expenses paid by Class C on behalf of Mr. Ortega to his trustee and legal counsel, Mr. Orta
  4. Expenses paid to third party service providers; i.e.: auditor; attorneys; administrator; bank; etc.

*Copies of all documentation, inclusive of subscription contracts, investment documentation, etc. are available upon request.

# GSTF Fund Share Class C/D Investments *

1. Investments in Secured Loans: USD $5.6MM

   a) USD $2.0MM Auto Loans (Originator: Serfindata S.A.)
      - Currency: COP denominated; Maturity: 04/17/2022 (amortizing)

   b) USD $1.2MM Consumer Loans (Originator: Refinancia S.A.)
      - Currency: COP denominated; Maturity: 03/31/2021; 06/30/2021 (amortizing)

   c) USD $2MM Infrastructure bonds (Issuer: Metrolinea, Municipality of Bucaramanga)
      - Currency: COP denominated

   d) Ca. USD $300K Loan Receivables
      i. USD $100K Alpha FP, LTD. – Matured
      ii. USD $50 GSM, LLC (Cesar Hernandez) – Matured
      iii. USD $150K Portfolio SAS – Matured

2. Investments in Convertible Preferred Shares: USD $2MM - Forfeited
   - Issuer: Domaine Select – Series A
     o Tranche 1: 9/22/2016 for USD $1 MM
     o Tranche 2: 10/23/2017 for USD $1 MM

3. Cash at City National Bank: ca. USD $800k – Forfeited

*Figures as of 12/31/2019 as per Apex Fund Services and GSTF Fund Co-Director Publio Velasco. For investments categorized as COP denominated, figures provided are USD equivalent as of 12/31/2019 exchange rate, subject to withholding tax.