## EXHIBIT L

**Defendant is submitting separately a video relating to his character and his charitable good works**