# EXHIBIT B

## AFFIDAVIT OF JUAN CARLOS GOMEZ

My name is Juan Carlos Gomez and I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am married to Maria Lucia Hernandez Frieri, who is Gustavo Hernandez Frieri's older sister. We have been married since April 2001. We currently live in Bogota, Colombia.

2. I met Gustavo through Maria Lucia in 1994 and have known Gustavo's ex-wife, Olympia De Castro, since 2003. I am the uncle to Gustavo and Olympia's three children, G▬ H▬ D▬ C▬, F▬ H▬ D▬ C▬, and A▬ H▬ D▬ C▬.

3. I was very close to Maria Lucia and Gustavo's father, Gustavo Hernandez Romero. I visited him in Cartagena approximately once or twice a month. In fact, I was the only one of the family who was with him in Cartagena the day he died, his two sons and two daughters lived elsewhere. Before he passed away, I spoke to my father-in-law several times regarding his wishes to provide for his family, in particular his grandchildren.

4. From my discussions with my wife I know the apartment in New York, 3 Gramercy Park West, was purchased with the intent to be held as an asset in my father-in-law's trust for the benefit of his grandchildren. At the time it was purchased, Gustavo was dating Olympia De Castro. The two later married and had three children.

5. When my father-in-law passed away in late 2006, my wife, Maria Lucia became the beneficiary of the HH Master Settlement Trust, my father-in-law's trust.

6. In late 2018 and then into 2019, Maria Lucia, Olympia De Castro, and I had discussions regarding Maria Lucia unwinding her father's trust so that the trust asset, 3 Gramercy Park West, could be transferred to a new trust created specifically for the benefit of

Affidavit of Juan Carlos Gomez cont'd

Gustavo and Olympia's three children. My brother-in-law had been arrested by this time and was not in the country. He was not part of these discussions and did not make the decision that the property should be transferred. The decision was made by Maria Lucia after discussing this issue several times with me.

7. In 2019, Maria Lucia, as the sole beneficiary of the HH Master Settlement Trust, assigned the membership interests of the trust asset, 3 Gramercy Park West LLC, to the DC 2019 Irrevocable Trust in order to transfer the apartment, 3 Gramercy Park West, to the DC 2019 Irrevocable Trust. With the transfer, Maria Lucia intended to preserve and continue her father's wishes – that Gustavo's children would be provided for. Maria Lucia was adamant that the assets were for Gustavo and Olympia's children's benefit and did not intend for the trust asset to belong to her brother, Gustavo, or to Olympia De Castro. It was to be held in trust solely for the benefit of her nephews and niece, G█ H█████ D█ C████, F█████ H██████ D█ C████, and A██████ H██████ D█ C████. I agreed to be the Protector of the DC 2019 Irrevocable Trust to also ensure that the Trust acted in the best interests of my father-in-law's grandchildren.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 28, 2021.

_Juan Carlos Gomez_
Juan Carlos Gomez