EXHIBIT C

AUG-10-2005 WED 03:54 PM ANDERSON & OCHS, LLP          FAX NO. 12126613369                P. 02
       /5/2005  12:39    2126922153                    HOLM & O'HARA LLP                     PAGE  02/03
                                                                                             PAGE  02/03

July 2__, 2005

Mr. W. Bowman Cutter
Mr. Richard W. McCabe
3 Gramercy Park West
New York, NY 10003

**Re: Second Floor Unit at 3 Gramercy Park West (the "Unit")**

Dear Gentlemen:

This shall confirm our agreement as follows:

1. You agree that I may assign my right to acquire the Ammirati's' interest in the Unit or transfer title to that Unit to a domestic limited liability company, subject to the following:

   (i) The LLC shall be formed by me, wholly owned by me and/or my family, and I and/or my family shall retain the exclusive right to use the Unit.

   (ii) I agree to execute a personal guaranty (that all fees due the partnership will be paid).

   (iii) I agree to execute an occupancy agreement (that only I or members of my family can occupy the Unit).

   (iv) I agree to make myself personally available (either in person or via telephone) to discuss whatever issues arise concerning the Premises. I agree not to delegate this responsibility to anyone else, including an employee or other member of the LLC.

   (v) I confirm that the sole purpose of the LLC to be formed is to take title to the Unit and hold title to the Unit. The LLC will not be an entity though which other business is conducted or

1



CLAIMANTS 000763

GP 00225

AUG-10-2005 WED 03:54 PM ANDERSON & OCHS, LLP    FAX NO. 12126613369    P. 03
     PAGE 03/03
05/2005 12:39    2126822153    HOLM & O'HARA LLP    PAGE 03/03

have any liabilities other than liabilities associated with the LLC's ownership of the Unit.

2. I agree to cooperate with the other co-owners of the Premises with regard to its operation and management, and with respect to any amendments to the Co-Ownership Agreement.

3. I agree to vote in favor of approving an amendment to the Co-Ownership Agreement providing that all future sales of any interests in the Premises shall be subject to the approval of 51% of the co-ownership interests.

4. I will vote to approve the right of any co-owner who might wish to transfer his/her/their ownership interest to a limited liability corporation or similar ownership structure, subject to the same limitations as those set forth in Section one above.

Very truly yours,

Gustavo Adolfo Hernandez Frieri

AGREED TO:

W. Bowman Cutter

Abigail Cutter

Richard W. McCabe

2

CLAIMANTS 000764
GP 00226

05/2005  12:39    2125822153           HOLM & O'HARA LLP                 PAGE  02/03

July 22, 2005

Mr. W. Bowman Cutter
Mr. Richard W. McCabe
3 Gramercy Park West
New York, NY 10003

Re: Second Floor Unit at 3 Gramercy Park West (the "Unit")

Dear Gentlemen:

This shall confirm our agreement as follows:

1. You agree that I may assign my right to acquire the Ammiratis' interest in the Unit or transfer title to that Unit to a domestic limited liability company, subject to the following:

   (i) The LLC shall be formed by me, wholly owned by me and/or my family, and I and/or my family shall retain the exclusive right to use the Unit.

   (ii) I agree to execute a personal guaranty (that all fees due the partnership will be paid).

   (iii) I agree to execute an occupancy agreement (that only I or members of my family can occupy the Unit).

   (iv) I agree to make myself personally available (either in person or via telephone) to discuss whatever issues arise concerning the Premises. I agree not to delegate this responsibility to anyone else, including an employee or other member of the LLC.

   (v) I confirm that the sole purpose of the LLC to be formed is to take title to the Unit and hold title to the Unit. The LLC will not be an entity though which other business is conducted or

1

CLAIMANTS 000765

GP 00227

25/2005   12:39   2126822153   HOLM & O'HARA LLP   TRACHTENBERG ET AL.   PAGE 03/03

2. I agree to cooperate with the other co-owners of the Premises with regard to its operation and management, and with respect to any amendments to the Co-Ownership Agreement.

3. I agree to vote in favor of approving an amendment to the Co-Ownership Agreement providing that all future sales of any interests in the Premises shall be subject to the approval of 51% of the co-ownership interests.

