EXHIBIT F

F 050729000 767

**DC-08**

## Articles of Organization
## of
## 3 GRAMERCY PARK WEST, LLC

under Section 203 of the Limited Liability Company Law

FIRST: The name of this New York limited liability company is:
3 GRAMERCY PARK WEST, LLC

SECOND: The county within this state in which the office of the limited liability company is to be located is: ROCKLAND

THIRD: The Secretary of state is designated as agent of the limited liability company upon whom process against it may be served. The post office address within or without this state to which the secretary of state shall mail a copy of any process against the limited liability company served upon him or her is:

c/o Corporate Creations Network Inc.
15 North Mill Street
Nyack NY 10960

FOURTH: The name and street address within this state of the registered agent of the limited liability company upon whom and at which process against the limited liability company can be served is:
Corporate Creations Network Inc.
15 North Mill Street
Nyack NY 10960

FIFTH: The effective date of the Articles of Organization, if not effective upon filing is:

SIXTH: The limited liability company is to be managed by (check appropriate box):

☐ 1 or more members
☐ A class or classes of members
☒ 1 or more managers
☐ A class or classes of managers

IN WITNESS WHEREOF, this certificate has been subscribed this __28__ day of __July__, 20 _05_, by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

**Karla Sarria** – ORGANIZER

/

F 050729000 767

# ARTICLES OF ORGANIZATION

## OF

## 3 GRAMERCY PARK WEST, LLC

/CC

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED JUL 29 2005
TAX $ 0
BY: LB

*Under Section 203 of the Limited Liability Company Law*

RECEIVED
2005 JUL 29 PH 1:04

2005 JUL 29 PH 4:17

Filed By:

Corporate Creations International, Inc.
941 Fourth Street
Miami Beach    FL    33139

2   050729000 808

D.C.-08
DRAWDOWN

☐ ROUTINE        ☐ SAME DAY
☒ 24 HOUR        ☐ 2 HOUR