## ASSIGNMENT AND ASSUMPTION OF
## LIMITED LIABILITY COMPANY
## MEMBERSHIP INTEREST IN
## <u>3 GRAMERCY PARK WEST, LLC</u>

As Beneficiary of the HH MASTER SETTLEMENT TRUST (the "Assignor"), I hereby assign and convey one hundred percent (100%) Membership Interests in 3 GRAMERCY PARK WEST, LLC, a New York limited liability company (the "Company"), to the DC 2019 IRREVOCABLE TRUST (the "Assignee").

Effective upon the signing of this Assignment and Assumption and Consent by the Managers of the Company and the Members of the Company (other than the Assignor), the Assignee shall be entitled to receive the share of the profits or other compensation by way of income to which the Assignor would otherwise be entitled and to the return of the contribution to the capital of the Company by reason of the Membership Interests in the Company hereby assigned and transferred. In the event that all of the other Managers and Members of the Company consent thereto, the Assignee shall be entitled to all the rights that the Assignor, as a Member, had by reason of his Membership Interests in the Company hereby assigned and transferred.

The Assignee hereby accepts and agrees to assume the assignment of the aforesaid Membership Interests in the Company and also to be a substituted Member of the Company, pursuant to the terms of the Operating Agreement of the Company.

IN WITNESS WHEREOF, the Assignor and Assignee have executed this Assignment and Assumption as of the 1 day of February, 2019.

_____
Maria Lucia Hernandez
ASSIGNOR

_____
Olympia De Castro, as Administrative Agent
of the DC 2019 IRREVOCABLE TRUST

ASSIGNEE