EXHIBIT J

# CONSENT TO
# ASSIGNMENT AND ASSUMPTION OF
# LIMITED LIABILITY COMPANY
# MEMBERSHIP INTEREST IN
# 3 GRAMERCY PARK WEST, LLC

The undersigned, constituting all of the Members of 3 GRAMERCY PARK WEST, LLC, a New York limited liability company (the "Company"), hereby consent to the assignment of the above-described Membership Interest from myself as Beneficiary of HH MASTER SETTLEMENT TRUST (the "Assignor') to the DC 2019 IRREVOCABLE TRUST (the "Assignee") and to the admission of the Assignee as a substituted Member of the Company as of the 1 day of February, 2019. This consent may be separately executed by the undersigned in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

DATED as of February 1, 2019.

_____
Maria Lucia Hernandez