EXHIBIT R



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2019 through November 29, 2019
Primary Account: ▮▮▮▮▮▮▮▮0860

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00003732 DRE 021 141 33419 NNNNNNNNNNN T 1 000000000 60 0000
DC 2019 IRREVOCABLE TRUST
ALLISON DOMENEGHETTI TRUSTEE
597 HIBISCUS LN
MIAMI FL 33137-3322



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | ▮▮▮▮0860 | $1,384.70 | $5,352,905.24 |
| Chase Private Client Checking | ▮▮▮▮1165 | 25.00 | 25.00 |
| **Total** | | **$1,409.70** | **$5,352,930.24** |

| TOTAL ASSETS | $1,409.70 | $5,352,930.24 |
|---|---|---|

## CHASE PRIVATE CLIENT CHECKING

DC 2019 IRREVOCABLE TRUST
ALLISON DOMENEGHETTI TRUSTEE

Account Number: ▮▮▮▮▮▮▮▮0860

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1,384.70 |
| Deposits and Additions | 5,351,520.54 |
| Ending Balance | $5,352,905.24 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $7.24 |
| Interest Paid Year-to-Date | $16.94 |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,384.70 |
| 11/25 | Deposit   1908949512 | 5,351,513.30 | 5,352,898.00 |
| 11/29 | Interest Payment | 7.24 | 5,352,905.24 |
| | Ending Balance | | $5,352,905.24 |



**CHASE PRIVATE CLIENT**

November 01, 2019 through November 29, 2019

Primary Account: ▮▮▮▮▮0860

## CHASE PRIVATE CLIENT CHECKING

DC 2019 IRREVOCABLE TRUST
ALLISON DOMENEGHETTI TRUSTEE

Account Number: ▮▮▮▮▮1165

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $25.00 |
| Ending Balance | $25.00 |
| Annual Percentage Yield Earned This Period | 0.00% |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC