19CS0008352487OS0010

EXHIBIT S

# J.P.Morgan

Statement Period

## November 30 - December 31, 2019

Account Number

**■■■ 4870**

## Investment Statement

### Account Value with Accruals

| Account Description | Previous Period | This Period |
|---|---|---|
| Brokerage | 996,006.61 | 6,346,030.58 |
| **ACCOUNT VALUE** | **$996,006.61** | **$6,346,030.58** |

See page 3 for footnotes and more detail.

**Account Value with Accruals**
(October 2019 to December 2019)



$7,701,250

$6,091,750

$4,482,250

$2,872,750

$1,263,250

-$346,250

Oct 2019

---

DC 2019 IRREVOCABLE TRUST
U/A DTD 02/01/2019
ALLISON DOMENEGHETTI TTEE
597 HIBISCUS LN
MIAMI FL 33137-3322

YNNNNNNNNNNNN

## Questions?

*For Full Service Accounts, Call Private Client Advisor*

**☎ (305) 913 0228**        Ryan Whiteman

**Customer Service**
(888) 994 5626
**Branch Address**
320 Crandon Blvd
Key Biscayne, FL, 33149

www.chase.com

More contact information on page 9

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Account is held at J.P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). **This statement summary is provided for convenience purposes only** . For information about your JPMS account(s), please refer to your official JPMS account statement(s), which follows this statement summary. **Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.**

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

Statement Period

## November 30 - December 31, 2019

Last Statement: November 29, 2019

Account Number

**4870**

DC 2019 IRREVOCABLE TRUST
U/A DTD 02/01/2019
ALLISON DOMENEGHETTI TTEE
597 HIBISCUS LN
MIAMI FL 33137-3322

# LIVING TRUST

Account Value With Accruals: **$6,346,030.58**

## Account Activity Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $996,006.61 | $0.00 |
| Deposits (Cash & Securities) | 5,350,000.00 | 6,346,000.00 |
| Withdrawals (Cash & Securities) | 0.00 | 0.00 |
| **Net Deposits / Withdrawals** | $5,350,000.00 | $6,346,000.00 |
| Income | 23.97 | 30.58 |
| Fees 1 | 0.00 | 0.00 |
| Change In Investment Value | 0.00 | 0.00 |
| **ENDING ACCOUNT VALUE** | $6,346,030.58 | $6,346,030.58 |
| Net Accrued Income | 0.00 | 0.00 |
| **Account Value With Accruals** | $6,346,030.58 | $6,346,030.58 |

1 Account fees, management fees, and debit interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.

Month End Closing Method: First In, First Out (FIFO)

Your Broker/Dealer is  J.P. MORGAN SECURITIES LLC, 4 Chase Metrotech Center, Brooklyn, New York 11245-0001

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED  · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Investment products and services are offered through **J.P. Morgan Securities LLC** (JPMS), a registered broker-dealer and investment advisor, member of FINRA and SIPC. Annuities are made available through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMS, CIA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states. For information about your account, please refer to your official JPMS account statement **which should not be used for tax reporting purposes.** Please read the important disclosures at the end of the statement. For questions, please call (888) 994 5626.

STATEMENT SUMMARY

**BROKERAGE**

IMPORTANT INFORMATION

# J.P.Morgan

LIVING TRUST (Acct # ███ 4870)

DC 2019 IRREVOCABLE TRUST
U/A DTD 02/01/2019

Statement Period: November 30 - December 31, 2019

## Activity

### CASH FLOW SUMMARY

| Description | This Period | Year-to-Date |
|---|---|---|
| Opening Cash Balance | $996,006.61 | $0.00 |
| Income | 23.97 | 30.58 |
| Cash Deposits | 5,350,000.00 | 6,346,000.00 |
| **Total Credits** | **$5,350,023.97** | **$6,346,030.58** |
| Trade and Investment Activity | (6,346,000.00) | (6,346,000.00) |
| **Total Debits** | **($6,346,000.00)** | **($6,346,000.00)** |
| Net Cash Activity | ($995,976.03) | $30.58 |
| **CLOSING CASH BALANCE** | **$30.58** | **$30.58** |

"Opening Cash Balance" and "Closing Cash Balance" include Sweep Funds.

## DEPOSITS AND WITHDRAWALS

### Cash

| Date | Date Cleared | Transaction | Description | Withdrawal Value | Deposit Value |
|---|---|---|---|---|---|
| 09 Dec 2019 | | ACH CREDIT | BANKLINK<br>ACH PULL 4587263 | | 5,350,000.00 |

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|