EXHIBIT W

New York City Department of Finance
**Office of the City Register**

HELP
[Click help for additional instructions]
Selecting a help option will open new window

| Current Search Criteria: |
|---|
| **Name:** 314 HICKS* |
| **Date:** To Current Date |
| **Party Type:** All Parties |
| **Borough/County:** All Boroughs/Counties |
| **Document Class:** All Document Classes |

# Detailed Document Information

| | | | | | |
|---|---|---|---|---|---|
| **DOCUMENT ID:** | 2020070700644001 | **CRFN:** | 2020000196245 | **COLLATERAL:** | N/A |
| **# of PAGES:** | 7 | **REEL-PAGE:** | N/A-N/A | **EXPIRATION DATE:** | N/A |
| **DOC. TYPE:** | DEED | **FILE NUMBER:** | N/A | **ASSESSMENT DATE:** | N/A |
| **DOC. DATE:** | 7/2/2020 | **RECORDED / FILED:** | 7/10/2020 12:36:50 PM | **SLID #:** | N/A |
| **DOC. AMOUNT:** | $5,900,000.00 | **BOROUGH:** | MANHATTAN | | |
| **% TRANSFERRED:** | 100% | **RPTT #:** | N/A | **MAP SEQUENCE #:** | N/A |
| **MESSAGE:** | N/A | | | | |

## PARTY 1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| 314 HICKS RESIDENCE TRUST | C/O: EDWIN JAGER , TRUSTEE | 171 COLUMBIA HEIGHTS, UNIT 10 | BROOKLYN | NY | 11201 | US |
| EDWIN JAGER, TRUSTEE | 171 COLUMBIA HEIGHTS, UNIT 10 | | BROOKLYN | NY | 11201 | US |

## PARTY 2

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| 314 HICKS LLC | 314 HICKS STREET | | BROOKLYN | NY | 11201 | US |

## PARTY 3/Other

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | |

## PARCELS

| BOROUGH | BLOCK | LOT | PARTIAL | PROPERTY TYPE | EASEMENT | AIR RIGHTS | SUBTERRANEAN RIGHTS | PROPERTY ADDRESS | UNIT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| BROOKLYN / KINGS | 260 | 57 | ENTIRE LOT | 1-2 FAMILY DWELLING WITH VACANT LAND | N | N | N | 314 HICKS STREET | | |

| REFERENCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| CRFN | DOCUMENT ID | BOROUGH | YEAR | REEL | PAGE | FILE NBR | |
| | | | | | | | |

**REMARKS**



Print   View Document   Search Results   Search Options   Main Options

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2020070700644001004EA27B

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 7 |
|---|---|

| Document ID: **2020070700644001** | Document Date: 07-02-2020 | Preparation Date: 07-08-2020 |
|---|---|---|

Document Type: DEED
Document Page Count: 5

**PRESENTER:**
FIRST QUEENS ABSTRACT - PICK UP
AS AGENT FOR STEWART
30 BROAD STREET STE 1501
NEW YORK, NY 10004
212-460-0063
MIKEO@FMABSTRACT.COM

**RETURN TO:**
FIRST QUEENS ABSTRACT - PICK UP
AS AGENT FOR STEWART
30 BROAD STREET STE 1501
NEW YORK, NY 10004
212-460-0063
MIKEO@FMABSTRACT.COM

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 260 | 57 | Entire Lot | 314 HICKS STREET |

Property Type: 1-2 FAMILY DWELLING WITH VACANT LAND

### CROSS REFERENCE DATA

CRFN_____   or   DocumentID_____   or   _____ Year_____ Reel____ Page_____   or   File Number_____

### PARTIES

**GRANTOR/SELLER:**
314 HICKS RESIDENCE TRUST
C/O: EDWIN JAGER , TRUSTEE, 171 COLUMBIA
HEIGHTS, UNIT 10
BROOKLYN, NY 11201

