# J.P.Morgan

EXHIBIT X

Statement Period
**July 01 - July 31, 2020**

Account Number
■■■■4870

## Investment Statement

### Account Value with Accruals

| Account Description | Previous Period | This Period |
|---|---|---|
| Brokerage | 5,781,259.40 | 304,502.82 |
| **ACCOUNT VALUE** | **$5,781,259.40** | **$304,502.82** |

See page 3 for footnotes and more detail.

■■■■■■■■■■■ : YNNNNNNNNNN

DC 2019 IRREVOCABLE TRUST
U/A DTD 02/01/2019
ALLISON DOMENEGHETTI TTEE
597 HIBISCUS LN
MIAMI FL 33137-3322



Account Value with Accruals
(October 2019 to July 2020)

$7,911,750
$6,085,650
$4,259,550
$2,433,450
$607,350
-$1,218,750

Oct 2019    Jan 2020    Apr 2020    Jul 2020

## Questions?

**For Full Service Accounts, Call Private Client Advisor**

📞 **(305) 913 0228**     Ryan Whiteman

**Customer Service**
(888) 994 5626

**Branch Address**
320 Crandon Blvd
Key Biscayne, FL, 33149

www.chase.com

More contact information on page 10

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Account is held at J.P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). **This statement summary is provided for convenience purposes only.** For information about your JPMS account(s), please refer to your official JPMS account statement(s), which follows this statement summary. **Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.**

**STATEMENT SUMMARY**     BROKERAGE     IMPORTANT INFORMATION     *Page 1 of 14*

207S0008352487OS0010

# J.P.Morgan

Statement Period
**July 01 - July 31, 2020**
Last Statement: June 30, 2020

Account Number
■■■■4870

DC 2019 IRREVOCABLE TRUST
U/A DTD 02/01/2019
ALLISON DOMENEGHETTI TTEE
597 HIBISCUS LN
MIAMI FL 33137-3322

**LIVING TRUST**

Account Value With Accruals: **$304,502.82**

## Account Activity Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$5,781,259.40** | **$6,346,030.58** |
| Deposits (Cash & Securities) | 0.00 | 0.00 |
| Withdrawals (Cash & Securities) | (5,477,000.00) | (6,067,000.00) |
| **Net Deposits / Withdrawals** | **($5,477,000.00)** | **($6,067,000.00)** |
| Income | 243.42 | 25,472.24 |
| Fees [1] | 0.00 | 0.00 |
| Change In Investment Value | 0.00 | 0.00 |
| **ENDING ACCOUNT VALUE** | **$304,502.82** | **$304,502.82** |
| Net Accrued Income | 0.00 | 0.00 |
| **Account Value With Accruals** | **$304,502.82** | **$304,502.82** |

[1] Account fees, management fees, and debit interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.

Month End Closing Method: First In, First Out (FIFO)

Your Broker/Dealer is  J.P. MORGAN SECURITIES LLC, 4 Chase Metrotech Center, Brooklyn, New York 11245-0001

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED  · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

Investment products and services are offered through **J.P. Morgan Securities LLC** (JPMS), a registered broker-dealer and investment advisor, member of FINRA and SIPC. Annuities are made available through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMS, CIA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states. For information about your account, please refer to your official JPMS account statement **which should not be used for tax reporting purposes**. Please read the important disclosures at the end of the statement. For questions, please call (888) 994 5626.

STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION

*Page 3 of 14*

# J.P.Morgan

LIVING TRUST (Acct # ▮4870)

DC 2019 IRREVOCABLE TRUST
U/A DTD 02/01/2019

Statement Period: July 01 - July 31, 2020

## DEPOSITS AND WITHDRAWALS

### Cash

| Date | Date Cleared | Transaction | Description | Withdrawal Value | Deposit Value |
|---|---|---|---|---|---|
| 02 Jul 2020 | | ACH DEBIT | **BANKLINK**<br>ACH PUSH 7726884 | (5,473,000.00) | |
| 07 Jul 2020 | | ACH DEBIT | **BANKLINK**<br>ACH PUSH 7779921 | (4,000.00) | |
| **TOTAL CASH DEPOSITS AND WITHDRAWALS** | | | | **($5,477,000.00)** | |

See additional footnotes on the last page of this account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |