CFN: 20210343352 BOOK 32508 PAGE 2284
DATE:05/14/2021  03:02:39 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA

vs.

FRANCISCO CONVIT GURUCEAGA, et al.,

Defendants.
_____/

**RELEASE OF LIS PENDENS**

GRANTEE: BRITESTAR WORLDWIDE LIMITED, CORP. a Florida Limited Liability Company.

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN that a Notice of *Lis Pendens* recorded in Miami-Dade County Recorder's Office on September 25, 2020, in Official Record Book 32115, Page 1960 of the Public Records of Miami-Dade County, Florida, giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged**. The property affected by this release is located at **655 Casuarina Concourse, Coral Gables, Florida 33143**, more particularly described as:

> Lot 20, Block 1, COCOPLUM SECTION ONE, according to the map or plat thereof, as recorded in Plat Book 99, Page(s) 39, of the Public Records of Miami-Dade County, Florida.
>
> AKA: 655 Casuarina Concourse, Coral Gables, FL 33143.

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:  /s/ Nalina Sombuntham  5/6/2021
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile:  (305) 536-7599
nalina.sombuntham2@usdoj.gov