# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20685-Cr-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant.
_____/

IN RE:

OLYMPIA DE CASTRO,

    Third-Party Petitioner
_____/

## ORDER ON JOINT MOTION FOR A SCHEDULING ORDER

This matter is before the Court on the United States of America's and Olympia De Castro's joint motion for a Scheduling Order on the disposition of $900,000 in proceeds from the sale of real property. [D.E. 387]. Having carefully considered the motion, the agreement reached between the parties, and the relevant authorities, the parties shall comply with the following deadlines and procedures pursuant to Local Rule 16.1(b)(3):[1]

(A) Because this is a criminal forfeiture ancillary proceeding, it is not assigned to a particular track under L.R. 16.1(a)(2);

---

[1] On December 23, 2020, the Court referred all forfeiture related motions to the undersigned Magistrate Judge for disposition. [D.E. 268].

1

(B) Discovery closes on June 4, 2021;

(C) The parties do not require the Court to decide any issues regarding the preservation, disclosure, and discovery of documents, or electronically stored information;

(D) The parties have not reached any agreements on claims of privilege, and will bring the forthcoming privilege dispute before the Court when ripe and according to the Local Rules and the Court's Order Setting Discovery Procedures;

(E) No additional parties are to be joined, and no amendments to the pleadings are permitted;

(F) The parties do not anticipate filing pretrial motions;

(G) Because the parties do not anticipate filing pretrial motions, there is no deadline for resolution of pretrial motions by the Court;

(H) The parties are not using the Manual on Complex Litigation and there is no need for any rule variations;

(I) No pretrial conference is to be held; and

(J) A final forfeiture hearing on the $900,000 in proceeds shall be held on June 14, 2021.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of May, 2021.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge