UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI
_____/

**MOTION TO REVISE RECOMMENDATION FOR BOP DESIGNATION**

On April 30, 2021, the Court sentenced Defendant Gustavo Adolfo Hernandez Frieri. At counsel's request, the Judgment reflects a recommendation to the Bureau of Prisons that Mr. Hernandez "be designated to a facility in or as close to South Florida as possible." (ECF#392:2). Upon reconsideration, undersigned respectfully requests that the Court revise its recommendation to the BOP to designate Mr. Hernandez to serve his sentence at FPC Montgomery at the Maxwell Airforce Base in Montgomery, Alabama.

Undersigned communicated with government counsel and submitted the attached proposed order for their consideration. When the government asked "*can you tell us the rationale for the change in the designation?*" Mr. Pasano responded, "*As to seeking a designation to Maxwell, our client has been advised that facility has programs better suited for him.*" The government has also been informed that

Mr. Hernandez's former wife and their three children are moving to New York, so a designation to a facility in South Florida is not necessary to facilitate family visits.

The government objects to this motion as follows: "The United States opposes this motion, if the motion is asking for the Court to amend the Judgment and Conviction [sic] as it is the United States' position that there is no legal mechanism to legally do so. As for the recommendation itself, the United States opposes the recommendation based on insufficient information/evidence provided as the basis of the request."

First, Mr. Hernandez is not requesting that the Court amend the Judgment. Instead, Mr. Hernandez is submitting the attached proposed order, which undersigned will submit to the BOP and request that the BOP consider it in making a facility designation for Mr. Hernandez.

Second, whether Mr. Hernandez serves his sentence in a BOP facility in South Florida or in Alabama should be of no moment to the prosecutors. In any event, Montgomery FPC is a larger camp, with far more programming opportunities, including UNICOR, to keep Mr. Hernandez better productively occupied while he serves a long sentence. The Bureau of Prisons states that "UNICOR is a life-changing correctional program that has a profound impact on everyone in the community." www.bop.gov/inmates/custody_and_care/unicor_about.jsp.

Mr. Hernandez respectfully requests that the Court revise its recommendation to the BOP consistent with the proposed order that follows on the next page, or with any order the Court deems appropriate.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
(305) 371-6421
HSrebnick@RoyBlack.com

By:   /s/ *Howard Srebnick*
HOWARD SREBNICK
Florida Bar No. 919063

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI
_____/

### ORDER REVISING RECOMMENDATION FOR BOP DESIGNATION

**THIS CAUSE** came before the Court on the Defendant's motion to revise the Court's recommendation to the Bureau of Prisons, included in the Judgement (ECF#392:2), that the Defendant be designated to a facility as close to South Florida as possible. The Defendant seeks a revised recommendation that he be designated to serve his sentence at FPC Montgomery at the Maxwell Airforce Base in Montgomery, Alabama.

The Court having reviewed the pertinent information and being duly advised, it is hereby, **ORDERED AND ADJUDGED** that the motion is ***GRANTED***. The Court hereby makes a revised recommendation to the Bureau of Prisons that Mr.

Hernandez Frieri be designated to serve his sentence at FPC Montgomery at the Maxwell Airforce Base in Montgomery, Alabama.

    DONE AND ORDERED in Chambers at Miami, Florida this \_\_\_ day of May 2021.

_____
KATHLEEN M. WILLIAMS
United States District Judge