UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI
_____/

## NOTICE OF STRIKING ECF#411

As directed by the Clerk's Notice to Filer (ECF#412), notice is hereby given of striking ECF#411, *Defendant's Motion to Revise Recommendation for BOP Designation*, because the motion was signed by undersigned counsel but filed by undersigned's law partner Jackie Perczek. The motion will be re-filed as instructed by the clerk.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
(305) 371-6421
HSrebnick@RoyBlack.com

By:   /s/ *Howard Srebnick*
HOWARD SREBNICK
Florida Bar No. 919063