UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    **Defendant.**
_____/

IN RE:

OLYMPIA DE CASTRO,

    **Third-Party Petitioner.**
_____/

**UNITED STATES' FIRST SET OF INTERROGATORIES TO
PETITIONER OLYMPIA DE CASTRO**

Pursuant to 21 U.S.C. § 853, Rule 32.2 of the Federal Rules of Criminal Procedure, Rule 33 of the Federal Rules of Civil Procedure, and Local Rule 26.1(g), the United States of America (the "United States") requests that, within the earlier of 30 days of service or within 10 days of any scheduled trial in the above-captioned matter, Olympia De Castro ("Petitioner" or "you") answer the following interrogatories separately and fully, in writing and under oath and deliver to the undersigned Assistant United States Attorneys, at the U.S. Attorney's Office, 99 N.E. 4th Street, 7th Floor, Miami, Florida or via e-mail.  Pursuant to Rule 33 of the Federal Rules of Civil Procedure, you (and not your attorney) must sign the answers.  Personally sign the attached declaration and forward along with your answers.

***Definitions***

    1.    "United States" refers to the United States of America.

2. "Petitioner," "you," or "your" refers to Olympia De Castro and all persons acting or purporting to act on her behalf.

3. "Subject Forfeited Assets" refers to the following property that you have claimed in the above-captioned matter: approximately $900,000 (plus interest) from the forthcoming sale of real property located at 801 E. Dania Beach Blvd.

4. "Case," "action," or "matter" refers to the ancillary forfeiture proceedings in the above-captioned case, *United States v. Gustavo Adolfo Hernandez Frieri*, Case No. 18-CR-20685-Williams/Torres, pending in the U.S. District Court in the Southern District of Florida.

5. "Claim" or "Petition" refers to your *Notice of Claim and Verified Petition and Request for Hearing to Adjudicate the Validity of Her Interest of Approximately $900,000 (Plus Interest) From the Forthcoming Sale of Real Property Located at 801 E. Dania Beach Blvd., Dania Beach, FL*, filed on or about February 10, 2021, in this action (ECF No. 296).

6. "Person" includes any natural person, individual, proprietorship, association, limited liability company, joint venture, firm, partnership, corporation, estate, trust, receiver, syndicate, municipal corporation, party and/or any other form of business enterprise or legal entity, governmental body, or group of natural persons, including any employee or agent thereof.

7. "Document" means any medium upon which information or intelligence can be recorded or retrieved, including, without limitation, any written or graphic matter or other means of preserving thought or expression, and all tangible things from which information can be processed or transcribed, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copy or otherwise, including, but not limited to, correspondence, memoranda, notes, messages, letters, telegrams, teletypes, telefaxes, electronic mail entries, bulletins, meetings or other communications, inter-office or intra-office

telephone calls, daily calendar entries, diaries, chronological data, minutes, books, reports, studies, summaries, pamphlets, bulletins, printed matter, charts, ledgers, invoices, worksheets, receipts, returns, computer printouts, prospectuses, financial statements, schedules, affidavits, contracts, canceled checks, statements, transcripts, statistics, surveys, magazine or newspaper articles, releases (any and all drafts, alterations and modifications, changes and amendments of any of the foregoing), graphic or oral records or representations of any kind, including, without limitation, microfilm, photographs, charts, microfiche, videotape, recordings, motion pictures, mini-discs, floppy discs, CD-ROM discs, or mechanical or electronic recordings or representations of any kind (including without limitation, tapes, cassettes, discs, and records).  A draft or non-identical copy is a separate "document" within the meaning of this term.

8. Documents "relate" or are "relating" if it constitutes, contains, comprises, consists of, embodies, identifies, states, refers to, deals with, sets forth, proposes, shows, evidences, discloses, describes, discusses, explains, summarizes, concerns, or otherwise addresses in any way the subject matter of the request.

9. As used herein, the singular shall include the plural, the plural shall include the singular, and the masculine, feminine, and neuter shall include each of the other genders.

10. The words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of these requests any documents which might otherwise be construed to be outside their scope.

## *Instructions*

1. Please provide answers in accordance with Rule 33 of the Federal Rules of Civil Procedure and Local Rule 26.1(g).

2. Spaces have been provided for your answers after each interrogatory. Should additional space be required, your answers may be continued on attached separate sheet(s) of paper.

3. In each of your answers, you are requested to provide not only information in your custody and control, but also information that is reasonably available to you. In the event that you are only able to provide a partial answer to a particular interrogatory, please provide such answer and state the reason for your inability to provide additional information.

4. Specify those facts supplied by information and belief, rather than actual knowledge, and specifically describe or disclose the sources of such information and belief.

5. If you object to an interrogatory, or any portion thereof, state the reason for such objection. Please answer any portion of the interrogatory to which you do not object.

6. Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, these interrogatories are continuing in nature and you must supplement or correct a disclosure or response in a timely manner if you learn in some material respect that your disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the United States during the discovery process or in writing.

**INTERROGATORY NO. 1:**

Describe in detail the circumstances in which you acquired your ownership interest in the Subject Forfeited Assets, including but not limited to: (a) the date, time, and place in which you acquired the property, including details on the transfer of funds in exchange for the property; (b) the reason you acquired the property; (c) the manner in which the property was delivered to your custody and control; (d) the identity and description of the person(s) from whom you acquired the property; (e) any research conducted to determine appropriate price for such property; (f) any documents created regarding each transaction; and (g) the identity of the person(s) who were present when you obtained ownership of the property, including the person(s) who conducted the transaction, manager, or other customers. For each person identified in the answer to this interrogatory, provide the person's name, address, and telephone number.

**INTERROGATORY NO. 2:**

Describe in detail Gustavo Adolfo Hernandez Frieri's involvement with your Petition, Claim, the Subject Forfeited Assets, or the state litigation that resulted in the Subject Forfeited Assets.

**INTERROGATORY NO. 3:**

Describe in detail your asserted joint defense agreement with Gustavo Adolfo Hernandez Frieri, including but not limited to identifying the date the purported agreement began, the purpose of the purported joint defense, and your purported cooperative and common enterprise towards an identical legal strategy.

**INTERROGATORY NO. 4:**

Describe in detail all ways in which you claim to have exercised dominion or control over Italian Wine Merchants.

            Respectfully submitted,

            JUAN ANTONIO GONZALEZ
            ACTING UNITED STATES ATTORNEY

By:   /s/_____
    Joshua Paster
    Nalina Sombuntham
    Assistant United States Attorney
    Court ID No. A5502616
    99 N.E. 4th Street, 7th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9342
    Facsimile: (305) 536-4089
    joshua.paster@usdoj.gov
    nalina.sombuntham2@usdoj.gov
    *Counsel for United States of America*

Dated: April 13, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    **Defendant.**

_____/

IN RE:

OLYMPIA DE CASTRO,

    **Third-Party Petitioner.**

_____/

**DECLARATION**

    I, _____, do hereby declare, certify and verify, under penalty of perjury as provided by federal law, that I have read the foregoing Answers to the First Set of Interrogatories and that every answer is true and correct.

Executed on: _____      _____
                                                                                     PETITIONER/CLAIMANT