IN THE CIRCUIT COURT OF THE _ELEVENTH_ JUDICIAL CIRCUIT,
IN AND FOR _MIAMI-DADE_ COUNTY, FLORIDA

Case No.: 2019-011955-FC-33

Division: _FAMILY_

OLYMPIA ALENCAR DE CASTRO,

Petitioner,

and

GUSTAVO ADOLFO HERNANDEZ FRIERI,

Respondent.

## FAMILY LAW FINANCIAL AFFIDAVIT (LONG FORM)

($50,000 or more Individual Gross Annual Income)

I, *{full legal name}* Olympia Alencar De Castro , being sworn, certify
that the following information is true:

| SECTION I.  INCOME |
|---|

1.  My age is: █████

2.  My occupation is: _____████████

3.  I am currently

    *[Check all that apply]*
    a. ████ Unemployed

    Describe your efforts to find employment, how soon you expect to be employed, and the pay
    you expect to receive: ████

    b. ████████████████████

    Address: _____

    City, State, Zip code: _____  Telephone Number: _____

    Pay rate: $ _____ (  ) every week (  ) every other week (  ) twice a month

    (  ) monthly (  ) other: _____

    If you are expecting to become unemployed or change jobs soon, describe the change you
    expect and why and how it will affect your income: _____

    _____

    _____.

    _____ Check here if you currently have more than one job.  List the information above for the
    second job(s) on a separate sheet and attach it to this affidavit.

ODC_0921

c. _____ Retired. Date of retirement: _____

Employer from whom retired: _____

Address: _____

City, State, Zip code: _____ Telephone Number: _____

**LAST YEAR'S GROSS INCOME:**          Your Income          Other Party's Income *(if known)*

YEAR ▭          $ ▭          $ _____

## PRESENT MONTHLY GROSS INCOME:

All amounts must be MONTHLY. See the instructions with this form to figure out money amounts for anything that is NOT paid monthly. Attach more paper, if needed. Items included under "other" should be listed separately with separate dollar amounts.

1. $_____ Monthly gross salary or wages
2. _____ Monthly bonuses, commissions, allowances, overtime, tips, and similar payments
3. _____ Monthly business income from sources such as self-employment, partnerships, close corporations, and/or independent contracts (Gross receipts minus ordinary and necessary expenses required to produce income.)(Attach sheet itemizing such income and expenses.)
4. _____ Monthly disability benefits/SSI
5. _____ Monthly Workers' Compensation
6. _____ Monthly Unemployment Compensation
7. _____ Monthly pension, retirement, or annuity payments
8. _____ Monthly Social Security benefits
9. _____ Monthly alimony actually received (Add 9a and 9b)
   9a. From this case: $_____
   9b. From other case(s): _____
10. ▭ Monthly interest and dividends
11. _____ Monthly rental income (gross receipts minus ordinary and necessary expenses required to produce income) (Attach sheet itemizing such income and expense items.)
12. _____ Monthly income from royalties, trusts, or estates
13. _____ Monthly reimbursed expenses and in-kind payments to the extent that they reduce personal living expenses (Attach sheet itemizing each item and amount.)
14. _____ Monthly gains derived from dealing in property (not including nonrecurring gains)
   Any other income of a recurring nature (identify source)
15. ▭_____
16. _____
17. $▭_____ **TOTAL PRESENT MONTHLY GROSS INCOME (Add lines 1 through 16).**

## PRESENT MONTHLY DEDUCTIONS:

All amounts must be MONTHLY. See the instructions with this form to figure out money amounts for anything that is NOT paid monthly.

18. $▭ Monthly federal, state, and local income tax (corrected for filing status and allowable dependents and income tax liabilities)
   a. Filing Status ▭
   b. Number of dependents claimed _____▭
19. ▭_ Monthly FICA or self-employment taxes
20. _____ Monthly Medicare payments

21. _____ Monthly mandatory union dues
22. _____ Monthly mandatory retirement payments
23. _____ Monthly health insurance payments (including dental insurance), excluding portion paid for any minor children of this relationship
24. _____ Monthly court-ordered child support actually paid for children from another relationship
25. _____ Monthly court-ordered alimony actually paid (Add 25a and 25b)
      25a. from this case: $ _____
      25b. from other case(s): _____

26. $_____ **TOTAL DEDUCTIONS ALLOWABLE UNDER SECTION 61.30, FLORIDA STATUTES**
      (Add lines 18 through 25).

