| | | | | | | |
|---|---|---|---|---|---|---|
| *United States of America v. Gustavo Adolfo Hernandez Frieri;* Case No. 18-20685 ||||||||
| Doc. No. | Date | Document Type | Author(s) | Recipient(s) | Privilege Claim | Summary |
| ODC_0959-960 | 2/8/2021 | Email | Gustavo Hernandez | Michael Pasano, Esq.; Howard Srebnick, Esq.; Jackie Perczek, Esq.; Morgot Moss, Esq.; Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_0961-965 | 2/18/2021 | Email with attachments | Gustavo Hernandez | Michael Pasano, Esq.; Howard Srebnick, Esq.; Jackie Perczek, Esq.; Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_0966-972 | 1/18/2021 | Email with attachments | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq.; Morgot Moss, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_0973-978 | 2/2/2021 | Email string with attachments | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_0979-984 | 2/2/2021 | Email with attachments | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_985 | 3/23/2021 | Email | Gustavo Hernandez | Michael Pasano, Esq.; Howard Srebnick, Esq.; Jackie Perczek, Esq.; Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_986-999 | 1/27/2021 | Email with attachments | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1000-1003 | 1/6/2021 | Email | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1004 | 2/17/2021 | Email | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |

| ODC_1005 | 3/8/2021 | Email | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| --- | --- | --- | --- | --- | --- | --- |
| ODC_1006-1010 | 12/23/2020 | Email string | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq.; Michael Shepherd, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1011-1013 | 1/27/2021 | Email | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1014-1017 | 12/27/2020 | Email with attachments | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq.; Michael Shepherd, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1018-1021 | 12/27/2020 | Email with attachments | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq.; Michael Shepherd, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1022-1036 | 12/27/2020 | Email with attachments | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq.; Michael Shepherd, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1037-1042 | 1/27/2021 | Email with attachments | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1043-1047 | 1/27/2021 | Email with attachments | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1048-1049 | 2/8/2021 | Email | Gustavo Hernandez | Michael Pasano, Esq.; Howard Srebnick, Esq.; Jackie Perczek, Esq.; Guy Rasco, Esq.; Margot Moss, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |

| Bates | Date | Type | Author | Recipients | Privilege | Description |
|---|---|---|---|---|---|---|
| ODC_1050-1061 | 2/7/2021 | Email with attachment | Gustavo Hernandez | Michael Pasano, Esq.; Howard Srebnick, Esq.; Jackie Perczek, Esq.; Guy Rasco, Esq.; Margot Moss, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1062-1069 | 2/7/2021 | Email string | Gustavo Hernandez | Michael Pasano, Esq.; Margot Moss, Esq.; Guy Rasco, Esq.; Ben Curtis, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1070-1074 | 1/7/2021 | Email string | Gustavo Hernandez | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1075-1078 | 1/5/2021 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq.; Michael Sheperd, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1079-1080 | 2/17/2021 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1081-1083 | 2/17/2021 | Email string | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1084-1087 | 2/18/2021 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq.; Howard Srebnick, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1088-1090 | 1/27/2021 | Email string | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1091-1093 | 1/27/2021 | Email string | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq.; Margot Moss, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1094-1105 | 1/27/2021 | Email string with attachm | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq.; Margot Moss, Esq.; Ben Curtis, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |

| ODC_1106-1108 | 1/27/2021 | Email string | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq.; Margot Moss, Esq.; Ben Curtis, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
|---|---|---|---|---|---|---|
| ODC_1109-1112 | 1/27/2021 | Email string | Gustavo Hernandez | Margot Moss, Esq.; Michael Pasano, Esq.; Guy Rasco, Esq.; Ben Curtis, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1113-1114 | 3/8/2021 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1115-1119 | 12/24/2020 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1123-1125 | 12/23/2020 | Email string | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1129-1131 | 12/23/2020 | Email string | Gustavo Hernandez | Michael Pasano, Esq.; Michael Sheperd, Esq.; Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1134-1139 | 12/23/2020 | Email string | Gustavo Hernandez | Michael Pasano, Esq.; Michael Shepherd, Esq.; Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1140-1143 | 12/23/2020 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1144-1146 | 12/21/2020 | Email string | Gustavo Hernandez | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1147-1148 | 12/20/2020 | Email string | Gustavo Hernandez | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |

