UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-20685-CR-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant.
_____/

### ORDER REVISING RECOMMENDATION FOR BOP DESIGNATION

**THIS MATTER** is before the Court on the Defendant's motion to revise the Court's recommendation to the Bureau of Prisons that the Defendant be designated to federal facility close to South Florida. The Defendant requested this language at his sentencing, and the Court included it in the Judgment. (DE 392.) The Defendant now seeks a revised recommendation that he be designated to serve his sentence at FPC Montgomery at the Maxwell Airforce Base in Montgomery, Alabama. (DE 414.) The Government opposes the motion, stating that it has insufficient information. (*Id.* at 2.)

Having reviewed the record and being duly advised, the Court **GRANTS** the motion and the Court recommends to the Bureau of Prisons that Mr. Hernandez Frieri be designated to serve his sentence at FPC Montgomery at the Maxwell Airforce Base in Montgomery, Alabama.[1]

DONE AND ORDERED in Chambers at Miami, Florida on this <u>21st</u> day of June, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[1] The Court grants the motion with the assumption that Mr. Hernandez Frieri has not yet been designated to a facility.