UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI, et al.

Defendants.
_____/

### RELEASE OF LIS PENDENS

GRANTEE:   MILE MARKER 55, LLC

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN that a Notice of *Lis Pendens* recorded in Broward County Recorder's Office on January 11, 2021, in Official Record Book 116979038, Page 1 of the Public Records of Broward County, Florida, giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged**.   The property affected by this release is located at **801 East Dania Beach Boulevard, Dania Beach, Florida 33004**, more particularly described as:

The West one-half of the Southwest one-fourth of the Northeast one-fourth of the Southwest
one-fourth of Section 35, Township 50 South, Range 42 East, less the West 25 feet thereof, and less State Road A1A,
and less any existing road rights-of-way, all lying and being in Broward County Florida;
Parcel I.D. No. 5042-35-00-0201

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: *[signature]*   6/24/2021
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone:  (305) 961-9224
Facsimile:   (305) 536-7599
nalina.sombuntham2@usdoj.gov
nalina.sombuntham@usdoj.gov