UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI
_____/

**UNOPPOSED MOTION TO MODIFY
CONDITIONS OF HOME CONFINEMENT**

1. Defendant Gustavo Hernandez was arrested while on holiday with his wife and minor children in Italy in 2018. Since his return to the United States in 2019, Mr. Hernandez has been under strict house arrest, (ECF#102,103), supervised by Senior Probation Officer Mark Delesdernier.

2. Mr. Hernandez is scheduled to surrender on July 29, 2021, to serve a 46-month custodial sentence the Court imposed following Hernandez's guilty plea pursuant to a cooperation plea agreement. (ECF#388).

3. Mr. Hernandez's three minor children, ages 9, 7, and 5, are now out of school. Mr. Hernandez respectfully requests that the Court modify the conditions of his house arrest to allow him to be outside the home between the hours of 9:00 am and 5:00 pm so that he can spend time with the kids outside the home for the 17 days

remaining before his surrender. Probation Officer Delesdernier fully supports the request for a curfew, as described in more detail below.

4. The government indicated that it does not object to a 5pm-9am curfew as long as the $50,000 fine imposed as part of Mr. Hernandez's sentence is paid, and Mr. Hernandez is receiving counseling.

5. Mr. Hernandez has met with Dr. Juan Carlos Paredes, a psychiatrist at Mount Sinai Hospital, and has additional appointments to see Dr. Paredes this week and the following.

6. With respect to the fine, Mr. Hernandez's friend paid it on July 10, 2021:



7. Mr. Hernandez has been under strict house arrest for more than two years now. On May 17, 2019, Mr. Hernandez appeared for arraignment and a bond hearing. (ECF#98, 101). He was granted pretrial release on a 10% $1.5M cash bond

and a $25M personal surety bond co-signed by Mr. Hernandez's brother and business partner. (ECF#101, Hr'g Tr. 5/17/2019 at 18:23-25; 19:1-2). Among other conditions, Mr. Hernandez surrendered his passport to pretrial services and was released to strict home confinement with electronic monitoring, allowed to leave the home only for medical reason, court appearances, church, attorney meetings, or court-ordered obligations. (ECF#102, 103, 116).

8. On November 26, 2019, Mr. Hernandez plead guilty to conspiracy to commit money laundering. (ECF#163). He had multiple debriefings with the government pursuant to his cooperation plea agreement. (ECF#365-10; Exhibit J submitted under seal).

9. On April 30, 2021, the Court sentenced Mr. Hernandez to 46 months in custody and imposed a $50,000 fine. (ECF#392).

10. On June 15, 2021, undersigned Jackie Perczek spoke with Probation Officer Delesdernier, who has been supervising Mr. Hernandez over the past two years. Officer Delesdernier indicated that he fully supports Mr. Hernandez's request for a 5pm-9am curfew. Officer Delesdernier indicated that starting during the pandemic, when the three minor children were schooling from home and the family was under quarantine, Officer Delesdernier allowed Mr. Hernandez to be outside the home for two hours once a week, for exercise or other outdoor activity. Officer Delesdernier stated that Hernandez has been fully compliant with the conditions

Delesdernier has imposed, and believes that Mr. Hernandez will comply with all the conditions of a curfew.

11. Officer Delesdernier stated that with his 25 years of experience as a probation officer and 22 of those years as a house arrest / location monitoring expert, Officer Delesdernier believes that Mr. Hernandez is not a risk of flight or a danger to the community, and views the 5pm-9am curfew for Mr. Hernandez as a reasonable modification of the house arrest.

12. As indicated above, the government does not object.

13. Attached is a proposed unopposed order for the Court's consideration.

          Respectfully submitted,

          **BLACK SREBNICK**
          201 South Biscayne Boulevard, Suite 1300
          Miami, Florida 33131
          (305) 371-6421
          HSrebnick@RoyBlack.com

By:  /s/ *Howard Srebnick*
       HOWARD SREBNICK
       Florida Bar No. 919063
       JACKIE PERCZEK
       Florida Bar No. 042201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI
_____/

## **ORDER MODIFYING CONDITIONS OF RELEASE**

THIS CAUSE came before the Court on the Defendant's unopposed motion to modify the conditions of his house arrest to allow for a curfew from 5:00 p.m. to 9:00 a.m. The government does not object. For good cause shown, it is hereby

ORDERED AND ADJUDGED that the motion is **_GRANTED_** as follows:

1. The Court modifies the Defendant's conditions of release to allow him to be outside his home between the hours of 9:00 a.m. and 5:00 p.m. every day.

2. The Defendant may not at any time, for any reason whatever, leave the Southern District of Florida without first obtaining written permission from the Court. The Southern District of Florida consists of the following counties: Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands Counties.

3. The Defendant shall continue to report as directed by his Probation Officer.

DONE AND ORDERED in Miami, Florida this ___ day of July, 2021.

_____
KATHLEEN M. WILLIAMS
United States District Judge