UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI
_____/

### ORDER MODIFYING CONDITIONS OF RELEASE

THIS CAUSE came before the Court on the Defendant's unopposed motion to modify the conditions of his house arrest to allow for a curfew from 5:00 p.m. to 9:00 a.m. The government does not object. For good cause shown, it is hereby

ORDERED AND ADJUDGED that the motion is **_GRANTED_** as follows:

1. The Court modifies the Defendant's conditions of release to allow him to be outside his home between the hours of 9:00 a.m. and 5:00 p.m. every day.

2. The Defendant may not at any time, for any reason whatever, leave the Southern District of Florida without first obtaining written permission from the Court. The Southern District of Florida consists of the following counties: Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands Counties.

3. The Defendant shall continue to report as directed by his Probation Officer.

DONE AND ORDERED in Miami, Florida this ___ day of July, 2021.

_____
KATHLEEN M. WILLIAMS
United States District Judge