UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA

vs.

ABRAHAM EDGARDO ORTEGA,

    Defendant.
                                                     /

## JOINT NOTICE ON RESTITUTION

The United States of America and the Defendant, Abraham Edgardo Ortega (together, the "Parties"), hereby file this Joint Notice on Restitution.

On May 5, 2021, in relation to the Defendant's sentencing, the Court set a Restitution Hearing for August 3, 2021 at 2 p.m. [DE 396].

It is the Parties understanding that the Court's Order denying Petróleos de Venezuela, S.A.'s Motion for Victim Status and Restitution [DE 428] resolved the only outstanding restitution-related claim and there are no other claims for restitution pending. As such, it is the Parties view that the need for a restitution hearing is moot.

Respectfully Submitted,

                                        JUAN ANTONIO GONZALEZ
                                        ACTING UNITED STATES ATTORNEY

| | | |
|---|---|---|
| */s/Lilly Ann Sanchez* | By: | */s/ Kurt K. Lunkenheimer* |
| THE LS LAW FIRM | | KURT K. LUNKENHEIMER |
| lsanchez@thelsfirm.com | | Assistant United States Attorney |
| Four Seasons Tower – Suite 1200 | | Court ID No. A5501535 |
| 1441 Brickell Avenue | | U.S. Attorney's Office - SDFL |
| Miami, Florida 33131 | | 99 N.E. 4th Street, Suite 600 |
| Telephone: 305-503-5503 | | Miami, FL 33132-2111 |
| Counsel for Abraham Edgardo Ortega | | Telephone: (305) 961-9008 |
| | | Facsimile: (305) 536-4699 |
| | | Email: Kurt.Lunkenheimer@usdoj.gov |

                                        JOSEPH S. BEEMSTERBOER
                                        ACTING CHIEF, FRAUD SECTION

By: */s/ Paul A. Hayden*
     PAUL A. HAYDEN
     Trial Attorney
     Fraud Section, Criminal Division
     U.S. Department of Justice
     1400 New York Avenue, N.W.
     Washington, D.C. 20005
     Telephone: 202-353-9370
     Email: paul.hayden2@usdoj.gov