UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI
_____/

**AGREED ORDER ON MOTION TO CORRECT
PARAGRAPH 11 OF FINAL PSI REPORT**

This matter is before the Court on Defendant Gustavo Hernandez Frieri's unopposed motion (ECF#458) to correct Paragraph 11 of the Final PSI Report (ECF#416). For good cause shown, it is

ORDERED and ADJUDGED that the motion it GRANTED as follows:

1. The Court requests that the Probation Officer replace the statement in Paragraph 11 of the Final PSI Report that Mr. Hernandez "served nine days in an Italian jail" with "Mr. Hernandez served 20 days in Italian jails."

2. The Court requests that the Probation Officer include the following information in Paragraph 11 of the Final PSI Report:

"July 25, 2018:  Arrested and held in Messina jail with no bond.
Prison: Carcele Circondariale di Messina, Sicily, Italy.

July 30, 2018:  Initial court appearance
Corte di Appelo di Messina, Sicily.
Released from Messina jail and transferred to court appointed residence, La Residenza, Messina, Sicily
**Was in custody: 6 days**

April 12, 2019: Extradition approved, taken back into Messina jail, no bond.

|  |  |
|---|---|
| | Prison: Carcele Circondariale di Messina, Sicily, Italy. |
| April 20, 2019: | In-custody transfer from Messina jail to Rome jail. Prison: Carcele di Rebibbia, Rome, Italy. |
| April 24, 2019: | Released from jail to house arrest. **Was in custody: 13 days** |
| May 2, 2019: | Taken into custody by Italian police. Consigned to U.S. Marshalls for extradition. **Was in custody: 1 day** |
| May 2, 2019: | Arrived at Miami FDC-Miami. |
| May 3, 2019: | Initial court appearance in Miami. |
| May 21, 2019: | Released on bond." |

3. The Court requests that the Exhibit found at ECF#351-2 be made part of the Final PSI Report that is submitted to the Bureau of Prisons.

DONE AND ORDERED in Chambers in Miami, Florida, on August 5th, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE