UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant,

and

OLYMPIA DE CASTRO,

    Third-Party Petitioner.

_____/

**OLYMPIA DE CASTRO'S NOTICE OF JOINDER IN DEFENDANT GUSTAVO HERNANDEZ'S OBJECTIONS TO MAGISTRATE JUDGE TORRES' ORDER GRANTING THE GOVERNMENT'S MOTION TO COMPEL [DE 476]**

Third-Party Petitioner Olympia De Castro, through undersigned counsel, hereby joins in and adopts the arguments and positions set forth in Defendant Gustavo Hernandez's Objections to [DE 468] Magistrate Judge Torres' Order Granting [DE 421] The Government's Motion to Compel [DE 476], and requests the same relief.

Dated this 14th day of September, 2021.

        Respectfully submitted,

        DEVINE GOODMAN & RASCO, LLP
        2800 Ponce de Leon Blvd., Suite 1400
        Coral Gables, FL 33134
        Tel: 305-374-8200
        Email: grasco@devinegoodman.com

        */s/ Guy A. Rasco*
        Guy A. Rasco., Esq. (Fla. Bar No.: 727520)
        Robert J. Kuntz, Jr., Esq. (Fla. Bar. No.: 094668)
        *Attorneys for Third-Party Petitioner*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF Filing System this 14th day of September, 2021, on all counsel of record.

/s/ *Guy A. Rasco*
Guy A. Rasco