UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant,

and

OLYMPIA DE CASTRO,

    Third-Party Petitioner.

_____/

### OLYMPIA DE CASTRO'S RESPONSE TO GOVERNMENT'S MOTION TO STRIKE NOTICE OF JOINDER IN DEFENDANT GUSTAVO HERNANDEZ'S OBJECTIONS TO MAGISTRATE JUDGE TORRES' ORDER GRANTING THE GOVERNMENT'S MOTION TO COMPEL

Third-Party Petitioner Olympia De Castro, through undersigned counsel, files her response to the Government's Motion To Strike Her Notice of Joinder in Defendant Gustavo Hernandez's Objections To Magistrate Judge Torres' Order Granting The Government's Motion to Compel ("Motion"). [DE 478]. The Court should deny the Motion and allow De Castro's Joinder to stand.

Defendant Hernandez filed his appeal of Magistrate Judge Torres' Order on September 13, 2021 at 11:08 p.m. Undersigned counsel was asleep at the time. The next day (September 14, 2021) undersigned counsel conferred with De Castro, reviewed the appeal, and filed her Notice of Joinder with the appeal. [DE 477]. De Castro acted timely without

delay.[1] The Government will not be prejudiced in any way by De Castro joining in on the appeal. The JDA issues and marital privilege apply equally to both Hernandez and De Castro. There will be no additional work needed by the Court in deciding the appeal with De Castro's Joinder.

For all of these reasons, the Court should deny the Government's Motion.

Dated this 17th day of September, 2021.

        Respectfully submitted,

        DEVINE GOODMAN & RASCO, LLP
        2800 Ponce de Leon Blvd., Suite 1400
        Coral Gables, FL 33134
        Tel: 305-374-8200
        Email: grasco@devinegoodman.com

        */s/ Guy A. Rasco*
        Guy A. Rasco., Esq. (Fla. Bar No.: 727520)
        Robert J. Kuntz, Jr., Esq. (Fla. Bar. No.: 094668)
        *Attorneys for Third-Party Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF Filing System this 17th day of September, 2021, on all counsel of record.

        */s/ Guy A. Rasco*
        Guy A. Rasco

---

[1] The only case cited by the Government, *Maynard*, is distinguishable. In *Maynard*, there was no objection at all to the order by the Magistrate Judge. And the issue in that case was whether there could be an appeal to the Eleventh Circuit. In this case, De Castro filed her Joinder to the appeal the first day she had a chance to after waking up, reading the appeal and conferring with undersigned counsel.

2

Devine Goodman & Rasco, LLP  2800 Ponce De Leon Boulevard, Suite 1400, Coral Gables, Florida 33134 P 305.374.8200 F 305.374.8208