UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    **Defendant.**
_____/

IN RE:

OLYMPIA DE CASTRO,

    **Third-Party Petitioner.**
_____/

**REPLY IN FURTHER SUPPORT OF GOVERNMENT'S MOTION TO STRIKE OLYMPIA DE CASTRO'S NOTICE OF JOINDER IN DEFENDANT GUSTAVO HERNANDEZ'S OBJECTIONS TO MAGISTRATE JUDGE TORRES' ORDER GRANTING THE GOVERNMENT'S MOTION TO COMPEL**

    The United States of America, through the undersigned Assistant United States Attorneys, hereby files a reply in further support of its *Motion to Strike Third-Party Petitioner Olympia De Castro's Notice of Joinder in Defendant Gustavo Hernandez's Objections To Magistrate Judge Torres' Order Granting The Government's Motion To Compel* [ECF No. 478].

    De Castro's response fails to explain why, even if asleep at the time Defendant filed his appeal on September 13 (Resp. at 1, ECF No. 479), she failed to file her notice until almost 10:30 at night on September 14. In any event, the Response does not explain why she did not appeal by her deadline of September 8, 2021. Contrary to her Response, six-days late is not timely and being asleep does not provide good cause to excuse her lateness. Especially where, as here, De Castro knew Defendant was appealing on September 13. (*See* ECF No. 474 (Defendant's request for an

1

extension to appeal, to September 13, 2021).)

Like in *Maynard v. Bd. of Regents of Div. of Univ. of Fla. Dep't of Educ. ex rel. Univ. of S. Fla.*, 342 F.3d 1281, 1286 (11th Cir. 2003), De Castro did not timely challenge Judge Torres's order. She must live with the consequences, and her notice should be stricken.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
Joshua Paster
Court ID No. A5502616
Nalina Sombuntham
Fla. Bar No. 96139
Assistant United States Attorneys
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9342
Facsimile: (305) 536-4089
joshua.paster@usdoj.gov
nalina.sombuntham2@usdoj.gov
*Counsel for United States of America*