UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

     Defendant,

and

OLYMPIA DE CASTRO

     Third Party Petitioner

_____/

**UNOPPOSED MOTION TO EXTEND BY SEVEN DAYS THE DEADLINE TO SEEK LEAVE TO FILE A REPLY TO (ECF#481) *GOVERNMENT'S OPPOSITION TO DEFENDANT'S APPEAL OF MAGISTRATE JUDGE TORRES'S ORDER GRANTING GOVERNMENT'S MOTION TO COMPEL***

On August 25, 2021, Magistrate Judge Torres granted the government's motion to compel discovery responses from Third-Party Petitioner, Olympia De Castro. ECF#468. The compelled discovery consists of emails over which Ms. De Castro and her former husband, defendant Gustavo Hernandez, asserted privilege pursuant to a Joint Defense Agreement, as well as the marital privilege. The emails include communications between Mr. Hernandez, his criminal defense lawyers (including undersigned), and Ms. De Castro's lawyer.

On September 13, 2021, Mr. Hernandez filed his Objections to Magistrate Judge Torres' Order. ECF#476. The government filed its opposition on September 22, 2021. ECF#481. Mr. Hernandez is considering filing a reply to the government's opposition and seeks an extension of time to make his filing.

Undersigned counsel communicated with the government about the relief requested in this motion. The government does not oppose the extension of time. However, the government's position is that the Local Rules do not provide for a reply as of right on an appeal of a magistrate judge's ruling, and that Mr. Hernandez must seek leave of court to file a reply. The government's view is that a reply is unnecessary but does not oppose an extension of time until October 6, 2021 for Mr. Hernandez to seek leave to file a reply.

Accordingly, Mr. Hernandez respectfully request until October 6, 2021 to file a motion for leave to file a reply.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421
HSrebnick@RoyBlack.com
JPerczek@RoyBlack.com

By:    /s/ *Howard Srebnick*
HOWARD SREBNICK
Florida Bar No. 919063

JACKIE PERCZEK
Florida Bar No. 042201