UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant.
_____/

IN RE:

OLYMPIA DE CASTRO, and
597 HIBISCUS LANE REVOCABLE TRUST,

    Third-Party Petitioners.
_____/

## ORDER APPROVING STIPULATION TO SELL FORFEITED REAL PROPERTY LOCATED AT 597 HIBISCUS LANE, MIAMI, FLORIDA 33137

This CAUSE is before the Court upon unopposed motion of the United States of America ("United States") for approval and entry of a Stipulation To Sell Forfeited Real Property ("Stipulation") Located at 597 Hibiscus Lane, Miami, Florida 33137 (the "Property")[1] between the United States and Third-Party Petitioners Olympia De Castro and 597 Hibiscus Lane Revocable Trust (together, "Third-Party Petitioners") (collectively referred to as the "Parties"). Being fully advised in the premises and based on the United States' motion and record in this

---

[1] The Property is more particularly described as:

    Lot 5, Block 9, of Bay Point, according to the plat thereof as recorded in Plat Book 40, Page(s) 63, Public Records of Miami-Dade County, Florida.

    Parcel Identification No. 01-3219-008-1390.

matter, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The United States' Unopposed Motion To Approve To Sell Forfeited Real Property Located at 597 Hibiscus Lane, Miami, Florida 33137, filed at ECF No. 484, is **GRANTED**;

2. The Stipulation To Sell Forfeited Real Property Located at 597 Hibiscus Lane, Miami, Florida 33137, filed at ECF No. 484-1, is **APPROVED**; and

3. The Court retains jurisdiction in this matter and the Parties to take additional action and enter further orders as necessary to implement and enforce the Stipulation.

**DONE AND ORDERED**, in Chambers, at Miami, Florida, this 5th day of October 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE