# EXHIBIT C



# ST. VINCENT AND THE GRENADINES

## MARITIME ADMINISTRATION

## Certificate of Registry
## NOT VALID FOR NAVIGATION
### Nr: 40146/Y
(issued under the provisions of the Sections 5-52 of the Shipping Act, 2004)

WHEREAS, the Government of ST. VINCENT AND THE GRENADINES, has considered and approved the application of the ship described hereunder. THEREFORE, be it resolved, that there be issued, pursuant to the terms of the Shipping Act, 2004, this Certificate of registry to the said vessel entitling her to engage in foreign trade under the flag of St. Vincent and the Grenadines and be accorded the rights and privileges of a St. Vincent and the Grenadines vessel in accordance with the terms of the Shipping Act, 2004.

| Name of Ship | Official Number | Call Sign | IMO Number |
|---|---|---|---|
| **BLUE ICE** | 40146 | J8Y3676 | N/A |

| Year & Port of Registry | Previous Name of Ship | Previous Port of Registry |
|---|---|---|
| 2005, KINGSTOWN | BLUE ICE | KINGSTOWN |

| Date | Name, Residence and Description of the Owner(s) | Shares | Recorded |
|---|---|---|---|
| 05/05/2021 | CRISTOBAL3 PARTNERS, LLC<br>DELAWARE, U.S.A. | 100 % | 17/06/2021 |

### PARTICULARS OF THE SHIP

| Type of Ship | **Pleasure Yacht** | | | | |
|---|---|---|---|---|---|
| Place Built | Date of Contract | Year Keel Laid | Year Built | Date of Delivery | Year of Conversion |
| ITALY | N/A | 1999 | 1999 | N/A | N/A |
| Name of Builders | CANTIERI NAVALI BAGLIETTO S.P.A., SAVONA | | | | |

| Gross Tonnage | 356 | Net Tonnage | 106 | Hull Material<br>Number of Decks<br>Number of Masts | ALUMINIUM<br>2<br>0 | Length (ITC 69)<br>Breadth<br>Moulded Depth | 37.36 m<br>8.20 m<br>4.30 m |
|---|---|---|---|---|---|---|---|

### PARTICULARS OF THE ENGINES (IF ANY)

| Nr of Sets | Description of Engines | When Built | Number of Cylinders | Diameter | Length of Stroke | kW |
|---|---|---|---|---|---|---|
| 2 | 12V 4000 M90 | 1998 | 12 | 165 | 190 | 2 X 2040 |

| Name and Address of Makers |
|---|
| M.T.U. - GERMANY |

| Classification Society | NOT APPLICABLE |
|---|---|

Issued by the authority of the Government of ST. VINCENT AND THE GRENADINES, under my hand and seal, at Monaco, this 17 June 2021.

**THIS CERTIFICATE IS NOT VALID FOR NAVIGATION PENDING COMPLETION OF THE RENEWAL SAFETY SURVEY.**

This Certificate expires on 16 December 2021 (unless previously cancelled or revoked)

The Commissioner for Maritime Affairs

See overleaf for encumbrance

