UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUSTAVO HERNANDEZ FRIERI,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on the United States's motion to vacate the Court's October 21, 2021 order and for forfeiture of bail pursuant to Fed. R. Crim. P. 46(f) ("***Motion to Vacate***"). (DE 493.) On October 21, 2021, the Court entered an order ("***October 21, 2021 Order***"), granting Defendant Gustavo Adolfo Hernandez Frieri's ("***Defendant***") motion for exoneration of bond, discharge of sureties, and return of cash collateral ("***Motion for Exoneration***"). (DE 488.) However, the Court was made aware of the United States's opposition to Defendant's Motion for Exoneration and the United States's desire to seek bail forfeiture under Rule 46(f) of the Federal Rules of Criminal Procedure. Consequently, the Court stayed the order granting the Motion for Exoneration (DE 491), allowing the United States to file objections.

Accordingly, and for good cause shown, it is **ORDERED AND ADJUDGED** that the United States's Motion to Vacate (DE 493) is **GRANTED**. The Clerk of Court is directed to **VACATE** the Court's October 21, 2021 Order. (DE 488.) The matter of forfeiture of bail will be addressed at a later date.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>8th</u> day of November, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE