UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

    v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,
_____/

IN RE:

314 HICKS LLC,
ALLISON DOMENEGHETTI,
OLYMPIA DE CASTRO,
G.H.D.C.,
F.H.D.C.,
A.H.D.C., and

MARIA LUCIA HERNANDEZ,
GRAMERCY IRREVOCABLE OPERATING TRUST,
AMERICAS FIDUCIARY LTD,
3 GRAMERCY PARK WEST LLC,
HH MASTER SETTLEMENT TRUST,

    Third-Party Petitioners
_____/

**DEFENDANT GUSTAVO HERNANDEZ'S RESPONSE TO [ECF#518]
UNITED STATES' MOTION TO COMPEL PRODUCTION OF CERTAIN
<u>DOCUMENTS IDENTIFIED IN PRIVILEGE LOG</u>**

    Defendant Gustavo Hernandez responds to the government's motion to compel certain line items on his privilege log as follows:

### A. Line items 1-47: Gramercy Apartment

These emails consist of communications between various residents (including Hernandez) of 3 Gramercy Park West, a building in New York, and New York lawyers, including Mitchel Ochs and Bonnie Covie, who were representing the residents in an arbitration matter, and in the legal process of converting the building into a coop.

Today undersigned counsel informed the government that Hernandez does not intend to pursue a privilege claim over the emails in line items 1-47 of his privilege log (ECF#517-1) and agrees to produce those emails to the government. However, because the emails include other building residents who may wish to assert privilege, undersigned informed attorneys Ochs and Covie of the government's subpoena and of Hernandez's intentions to turn over the emails. Undersigned and the government conferred today and agreed that if Ochs and Covie do not assert privilege by midnight on January 28, 2022, undersigned will produce the emails to the government on January 29.[1]

By not pursuing a privilege assertion, Hernandez does not agree that the emails, or the testimony of any witness regarding the subject matter of the emails, are admissible in any proceeding.

### B. Line Items 54-62: Gwendolyn Richards, Esq., and Tim Richards, Esq.

Hernandez opposes production of emails with Gwendolyn Richards and Tim Richards, who are law partners at Richards & Partners, P.A.

Attorney Michel Pasano, who represented Hernandez in this criminal case, would testify that in connection with the criminal case, issues arose regarding assets that the government associated with Mr. Hernandez. Mr. Pasano retained attorney

---

[1] Today undersigned emailed attorneys Ochs and Covie, copying AUSAs Sombuntham and Paster, advising of the January 28 deadline.

Tim Richards as a consulting expert to help understand and argue the legal implications of property acquisitions in New York. Attorney Richards' work was focused on sentencing and related forfeiture concerns, and Hernandez's communications with the Richards law firm were intended to fall within Mr. Pasano's privilege with Mr. Hernandez as Hernandez's criminal counsel.

Mr. Pasano is traveling internationally; undersigned expects to be able to file Mr. Pasano's declaration next week.

**C. Line Items 85-95, 101-129: Frank Rosillo, CPA and**
**D. Line Items 96-100: Jeffrey Neiman, Esq.**

Today undersigned counsel informed the government that Hernandez does not intend to pursue a privilege claim over the emails in line items 85-95, 96-100, and 101-129 of his privilege log (ECF#517-1), and agrees to produce those emails to the government.

By not pursuing a privilege assertion, Hernandez does not agree that the emails, or the testimony of any witness regarding the subject matter of the emails, are admissible in any proceeding.

                        Respectfully submitted,

                        **BLACK SREBNICK**
                        201 South Biscayne Boulevard, Suite 1300
                        Miami, Florida 33131 / (305) 371-6421

By:   /s/ *Howard Srebnick*
        **HOWARD SREBNICK**
        *HSrebnick@RoyBlack.com*
        Florida Bar No. 919063

        **JACKIE PERCZEK**
        *JPerczek@RoyBlack.com*
        Florida Bar No. 042201