UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI

and

OLYMPIA DE CASTRO

    Third-Party Petitioner
_____/

**DEFENDANT GUSTAVO HERNANDEZ'S REPLY IN SUPPORT OF [ECF#513] HIS MOTION FOR LEAVE TO FILE (REDACTED) REPRESENTATIVE SAMPLE OF WITHHELD JDA EMAILS**

    The government contends that the assertedly privileged emails "are not material to the question on appeal, though they will be affected by the decision on appeal." ECF#518:3. Of course, the emails are the very object of the dispute and the issues pending before the court of appeals.

    The government suggests that the emails, on their face, do not "bolster [Hernandez's] claim that the attorneys were proceeding under an (erroneous) belief there was a valid joint defense agreement." *Id.* The Court can judge for itself whether the emails between the client and his attorneys are consistent with the assertion that

they all operated under the belief that they were communicating their thoughts, opinions, knowledge, and advice pursuant to a valid joint defense privilege.

At bottom, the government has identified no prejudice in having the record include the assertedly-privileged emails (redacted) that comprise the privilege log. Indeed the government states that "as a general matter the Government does not oppose supplementing the record . . . ." ECF#518:1. To the extent that the government prefers that Hernandez file all the withheld emails rather than a representative sample (ECF#518:4), Hernandez has no objection and will promptly do so, if authorized by the Court.

        Respectfully submitted,

        **BLACK SREBNICK**
        201 South Biscayne Boulevard, Suite 1300
        Miami, Florida 33131 / (305) 371-6421

By:   /s/ *Howard Srebnick*
        **HOWARD SREBNICK**
        *HSrebnick@RoyBlack.com*
        Florida Bar No. 919063

        **JACKIE PERCZEK**
        *JPerczek@RoyBlack.com*
        Florida Bar No. 042201