UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant.
_____/

IN RE:

OLYMPIA DE CASTRO, and
597 HIBISCUS LANE REVOCABLE TRUST,

    Third-Party Petitioners.
_____/

## ORDER

**THIS MATTER** is before the Court on the Third-Party Petitioner's Unopposed Motion to Excuse Third-Party Petitioners (Except Ms. De Castro) from Attending Mediation in Person.

Having carefully reviewed the Motion and the record, it is **ORDERED AND ADJUDGED** that the Motion (DE 537) is **GRANTED.** Third-Party Petitioners shall make themselves available via videoconference if requested.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>4th</u> day of February, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE