**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 18-CR-20685-WILLIAMS**

UNITED STATES OF AMERICA,

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

     Defendant.
_____/


IN RE:

OLYMPIA DE CASTRO, and
597 HIBISCUS LANE REVOCABLE TRUST,

     Third-Party Petitioners.
_____/


## <u>ORDER</u>

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 316) recommending that the Court grant the Government's Motion to Dismiss the joint petition of third-party petitioners (DE 264).  The Petitioners filed objections (DE 347). The Government filed a response (DE 357) to which the Petitioners filed a reply (DE 359).[1]

Having carefully reviewed the very thorough Report, the objections and responses, and having considered the extensive record and the applicable law, it is **ORDERED AND ADJUDGED** that the Report and Recommendation (DE 316) is **AFFIRMED AND ADOPTED.**

---

[1] The Government moved to strike the reply (DE 360) and petitioners responded (DE 361).  The Court denies the motion to strike at this time.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>4th</u> day of February, 2022.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE