UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,
    Defendants.
_____/

IN RE:

OLYMPIA DE CASTRO, and
597 HIBISCUS LANE REVOCABLE TRUST,

    Third-Party Petitioners.
_____/

## MEDIATION REPORT

This matter was mediated on Thursday, February 10, 2022. All counsel and parties that were required to attend were present. The mediation resulted in an impasse.

    Respectfully submitted,
    THOMAS E. SCOTT, ESQUIRE
    COLE, SCOTT & KISSANE, P.A.
    Cole, Scott & Kissane Building – Suite 1400
    9150 South Dadeland Boulevard
    Miami, Florida 33156
    Phone: (305) 350-5300

    By: /s/ Thomas E. Scott
        THOMAS E. SCOTT (FBN: 149100)
        Primary email: Thomas.scott@csklegal.com
        Secondary email: renee.jordan@csklegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system and will be furnished through the CM/ECF system on counsel of record this 11th day of February, 2022.

    */s/Thomas E. Scott*
    Mediator