UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

ABRAHAM EDGARDO ORTEGA, and
GUSTAVO ADOLFO HERNANDEZ FRIERI,

      **Defendants.**
_____/

ALPHA FINANCIAL PRODUCTS LTD.
_____/

## ORDER

THIS CAUSE is before the Court upon motion of the United States of America (the "United States") for approval of the Consent to Forfeiture and Stipulation and Settlement Agreement between the United States and Alpha Financial Products Ltd. ("AFP"), along with Christian Corcino and Florent Rigaud, in their capacities as the sole owners of AlphaNotes USA LLC ("AlphaNotes"), the parent company of AFP (the "Guarantors") (collectively, the "Parties"). Being fully advised in the premised and based on the United States' motion and record in this matter, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The United States' Motion To Approve Stipulation and Settlement Agreement Between United States and AFP is **GRANTED**.

2. The Consent to Forfeiture and Stipulation and Settlement Agreement entered between the United States and AFP is **APPROVED**.

3. The Court will retain jurisdiction over this matter and the Parties to enter such further orders as may be necessary.

**DONE AND ORDERED**, in Chambers, at Miami, Florida this ___ day of February 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE