UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-20685-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ABRAHAM EDGARDO ORTEGA,

    Defendant.

_____/

### ORDER GRANTING UNOPPOSED MOTION TO DISCHARGE PERSONAL SURETY BOND AND LIEN

THIS MATTER is before the Court upon Defendant's Unopposed Motion to Discharge Personal Surety Bond and Lien.

Accordingly, and after due consideration, it is hereby

**ORDER AND ADJUDGED** that the Defendant's Unopposed Motion to Discharge Personal Surety Bond and Lien is hereby **GRANTED**.

HONORABLE KATHLEEN M. WILLIAMS
US DISTRICT COURT JUDGE