**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CR-20685-WILLIAMS**

**UNITED STATES OF AMERICA**

vs.

**GUSTAVO ADOLFO HERNANDEZ FRIERI,**

    **Defendant.**
_____/

**HERNANDEZ'S RESPONSE TO [DE#565] GOVERNMENT'S MOTION**
**FOR A HEARING ON POTENTIAL CONFLICT OF INTEREST**

    As explained below, Defendant Hernandez Frieri submits that the conflict of interest issue is moot.

    The government proposed a conflict hearing based upon undersigned's simultaneous representation of Defendant Hernandez Frieri and "an individual ('the Individual') who deposited $145,000 of the Defendant's $150,000 cash bond, though did not sign on either of the Defendant's two bonds as a surety." DE#565.  The matter was referred to Magistrate Judge Torres for resolution. DE#569.

    Undersigned has informed government counsel that, in an abundance of caution, undersigned and the Individual have agreed that undersigned's law firm will not represent him further in this matter; the Individual will retain other counsel for any future representation in this matter, should the need arise; and that the Individual consents to undersigned's continued representation of Defendant.

    In response to inquiry by government counsel, undersigned confirmed that the Individual is not financially responsible for undersigned's continued representation of Defendant Hernandez Frieri.

Undersigned submits that the conflict issue is moot, and no hearing is required. The Individual, who is not a party to these proceedings, resides in New York and has agreed to be available by telephone this week for any further inquiry. He is scheduled to be in Miami on March 21-22, if his personal attendance in court is requested.

Respectfully Submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131 / (305) 371-6421

By: */s/ Howard Srebnick*
HOWARD SREBNICK
HSrebnick@RoyBlack.com
Florida Bar No. 919063

JACKIE PERCZEK
JPerczek@RoyBlack.com
Florida Bar No. 042201