UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,
_____/

**NOTICE OF RESOLUTION OF BAIL ISSUES**

The Court previously granted an unopposed extension of time until today for Hernandez Frieri to respond to [ECF#571] *United States' Supplement to Motion For Forfeiture of Bail*.

Today, with Mr. Hernandez's consent and approval, the lawyers signed a Stipulation and Proposed Order, resolving the bail issues. Undersigned counsel is mailing the Stipulation and Proposed Order to Hernandez for his signature. Upon receipt of the signed document from Hernandez, we will submit it to the Court for the Court's consideration. If the Court accepts the Stipulation and Proposed Order, this will resolve the bail issues and there will be no need for Hernandez to respond to the government's supplement to its motion to forfeit Hernandez's bail.

Respectfully Submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131 / (305) 371-6421

By:   */s/ Howard Srebnick*
HOWARD SREBNICK
HSrebnick@RoyBlack.com
Florida Bar No. 919063

JACKIE PERCZEK
JPerczek@RoyBlack.com
Florida Bar No. 042201