UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant,

and

OLYMPIA DE CASTRO,

    Third Party Petitioner,

597 HIBISCUS LANE REVOCABLE TRUST,

    Third Party Petitioner.

_____/

## NOTICE OF APPEAL

    Third Party Petitioners Olympia De Castro and 597 Hibiscus Lane Revocable Trust hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final order of forfeiture, entered in this matter on March 28, 2022 (docket entry 585), and from the order adopting the report of the magistrate judge on motion to dismiss, entered February 4, 2022 (docket entry 539), and the order denying motion to alter judgment, entered March 23, 2022 (docket entry 581),

                          Respectfully submitted,

April 8, 2022                        MARKUS/MOSS PLLC
                                        40 N.W. Third Street
                                        Penthouse One
                                        Miami, Florida 33128
                                        Tel: (305) 379-6667
                                        Fax: (305) 379-6668
                                        markuslaw.com

2

By: /s/ A. Margot Moss
A. Margot Moss
Florida Bar Number 091870
mmoss@markuslaw.com

/s/ David Oscar Markus
David Oscar Markus
Florida Bar Number 119318
dmarkus@markuslaw.com