# EXHIBIT C

# KOBRE & KIM

201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
www.kobrekim.com
Tel +1 305 967 6100

May 18, 2022

**VIA FEDEX & EMAIL**
Vanessa Pulido
Sentencing Guideline Specialist
Southern District of Florida
Wilkie D. Ferguson, Jr., U.S. Courthouse
400 North Miami Avenue, Ninth Floor South
Miami, FL 33128
Vanessa_Pulido@flsp.uscourts.gov

**Re:** *U.S. v. Carmelo Antonio Urdaneta Aquí*, Case No. 18-CR-20685 (Williams)

Dear Ms. Pulido:

We are in receipt of your preliminary Presentence Investigation Report ("PSR") for Mr. Carmelo Antonio Urdaneta Acqui ("Mr. Urdaneta"), disclosed on May 3, 2022 (Dkt. 597). Pursuant to Fed. R. Crim. P. 32(f)(1), we respectfully submit the following responses and objections to the PSR for your consideration:

## PART A. THE OFFENSE

**Para. 9:** Mr. Urdaneta seeks to clarify the ownership of (a) real property located at Residencial Santa Maria Signature, Apartments (Apt.). 2-A, 2-B, 3-B, 5-B, 6-B, 7-B, 8-A, 11-A, 11-B, including fixtures and furnishings in Panama; (b) real property located at Residencial Costamare, Apt. 24-011, including fixtures and furnishings in Panama; (c) real property located at Residencial Costamare, Apt. 24-021, including fixtures and furnishings, in Panama, Panama; and (d) real property located at Vistamar Golf Village, Number 3, including fixtures and furnishings, in Panama. Although Mr. Urdaneta currently has no ownership interest in these properties and no formal ownership interest was ever transferred to him, he has consented to the forfeiture of these properties as they were acquired with funds traceable to Eaton Rantor and held by the CS for the benefit of Mr. Urdaneta. Accordingly, he has offered to assist the Government in the forfeiture process as needed.

**Para. 19:** Mr. Urdaneta understands and appreciates that this section – "Related Cases" – is intended to provide additional context concerning related matters in the jurisdiction. With that in mind, Mr. Urdaneta seeks to clarify that (1) although Matthias Krull (18-CR-20682 (Altonaga))

Americas (New York, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
APAC (Hong Kong, Seoul, Shanghai), Caribbean (BVI, Cayman Islands), EMEA (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Ms. Vanessa Pulido
May 18, 2022
Page 2

was originally sentenced to 120 months imprisonment, his sentence was subsequently reduced to 42 months imprisonment on September 3, 2020 (Dkt. 94), with a release date presently scheduled for May 7, 2024 (*i.e.*, a total of 34 months imprisonment); and (2) Mr. Urdaneta never knew and/or interacted with Mr. Krull.

**Para. 23:** Mr. Urdaneta worked for the Venezuela Ministry of Oil from April 2009 to August 2015, not 2017.

**Para. 25:** Mr. Urdaneta again seeks to clarify – without minimizing his own personal conduct – that at no point did he know and/or conspire with Mr. Krull.

**Para. 29:** As before, Mr. Urdaneta simply seeks to clarify that he did not know Mr. Krull and did not conspire with Mr. Krull in any way.

**Para. 112:** Mr. Urdaneta respectfully objects to the characterization that he "approved" the loan contracts with PDVSA. Mr. Urdaneta seeks to clarify that PDVSA was overseen by two Venezuelan government ministries, the Ministry of Oil and the Ministry of Finance. The Ministry of Oil oversaw all production and operational issues at PDVSA, while the Ministry of Finance oversaw the financial matters of PDVSA. Mr. Urdaneta clarifies that, in his position as Legal Counsel for the Ministry of Oil, he had no legal authority to approve the loan contracts in connection with the financing of PDVSA, and he was not responsible for contract approvals of PDVSA generally. Loan and finance contracts would have instead been overseen by executives within PDVSA, including, but not necessarily limited to, Mr. Abraham Edgardo Ortega as then-Executive Director of Finance, and potentially the officials at the Ministry of Finance.

