# EXHIBIT E

Honorable Judge Kathleen Williams

Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

05/24/2022

Dear Honorable Judge Williams,

    Our son Carmelo's repeated and permanent expressions of repentance that we, as his parents, wife, children, siblings, and other family members, have witnessed provides us with the greatest consolation during these difficult times, and, at the same time, provides us hope that this will never happen again. We have seen first-hand the suffering our son has faced in making the important, but difficult, decision to flee Venezuela and come to the United States to cooperate with the U.S. Government.

    This has been a very long and difficult journey for everyone, with many obstacles. When Carmelo fled Venezuela, our family lived in an unsafe and unstable environment of threats and harassment, including fears of imprisonment and of being kidnapped. This led to the entire family's forced flight from Venezuela, leaving behind our family's land and successful businesses, causing our family economic ruin. The reality is that today, we are a family of refugees in various countries around the world. We live in constant anguish and fear of returning to our home country of Venezuela, since Carmelo's surrendering to the American justice system has placed us in a dangerous situation. This prevents us from returning to our country, since human rights do not exist and we can be victims and taken hostage for unspeakable purposes, which is easily explained and understood by those who know the illegal actions of totalitarian regimes. We have accepted that this is the payment we have made and will continue to make for our son's admirable and respectable decision to cooperate with law enforcement in the United States.

    We love and respect our son and are consoled by his enduring commitment to charity. Our family created a foundation titled Carmelo Urdaneta Camarrillo Foundation in Venezuela, named after his grandfather, who was a recognized social fighter. Through this foundation, our family donated two hectares of urban land for the construction of a "house of peace," an elderly living facility that housed 80 elderly people from the streets of Maracaibo, and a Catholic church in honor of Saint Roque. Our son was the one who participated the most in these activities, always acting in his natural inclination to solve social and community problems.

    We want the Court to understand Carmelo's true nature. He is a very humanitarian son. Many years ago, a humble lady, single mother with a baby in her arms, came to his door looking for work. Carmelo received her as a homemaker and received her son as his own. He gave her son medical care and shelter. Carmelo and his then-wife baptized her son. Carmelo personally financed her son's education from kindergarten until the end of high school. The woman made the decision to move to her hometown to be closer to family, however, our son, up until his flight from

Venezuela, provided her and her son with resources to ease the economic problems that affect them.

Although we and Carmelo recognize the mistakes he has made, for which he takes full responsibility, we want the Court to understand that Carmelo will live an upstanding, honest, and ethical life. He will live a life that will honor and respect his family and as a good role model for his children. Carmelo has proven to be an excellent son, a wonderful father, and a great promoter of charity works that benefit the entire community. All we can ask for is that Your Honor, in making your decision, please consider Carmelo's elderly parent's desire to live out their lives in peace with their children and Carmelo's children's only desire to enjoy a life with their father.

Sincerely,

_____
Jorge Alberto Urdaneta Galue

Phone: +1(786)740-5145, +507(642)759-29

_____
Sonia Cecilia Aqui de Urdaneta

Phone: +1(786)702-4199, +507 (663)080-75