# EXHIBIT F

Honorable Judge Kathleen Williams
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

05/29/2022

Dear Honorable Judge Williams,

     My relationship with my dad has always been so special and unique; he is my rock and support through the tough times that I and my family have faced. Our relationship is truly invaluable. My dad is always there to listen and help me through any issue, whether big or small. He always understands me and respects my feelings, even when I am wrong. I can be a lot to handle at times, as I am a teenager and still trying to figure out who I am and who I want to be, but my dad is always there for me.

     I was only 12 when my dad was abruptly taken away from me, leading to years of separation where I, my mom, and brother lived in a different country (and even a different continent) than my dad and had very limited contact with him. When we first got separated, I was too young to fully understand the circumstances. Nobody told me the details because I was so young and my mom and brother Carmelo tried to protect me and my childhood as much as possible. But they could not hide the reality that my father was not there, which was extremely painful. The first time I talked to my dad after we separated, I remember asking him if the separation would be for more than two weeks, which seemed like ages to me, and I was shocked and saddened when my mom told me, through tears, that it would be more than six months. That was one of the hardest moments for me.

     When we first moved to Spain after my family left Venezuela, I tried to make the most of my experience, even as a small child. I can adapt quickly to different environments because I always have my family to rely on. However, I was rejected by my peers in Spain and my life in Spain was very hard and lonely. Looking back, I can now say they were the hardest months of my life. We lived in a tiny apartment where everyone could hear everything through the thin walls, so although my mom tried to hide her desperation and sadness, I could still see and hear it.

     Moving without my dad was intense. Fortunately, we had family who helped us move to the apartment and tried to make it feel like home. But this inevitably failed due to my dad's absence because, to be honest, none of us even cared about the size of the apartment, we just wanted my dad there.

     When I started school in Spain, I was nervous and unprepared. I couldn't speak because of how nervous I was. Every time I started a new school, my dad would always drive me and tried to distract me from the fact that I was new, which always made me feel like I belonged somewhere even though I was new. My mom tried, but she was going through so much that she couldn't help me that much.

     My life at my new school was very difficult. I was bullied, excluded, and miserable. During that time, I felt small and worthless. Coming out of the bus in the morning every day

was a challenge. I went directly to the bathroom to cry my eyes out without exception, hiding in different places during lunch, and even joined a Chinese class during lunchtime in order to avoid pretending to read through lunch.

After about six months, I went back to Venezuela to reunite with my dad for the holidays. It was so much fun to finally be with him again. I had a great time, but I could feel a bit of a change caused by the separation from my family. All of us, including my parents, the strongest people I know, were worried, stressed, and in tears knowing that the visit was only for a few weeks. I can still remember the awful feeling of reality sinking back in the day before leaving Venezuela.

That day, I completely opened up to my dad about all the horrible events at school. I always knew that he would understand, but it was hard talking about it. Whenever I tried to explain or talk about my experience, heavy tears ran through my face of fear, anger, and uncertainty. I told my dad that I did not want to leave him and hated my school and life in Spain. My dad felt defeated, knowing that he couldn't do anything to help me and couldn't be there with me. I tried to convince him several times to let me stay with him in Venezuela, but he did not want that for me because of how unsafe it was for me there, so my parents agreed that my mom, brother, and I would move back to Panama.

In Panama, I had to start over once again, which was difficult. I lied to my friends and teachers every time they asked me where my dad was and said he was traveling, even if I wanted to tell them everything. Many of my teachers and the parents of my friends asked about him daily, as he was always really involved in the school. Apart from lying, we also reduced the number of visitors who came to our house to pretend that my dad was there with us, so we couldn't get outside support and only had our family to help us.

About a year later, after my father bravely decided to come to the U.S, we were left packing, once more, for a completely different destination. The move was challenging. My mom had to sneak out of the house with boxes every night and did not ask for any help because she was concerned about us catching COVID. We couldn't tell anyone we were leaving, so I ended up leaving without saying goodbye to any of my friends. Even though it was difficult, when my dad told me of the move, I never questioned it. After all, we were finally going to be together as a family again, and I knew in my heart that my dad had thought about his decision a million times and felt terrible about us moving again.

The truth is, I have never had a perfect life and never will. After that day my dad left us, I felt a little empty inside all the time, and started to let fewer people in and stopped trusting people. To this day, I still cannot let others see my emotions. I was robbed of a lot of my childhood. I became so used to seeing my mom and close family members cry and became so accustomed to tough times. Now, I tend to hide my emotions until I am alone and only react to help and calm others. Seeing my parents forced to separate is stressful, especially for a young child. I felt so useless not being able to help my dad.

Furthermore, even after my dad's mistake, he took responsibility for his actions and explained everything to my family. While I truly understand that he was wrong, I believe we have all paid for his actions in many ways. I still respect my dad so much. He is an incredible person, down-to-earth, kind, honest, sentimental, funny, and authentic. He makes me feel so bright and unique; he supports me through anything while guiding me to become the best version of myself. It is because my parents raised me that I have principles and conscience.

They made me independent and open with my family, even when I make mistakes, because I know that nothing I would ever do is wrong enough to disappoint them.

My family has support each other through this extremely hard time, and it is wild how much a family that loves you can put your needs first. I am devastated to think that my dad might not be present for significant events in my life, like my high school graduation. It kills me to think of the empty spot that might be there that day.

My dad is going to go through a lot without us. We all feel helpless; after all, we are not going to be able to be there for each other. He gives me energy and happiness every morning and is one of the reasons I fight every day to be the best version of myself. He is my inspiration and always seems to know what to say to make everything else disappear. He always tells me, "It is okay. We will keep going; whatever happens will be for the best, my love."

Your honor, my dad, has recognized his mistakes, and most of all, he made the best choice by accepting them. Still, he is human. We all understand the severity of his error and have experienced firsthand the consequences, like the uncertainty, misery, and separation that my family has faced. It hurts my soul that the man who made me who I am today is in this critical situation that he has accepted, but we all hope that we can be happy and united again.

To conclude, I want to point out that since my family arrived to the United States, we have done nothing but the best for our community by doing more than 600 hours of community service, participating in the Martin Luther King celebration of Plantation, forming relationships with the people around us, learning the language, and respecting this wonderful community, which, now that my loving father is here, we can call our home.

Truly,

Camila Claret Urdaneta Urbano-Taylor
786 2001294
camila.urd.urb@gmail.com