# EXHIBIT G

*Victoria Romero Rodríguez*

**Teléfono +1 786 2539106**

Por medio de la presente hago constar que conozco de trato, vista y comunicación al **Ciudadano Carmelo Antonio Urdaneta Aqui,** nacido en la ciudad de Maracaibo, estado Zulia, Venezuela, de quien puedo decir me unen lazos de mucho afecto y respeto, le conozco desde hace más de 30 años, lo que me permite asegurar con propiedad y conocimiento que es una persona honesta, responsable, de recto proceder y con un gran corazón altruista . Mi familia, padre y madre especialmente fueron apoyados por el en momentos de grave enfermedad sin escatimar esfuerzo, tiempo, ni dinero, el mismo comportamiento he visto hacia muchas otras personas que el se ha enterado están presentando algún problema y ha puesto su mano amiga para ayudar en todo, ese ha sido su forma de actuar siempre. **Carmelo,** es familiar que siempre me ha brindado la oportunidad de seguir adelante, es ese consejero humano leal, razón que me permite recomendarlo ampliamente

En la Ciudad de Miami a los Trece (13) días del mes de Mayo de Dos Mil Veintidós (2022).

<u>**PRIVILEGED AND CONFIDENTIAL**</u>
<u>**ATTORNEY WORK PRODUCT**</u>

<u>**Translation of Statement - Victoria Romero Rodriguez**</u>

I hereby state that I know the citizen Carmelo Antonio Urdaneta Aqui, born in the City of Maracaibo, State of Zulia, Venezuela, of whom I can say I am bound by ties of great affection and respect. I have known him for more than 30 years, which allows me to assure with propriety and knowledge that he is an honest and responsible person of straight conduct and with a great altruistic heart. My family, especially my mother and father, were supported by him in times of serious illness without sparing any effort, time, or money. I have seen the same behavior towards many other people who he realizes are having problems and puts his helping hand to help in everything he can – that has always been his way of acting. Carmelo is a family member that has always given me the opportunity to move forward; he is that loyal adviser and this allows me to recommend highly of him.

In the City of Miami, on the 13th day of May of 2022.