# EXHIBIT K

**(To Be Filed Under Seal)**