# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 06, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY _____ D.C.
FEB 24 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: **21-14315-JJ**
Case Style: USA v. Gustavo Hernandez Frieri
District Court Docket No: 1:18-cr-20685-KMW-5

The following record materials in the referenced case are returned herewith:

<u>One Folder of Exhibits.</u>

Sincerely,   (1) Env. containing DE 384 Exhibit L (DVD).

DAVID J. SMITH, Clerk of Court

Reply to: Will Miller
Phone #: (404)335-6115

REC-3 Ltr Returning Record to DC