UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **18-CR-20685-WILLIAMS(s)(s)**

UNITED STATES OF AMERICA

v.

CARMELO ANTONIO URDANETA AQUI,

Defendant.

---

SILVIA REAL ESTATE MANAGEMENT LLC,

Third-Party Petitioner.

**NOTICE ON FORFEITURE**

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorneys, hereby files this notice on forfeiture.

1. On August 5, 2021, pursuant to 18 U.S.C. § 982(a)(1), the Court entered a Preliminary Order of Forfeiture, ECF No. 462, which *inter alia* forfeited to the United States, subject to third-party interests ("the Miami-Beach Property"):

    i. Real property located at 225 27th Street, Apt. A, Miami Beach, Florida 33140, UNITED STATES; and

    ii. Real property located at 225 27th Street, Apts. B-F, Miami Beach, Florida 33140, UNITED STATES.

2. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. *See* Decl. of Publication, ECF No. 475; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. Direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture, or such person was on actual notice of the forfeiture. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1).

4. The notice advised that any person, other than the defendant in the above-captioned case, asserting a legal interest in the property sought for final forfeiture may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5. Silvia Real Estate Management LLC ("Petitioner") holds title to the Miami-Beach Property and asserted an interest in the Miami-Beach Property based on legal title. *See* 21 U.S.C. § 853(n)(6). The United States agreed to extend the time for Petitioner to file a claim.

6. On February 28, 2022, the Court approved a stipulation and settlement agreement between the United States and Petitioner ("Agreement"). Order, ECF No. 551. Under the terms of the Agreement, Petitioner agreed to pay to the United States $3,184,299.93 in U.S. currency, and in exchange the United States agreed not to further pursue forfeiture against the Miami-Beach Property. *See* Agreement, ECF No. 549-1.

7. The time period for filing a petition claiming an interest in the Miami-Beach Property has expired, and no petition or claim has been filed.

8. Petitioner has paid to the United States $3,184,299.93 in U.S. currency and satisfied its obligation under the Agreement.

9. As a result, pursuant to the Agreement, the United States is not pursuing the final forfeiture of the Miami-Beach Property. *See supra* ¶ 6.

10. The collected $3,184,299.93 will be credited toward Defendant Carmelo Antonio

Urdaneta Aqui's forfeiture money judgment. *See* Preliminary Order of Forfeiture, ECF No. 462.

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

By:    */s/ Nalina Sombuntham and Joshua Paster*
        Nalina Sombuntham, Fla. Bar No. 96139
        Joshua Paster, Court ID No. A5502616
        Assistant United States Attorneys
        99 N.E. 4th Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9224 / (305) 961-9342
        Facsimile: (305) 536-4089
        joshua.paster@usdoj.gov
        nalina.sombuntham@usdoj.gov
        *Counsel for United States of America*