UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>18-CR-20685-WILLIAMS(s)(s)</u>

UNITED STATES OF AMERICA

vs.

FRANCISCO CONVIT GURUCEAGA, et al.,

**Defendants.**
_____/

## **ORDER**

THIS CAUSE is before the Court upon motion by the United States of America to release the M/Y Blue Ice from the Second Protective Order for Asset Subject to Forfeiture, ECF No. 126 ("Second Protective Order"). The owner of the M/Y Blue Ice, Cristobal3 Partners LLC ("Cristobal3"), concurs in the relief sought in the motion.

1. On June 24, 2019, the Court entered the Second Protective Order, which enjoined and restrained, among other assets, One 1999 135-Foot Baglietto Yacht, Known as M/Y Blue Ice, Official Number 40145 Registered in St. Vincent and the Grenadines (the "M/Y Blue Ice") pursuant to 21 U.S.C. § 853(e)(1)(A), in order to preserve its availability for criminal forfeiture in the above-captioned case. *See* ECF No. 126.

2. On October 15, 2019, the United States filed *United States v. One 1999 135-Foot Baglietto Yacht, et al.*, Case No. 19-CV-24249-KMW/EGT (S.D. Fla.) (the "Parallel Civil Forfeiture Case") against the M/Y Blue Ice, among other assets. *See* Parallel Civil Forfeiture Case, Complaint, ECF No. 1. Because the M/Y Blue Ice already was subject to the Second Protective Order, a warrant to arrest the property was not necessary under Supplemental Rule G. *See* Supp. R. G(3)(b)(iii); *see also* Parallel Civil Forfeiture Case, U.S.'s Notice, ECF No. 9.

3. In both this criminal case and the Parallel Civil Forfeiture Case, the United States

sought the forfeiture of the M/Y Blue Ice as property involved in, and traceable to, a conspiracy that laundered foreign corruption and bribery proceeds derived from a billion-dollar loan scheme, in which co-conspirators exploited favorable foreign-exchange rates available to Venezuela's state-owned oil company, Petroleos de Venezuela, S.A.

4. On March 16, 2023, the Court granted the United States' motion to voluntarily dismiss the M/Y Blue Ice from the Parallel Civil Forfeiture Case. As the United States explained, its position is that the current owner of the M/Y Blue Ice is an "innocent owner" of the yacht and therefore no longer is seeking to forfeit the yacht. *See* Parallel Civil Forfeiture Case, March 16, 2023 Paperless Order, ECF No. 162.

5. Because the Court dismissed the M/Y Blue Ice from the Parallel Civil Forfeiture Case and the United States no longer seeks to forfeit the yacht, the M/Y Blue Ice should be released from the Second Protective Order.

Based on the foregoing, the motion, and record in this matter, it is hereby **ORDERED** and **ADJUDGED** that:

1. The United States' Motion To Release the M/Y Blue Ice from the Second Protective Order for Asset Subject to Forfeiture [ECF No. 665] is **GRANTED**; and

2. The Second Protective Order for Asset Subject to Forfeiture [ECF No. 126] is **LIFTED** as to the M/Y Blue Ice, which is **RELEASED** from further restraint.

**DONE AND ORDERED**, in Chambers, at Miami, Florida, this 21st day of March 2023.

HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE