UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>18-CR-20685-WILLIAMS(s)(s)</u>

UNITED STATES OF AMERICA

vs.

FRANCISCO CONVIT GURUCEAGA, et al.,

Defendants.
_____/

<u>**ORDER**</u>

THIS CAUSE is before the Court upon motion by the United States of America to release the real property located at 2101 South Surf Road, Unit 2E, Hollywood, Florida ("Sage Condo") from the Amended Protective Order for Asset Subject to Forfeiture, ECF No. 60 ("Amended Protective Order"). The owner of the Sage Condo, Land Trust TH 041117, concurs in the relief sought in the motion.

1. On October 31, 2018, the Court entered the Amended Protective Order, which enjoined and restrained the Sage Condo pursuant to 21 U.S.C. § 853(e), in order to preserve its availability for criminal forfeiture in the above-captioned case. *See* ECF No. 60.

2. On October 15, 2019, the United States filed *United States v. One 1999 135-Foot Baglietto Yacht, et al.*, Case No. 19-CV-24249-KMW/EGT (S.D. Fla.) (the "Parallel Civil Forfeiture Case") against the Sage Condo, among other assets. *See* Parallel Civil Forfeiture Case, Complaint, ECF No. 1.

3. In both this criminal case and the Parallel Civil Forfeiture Case, the United States sought the forfeiture of the Sage Condo as property involved in, and traceable to, a conspiracy that laundered foreign corruption and bribery proceeds derived from a billion-dollar loan scheme, in which co-conspirators exploited favorable foreign-exchange rates available to Venezuela's state-

owned oil company, Petroleos de Venezuela, S.A.

4. On April 27, 2023, the United States and Land Trust TH 041117 filed a joint stipulation of dismissal, dismissing the Sage Condo as a defendant *in rem* from the Parallel Civil Forfeiture Case. *See* Parallel Civil Forfeiture Case, Joint Stipulation of Dismissal, ECF No. 165.

5. Because the parties voluntarily dismissed the Sage Condo from the Parallel Civil Forfeiture Case and the United States no longer seeks to forfeit the real property, the Sage Condo should be released from the Amended Protective Order.

Based on the foregoing, the motion, and record in this matter, it is hereby **ORDERED** and **ADJUDGED** that:

1. The United States' Motion to Release the Real Property Located at 2101 South Surf Road, Unit 2E, Hollywood, Florida from Amended Protective Order for Assets Subject to Forfeiture [ECF No. 687] is **GRANTED**; and

2. The Amended Protective Order for Assets Subject to Forfeiture [ECF No. 60] is **LIFTED** as to the Real Property Located at 2101 South Surf Road, Unit 2E, Hollywood, Florida, which is **RELEASED** from further restraint.

**DONE AND ORDERED**, in Chambers, at Miami, Florida, this ___ day of June 2023.

HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE