UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    **Defendant.**
_____/

IN RE:

**OLYMPIA DE CASTRO,**
**597 HIBISCUS LANE REVOCABLE TRUST,**
**314 HICKS LLC,**
**ALLISON DOMENEGHETTI,**
**G.H.D.C. (minor child),**
**F.H.D.C. (minor child),**
**A.H.D.C. (minor child),**
**MARIA LUCIA HERNANDEZ,**
**GRAMERCY IRREVOCABLE OPERATING TRUST,**
**AMERICAS FIDUCIARY LTD.,**
**3 GRAMERCY PARK WEST LLC, and**
**HH MASTER SETTLEMENT TRUST,**

    **Third-Party Petitioners.**
_____/

**NOTICE CONCERNING STIPULATION FOR SETTLEMENT AGREEMENT AND REQUEST TO STAY PROCEEDINGS PENDING FINAL SETTLEMENT**

The parties to these ancillary proceedings, the Plaintiff, United States of America, and the Petitioners, Olympia De Castro, 597 Hibiscus Lane Revocable Trust, 314 Hicks LLC, Allison Domeneghetti, G.H.D.C. (minor child), F.H.D.C. (minor child), A.H.D.C. (minor child), Maria Lucia Hernandez, Gramercy Irrevocable Operating Trust, Americas Fiduciary Ltd., 3 Gramercy Park West LLC, HH Master Settlement Trust, hereby provide notice to the Court that

the parties have reached a tentative stipulation for settlement of all ancillary claims by these Petitioners and that, as a result, the parties suggest that further action by the Court on these ancillary claims be stayed pending final approval of the global settlement by the Department of Justice main office in Washington, D.C.  The process for Justice Department approval requires additional time, but approval is anticipated later this year, and the interests of justice and particularly judicial economy would be served by staying further judicial action in these matters pending formal Justice Department approval.

Undersigned counsel has conferred with all counsel in these matters, Assistant United States Attorneys Nalina Sombuntham and Joshua Paster (counsel for the United States), and Samuel Rabin, Guy Rasco, and Margot Moss (who, with the undersigned, comprise counsel for all of the Petitioners), and is authorized to represent that all parties concur in and stipulate to this notice and request.

                                              Respectfully submitted,

                                                s/ Richard C. Klugh
                                              Richard C. Klugh, Esq.
                                              Fla. Bar No. 305294
                                              40 N.W. 3rd Street, PH1
                                              Miami, Florida 33128
                                              Tel. (305) 536-1191
                                              Fax (305) 536-2170
                                              E-Mail rklugh@klughlaw.com
                                              Counsel for Petitioners Maria Lucia Hernandez,
                                              Gramercy Irrevocable Operating Trust,
                                              Americas Fiduciary Ltd., 3 Gramercy Park
                                              West LLC, and HH Master Settlement Trust