UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

      **Defendant.**
_____/

IN RE:

OLYMPIA DE CASTRO,
314 HICKS LLC,
ALLISON DOMENEGHETTI,
G.H.D.C. (minor child),
F.H.D.C. (minor child),
A.H.D.C. (minor child),
MARIA LUCIA HERNANDEZ,
GRAMERCY IRREVOCABLE OPERATING TRUST,
AMERICAS FIDUCIARY LTD.,
3 GRAMERCY PARK WEST LLC, and
HH MASTER SETTLEMENT TRUST,

      **Third-Party Petitioners.**
_____/

## ORDER

THIS CAUSE is before the Court upon motion of the United States of America for approval of a Stipulation To Sell Forfeited Real Property Located at 314 Hicks Street, Brooklyn, New York 11201 between the United States and Third-Party Petitioners Olympia De Castro, 314 Hicks LLC, Allison Domeneghetti, G.H.D.C. (minor child), F.H.D.C. (minor child), A.H.D.C. (minor child), Maria Lucia Hernandez, Gramercy Irrevocable Operating Trust, Americas Fiduciary Ltd., 3 Gramercy Park West LLC, and HH Master Settlement Trust, with counsel (collectively,

"Petitioners") (the "Motion"). Being fully advised in the premises and based on the United States' Motion and record in this matter, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The United States' Motion is **GRANTED**.

2. The Stipulation To Sell Forfeited Real Property Located at 314 Hicks Street, Brooklyn, New York 11201, entered into between the United States and Petitioners (attached as Exhibit 1 to the Motion) is **APPROVED**.

3. The Court will retain jurisdiction over this matter and the Parties to enter such further orders as may be necessary.

**DONE AND ORDERED**, in Chambers, at Miami, Florida this ___ day of August 2023.

_____
HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE