UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    **Defendant.**
_____/

IN RE:

OLYMPIA DE CASTRO,
314 HICKS LLC,
ALLISON DOMENEGHETTI,
G.H.D.C. (minor child),
F.H.D.C. (minor child),
A.H.D.C. (minor child),
MARIA LUCIA HERNANDEZ,
GRAMERCY IRREVOCABLE OPERATING TRUST,
AMERICAS FIDUCIARY LTD.,
3 GRAMERCY PARK WEST LLC, and
HH MASTER SETTLEMENT TRUST,

    **Third-Party Petitioners.**
_____/

**JOINT STATUS REPORT ON SETTLEMENT OF ANCILLARY PROCEEDINGS**

    The United States of America, along with Petitioners Olympia De Castro, 597 Hibiscus Lane Revocable Trust, 314 Hicks LLC, Allison Domeneghetti, G.H.D.C. (minor child), F.H.D.C. (minor child), A.H.D.C. (minor child), Maria Lucia Hernandez, Gramercy Irrevocable Operating Trust, Americas Fiduciary Ltd., 3 Gramercy Park West LLC, HH Master Settlement Trust (the "Petitioners") (collectively, the "Parties") hereby provide the Court with a status report on the Parties' tentative settlement of ancillary forfeiture proceedings.

On July 5, 2023, the Parties notified the Court that they had reached a tentative settlement of the pending ancillary claims, and requested a stay of further judicial action. *See* Notice, ECF No. 689. On July 7, 2023, the Court ordered "that all action with regard to the ancillary claims of these Third-Party Petitioners is STAYED pending final approval of the global settlement referenced in the Notice (DE 689)." *See* Order, ECF No. 690. The Court's Order further provided that the "Parties shall file a joint status report on or before September 5, 2023 advising the Court as to the settlement efforts." *Id.*

The Parties have finalized a proposed settlement agreement, which Petitioners have signed. Given the amount involved in the settlement and the amount to be released, the United States Attorney's Office requires approval from the Deputy Attorney General before it may execute the agreement. *See* Asset Forfeiture Policy Manual, Ch. 11.I (.pdf page 137), *available at* https://www.justice.gov/criminal-afmls/file/839521/download. The undersigned Assistant United States Attorneys have submitted the proposed settlement to Main Justice, Criminal Division, for Deputy Attorney General approval, and the Parties are awaiting the Deputy Attorney General's review.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  */s/ Nalina Sombuntham and Joshua Paster*
Joshua Paster, Court ID No. A5502616
Nalina Sombuntham, Fla. Bar No. 96139
Assistant United States Attorneys
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224 / (305) 961-9342
Facsimile: (305) 536-4089
joshua.paster@usdoj.gov
nalina.sombuntham@usdoj.gov
*Counsel for United States of America*