UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA

vs.

MARCELO GUTIERREZ ACOSTA Y LARA,

    Defendant.
_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses with prejudice the indictment against defendant Marcelo Gutierrez Acosta y Lara.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

cc: Michael N. Berger, AUSA
    U.S. Marshal

Leave of Court is granted for the filing of the foregoing Dismissal.

Date: 11/14/23

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE