UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:18-cr-20685-KMW

UNITED STATES OF AMERICA

v.

CARMELO URDANETA AQUI

Defendant.
_____/

**ORDER GRANTING UNOPPOSED
MOTION TO DISCHARGE PERSONAL SURETY BOND AND LIEN
AS TO DEFENDANT CARMELO ANTONIO URDANETA AQUI**

**THIS CAUSE** came before the Court upon the Unopposed Motion to Discharge Personal Surety Bond and Lien as to Defendant Carmelo Antonio Urdaneta Aqui (the "Motion"). Upon consideration of the Motion and the facts of this case, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED.**

Done and Ordered in Chambers in Miami, Florida, this 3rd day of January 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record