UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

Defendant.

## SECOND FINAL ORDER OF FORFEITURE

THIS MATTER is before the Court upon motion of the United States of America (the "United States") for entry of a Final Order of Forfeiture ("Motion"). The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

1. On February 4, 2020, the Court entered a Preliminary Order of Forfeiture against the Defendant, Gustavo Adolfo Hernandez Frieri, ("Defendant") imposing a forfeiture money judgment in the amount of $12,330,000 in U.S. currency. *See* Hernandez Preliminary Order of Forfeiture 2-3, ECF No. 175.

2. On January 11, 2021, the Court entered a Third Preliminary Order of Forfeiture, which forfeited, as substitute property and subject to third-party interests, "approximately $900,000 from the sale of real property located at 801 East Dania Beach Boulevard, Dania Beach, Florida 33004 ('Dania Beach Property')" (the "Subject Property"). *See* Hernandez 3rd Preliminary Order of Forfeiture, ECF No. 280.

3. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. *See* Decl. of Publication, ECF No. 317; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

4.      Direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture, or such person was on actual notice of the forfeiture. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1). *See* Exhibit A (Direct Notices and Delivery Confirmations, attached to Motion).

5.      The notice advised that any person, other than the defendant in the above-captioned case, asserting a legal interest in the property sought for final forfeiture may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

6.      On February 10, 2021, Petitioner Olympia De Castro filed a notice of claim and verified petition claiming an ownership interest in the Subject Property. *See* De Castro Petition, ECF No. 296.[1]

7.      In or around May 2022, the Dania Beach Property was sold, and approximately $1,019,448.74 in U.S. currency was sent to the United States at closing, which amount constitutes the Subject Property.

8.      On January 9, 2024, the Court approved a Stipulation and Settlement Agreement, which resolved Petitioner De Castro's claim to the Subject Property, among other assets. *See* Order, ECF No. 710; *see also* Stipulation and Settlement Agreement, ECF No. 709-1. In the Stipulation and Settlement Agreement, Petitioner De Castro agreed that the Subject Property would be finally forfeited to the United States as part of a total payment to the United States in the amount of $8,133,611.33. *See* Stipulation and Settlement Agreement ¶ 19.

---

[1] Separately, Devine Goodman & Rasco, LLP ("DGR") filed a notice of claim and verified petition on February 10, 2021, ECF No. 297, but DGR withdrew and voluntarily dismissed it on March 15, 2021, ECF No. 334.

9. The time period for filing a petition claiming an interest in the property sought for final forfeiture has expired, and no other petition or claim has been filed.

10. Pursuant to 21 U.S.C. § 853(n)(7), once all third-party petitions have been disposed of and/or if no timely petitions have been filed, "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." *Accord* Fed. R. Crim. P. 32.2(c)(2).

11. Therefore, the United States is entitled to a Final Order of Forfeiture that vests in the United States clear title to in the following property:

    i. "approximately $900,000 from the sale of real property located at 801 East Dania Beach Boulevard, Dania Beach, Florida 33004," forfeited in the Third Preliminary Order of Forfeiture, which amounted to approximately $1,019,448.74 in U.S. currency.

Accordingly, based on the foregoing, the evidence of record, and for good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that:

1. Pursuant to 18 U.S.C. § 982, 21 U.S.C. § 853, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, all right, title, and interest in the following property is hereby finally forfeited to and vested in the United States of America:

    i. "approximately $900,000 from the sale of real property located at 801 East Dania Beach Boulevard, Dania Beach, Florida 33004," forfeited in the Third Preliminary Order of Forfeiture, which amounted to approximately $1,019,448.74 in U.S. currency.

2. Any duly authorized law enforcement official may seize and take immediate possession of the property, exercising any and all incidents of ownership with respect thereto, and dispose of such property in accordance with law.

3. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

**DONE AND ORDERED** in Miami, Florida, this ___18th___ day of January 2024.

HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE