# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 14, 2024

**FILED BY_____JG_____D.C.**

**Feb 14, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Jacqueline Shapiro
Jacqueline E. Shapiro, Esq.
40 NW 3RD ST PH 1
MIAMI, FL 33128-1838

Appeal Number:  22-11149-JJ
Case Style:  USA v. Olympia Castro, et al
District Court Docket No:  1:18-cr-20685-KMW-5

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

General Information:   404-335-6100     Attorney Admissions:       404-335-6122
Case Administration:   404-335-6135     Capital Cases:             404-335-6200
CM/ECF Help Desk:      404-335-6125     Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11149

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee.

*versus*

GUSTAVO ADOLFO HERNANDEZ FRIERI,

Defendant,

OLYMPIA DE CASTRO,
597 HIBISCUS LANE REVOCABLE TRUST,

Interested Parties-Appellants.

2                               Order of the Court                        22-11149

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:18-cr-20685-KMW-5

_____

ORDER:

Appellants' unopposed motion to dismiss appeal pursuant to settlement in district court is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION