UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20685-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO HERNANDEZ FRIERI,

    Defendant.

**UNITED STATES' NOTICE ON FORFEITURE**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides this notice on forfeiture as to Defendant Gustavo Adolfo Hernandez Frieri (the "Defendant").

On February 4, 2020, the Court entered a Preliminary Order of Forfeiture against the Defendant, imposing a forfeiture money judgment in the amount of $12,330,000 in U.S. currency. *See* Hernandez Preliminary Order of Forfeiture at 2-3, ECF No. 175. To satisfy that judgment, the United States previously had collected the following amounts:

- $818,990.01 from City National Bank accounts, *see* Order, ECF No. 146;

- $6,471.34 from two checks, *see* Notice ECF No. 591;

- $120,000 collected in the parallel civil forfeiture action (19-CV-24249), *see* Notice, ECF No. 679; and

- $150,000 from the Court-approved settlement with Alpha Financial Products Ltd., *see* Notice, ECF No. 686.

The United States since has collected the following additional amounts:

- $4,163,457.29, from the proceeds of the sale of real property located at 597 Hibiscus Lane, Miami, Florida 33137, *see* Order, ECF No, 585;

- $27,500.00, from the sale of the Patek Philippe Aquanaut automatic wristwatch, s*ee* Notice on Final Forfeiture, ECF No. 637; and

- $1,019,448.74 from the sale of real property located at 801 East Dania Beach Boulevard, Dania Beach, Florida 33004, *see* Order, ECF No. 712.

The United States still is owed one more payment under the terms of the Court-approved Stipulation and Settlement Agreement between the United States and certain third-party petitioners, in lieu of the forfeiture of 314 Hicks Street, Brooklyn, New York 11201. *See* Stipulation and Settlement Agreement, ECF No 709-1; Order Approving Stipulation and Settlement Agreement, ECF No. 710. That payment remains outstanding, pending the sale of 314 Hicks Street, which is anticipated to sell this summer. Upon payment, that amount also will be applied to Defendant's judgment.

Based on the amounts collected to date, the balance remaining on the Defendant's forfeiture money judgment is approximately $6,024,132.62.

           Respectfully submitted,

           MARKENZY LAPOINTE
           UNITED STATES ATTORNEY

By:   */s/ Joshua Paster*
      Joshua Paster
      Court ID No. A5502616
      Assistant United States Attorney
      99 N.E. 4th Street, 7th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9342
      Facsimile: (305) 536-4089
      joshua.paster@usdoj.gov