## DECLARATION UNDER 28 U.S.C. § 1746

I, Juan Carlos Gomez, under penalty of perjury, do hereby declare as follows:

1. I am married to Maria Lucia Hernandez Frieri, who is Defendant Gustavo Hernandez Frieri's older sister. We have been married since April 2001, and live currently in Bogota, Colombia. I met Gustavo through Maria Lucia in 1994.

2. I understand that a portion of the UBS Bank subscription on behalf of its client Defendant Abraham Ortega's into GS Trade Finance Fund ("GSTF") Class C Shares for which Gustavo served as director, was invested in a credit facility extended to Refinancia S.A. ("Refinancia"). Refinancia's repayment on that credit facility are the funds currently on deposit in Carlton Fields's trust account, which the United States seeks to forfeit.

3. On or about August 31, 2016, GSTF and GSM Colombia SAS ("GSM") entered into a loan agreement, whereby GSTF loaned GSM USD$2 million traceable to the GSTF Class C Shares. That same day, GSM signed a promissory note, and on or about September 1, 2016, GSTF wired to GSM approximately USD$2 million. That money was credited to GSM's account at Banco de Occidente on or about September 5, 2016.

4. On or about June 29, 2018, Refinancia S.A.S. ("Refinancia") signed a promissory note to obtain approximately COP$2,809,238,519 in Colombian pesos from GSM. Refinancia and GSM amended the promissory note on or around May 4, 2021, which increased the amount received by Refinancia to COP$3,762,481,400 to account for the interests accrued between June 2018 and May 2021

5. On or about May 7, 2021, Refinancia repaid the sum by wiring COP$3,695,754,399 to a collection account at Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA") in Colombia, held in the name of Collection CF SAS. This amount corresponds to the gross amount owed by Refinancia minus the standard withholding tax in Colombia of 7% equivalent to COP$ 66,727,000. This was explained in my sworn statement dated May 27, 2021 (attached)

| Description | Amount in Pesos |
| --- | --- |
| Principal | 2.809.238.519,00 |
| Interest ( 12% : 6/2018 - 5/21) | 953.242.881,00 |
| Total Gross Payment | 3.762.481.400 |
| Withholding tax (7%) | (66.727.000) |
| Net Payment | 3.695.754.400 |

6. Thereafter, a total of approximately USD$974,525 in U.S. currency was wired from BBVA to Carlton Fields's trust account in three transfers (on or about May 13, 2021, approximately USD$535,000; on or about May 20, 2021, approximately USD$39,524.84; and on or about May 26, 2021, approximately USD$400,000).

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2024.

Signature: _____
Printed name:   Juan Carlos Gomez

May 27th 2021

Mike S. Pasano
Carlton Fields

Re: Refinancia Transaction

Dear Mr Pasano,

Following the explanation of the transaction as requested:

Refinancia S.A. is a credit servicing and platform and originator in Colombia and Peru founded in 2005 and with more than 700,000 clients. For further details see https://refinancia.co/.
The GSTF Fund has been a lender to Refinancia since march, 2009 after Lehman Brothers collapsed its main funder until then (along with D.E. Shaw - https://www.deshaw.com/). GSTF has extended Refinancia multiple loans for over USD 20 million dollars equivalent since 2009.

The GSTF invested in a loan to Refinancia for $2,809,238,519 pesos in June 29, 2018, with an interest rate of 12% per annum, disbursed via the onshore feeder used by the GSTF Fund in Colombia for domestic requirements including tax filing, currency conversion, Central Bank requirements amongst others. Maturity dates were March 31, 2021, and June 30, 2021. I understand from conversations back in 2018 with Publio Velasco, then CFO of GSTF that these investments were booked under Classes C and D.

Refinancia repaid the loan in full on May 7, 2021, to an onshore collection SPV- Collection CF SAS, set up for the purposes to receive the proceeds of the GSTF loans, and comply with Central Bank requirements for FX conversion and repatriation, and file onshore tax obligations including withholding taxes. Refinancia has satisfied its obligation to the GSTF Fund loan as follows:

| Description | Amount in Pesos |
|---|---|
| Principal | 2.809.238.519,00 |
| Interest ( 12% : 6/2018 - 5/21) | 953.242.881,00 |
| Total Gross Payment | 3.762.481.400 |
| Withholding tax (7%) | (66.727.000) |
| Net Payment | 3.695.754.400 |

The onshore collection SPV Collection CF SAS sent the Carlton Fields escrow account a wire for USD 535,000 on May 14, 2021 (exchange rate 3,738 COP/USD) and two wires for USD 39,525 and USD 400,000 on May 20 and 26, 2021 respectively (exchange rate 3,704 COP/USD). The total amount wired was USD 974,525.

The remaining balance in the Collection CF SAS account is COP$ 52,753,555 ( approx. USD 14,000) as a provision for accounting, legal fees, and other local taxes.

I swear and subscribe that this is true to the best of my knowledge on May 27th 2021.

JUAN CARLOS GOMEZ