PAGARE No. [*]
VENCIMIENTO FINAL: 30 de junio de 2020
FECHA DE DESEMBOLSO: 29 de junio de 2018

**Refinancia S.A.S.**, sociedad debidamente constituida bajo las leyes de la República de Colombia, identificada con NIT. ⸱⸱⸱⸱⸱⸱⸱⸱⸱, domiciliada en la ciudad de Bogotá D.C., debidamente representada en este acto por el señor A⸱⸱⸱⸱ V⸱⸱⸱ G⸱⸱⸱⸱ mayor de edad, vecino de la ciudad de Bogotá D.C., identificado con cédula de ciudadanía No. ⸱⸱⸱⸱⸱⸱⸱, obrando en su calidad de representante legal debidamente facultado, todo lo cual consta en el Certificado de Existencia y Representación Legal expedido por la Cámara de Comercio de Bogotá (en adelante y para todos los efectos de este documento el "Deudor"), en su calidad de Deudor manifiesta:

**PRIMERO:** Que el Deudor, ha recibido a título de mutuo oneroso de GSM Colombia S.A.S., sociedad debidamente constituida y existente de conformidad con las leyes de la República de Colombia, identificada con el NIT ⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱, domiciliada en Bogotá D.C. (en adelante el "Acreedor"), la suma de $2.809.238.519 (en adelante el "Capital"), el 29 de junio de 2018.

**SEGUNDO:** Que el Deudor se obliga a pagar a favor del Acreedor o a su orden la suma de Capital, de la siguiente manera: (i) El cincuenta por ciento (50%) del valor de Capital el día 31 de diciembre de 2019; (ii) el cincuenta por ciento (50%) restante del valor del Capital, el día 30 de junio de 2020.

**Parágrafo.** Adicionalmente, el Deudor ha reconocido y pagado al Creedor una comisión de estructuración a favor del Acreedor por un valor de $415.000.000. No obstante, se reconocerán y pagarán intereses remuneratorios una tasa de doce por ciento (12%) efectivo anual por la suma originalmente pactada entre el Deudor y el Acreedor, correspondiente a COP $484.351.469, por el periodo comprendido entre el día 29 de junio de 2018 y el día 14 de marzo de 2019, los cuales serán pagados el día 31 de diciembre de 2019. Dichos intereses equivalen a la suma total de COP$38.734.686,73.

**TERCERO:** Durante el plazo total del presente Pagaré, el Deudor reconocerá y pagará, sobre el monto del Capital adeudado, intereses remuneratorios a una tasa del 12% efectivo anual.

Estos intereses serán pagaderos durante todo el plazo del Capital, bajo la modalidad mes vencido.

**Parágrafo Primero.-** La liquidación de los intereses se calculará con base en un año de 360 días calendario y meses de 30 días calendario.

**Parágrafo Segundo.-** En el evento en que la fecha de pago coincida con un día no hábil, se trasladará al día hábil inmediatamente siguiente, sin que por este hecho se cause prima, multa, interés o costo adicional alguno para el Deudor.

**Parágrafo Tercero.-** En caso de que la tasa aquí pactada exceda los límites establecidos por la ley para el efecto, se pagarán los porcentajes que establezcan tales límites, sin que por esta circunstancia se entienda que el Acreedor ha disminuido la tasa aquí pactada. En el evento en que el límite legal a la tasa de interés sea fijado por la autoridad competente en un porcentaje



1

superior al de la tasa pactada o en un porcentaje igual a la pactada, el Acreedor tendrá la facultad de cobrar nuevamente la tasa pactada inicialmente.

**CUARTO**: Los pagos que se efectúen al Acreedor para atender las obligaciones derivadas del presente pagaré, se aplicarán en el siguiente orden: impuestos, comisiones, gastos y costas judiciales y de cobranza, si los hubiere, intereses moratorios si los hubiere, intereses remuneratorios y por último a amortizaciones de capital.

**QUINTO:** El Deudor faculta al Acreedor, para declarar vencido el plazo y exigir el pago inmediato de este título valor en el evento en que se presente mora por más de 30 días calendario contados a partir de la fecha en la cual se ha debido realizar el pago por parte del Deudor de cualquiera de los montos por concepto de intereses que este deba pagar al Acreedor de acuerdo con los términos y condiciones previstos en este pagaré.

**SEXTO:** El Deudor podrá realizar prepagos o abonos al capital del Crédito sin lugar al pago de comisiones o penalidad alguna, en cualquier momento durante la vigencia del presente pagaré. El hecho de prepagar cualquier porción del capital no se entenderá como una modificación de las condiciones de plazo señaladas en el presente Pagaré, lo que implica que deberá reliquidarse el monto de Capital y las cuotas de intereses pendientes.

**SÉPTIMO:** Autorizamos que el pago total o parcial, tanto de los intereses como del Capital de este título, se hagan constar en registros sistematizados o manuales establecidos de manera general por el Acreedor para contabilizar abonos de cartera.

Para constancia se firma en Bogotá D.C., a los 19 días del mes de marzo de 2019.

_____
A           Y          G
C.C.
Representante Legal
Refinancia S.A.S.

2