```
               Instance Type and Transmission
     Notification (Transmission) of Original sent to SWIFT (ACK)
     Priority           : Urgent
     Message Input Reference  : 1904 210513GEROCOBBAXXX1841869118
     --------------------------- Message Header -------------------------
     Swift Input               : FIN 103 Single Customer Credit Transfer
     Sender    : GEROCOBBXXX
                 BANCO BILBAO VIZCAYA ARGENTARIA COLOMBIA S.A.
                 BOGOTA CO
     Receiver  : CITIUS33XXX
                 CITIBANK N.A.
                 NEW YORK,NY US
     Unique End-to-End Transaction Reference :                      c1a8
     --------------------------- Message Text ---------------------------
      20: Sender's Reference
           0000
     23B: Bank Operation Code
          CRED
     32A: Value Date/Currency/Interbank Settled Amount
          Date             : 13 May 2021
          Currency         : USD (US DOLLAR)
          Amount           :                  #535.000,#
     50K: Ordering Customer
          /
          COLLECTION CF SAS

          TEL:
          BOGOTA COLOMBIA
     57D: ACCOUNT With Institution
          //       0606
          SYNOVUS BANK
          USA
      59: Beneficiary Customer
          /
          CARLTON FIELDS PA
      70: Remittance Information
          PAGO DEUDA          9117
     71A: Details of Charges
          OUR
     --------------------------- Message Trailer ------------------------
     {CHK:000000000000}
```

```
                   Instance Type and Transmission
     Notification (Transmission) of Original sent to SWIFT (ACK)
     Priority            : Urgent
     Message Input Reference   : 1901 210520GEROCOBBAXXX1847934191
     --------------------------- Message Header ---------------------------
     Swift Input               : FIN 103 Single Customer Credit Transfer
     Sender    : GEROCOBBXXX
                 BANCO BILBAO VIZCAYA ARGENTARIA COLOMBIA S.A.
                 BOGOTA CO
     Receiver  : CITIUS33XXX
                 CITIBANK N.A.
                 NEW YORK,NY US
     Unique End-to-End Transaction Reference :                    994c0
     --------------------------- Message Text ---------------------------
      20: Sender's Reference
          000
     23B: Bank Operation Code
          CRED
     32A: Value Date/Currency/Interbank Settled Amount
          Date         : 20 May 2021
          Currency     : USD (US DOLLAR)
          Amount       :               #39.524,84#
     33B: Currency/Instructed Amount
          Currency     : USD (US DOLLAR)
          Amount       :               #39524,84#
     50K: Ordering Customer
          /
          COLLECTION CF SAS

          TEL:
          BOGOTA COLOMBIA
     57A: ACCOUNT With Institution
          FICOUS44
          SYNOVUS BANK
      59: Beneficiary Customer
          /
          CARLTON FIELDS  P A TRUST ACCOUNT
      70: Remittance Information
          INVERSION
     71A: Details of Charges
          BEN
     71F: Sender's Charges
          USD0,00
     --------------------------- Message Trailer ---------------------------
     {CHK:000000000000}
```

```
            Instance Type and Transmission
            Notification (Transmission) of Original sent to SWIFT (ACK)
            Priority           : Urgent
            Message Input Reference  : 1626 210526GEROCOBBAXXX1853004640
   --------------------------- Message Header ---------------------------
            Swift Input                : FIN 103 Single Customer Credit Transfer
            Sender    : GEROCOBBXXX
                        BANCO BILBAO VIZCAYA ARGENTARIA COLOMBIA S.A.
                        BOGOTA CO
            Receiver : PNBPUS3NNYC
                        WELLS FARGO BANK, N.A.
                        NEW YORK,NY - UNITED STATES (US) US
            Unique End-to-End Transaction Reference :                     2f46c
   --------------------------- Message Text ---------------------------
     20: Sender's Reference
             000
    23B: Bank Operation Code
         CRED
    32A: Value Date/Currency/Interbank Settled Amount
         Date           : 26 May 2021
         Currency       : USD (US DOLLAR)
         Amount         :              #400.000,#
    33B: Currency/Instructed Amount
         Currency       : USD (US DOLLAR)
         Amount         :              #400000,#
    50K: Ordering Customer
         /
         COLLECTION CF SAS

         TEL:
         BOGOTA COLOMBIA
    57A: ACCOUNT With Institution
         FICOUS44
         SYNOVUS BANK
     59: Beneficiary Customer
         /
         CARLTON FIELDS P A TRUST ACCOUNT
     70: Remittance Information
         INVERSION
    71A: Details of Charges
         BEN
    71F: Sender's Charges
         USD0,00
   --------------------------- Message Trailer ---------------------------
         {CHK:000000000000}
```