UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA

    vs.

FRANCISCO CONVIT GURUCEAGA, et al.,

    **Defendants**

_____/

**NOTICE**

The United States of America, through the undersigned Assistant United States Attorney, hereby provides notice that the United States no longer is seeking forfeiture of the real property located at 3530 Mystic Pointe Drive, Unit 1206, Aventura, Florida 33180, which real property was identified in the Indictment [ECF No. 19] on page 8.

                                              Respectfully submitted,

                                              MARKENZY LAPOINTE
                                              UNITED STATES ATTORNEY

                      By:    */s/ Joshua Paster*
                                              Joshua Paster
                                              Assistant United States Attorney
                                              Court ID No. A5502616
                                              99 N.E. 4th Street, 7th Floor
                                              Miami, Florida 33132-2111
                                              Telephone: (305) 961-9342
                                              Facsimile: (305) 536-4089
                                              joshua.paster@usdoj.gov