UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA

vs.

FRANCISCO CONVIT GURUCEAGA, et al.,

Defendants
_____/

**RELEASE OF LIS PENDENS**

GRANTEE: Patricia Zilio

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN that a Notice of *Renewal Lis Pendens* recorded in Miami-Dade County Recorder's Office on September 25, 2020, in Official Record Book 32115, Page 1962 of the Public Records of Miami-Dade County, Florida, giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged**. The property affected by this release is located at **3530 Mystic Pointe Drive, Unit 1206, Aventura, Florida 33180**, more particularly described as:

Condominium Unit No. 1206, of MYSTIC POINT TOWER 500 CONDOMINIUM, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 14931, Page 1890, of the Public Records of Miami-Dade County, Florida.

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

By:    */s/ Joshua Paster*
       Joshua Paster
       Assistant United States Attorney
       Court ID No. A5502616
       99 N.E. 4th Street, 7th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9342
       Facsimile: (305) 536-4089
       joshua.paster@usdoj.gov