UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA

vs.

FRANCISCO CONVIT GURUCEAGA, et al.,

Defendant.
_____/

## RELEASE OF LIS PENDENS

GRANTEE: Minorca 704 LLC, a Florida limited liability company.

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN that a Notice of *Lis NPendens* recorded in Miami-Dade County Recorder's Office on August 17, 2018, in Official Record Book 31105, Pages 219-220 of the Public Records of Miami-Dade, Florida, giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged**. The property affected by this release is located at **2030 Douglas Road, Unit 704, Coral Gables, Florida 33134**, more particularly described as:

Unit No. 704 of The Minorca, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 23159, at Page 834, of the Public Records of Miami-Dade County, Florida, as amended, together with an undivided interest in the common elements appurtenant thereto.

Parcel Identification Number: 03-4108-099-0190.

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
Joshua Paster
Assistant United States Attorney
Court ID No. A5502616
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9342
E-mail: Joshua.Paster@usdoj.gov