UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:18-cr-20685-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARMELO URDANETA AQUI,

    Defendant.
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
### FOR DEFENDANT CARMELO URDANETA AQUI

THIS CAUSE came before the Court upon Michael Rafi Sherwin's Motion to Withdraw as Counsel for Defendant Carmelo Antonio Urdaneta Aqui ("Mr. Urdaneta") ("the Motion").

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised, it is hereby ORDERED and ADJUDGED that:

1.     The motion is **GRANTED**. Michael Rafi Sherwin is permitted to withdraw as counsel for Mr. Urdaneta and is hereby relieved of all further responsibilities in connection with his representation of Mr. Urdaneta.

DONE AND ORDERED in Chambers at Miami, Florida this 11th day of April, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record