4. I will vote to approve the right of any co-owner who might wish to transfer his/her/their ownership interest to a limited liability corporation or similar ownership structure, subject to the same limitations as those set forth in Section one above.

Very truly yours,

*(signature)*
Gustavo Adolfo Hernandez Frieri

AGREED TO:

_____
W. Bowman Cutter

_____
Abigail Cutter

*(signature)*
Richard W. McCabe

2

CLAIMANTS 000766

GP 00228

Aug 16 05 10:19a                                                                          p.2

AUG-16-2005 TUE 09:07 AM ANDERSON & OCHS LLP     FAX NO. 12126813369           P. 02

## APPROVAL OF SALE

Pursuant to Paragraph Ninth of the Co-Ownership Agreement for 3 Gramercy Park, New York, New York dated December 12, 1969, the undersigned Richard W. McCabe, W. Bowman Cutter, Abigail T. Cutter, Ralph Ammirati and Joan Ammirati approve the proposed sale of the second floor unit by Ralph Ammirati and Joan Ammirati to Gustavo Adolfo Hernandez Frieri.

AGREED TO BY:

_____                    _____
W. Bowman Cutter                             Ralph Ammirati


_____                    _____
Abigail T. Cutter                            Joan Ammirati



_____
Richard W. McCabe



August___, 2005

CLAIMANTS 000767

GP 00229

## APPROVAL OF SALE

Pursuant to Paragraph Ninth of the Co-Ownership Agreement for 3 Gramercy Park, New York, New York dated December 12, 1969, the undersigned Richard W. McCabe, W. Bowman Cutter, Abigail T. Cutter, Ralph Ammirati and Joan Ammirati approve the proposed sale of the second floor unit by Ralph Ammirati and Joan Ammirati to Gustavo Adolfo Hernandez Frieri.

AGREED TO BY:

_____                    _____
W. Bowman Cutter                              Ralph Ammirati


*[signature: Abigail T. Cutter]*
_____                    _____
Abigail T. Cutter                             Joan Ammirati


_____
Richard W. McCabe


August____, 2005

CLAIMANTS 000768

GP 00230

## APPROVAL OF SALE

Pursuant to Paragraph Ninth of the Co-Ownership Agreement for 3 Gramercy Park, New York, New York dated December 12, 1969, the undersigned Richard W. McCabe, W. Bowman Cutter, Abigail T. Cutter, Ralph Ammirati and Joan Ammirati approve the proposed sale of the second floor unit by Ralph Ammirati and Joan Ammirati to Gustavo Adolfo Hernandez Frieri.

AGREED TO BY:

_____
W. Bowman Cutter

_____
Ralph Ammirati

_____
Abigail T. Cutter

_____
Joan Ammirati

_____
Richard W. McCabe

August 15, 2005

CLAIMANTS 000769

GP 00231

AUG-09-2005 TUE 03:18 PM ANDERSON & OCHS, LLP          FAX NO. 12126613369          P. 02

### SEVENTH AMENDMENT DATED AUGUST ___, 2005 TO CO-OWNERSHIP AGREEMENT DATED DECEMBER 12, 1969

The undersigned do hereby certify that:

Pursuant to Paragraph TWELFTH of the Co-Ownership Agreement dated December 12, 1969 (the "Agreement") between and among Richard W. McCabe, Iris Whitney, Richard J. Wolfenden, William D. McCabe and William Ditfort, as modified by Amendments dated October 1, 1974, May 23, 1975, January 8, 1982, April 26, 1993, February 22, 1997, and October 1, 2001, respectively, the Agreement as so amended, is hereby further amended as follows:

1. Inasmuch as Ralph Ammirati and Joan Ammirati have agreed to sell, and Gustavo Adolfo Hernandez Frieri has agreed to buy the twenty-four percent (24%) interest of Ralph Ammirati and Joan Ammirati in the premises at 3 Gramercy Park West, New York, New York (the "Premises") said Gustavo Adolfo Hernandez Frieri is hereby substituted in the Agreement, as so amended, for all purposes in place and instead of said Ralph Ammirati and Joan Ammirati as co-owners of the Premises. Therefore, the current owners under the Agreement shall be W. Bowman Cutter and Abigail T. Cutter (with respect to a 36% interest), Richard W. McCabe (with respect to a 20% interest), Gerard Vander Schauw and Judy Vander Schauw (with respect to a 20% interest) and Gustavo Adolfo Hernandez Frieri (with respect to a 24% interest).