☒ Additional Parties Listed on Continuation Page

**GRANTEE/BUYER:**
314 HICKS LLC
314 HICKS STREET
BROOKLYN, NY 11201

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 84,075.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $38,350.00 + $132,750.00 = $ | 171,100.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 62.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**

Recorded/Filed     07-10-2020 12:36
City Register File No.(CRFN):
**2020000196245**

*Annette M Hill*

*City Register Official Signature*

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2020070700644001004CA0FB

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 7 |
|---|---|---|
| Document ID: 2020070700644001 | Document Date: 07-02-2020 | Preparation Date: 07-08-2020 |
| Document Type: DEED | | |

**PARTIES**

**GRANTOR/SELLER:**
EDWIN JAGER, TRUSTEE
171 COLUMBIA HEIGHTS, UNIT 10
BROOKLYN, NY 11201

THIS INDENTURE made as of the 2 ⃰ th day of July, 2020,

BETWEEN

*Edwin Jayer As Trustee of*

**314 Hicks Residence Trust**, having an address at 171 Columbia Heights, 10th Floor, Brooklyn, NY

party of the first part, and

**314 Hicks LLC,** a New York limited liability company, having an address 237 Old Army Road, Scarsdale, NY 10583

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of Ten ($10.00) Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

Please see Schedule A, attached hereto and made a part hereof

Being the same premises conveyed to 314 Hicks Residence Trust by deed made by 45-47 State Street LLC, dated October 11, 2013, recorded October 25, 2013 in CRFN 2013000442362

and

TOGETHER, with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof;

TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises;

TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

**314 Hicks Residence Trust**

By: _____

    Name: Edwin Jager

    Title: Trustee

[1128388-1]

STATE OF NEW YORK:

COUNTY OF __MY__ :   SS:

On the _2_ day of __July__ in the year 2020, before me, the undersigned, a Notary Public in and for said state, personally appeared Edwin Jager, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

_____
Notary Public

John J. Lopez
Notary Public, State of New York
No. 01LO6022876
Qualified in Richmond County
Commission Expires April 12, 20_23_

SEAL

[1128388-1]

## SCHEDULE A

**Legal Description**

Underwriter No: Stewart
Title Number:11295 FQK

ALL THAT CERTAIN plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point formed at the northwesterly corner of Hicks and State Street;

RUNNING THENCE northerly along the northwesterly side of Hicks Street, 24 feet 5 inches more or less to the middle of a party wall;

THENCE westerly and part of the distance through the middle line of said party wall and parallel with State Street, 76 feet 8 3/4 inches;

THENCE southerly parallel with Hicks Street, 24 feet 5 inches to the northerly side of State Street;

THENCE easterly along the northerly side of State Street, 76 feet 8 3/4 inches to the northwesterly corner of State and Hicks Street, the point or place of BEGINNING.

[1128388-1]

## BARGAIN AND SALE DEED

## WITH COVENANT AGAINST GRANTOR'S ACTS

**314 Hicks Residence Trust by Edwin Jager, Trustee**

**to**

**314 Hicks LLC**

Block:        260
Lot(s):       57
County:       Kings
Address:      314 Hicks Street, Brooklyn, NY  11021

RECORD AND RETURN TO:
Jill Levy Reiter, Esq.
251 Fifth Avenue, 4th Floor
New York, NY  10016

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2020070700644001004S6CFA

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2020070700644001**   Document Date: 07-02-2020   Preparation Date: 07-08-2020
Document Type: DEED

**ASSOCIATED TAX FORM ID:**   2020062500130

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 5 |
| SMOKE DETECTOR AFFIDAVIT | 2 |

# AFFIDAVIT OF COMPLIANCE

## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York }
County of _MY_ } SS.:

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

__314 HICKS STREET__, _____, _____,
Street Address Unit/Apt.

__BROOKLYN__ ————— New York, ——— __260__ ——— __57__ (the "Premises");
Borough                          Block       Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

_314 Hicks Residence Trust by Edwin Jayer,_
Name of Grantor (Type or Print)                    Name of Grantee (Type or Print)
Trustee