27. $_____ **PRESENT NET MONTHLY INCOME**
      (Subtract line 26 from line 17).

## SECTION II. AVERAGE MONTHLY EXPENSES

**Proposed/Estimated Expenses.** If this is a dissolution of marriage case **and** your expenses as listed below do not reflect what you actually pay currently, you should write "estimate" next to each amount that is estimated.

**HOUSEHOLD:**
1. $_____ Monthly mortgage or rent payments
2. _____ Monthly property taxes (if not included in mortgage)
3. _____ Monthly insurance on residence (if not included in mortgage)
4. _____ Monthly condominium maintenance fees and homeowner's association fees
5. _____ Monthly electricity
6. _____ Monthly water, garbage, and sewer
7. _____ Monthly telephone
8. _____ Monthly fuel oil or natural gas
9. _____ Monthly repairs and maintenance
10. _____ Monthly lawn care
11. _____ Monthly pool maintenance
12. _____ Monthly pest control
13. _____ Monthly misc. household
14. _____ Monthly food and home supplies
15. _____ Monthly meals outside home
16. _____ Monthly cable t.v.
17. _____ Monthly alarm service contract
18. _____ Monthly service contracts on appliances
19. _____ Monthly maid service
Other:
20. _____
21. _____
22. _____
23. _____
24. _____
25. $_____ **SUBTOTAL** (add lines 1 through 24).

**AUTOMOBILE:**

26. $_____ Monthly gasoline and oil
27. _____ Monthly repairs
28. _____ Monthly auto tags and emission testing
29. _____ Monthly insurance
30. _____ Monthly payments (lease or financing)
31. _____ Monthly rental/replacements
32. _____ Monthly alternative transportation (bus, rail, car pool, etc.)
33. _____ Monthly tolls and parking
34. _____ Other: _____
35. $_____ **SUBTOTAL** (add lines 26 through 34)

**MONTHLY EXPENSES FOR CHILDREN COMMON TO BOTH PARTIES:**

36. $_____ Monthly nursery, babysitting, or day care
37. _____ Monthly school tuition
38. _____ Monthly school supplies, books, and fees
39. _____ Monthly after school activities
40. _____ Monthly lunch money
41. _____ Monthly private lessons or tutoring
42. _____ Monthly allowances
43. _____ Monthly clothing and uniforms
44. _____ Monthly entertainment (movies, parties, etc.)
45. _____ Monthly health insurance
46. _____ Monthly medical, dental, prescriptions (nonreimbursed only)
47. _____ Monthly psychiatric/psychological/counselor
48. _____ Monthly orthodontic
49. _____ Monthly vitamins
50. _____ Monthly beauty parlor/barber shop
51. _____ Monthly nonprescription medication
52. _____ Monthly cosmetics, toiletries, and sundries
53. _____ Monthly gifts from child(ren) to others (other children, relatives, teachers, etc.)
54. _____ Monthly camp or summer activities
55. _____ Monthly clubs (Boy/Girl Scouts, etc.)
56. _____ Monthly time-sharing expenses
57. _____ Monthly miscellaneous
58. $_____ **SUBTOTAL** (add lines 36 through 57)

**MONTHLY EXPENSES FOR CHILD(REN) FROM ANOTHER RELATIONSHIP**
(other than court-ordered child support)

59. $_____
60. _____
61. _____
62. _____
63. $_____ **SUBTOTAL** (add lines 59 through 62)

Florida Family Law Rules of Procedure Form 12.902(c), Family Law Financial Affidavit (Long Form) (01/15)

**MONTHLY INSURANCE:**

64. $ _____ Health insurance (if not listed on lines 23 or 45)

65. _____ Life insurance

66. _____ Dental insurance.