| | | | | | | |
|---|---|---|---|---|---|---|
| ODC_1149 -1150 | 12/18/2020 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1151-1152 | 12/18/2020 | Email | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1153-1157 | 12/30/2020 | Email string | Gustavo Hernandez | Michael Pasano,Esq.; Guy Rasco, Esq.; Michael Shepherd, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1158 | 2/13/2021 | Email string | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq.; Margot Moss, Esq.; Jackie Perczek, Esq.; Howard Srebnick, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1159 | 2/13/2021 | Email | Gustavo Hernandez | Michael Pasano, Esq.; Guy Rasco, Esq.; Margot Moss, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1160-1163 | 1/4/2021 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1164 | 2/18/2021 | Email | Michael Pasano, Esq. | Howard Srebnick, Esq.; Guy Rasco, Esq.; Gustavo Hernandez | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1165-1167 | 4/19/2021 | Email with attachment | Michael Pasano, Esq. | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1168-1170 | 1/26/2021 | Email with attachment | Michael Pasano, Esq. | Guy Rasco, Esq.; Margot Moss, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |

| | | | | | | |
|---|---|---|---|---|---|---|
| ODC_1171-1175 | 5/5/2021 | Email | Michael Pasano, Esq. | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1176-1225 | 5/6/2021 | Email with attachment | Michael Pasano, Esq. | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1226-1228 | 5/6/2021 | Email | Michael Pasano, Esq. | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1229-1260 | 5/4/2021 | Email with attachments | Michael Pasano, Esq. | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1261-1274 | 5/5/2021 | Email with attachments | Michael Pasano, Esq. | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1275-1289 | 5/5/2021 | Email with attachments | Michael Pasano, Esq. | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1290-1295 | 5/5/2021 | Email with attachment | Michael Pasano, Esq. | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1296-1300 | 5/6/2021 | Email with attachment | Michael Pasano, Esq. | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1301-1302 | 5/6/2021 | Email | Michael Pasano, Esq. | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |

| | | | | | | |
|---|---|---|---|---|---|---|
| ODC_1303-1309 | 2/7/2021 | Email string | Michael Pasano, Esq. | Guy Rasco, Esq.; Gustavo Hernandez; Ben Curtis, Esq.; Margot Moss, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1310-1312 | 2/17/2021 | Email string | Michael Pasano, Esq. | Guy Rasco, Esq.; Gustavo Hernandez | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1313-1314 | 2/18/2021 | Email string | Michael Pasano, Esq. | Guy Rasco, Esq.; Gustavo Hernandez; Howard Srebinck, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1315-1318 | 2/18/2021 | Email string | Guy Rasco, Esq. | Gustavo Hernandez; Michael Pasano, Esq.; Howard Srebnick, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1319-1321 | 1/27/2021 | Email string | Michael Pasano, Esq. | Guy Rasco, Esq.; Gustavo Hernandez | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1322-1324 | 1/27/2021 | Email string | Michael Pasano, Esq. | Gustavo Hernandez; Guy Rasco, Esq.; Ben Curtis, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1325-1327 | 1/27/2021 | Email string | Michael Pasano, Esq. | Guy Rasco, Esq.; Gustavo Hernandez; Ben Curtis, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1328-1329 | 1/27/2021 | Email string | Michael Pasano, Esq. | Gustavo Hernandez; Margot Moss, Esq.; Guy Rasco, Esq.; Ben Curtis, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1330-1331 | 2/4/2021 | Email string | Guy Rasco, Esq. | Michael Pasano, Esq.; Howard Srebnick, Esq.; Jackie Perczek, Esq.; Gustavo Hernandez; Margot Moss, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1332-1335 | 12/23/2020 | Email string | Michael Pasano, Esq. | Guy Rasco, Esq.; Gustavo Hernandez | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |

| ODC_1338 | 2/13/2021 | Email string | Michael Pasano, Esq. | Guy Rasco, Esq.; Gustavo Hernandez; Margot Moss, Esq.; Jackie Perczek, Esq.; Howard Srebnick, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| --- | --- | --- | --- | --- | --- | --- |
| ODC_1339-1340 | 2/13/2021 | Email string | Michael Pasano, Esq. | Guy Rasco, Esq.; Gustavo Hernandez; Margot Moss, Esq.; Jackie Perczek, Esq.; Howard Srebnick, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1341-1347 | 12/23/2020 | Email string | Michael Pasano, Esq. | Guy Rasco, Esq.; Gustavo Hernandez | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1348 | 2/13/2021 | Email string | Michael Pasano, Esq. | Guy Rasco, Esq.; Gustavo Hernandez; Margot Moss, Esq.; Jackie Perczek, Esq.; Howard Srebnick, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1349-1350 | 2/13/2021 | Email string | Michael Pasano, Esq. | Guy Rasco, Esq.; Margot Moss, Esq.; Gustavo Hernandez; Jackie Perczek, Esq.; Howard Srebnick, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1351-1353 | 1/5/2021 | Email with attachment | Gustavo Hernandez | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1354-1375 | 12/28/2019 | Email with attachments | Gustavo Hernandez | Guy Rasco, Esq.; Virginia Borges | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1376-1378 | 12/28/2019 | Email | Gustavo Hernandez | Guy Rasco, Esq.; Virginia Borges; Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1379-1382 | 3/9/2021 | Email | Gustavo Hernandez | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1383-1385 | 12/27/2019 | Email | Gustavo Hernandez | Guy Rasco, Esq.; Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |

| ODC_1386-1439 | 12/18/2020 | Email with attachments | Gustavo Hernandez | Guy Rasco, Esq.; Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
|---|---|---|---|---|---|---|
| ODC_1440-1478 | 12/27/2019 | Email with attachments | Gustavo Hernandez | Guy Rasco, Esq.; Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1479 | 12/27/2020 | Email | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq.; Michael Shepherd, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1480-1483 | 12/27/2020 | Email with attachments | Gustavo Hernandez | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1484-1490 | 12/23/2020 | Email with attachments | Gustavo Hernandez | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1491-1523 | 12/27/2020 | Email with atachments | Gustavo Hernandez | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1524-1526 | 12/27/2020 | Emial with attachment | Gustavo Hernandez | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1527-1529 | 12/27/2020 | Email with attachment | Gustavo Hernandez | Guy Rasco, Esq.; Michael Shepherd, Esq.; Michael Pasano, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1530-1533 | 4/14/2020 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Virginia Borges; Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1534-1535 | 12/22/2020 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |

| Bates | Date | Type | From | To | Privilege | Description |
|---|---|---|---|---|---|---|
| ODC_1536-1538 | 1/27/2021 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Michael Pasano, Esq.; Margot Moss, Esq.; Ben Curtis, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1539-1541 | 12/24/2020 | Email string | Gustavo Hernandez | Guy Rasco, Esq. | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1542-1543 | 12/30/2020 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1544 | 12/29/2020 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1545-1547 | 12/30/2020 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1548-1550 | 4/13/2020 | Email string | Gustavo Hernandez | Guy Rasco, Esq.; Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1551 | 12/21/2020 | Email | Gustavo Hernandez | Guy Rasco, Esq.; Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1552-1563 | 12/30/2020 | Email string | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1564-1565 | 9/17/2020 | Email string | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1566-1567 | 3/11/2020 | Email string | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |

| ODC_1568-1569 | 1/2/2020 | Email string | Olympia De Castro | Gustavo Hernandez | Attorney/Client; Work/Product; Joint Defense Privilege; Marital Privilege | Communications regarding joint legal strategy |
| --- | --- | --- | --- | --- | --- | --- |
| ODC_1570-1581 | 12/30/2020 | Email string | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1582-1583 | 3/12/2020 | Email string | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1584-1587 | 3/13/2020 | Email string | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1588-1589 | 3/11/2020 | Email string | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1590-1594 | 3/19/2020 | Email string | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1595-1597 | 3/6/2020 | Email string | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1598 | 3/20/2020 | Email | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege | Communications regarding joint legal strategy |
| ODC_1599 | 3/18/2019 | Email | Olympia De Castro | Gustavo Hernandez | Attorney/Client; Work/Product; Joint Defense Privilege; Marital Privilege | Communications regarding joint legal strategy |

| ODC_1600 | 3/20/2019 | Email | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege; Marital Privilege | Communications regarding joint legal strategy |
| --- | --- | --- | --- | --- | --- | --- |
| ODC_1601 | 3/18/2019 | Email | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege; Marital Privilege | Communications regarding joint legal strategy |
| ODC_1602-1604 | 1/9/2017 | Email string | Olympia De Castro | Gustavo Hernandez | Attorney/Client; Work/Product; Joint Defense Privilege; Marital Privilege | Communications regarding joint legal strategy |
| ODC_1605-1606 | 9/25/2019 | Email string | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege; Marital Privilege | Communications regarding joint legal strategy |
| ODC_1607-1608 | 11/25/2019 | Email | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege; Marital Privilege | Communications regarding joint legal strategy |
| ODC_1609-1611 | 4/26/2019 | Email string | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege; Marital Privilege | Communications regarding joint legal strategy |
| ODC_1612 | 7/29/2019 | Email | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege; Marital Privilege | Communications regarding joint legal strategy |
| ODC_1613-1614 | 3/1/2019 | Email | Gustavo Hernandez | Olympia De Castro | Attorney/Client; Work/Product; Joint Defense Privilege; Marital Privilege | Communications regarding joint legal strategy |