## PART C. OFFENDER CHARACTERISTICS

**Para. 147:** Mr. Urdaneta wishes to advise the Probation Office that – because of his health conditions associated with being severely overweight – he is actively engaging in medical consultations with respect to gastric bypass surgery. Mr. Urdaneta has been referred to a specialist physician.

**Para. 155:** While Mr. Urdaneta was employed by the Venezuelan Oil Ministry from 2009 to 2015, his annual salary was approximately US $36,000, with variance based on the exchange rate at any given time.

**Para. 156:** As a general note, although Mr. Urdaneta appreciates the Probation Office's disclaimer that the "chart does not accurately represent [his] assets and a further explanation is provided in the below Analysis section of this report," he respectfully objects to the inclusion of any value assigned to the various assets in which he may possess a technical ownership interest but which – as a result of his voluntary flight from Venezuela for purposes of cooperating with the U.S. Government – he cannot exercise an ownership interest, including through controlling, transferring, liquidating, selling, and/or in any way deriving a beneficial interest from the asset. To further clarify, this distinction applies not only to assets located in Venezuela, but also to assets that are under the complete control of other individuals who, given his cooperation in the U.S., will not allow him to exercise any ownership interest therein.

2

Ms. Vanessa Pulido
May 18, 2022
Page 3

For the avoidance of doubt, this objection specifically applies to at least the following assets, which are listed as having value in the chart:

- Lotus Wealth Management PPC Cell D (listed as US $5,000,000); and
- Bonds issued by Columbus One Properties Management S.L. (listed as US $7,126,474.95).

Separately, Mr. Urdaneta submits that his 25% interest in the apartment located at 2030 Douglas Road, Unit 704, Miami, Florida has an estimated value of approximately US $150,000.

Lastly, Mr. Urdaneta clarifies that he has an interest in the following artwork and watches located in the United States:

*Artwork*

- Family Portrait – approximately US $1,000

*Watches*

- Baume & Mercier Mens Watch – approximately US $1,000
- Fendi Ladies Watch – approximately US $1,000
- Movado Bold Unisex Watch – approximately US $750
- Movado Steel Mens Watch – approximately US $1,000
- Technomarine Ladies Watch – approximately US $300

**Para. 159:** Mr. Urdaneta affirms the statement in the PSR that he has no interest in the property located as 11900 N. W. 21st Court, Plantation, Florida.

**Para. 160:** The estimated value of Mr. Urdaneta's interest in the property located at 2030 Douglas Road, Unit 704, Coral Gables, Florida is US $150,000. Mr. Urdaneta affirms that the property does not have a mortgage lien.

**Para. 161:** Mr. Urdaneta seeks to clarify this paragraph. He has an 11.67% ownership interest in Agropecuaria El Batatal, C.A., an agricultural business owned by his family in Venezuela. Based on his voluntary flight from Venezuela, he is unable to exercise any ownership interest in this asset, so the effective value of the asset is US $0. For the avoidance of doubt, the asset is *not* associated with any real properties located in Miami Beach, Florida.

**Para. 166:** Mr. Urdaneta seeks to clarify his disclosure of the 5,000,000 shares of Lotus Wealth Management PPC, Cell D. This asset is understood to have been earmarked for acquisition through the transfer of bonds issued by Leanor Invest LLP, as referenced in asset number 31 of Mr. Urdaneta's Net Worth Statement. Therefore, for the avoidance of doubt, the US $5,000,000 stated approximate value of the asset does *not* represent a value separate and apart from Leanor Invest LLP, which Mr. Urdaneta acknowledges was acquired with funds traceable to Eaton Rantor. In addition to the foregoing, Mr. Urdaneta seeks to clarify that, although he owns 5,000,000 shares of Lotus Wealth Management PPC, Cell D, this asset is under the complete control of other individuals and, therefore, he has never been able to and continues to be unable to exercise any

Ms. Vanessa Pulido
May 18, 2022
Page 4

ownership interest therein. Accordingly, the effective value of the asset is US $0. Further, Mr. Urdaneta respectfully notes that he has nonetheless offered to assist with the forfeiture of this asset.