2. Paragraph FIRST (b) of the Agreement is hereby revoked and the following is substituted therefore:

"(b) Gustavo Adolfo Hernandez Frieri shall own a twenty-four percent (24%) interest in the premises and pay twenty-four percent (24%) of the maintenance. Said Gustavo Adolfo Hernandez Frieri is hereby allocated and shall be entitled to possession and occupancy of the entire "parlor" (second) floor and small porch at the front (east side) of the premises."

3. Gustavo Adolfo Hernandez Frieri hereby specifically accepts and agrees to abide by all of the terms and provisions of the Agreement and the Basic House Rules.

4. This Amendment may be executed in one or more counterparts, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute but one and the same original.



CLAIMANTS 000770

GP 00232

AUG-09-2005 TUE 03:18 PM ANDERSON & OCHS, LLP          FAX NO. 12126613369          P. 03

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the _____ day of August, 2005.

_____          _____
W. Bowman Cutter                    Richard W. McCabe

_____          _____
Abigail T. Cutter                   Gerard Vander Schauw

                                    _____
                                    Judy Vander Schauw

                                    _____
                                    Gustavo Adolfo Hernandez Frieri



CLAIMANTS 000771

## SEVENTH AMENDMENT DATED AUGUST ___, 2005 TO CO-OWNERSHIP AGREEMENT DATED DECEMBER 12, 1969

The undersigned do hereby certify that:

Pursuant to Paragraph TWELFTH of the Co-Ownership Agreement dated December 12, 1969 (the "Agreement") between and among Richard W. McCabe, Iris Whitney, Richard J. Wolfenden, William D. McCabe and William Ditfort, as modified by Amendments dated October 1, 1974, May 23, 1975, January 8, 1982, April 26, 1993, February 22, 1997, and October 1, 2001, respectively, the Agreement as so amended, is hereby further amended as follows:

1. Inasmuch as Ralph Ammirati and Joan Ammirati have agreed to sell, and Gustavo Adolfo Hernandez Frieri has agreed to buy the twenty-four percent (24%) interest of Ralph Ammirati and Joan Ammirati in the premises at 3 Gramercy Park West, New York, New York (the "Premises") said Gustavo Adolfo Hernandez Frieri is hereby substituted in the Agreement, as so amended, for all purposes in place and instead of said Ralph Ammirati and Joan Ammirati as co-owners of the Premises. Therefore, the current owners under the Agreement shall be W. Bowman Cutter and Abigail T. Cutter (with respect to a 36% interest), Richard W. McCabe (with respect to a 20% interest), Gerard Vander Schauw and Judy Vander Schauw (with respect to a 20% interest) and Gustavo Adolfo Hernandez Frieri (with respect to a 24% interest).

2. Paragraph FIRST (b) of the Agreement is hereby revoked and the following is substituted therefore:

"(b) Gustavo Adolfo Hernandez Frieri shall own a twenty-four percent (24%) interest in the premises and pay twenty-four percent (24%) of the maintenance. Said Gustavo Adolfo Hernandez Frieri is hereby allocated and shall be entitled to possession and occupancy of the entire "parlor" (second) floor and small porch at the front (east side) of the premises."

3. Gustavo Adolfo Hernandez Frieri hereby specifically accepts and agrees to abide by all of the terms and provisions of the Agreement and the Basic House Rules.

4. This Amendment may be executed in one or more counterparts, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute but one and the same original.

CLAIMANTS 000772

GP 00234

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the _____ day of August, 2005.

_____
W. Bowman Cutter

*Richard W. McCabe* (signed)
_____
Richard W. McCabe

_____
Abigail T. Cutter

_____
Gerard Vander Schauw

_____
Judy Vander Schauw

_____
Gustavo Adolfo Hernandez Frieri

CLAIMANTS 000773

GP 00235