_____ as Trustee
Signature of Grantor                               Signature of Grantee

Sworn to before me                                 Sworn to before me
this __2__ day of __July__ 20__20__      this _____ day of _____ 20 ____

John J. Lopez
Notary Public, State of New York
No. 01LO6022876
Qualified in Richmond County
Commission Expires April 12, 20__23__ **SEAL**

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2020062500130101

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York }
                  } SS.:
County of         }

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

**314 HICKS STREET**
Street Address Unit/Apt.

**BROOKLYN** ———— New York, ———— **260** ———— **57** ———— (the "Premises");
Borough                                    Block        Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| | |
|---|---|
| Name of Grantor (Type or Print) | *Allison Domeneghetti* <br> Name of Grantee (Type or Print) |
| | *Allison Domeneghetti* |
| Signature of Grantor | Signature of Grantee |
| Sworn to before me | Sworn to before me |
| this _____ day of _____ 20____ | this ___ day of _July_ 20 _20_ |
| SEAL | JILL LEVY REITER <br> Notary Public State of New York <br> No. 02RE4829080 <br> Qualified in Westchester County <br> Commission Expires October 31, 2022 |

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2020062500130101

## CITY REGISTER

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**

**FOR CITY USE ONLY**

C1. County Code | | C2. Date Deed Recorded | Month JUL 0 9 2020 Day Year
C3. Book OR | |
C4. Page | |
C5. CRFN | |

### PROPERTY INFORMATION

**1. Property Location** | 314 STREET NUMBER | HICKS STREET STREET NAME | BROOKLYN BOROUGH | 11201 ZIP CODE

**2. Buyer Name** | 314 HICKS LLC LAST NAME / COMPANY | FIRST NAME
| LAST NAME / COMPANY | FIRST NAME

**3. Tax Billing Address** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) | LAST NAME / COMPANY | FIRST NAME
STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed** | 1 # of Parcels OR | Part of a Parcel

**5. Deed Property Size** | X FRONT FEET | DEPTH | OR | ACRES

**4A. Planning Board Approval - N/A for NYC**
**4B. Agricultural District Notice - N/A for NYC**

Check the boxes below as they apply:
**6. Ownership Type is Condominium**
**7. New Construction on Vacant Land**

**8. Seller Name** | 314 HICKS RESIDENCE TRUST LAST NAME / COMPANY | FIRST NAME
| EDWIN JAGER, TRUSTEE LAST NAME / COMPANY | FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

A [✓] One Family Residential
B [ ] 2 or 3 Family Residential
C [ ] Residential Vacant Land
D [ ] Non-Residential Vacant Land
E [ ] Commercial
F [ ] Apartment
G [ ] Entertainment / Amusement
H [ ] Community Service
I [ ] Industrial
J [ ] Public Service

### SALE INFORMATION

**10. Sale Contract Date** | 6 / 5 / 2020 Month Day Year

**11. Date of Sale / Transfer** | 7 / 2 / 2020 Month Day Year

**12. Full Sale Price** $ 5,9 0 0,0 0 0
( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

A [ ] Sale Between Relatives or Former Relatives
B [ ] Sale Between Related Companies or Partners in Business
C [ ] One of the Buyers is also a Seller
D [ ] Buyer or Seller is Government Agency or Lending Institution
E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below )
F [ ] Sale of Fractional or Less than Fee Interest ( Specify Below )
G [ ] Significant Change in Property Between Taxable Status and Sale Dates
H [ ] Sale of Business is Included in Sale Price
I [ ] Other Unusual Factors Affecting Sale Price (Specify Below )
J [✓] None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class** | A 4 | **16. Total Assessed Value (of all parcels in transfer)** | 1,3 0 1,2 1