Other:

67. _____

68. _____

69.. $ _____ **SUBTOTAL** (add lines 66 through 68, exclude lines 64 and 65)

**OTHER MONTHLY EXPENSES NOT LISTED ABOVE:**

70. $ _____ Monthly dry cleaning and laundry

71. _____ Monthly clothing

72. _____ Monthly medical, dental, and prescription (unreimbursed only)

73. _____ Monthly psychiatric, psychological, or counselor (unreimbursed only)

74. _____ Monthly non-prescription medications, cosmetics, toiletries, and sundries

75. _____ Monthly grooming

76. _____ Monthly gifts

77. _____ Monthly pet expenses

78. _____ Monthly club dues and membership

79. _____ Monthly sports and hobbies

80. _____ Monthly entertainment

81. _____ Monthly periodicals/books/tapes/CDs

82. _____ Monthly vacations

83. _____ Monthly religious organizations

84. _____ Monthly bank charges/credit card fees

85. _____ Monthly education expenses

86. _____ Other: (include any usual and customary expenses not otherwise mentioned in the items
listed above)_____

87. _____

88. _____

89. _____

90. $ _____ **SUBTOTAL** (add lines 70 through 89)

**MONTHLY PAYMENTS TO CREDITORS:** (only when payments are currently made by you on outstanding
balances). List only last 4 digits of account numbers.
MONTHLY PAYMENT AND NAME OF CREDITOR(s):

91. $_____

92. _____

93. _____

94. _____

95. _____

96. _____

97. _____

98. _____

99. _____

100. _____

101. _____

102. _____

103. _____

104. $_____ **SUBTOTAL** (add lines 91 through 103)

105. $⬛⬛⬛ **TOTAL MONTHLY EXPENSES:**
    (add lines 25, 35, 58, 63, 69, 90, and 104 of Section II, Expenses)

**SUMMARY**

106. $⬛⬛ **TOTAL PRESENT MONTHLY NET INCOME** (from line 27 of SECTION I. INCOME)

107. $⬛⬛ **TOTAL MONTHLY EXPENSES** (from line 105 above)

108. $_____ **SURPLUS** (If line 106 is more than line 107, subtract line 107 from line 106. This is the amount of your surplus. Enter that amount here.)

109. ($⬛⬛ )**(DEFICIT)** (If line 107 is more than line 106, subtract line 106 from line 107. This is the amount of your deficit. Enter that amount here.)

## SECTION III. ASSETS AND LIABILITIES

A. **ASSETS (This is where you list what you OWN.)**

**INSTRUCTIONS:**

**STEP 1: In column A,** list a description of each separate item owned by you (and/or your spouse, if this is a petition for dissolution of marriage). Blank spaces are provided if you need to list more than one of an item.

**STEP 2:** If this is a petition for dissolution of marriage, check the line **in Column A** next to any item that you are requesting the judge award to you.

**STEP 3: In column B,** write what you believe to be the current fair market value of all items listed.

**STEP 4: Use column C only if this is a petition for dissolution of marriage and you believe an item is "nonmarital," meaning it belongs to only one of you and should not be divided.** You should indicate to whom you believe the item belongs. (Typically, you will only use Column C if property was owned by one spouse before the marriage. See the **"General Information for Self-Represented Litigants"** found at the beginning of these forms and section 61.075(1), Florida Statutes, for definitions of "marital" and "nonmarital" assets and liabilities.)

| A<br>**ASSETS: DESCRIPTION OF ITEM(S)**<br>LIST ONLY LAST FOUR DIGITS OF ACCOUNT NUMBERS.<br>Check the line next to any asset(s) which you are requesting the judge award to you. | | B<br>**Current Fair Market Value** | C<br>**Nonmarital**<br>(Check correct column) | |
|---|---|---|---|---|
| | | | husband | wife |
| | Cash (on hand) | $ | | |
| | Cash (in banks or credit unions) | ⬛ | | ⬛ |
| | | | | |
| | Stocks/Bonds | ⬛ | | ⬛ |
| | | | | |

| | | | |
|---|---|---|---|
| Notes (money owed to you in writing) | | | |
| | | | |
| | | | |
| Money owed to you (not evidenced by a note) | | | |
| | | | |
| | | | |
| Real estate: (Home) | | | |
| (Other) | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Business interests | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Automobiles | | | |
| | | | |
| | | | |
| | | | |
| Boats | | | |
| | | | |
| | | | |
| Other vehicles | | | |
| | | | |
| | | | |
| Retirement plans (Profit Sharing, Pension, IRA, 401(k)s, etc.) | | | |
| | | | |
| | | | |
| | | | |
| Furniture & furnishings in home | | | |
| | | | |
| Furniture & furnishings elsewhere | | | |
| | | | |
| Collectibles | | | |