Similarly, Mr. Urdaneta also seeks to clarify that, although he owns bonds issued by Columbus One Properties Management S.L., which entity owns title to two apartments located in Madrid, Spain, this entity is under the complete control of other individuals and, therefore, he likewise has never been able to and continues to be unable to exercise any ownership interest therein. Accordingly, the effective value of the asset is also US $0. As above, Mr. Urdaneta acknowledges that a portion of the bonds issued by Columbus One Properties Management was acquired with funds traceable to Eaton Rantor.

**Para. 169:** As set forth in para. 35, Mr. Urdaneta acknowledges that he acquired Unit 2205 with at least US $1,590,000 traceable to the Companies C-D Loan Scheme. Mr. Urdaneta clarifies that Unit 2205 has since been forfeited in a parallel civil forfeiture action (Case No. 19-CV-24249-KMW/EDT (S.D.F.L.)), following the withdrawal of claims by Mr. Urdaneta's former spouse and Paladium Real Estate Group LLC, the titleholder of the property. As part of his plea agreement, Mr. Urdaneta agreed and consented to the forfeiture of Unit 2205, which was ultimately sold for approximately US $3,202,000.00 (US $2,682,313.04 in net proceeds).

Mr. Urdaneta acknowledges that, as part of his plea agreement, he agreed and consented to the forfeiture of his interest in Apartments A-E located at 225 27th Street, Miami Beach. Mr. Urdaneta further acknowledges that, on August 5, 2021, the Court entered a preliminary order of forfeiture with respect to this property (ECF No. 462). Mr. Urdaneta clarifies that a settlement was reached with the United States – and approved by the Court on February 28, 2022 (ECF No. 551) – whereby the property itself will not be forfeited, so long as a monetary equivalent of its fair market value of US $3,184,299.93 is successfully transferred within the agreed-upon time pursuant to the settlement. In the alternative, should the monetary equivalent not be transferred within the agreed-upon time, then the property itself shall be forfeited.

Lastly, Mr. Urdaneta wishes to clarify that the undersigned and the Government are presently engaged in discussions with respect to the forfeiture of the securities owned in bonds issued by Leanor Invest LP located in the United Kingdom with a fair market value of US $8,046,565.54.

**Para. 171:** Mr. Urdaneta affirms that he has no vehicles registered in his name.

**Para. 172:** Mr. Urdaneta respectfully objects to the characterization that his assets total US $13,195,277.40, as this figure incorporates assets which, as explained above, are those in which he cannot exercise his ownership interest, including through controlling, transferring, liquidating, selling, and/or in any way deriving a beneficial interest from the asset. Such assets include, but are not necessarily limited to: (i) the 5,000,000 shares of Lotus Wealth Management PPC, Cell D; and (ii) and the bonds issued by Columbus One Properties Management S.L.

Based on the foregoing, Mr. Urdaneta submits that the purported assets total of US $13,195,277.40 should be reduced by at least US $12,126,474.95 (constituting the above-identified assets).

**Para. 174:** Mr. Urdaneta affirms that there are no civil actions filed by or against him.

Ms. Vanessa Pulido
May 18, 2022
Page 5

We respectfully request that you consider the above objections and clarifications and make any necessary edits to the preliminary PSR.

Thank you for your continued consideration, and please do not hesitate to reach out to us if you have any questions.

    Sincerely,

    Respectfully submitted,

    **KOBRE & KIM LLP**

    /s/ Victoria R. Morris
    Victoria R. Morris, Esq.
    Florida Bar No. 125272
    Victoria.Morris@kobrekim.com
    201 South Biscayne Blvd.
    Suite 1900
    Miami, FL 33131
    Tel: +1 305 967 6100
    Fax: +1 305 967 6120
    Robin Rathmell, Esq. (*pro hac vice*)
    Robin.Rathmell@kobrekim.com
    1919 M Street, NW
    Washington, DC 20036
    Tel. +1 202 664 1900
    Fax. +1 202 664 1920

    Martin De Luca, Esq. (*pro hac vice*)
    Martin.DeLuca@kobrekim.com
    New York Bar No. 4894986
    800 Third Avenue
    New York, New York 10022
    Tel.: +1 212 488 1200
    Fax: +1 212 488 1200

    *Attorneys for Carmelo Urdaneta Aqui*

cc:    Nalina Sombuntham, Joshua Paster, Kurt Lunkenheimer, Paul Hayden.
    *Counsel for United States of America*