**17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional Identifier(s) )**

BROOKLYN 260 57

**CITY REGISTER**

JUL 0 9 2020

**CITY REGISTER**

JUL 0 9 2020

202006250013020103

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| | BUYER | | | | BUYER'S ATTORNEY | |
|---|---|---|---|---|---|---|
| *[signature]* | | 7/1/20 | | Reiter | | Jim Levy |
| BUYER SIGNATURE | | DATE | | LAST NAME | | FIRST NAME |
| 314 HICKS STREET | Allison Domoneghetti, member | | | 212 | 889-5300 | |
| STREET NUMBER | STREET NAME (AFTER SALE) | | | AREA CODE | TELEPHONE NUMBER | |
| | | | | | SELLER | |
| BROOKLYN | | NY | 11201 | | | |
| CITY OR TOWN | | STATE | ZIP CODE | SELLER SIGNATURE | | DATE |

2020062500130201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | | |
|---|---|---|---|

| BUYER | | | BUYER'S ATTORNEY | |
|---|---|---|---|---|
| | | | Levy | Jeff |
| BUYER SIGNATURE | DATE | | LAST NAME | FIRST NAME |
| 314 HICKS STREET | | | | |
| STREET NUMBER | STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER |
| | | | | SELLER |
| BROOKLYN | NY | 11201 | _(signature)_, as Trustee | 7-2-2020 |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |

Edwin Jager, As Trustee

2020062500130201

Form RP-5217 NYC

Grantee (Buyer) _____

**LAST NAME / COMPANY**                    FIRST NAME
Grantor (Seller)

**JAGER**                                  **EDWIN**

**LAST NAME / COMPANY**                    FIRST NAME
Grantee (Buyer)

*Edwin Jager , as Trustee*

**LAST NAME / COMPANY**                    FIRST NAME
Grantor (Seller)                           *Edwin Jager*

**LAST NAME / COMPANY**                    FIRST NAME
Grantee (Buyer)

*Edwin Jager*

**LAST NAME / COMPANY**                    FIRST NAME
Grantor (Seller)

**LAST NAME / COMPANY**                    FIRST NAME
Grantee (Buyer)

**LAST NAME / COMPANY**                    FIRST NAME
Grantor (Seller)

**LAST NAME / COMPANY**                    FIRST NAME
Grantee (Buyer)

**LAST NAME / COMPANY**                    FIRST NAME
Grantor (Seller)

**LAST NAME / COMPANY**                    FIRST NAME
Grantee (Buyer)

**LAST NAME / COMPANY**                    FIRST NAME
Grantor (Seller)

**LAST NAME / COMPANY**                    FIRST NAME
Grantee (Buyer)

**LAST NAME / COMPANY**                    FIRST NAME
Grantor (Seller)

**LAST NAME / COMPANY**                    FIRST NAME
Grantee (Buyer)

**LAST NAME / COMPANY**                    FIRST NAME
Grantor (Seller)

**LAST NAME / COMPANY**                    FIRST NAME

Form RP-5217 NYC                                                                 ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS                                          ## SELLERS

| | | |
|---|---|---|
| _____ | _____ | 314 Hoyer Residence Trust   7-2-20 |
| Buyer Signature | Date | Seller Signature   By Edwin Jager, Trustee   Date |
| _____ | _____ | Edwin J. Trustee   7-2-20 |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____   7-2-20 |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | Edwin Jager |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |
| _____ | _____ | _____ |
| Buyer Signature | Date | Seller Signature   Date |

2020062500130201



The City of New York
**Department of Environmental Protection**
**Bureau of Customer Services**
59-17 Junction Boulevard
Flushing, NY 11373-5108

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1)  Property receiving service: BOROUGH: **BROOKLYN**     BLOCK: **260**     LOT: **57**

(2)  Property Address: 314 HICKS STREET, BROOKLYN, NY 11201

(3)  Owner's Name:     **314 HICKS LLC**

Additional Name:

### Affirmation:

☑  Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

Please Note:

A.  Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B.  Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _Anna_ —   7/1/20   Date (mm/dd/yyyy)
Signature: _____

Name and Title of Person Signing for Owner, if applicable:
_Allison Domeneghetti -member_

BCS-7CRF-ACRIS  REV. 8/08

**2020062500130101**