ODC_0927

| | | | |
|---|---|---|---|
| Jewelry | | | |
| | | | |
| Life insurance (cash surrender value) | | | |
| | | | |
| | | | |
| Sporting and entertainment (T.V., stereo, etc.) equipment | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other assets: | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Assets** (add column B) | $ | | |

## B. LIABILITIES/DEBTS (This is where you list what you OWE.)

### INSTRUCTIONS:

**STEP 1:** **In column A**, list a description of each separate debt owed by you (and/or your spouse, if this is a petition for dissolution of marriage). Blank spaces are provided if you need to list more than one of an item.

**STEP 2:** If this is a petition for dissolution of marriage, check the line **in Column A** next to any debt(s) for which you believe you should be responsible.

**STEP 3:** **In column B,** write what you believe to be the current amount owed for all items listed.

**STEP 4:** **Use column C only if this is a petition for dissolution of marriage and you believe an item is "nonmarital,"** meaning the debt belongs to only one of you and should not be divided. You should indicate to whom you believe the debt belongs. (Typically, you will only use Column C if the debt was owed by one spouse before the marriage. See the **"General Information for Self-Represented Litigants"** found at the beginning of these forms and section 61.075(1), Florida Statutes, for definitions of "marital" and "nonmarital" assets and liabilities.)

| A<br>LIABILITIES: DESCRIPTION OF ITEM(S)<br><br>LIST ONLY LAST FOUR DIGITS OF ACCOUNT NUMBERS.<br>Check the line next to any debt(s) for which you believe you should be responsible. | B<br>Current<br>Amount<br>Owed | C<br>Nonmarital<br>(Check correct<br>column) | |
|---|---|---|---|
| | | husband | wife |
| Mortgages on real estate: First mortgage on home | $ | | |
| Second mortgage on home | | | |
| Other mortgages | | | |
| | | | |
| Charge/credit card accounts | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Auto loan | | | |
| Auto loan | | | |
| Bank/Credit Union loans | | | |
| | | | |
| | | | |
| | | | |
| Money you owe (not evidenced by a note) | | | |
| | | | |
| Judgments | | | |
| | | | |
| Other: | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Debts (add column B) | $ | | |

Florida Family Law Rules of Procedure Form 12.902(c), Family Law Financial Affidavit (Long Form) (01/15)      ODC_0929

establish or modify child support. This requirement cannot be waived by the parties.

[Check **one** only]

\_\_\_\_**A Child Support Guidelines Worksheet IS or WILL BE filed in this case.** This case involves the establishment or modification of child support.

\_\_\_\_**A Child Support Guidelines Worksheet IS NOT being filed in this case.** The establishment or modification of child support is not an issue in this case.

**I certify that a copy of this financial affidavit was [check all used]: ( ) e-mailed ( ) mailed, ( ) faxed ( ) hand delivered to the person(s) listed below on {date} _____.**

**Other party or his/her attorney:**
Name:
Address: _____
City, State, Zip: _____
Fax Number: _____
E-mail Address(es):

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Dated: December 21, 2019

_____
Signature of Party
Printed Name: Olympia De Castro
Address:
City, State, Zip: Miami, FL 33137
Fax Number:
E-mail Address(es):

**STATE OF FLORIDA**
**COUNTY OF** Miami Dade

Sworn to or affirmed and signed before me on December 21, 2019 by Olympia De Castro.

_____

NOTARY PUBLIC or DEPUTY CLERK
John Tsialas

*[Print, type, or stamp commissioned name of notary or deputy clerk]*

_____ Personally known
✗ Produced identification
Type of identification produced

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the: *{choose only one}* ( ) Petitioner ( ) Respondent
This form was completed with the assistance of:
*{name of individual}* _____,
*{name of business}* _____,
*{address}* _____,
*{city}* _____,*{state}* _____, *{telephone number}* _____.

ODC_0931